UNITED STATES DISTRICT COURT
For the District of Massachusetts

FILED
IN CLERKS OFFICE
2005 JAN -5 P 1: 41
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL, INC., <br>               Plaintiff, <br> V. <br> LYCOS, INC., <br>               Defendant, <br> and <br> BANK OF AMERICA <br> f/k/a FLEET BANK, <br>               Trustee-Defendant. | C. A. No. <br><br> **05-10017 RWZ** |

### MOTION FOR APPROVAL OF SPECIAL PROCESS SERVER

Plaintiff Computer Sales International, Inc. respectfully moves this Court to appoint Suvalle Jodrey & Associates, One Devonshire Place, Boston, MA 02109 as Special Process Servers in the above-captioned action.

                                                   Respectfully submitted,

                                                    COMPUTER SALES INTERNATIONAL, INC.,
                                                    By its attorneys,

                                                    _/s/ Robert J. Kaler_
                                                    Robert J. Kaler, Esq.
                                                    BBO No. 542040
                                                    Eric Neyman, Esq.
                                                    GADSBY HANNAH, LLP
                                                    225 Franklin Street
                                                    Boston, MA 02110
                                                    Tel. 617-345-7007

Dated: January 5, 2005

## Local Rule 7.1 Non-Certification

I, Robert J. Kaler, counsel for moving party Computer Sales International, Inc., hereby certify that I have not conferred with opposing counsel in an attempt to resolve or narrow the issues raised in this motion because this motion is related to an *ex parte* motion seeking a bank attachment.

_____
Robert J. Kaler