# United States District Court

DISTRICT OF __MASSACHUSETTS__

COMPUTER SALES INTERNATIONAL, INC.,
Plaintiff,

V.

LYCOS, INC., Defendant,
and
BANK OF AMERICA f/k/a FLEET BANK

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 CV 10017 RWZ**

TO: (Name and address of defendant)

LYCOS, INC.
100 Fifth Avenue
Waltham, MA 02451

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Kaler
Eric Neyman
GADSBY HANNAH LLP
225 Franklin Street
Boston, MA 02110
Tel: 617-345-7000

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE  1-5-05

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE |
|---|---|
| | January 07, 2005 |
| NAME OF SERVER  BRIAN DOYLE | TITLE  Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   MS. CAROLINA SANTOS, RECEPTIONIST AND
Duly Authorized Agent for the within-named   LYCOS, INC.

Said service was made at:

100 FIFTH AVENUE, WALTHAM                                                   , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE $ 35.00 | Trips | |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    January 07, 2005
                      Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

Date    Time    Remarks

ALSO SERVED:                                                                                      FEE

Verified Complaint;                                                                                $_____
Civil Action and Category Sheets;                                                                  $_____
Affidavit of Jeffrey L. Rousseau;                                                                  $_____
Plaintiff's Ex Parte Motion for Approval of Attachment on Trustee
Process with Motion Allowed;                                                                       $_____
Memorandum of Law in Support of Plaintiff's Ex Parte Motion
for Appoval of Attachment on Trustee Process; and                                                  $_____
Motion for Approval of Special Process Server – Allowed               TOTAL                        $_____

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**         **One Devonshire Place**         Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   **Boston, MA 02109**             Fax #         (617) 720-5737