UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## 05 CV 10017 RWZ

**Case No.** _____

**TRUSTEE WRIT**

COMPUTER SALES INTERNATIONAL, INC. , Plaintiff(s)

v.

LYCOS, INC. _____ , Defendant(s)

BANK OF AMERICA f/k/a FLEET BANK _____ , Trustee

### SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant _____ LYCOS, INC. _____ of __ WALTHAM, MA _____ , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, COMPUTER SALES INT'L. INC. of __ ST. LOUIS, MISSOURI _____ _____ , whose attorney is Robert J. Kaler _____ , of _____ GADSBY HANNAH LLP, 225 Franklin St., Boston, MA 02110 may recover in an action brought against the said defendant in this Court to the value of $ 310,000 _____ (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on __ January 6, 2005 _____ . This attachment was approved on __ January 6, 2005 _____ by _____ , in the amount of $ 310,000 _____ .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 5th day of January

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

(Trustee Writ- Summons.wpd - 2/2000)

# PROOF OF SERVICE OF PROCESS

I, hereby certify and return that on    **JANUARY**        **6**    , 2005, I served a copy of the

within summons upon the within-named **Trustee,**    **BANK OF AMERICA F/K/A FLEET BANK**

in the following manner:

by handing a true and attested copy thereof to                **MR. STEPHEN AUSTIN**

it's                **VAULT ATTENDANT**                and Duly Authorized Agent. Said

service was made at    **8:10**    o'clock  in the        **FORENOON**    .   Said service was made at Number

                **100 FEDERAL STREET, BOSTON**                , Massachusetts.

**Dated: JANUARY        6    , 2005**

**Fee: Service**        **$35.00**

~~Constable and~~
**Court Appointed Process Server**

Afterward, on the same day I mailed, via U.S. First Class Mail, a true and attested copy of
this Trustee summons with my Proof of Service endorsed thereon, to the said Defendant (s) at his /
her or their last and usual place of abode or business as stated within...

**LYCOS, INC.**

**100 FIFTH AVENUE, WALTHAM, MA. 02451**

**Fee: Service**        **$8.00**

**Total Fees**        **$43.00**

~~Constable and~~
**Court Appointed Process Server**

**N. B. to Process Server:**

   (1)  Promptly after the service of the Trustee Summons upon the Trustee or Trustees, a copy of the
Trustee summons with your return must be served upon the Defendant in the manner provided by
Rule 5.

   (2)  Please place date you make service on Trustee in this box on the original and on copy served
on Trustee and copy to attorney for Plaintiff.

                        **Date Served:    JANUARY        6    , 2005**

---

| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
|---|---|---|
| Massachusetts Constables since 1925 | Boston, MA  02109 | Fax #      (617) 720-5737 |