*Commonwealth of Massachusetts*

*Suffolk, ss.*

Case No. *05 CV 10017 RWZ*

*Computer Sales International, Inc.*

*Plaintiff(s)*

*vs.*

*Answer of the Garnishee*
*Fleet National Bank*

*Lycos, Inc.*

*Defendant(s)*

*and*

*Fleet National Bank*

*Trustee*

---

*And now the Fleet National Bank, a national banking association summoned as trustee of the defendent(s) in the above-entitled action, appears Sandra Allen authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Fleet National Bank is holding $310,000.00 in the name of Lycos, Inc.*

*Signed under the pains and penalties of perjury.*

Fleet National Bank

By: _____[signature]_____   Date: 1/19/05
Sandra Allen
Legal Order Processing
5701 Horatio Street
Utica, NY 13502