UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
Clerk's Office
USDC, Mass.
Date ___\la5/05___
By ___M P.___
Deputy Clerk

| | | |
|---|---|---|
| COMPUTER SALES INTERNATIONAL, INC., | ) ) ) | C.A. No. 05-10017-RWZ |
| Plaintiff | ) ) ) | |
| v. | ) ) | |
| LYCOS, INC., | ) ) ) | **DEFENDANT'S ASSENTED-TO MOTION FOR EXTENSION OF TIME** |
| Defendant, | ) ) | |
| and | ) ) | |
| BANK OF AMERICA f/k/a FLEET BANK, | ) ) ) | |
| Trustee Process Defendant | ) | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant Lycos, Inc.

("Lycos") moves that the time within which it is required to serve its answer or other

responsive pleading to plaintiff's Verified Complaint be extended for ten days to and including

February 4, 2005.  Counsel for plaintiff has assented to the allowance of this motion.

LYCOS, INC.

By its attorneys,

Thomas O. Bean (BBO #548072)
Erik P. Bartenhagen (BBO# 640003)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

Dated:  January 25, 2004

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was upon the attorney of record for plaintiff, Robert J. Kaler, Gadsby Hannah LLP, 225 Franklin Street, Boston, MA 02110, by mail on January 25, 2005.

Erik P. Bartenhagen

1397801.1

- 2 -