UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL, INC., | C.A. No. 05-10017-RWZ |
| Plaintiff and Defendant-in-Counterclaim, | |
| v. | |
| LYCOS, INC., | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LYCOS, INC.** |
| Defendant and Plaintiff-in-Counterclaim, | |
| and | |
| BANK OF AMERICA f/k/a FLEET BANK, | |
| Trustee Process Defendant | |

FILED IN CLERK'S OFFICE
2005 FEB 4 [A] 33
U.S. DISTRICT COURT
DISTRICT OF MASS.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Massachusetts District Court Rule 7.3(A), Defendant and Plaintiff-in-Counterclaim Lycos, Inc. states that it is wholly owned by Fenix Acquisition Corp., a Delaware holding company, which in turn is wholly owned by Daum Communication Corp., a Korean company publicly traded in Korea, which therefore indirectly owns 100% of the issued and outstanding shares of Lycos, Inc.

LYCOS, INC.

By its attorneys,

*/s/ Erik Bartenhagen*

Thomas O. Bean (BBO #548072)
Erik P. Bartenhagen (BBO# 640003)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

Dated: February 4, 2005

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for plaintiff, Robert J. Kaler, Gadsby Hannah LLP, 225 Franklin Street, Boston, MA 02110, by hand on February 4, 2005.

*Erik Bartenhagen*
Erik P. Bartenhagen

1401297.1