UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL INC., | ) |
| Plaintiff and Defendant-in-Counterclaim, | ) ) ) |
| v. | ) ) |
| LYCOS, INC., | )   C.A. No. 05-10017- RWZ |
| Defendant and Plaintiff-in-Counterclaim | ) ) ) |
| and | ) |
| BANK OR AMERICA f/k/a FLEET BANK, | ) |
| Trustee Process Defendant. | ) |

**ASSENTED TO MOTION TO EXTEND TIME FOR PLAINTIFF AND DEFENDANT-IN-COUNTERCLAIM COMPUTER SALES INTERNATIONAL, INC. TO FILE RESPONSIVE PLEADING**

Plaintiff and Defendant-in-Counterclaim, Computer Sales International, Inc. ("CSI") hereby moves this Honorable Court to extend CSI's time for filing its responsive pleading[1] to the Counterclaim of Defendant and Plaintiff-in-Counterclaim, Lycos, Inc. ("Lycos") until and including March 10, 2005.  As reasons therefore CSI states that the Counterclaim consists of 85 paragraphs of allegations and contains 8 separate counts for relief.  The Counterclaim raises a variety of both statutory and common law allegations.  In view of the number and variety of different counts, additional time is required to enable CSI to fully and properly review the Counterclaim and file appropriate responsive pleadings.

---

[1] "Responsive Pleadings" include, but are not limited to, any motion to dismiss or other motion or action taken pursuant to the Federal Rules of Civil Procedure.

-2-

Counsel for both parties have conferred on this matter, and Lycos assents to this Motion.

WHEREFORE, CSI respectfully requests that this Court extend its time to file its responsive pleading until and including March 10, 2005.

Respectfully submitted,

COMPUTER SALES INTERNATIONAL, INC.

By its attorneys,

/s/ Eric Neyman
Robert J. Kaler, BBO No. 542040
rkaler@ghlaw.com
Eric Neyman, BBO No. 564803
eneyman@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  0211
Tel. (617) 345-7000

Dated:  February 24, 2005

### Local Rule 7.1 Certification

I, Eric Neyman, counsel for moving party Computer Sales International, Inc., hereby certify that I have conferred with opposing counsel in a good faith attempt to resolve or narrow the issues raised in this motion, and have obtained opposing counsel's assent to this motion.

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon Thomas O. Bean, Esq. Nutter, McClennan & Fish LLP 155 Seaport Blvd. Boston, MA 02210, in hand, electronically, and by first class mail.

By:    /s/ Eric Neyman

Date:    February 24, 2005

B0303667v1