UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL INC., ) | |
| ) | |
| Plaintiff and Defendant-in- ) Counterclaim, ) | |
| v.  ) | |
| ) | |
| LYCOS, INC., ) | C.A. No. 05-10017- RWZ |
| ) | |
| Defendant and Plaintiff-in- ) Counterclaim ) | |
| ) | |
| and  ) | |
| ) | |
| BANK OR AMERICA f/k/a FLEET BANK, ) | |
| ) | |
| Trustee Process Defendant. ) | |

**JOINT STATEMENT
OF PARTIES PURSUANT TO LOCAL RULE 16.1(D)**

Plaintiff Computer Sales International, Inc. ("CSI") and defendant Lycos, Inc. ("Lycos") respectfully submit this Joint Statement pursuant to Local Rule 16.1(D).

**I.   Proposed Agenda for Scheduling Conference**

      A.   Nature of the Case

      B.   Plaintiffs' Motions to Dismiss Counterclaims and For Summary Judgment

      C.   Schedule for Consideration of Motions

      D.   Conditional Discovery and Pretrial Schedule

      E.   Settlement / ADR Issues

      F.   Amenability/objection to trial by magistrate judge

**II.    Proposed Schedule and Discovery Plan**

   **A.    Short Stay of Discovery**

CSI has advised that it intends to file, on March 10, 2005, a motion to dismiss Lycos' counterclaim pursuant to Fed. R. Civ. P. 12(b)(6), and a motion for summary judgment as to CSI's complaint. Since the Court's rulings on these motions will determine the need for and scope of any discovery in this case, the parties propose that they forego the commencement of discovery until these motions are decided, and the contours of the case are more clearly defined.

   **B.    Motions Schedule**

CSI will file a motion to dismiss Lycos' counterclaim pursuant to Fed. R. Civ. P. 12(b)(6), and a motion for summary judgment as to its complaint, on March 10, 2005. The parties propose that Lycos have until April 11, 2005 to file its oppositions, that CSI be allowed to file reply briefs on or before April 25, 2005, and that the Court schedule a hearing on CSI's motions at its convenience thereafter.

   **C.    Conditional Discovery Schedule**

Consistent with the proposed motion schedule set forth above, the parties have assumed for purposes of establishing a discovery schedule that oral argument on CSI's motions will occur in May of 2005, and that the Court would likely issue its decision in June of 2005. The dates proposed by the parties below are based on this assumption, and would be subject to modification depending on the Court's actual calendar and timetable for disposition of the CSI's motions. Subject to that proviso, the parties have conferred, but are proposing slightly different dates for a schedule as follows:

1. CSI proposes Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be served by July 15, 2005.  Lycos proposes that they be served by June 30, 2005.

2. CSI proposes that Fact Discovery be completed, and all written discovery served in time to be completed, by November 30, 2005.  Lycos proposes that all written discovery be served in time to be completed, by January 31, 2006.

3. CSI proposes that Lycos' expert disclosures, if any, be due by December 30, 2005.  Lycos proposes that they be due by February 28, 2006.

4. CSI proposes that its expert disclosures, if any, be due by January 31, 2006.  Lycos proposes that they be due by March 28, 2006.

5. CSI proposes that Lycos' rebuttal expert disclosures, if any, be due by February 17, 2006.  Lycos proposes that they be due by April 11, 2006.

6. CSI proposes that expert depositions, if any, completed by March 17, 2006.  Lycos proposes that they be completed by April 28, 2006.

7. CSI proposes that dispositive motions, if any, be filed by February 28, 2006. Lycos proposes that they be filed by May 22, 2006.

8. CSI proposes that a Final Pretrial Conference be held in early April 2006, and that a trial date in early May 2006 be set.  Lycos proposes that a Final Pretrial Conference be held in late June 2006, that a trial date in late July 2006 be set.

The parties further propose that once CSI's motion to dismiss and for summary judgment are decided, they be permitted to propose any appropriate amendments to the aforesaid discovery schedule taking into account any rulings by the Court concerning the motions.

**D.     Certifications**

Pursuant to Local Rule 16.1(D)(3), all counsel hereby affirm that they have conferred with their clients regarding the costs of the full course of litigation and as to the costs of alternative courses of litigation, and that they have considered the possibility of resolving this litigation through the use of alternative dispute resolution programs.  The required certifications of clients and/or party representatives have been or will be filed separately with the Court.

**E.     Miscellaneous**

At this time, the parties do not consent to trial by magistrate.

Respectfully submitted,

COMPUTER SALES INTERNATIONAL, INC.

By its attorneys,


[Robert J. Kaler]_____
Robert J. Kaler, Esq., BBO No. 542040
Eric Neyman, Esq., BBO No. 564803
GADSBY HANNAH, LLP
225 Franklin Street
Boston, MA  0211
Tel. (617) 345-7000

LYCOS, INC.

By its attorneys,


[Thomas Bean]_____
Thomas Bean, Esq., BBO No. 548072
Erik P. Bartenhagen, Esq., BBO No. 640003
NUTTER McCLENNAN & FISH, LLP

-5-

                                        World Trade Center West  
                                        155 Seaport Boulevard  
                                        Boston, MA 02210  
                                        Tel. 617-439-2000  

Dated: March 8, 2005