UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |
|---|---|
| COMPUTER SALES INTERNATIONAL INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LYCOS, INC., ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> BANK OR AMERICA f/k/a FLEET BANK, ) <br> ) <br> Trustee Process Defendant. ) <br> ) | **Oral Argument Requested* <br><br> C.A. No. 05-10017- RWZ |

**PLAINTIFF COMPUTER SALES INTERNATIONAL, INC.'S
MOTION TO DISMISS COUNTERCLAIM OF DEFENDANT LYCOS, INC.**

Plaintiff Computer Sales International, Inc. ("CSI") respectfully moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss all counts of the counterclaim of defendant Lycos, Inc. ("Lycos") herein for failure to state claims upon which relief may be granted.

In support of this motion, CSI relies on the Lycos' own allegations, as set forth in its pleadings (including the contracts attached to and incorporated by reference into those pleadings), and the points and authorities set forth in Plaintiff Computer Sales International, Inc.'s Memorandum of Law in Support of Its Motion to Dismiss, dated March 10, 2005, which is filed herewith.

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), CSI respectfully requests oral argument on this motion, and estimates that 45 minutes would be sufficient for both sides.

WHERFORE, CSI prays that this motion be allowed, that Lycos' counterclaim herein be dismissed with prejudice, and that CSI be granted such other and further relief as is just.

>  Respectfully submitted,
>
>  COMPUTER SALES INTERNATIONAL, INC.
>
>  By its attorneys,
>
>  [Robert J. Kaler]_____
>  Robert J. Kaler, Esq.
>  BBO No. 542040
>  Eric Neyman, Esq.
>  BBO No. 564803
>  GADSBY HANNAH, LLP
>  225 Franklin Street
>  Boston, MA  0211
>  Tel. (617) 345-7000

Dated:  March 10, 2005

Local Rule 7.1 Certification

I, Robert J. Kaler, counsel for moving party Computer Sales International, Inc., hereby certify that I have conferred with opposing counsel in a good faith attempt to resolve or narrow the issues raised in this motion, but have been unable to do so.

>  [Robert J. Kaler]_____
>  Robert J. Kaler, Esq.