UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 10 ⊃ 1: 18

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| COMPUTER SALES INTERNATIONAL, INC., | ) ) ) | C.A. No. 05-10017-RWZ |
| Plaintiff and Defendant-in-Counterclaim, | ) ) ) ) | |
| v. | ) ) | |
| LYCOS, INC., | ) ) | **DEFENDANT'S CERTIFICATION** |
| Defendant and Plaintiff-in-Counterclaim, | ) ) ) ) | **PURSUANT TO LOCAL RULE 16.1** |
| and | ) ) | |
| BANK OF AMERICA f/k/a FLEET BANK, | ) ) ) ) | |
| Trustee Process Defendant | ) | |

Pursuant to Local Massachusetts District Court Rule 16.1(D)(3), defendant and

plaintiff-in-counterclaim Lycos, Inc. hereby certifies that it has conferred with counsel with

respect to the above matter:

(a)    with a view to establish a budget for the costs of conducting the full course, and

various alternative courses, of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute

resolution programs.

LYCOS, INC.

By: Mark O. Blais
Associate General Counsel

Thomas O. Bean (BBO #548072)
Erik P. Bartenhagen (BBO# 640003)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

Dated:  March 8, 2005