UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL, INC.,, <br><br> Plaintiff, <br><br> v. <br><br> LYCOS, INC. <br> Defendant, <br><br> and <br><br> BANK OF AMERICA f/k/a FLEET BANK <br><br> Trustee Process Defendant. | C. A. No. 05 10017 RWZ |

**PLAINTIFF COMPUTER SALES INTERNATIONAL, INC.'S
CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Massachusetts District Court Rule 16.1 (D)(3), plaintiff Computer Sales International, Inc. ("CSI") hereby certifies that it has conferred with counsel with respect to the above matter:

1.    With a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and

2.    To consider the resolution of the litigation through the use of alternative dispute resolution programs.

COMPUTER SALES INTERNAITONAL, INC.

By: Jeffrey Rousseau,
    Assistant General Counsel

By its attorneys,

Robert J. Kaler
Eric Neyman
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

Dated: March 15, 2005

-2-