UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10017-RWZ

COMPUTER SALES INTERNATIONAL, INC.

v.

LYCOS, INC.

SCHEDULING ORDER

March 22, 2005

ZOBEL, D. J.

This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Robert J. Kaler having appeared as counsel for plaintiff Computer Sales International, Inc.; and Thomas O. Bean having appeared as counsel for defendant Lycos, Inc., the following action was taken:

The parties agreed to postpone discovery until determination of the scope of the case through motions for summary judgment.

They further agreed to the following schedule:

- Plaintiff will file its motion for summary judgment by March 31, 2005.
- Defendant's opposition is due on April 29, 2005.
- A reply brief of no more than three pages shall be filed by May 4, 2005.
- The matter will be heard on May 12, 2005, at 2:30 p.m.

|  |  |
|---|---|
| _____ | /s/ Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |