UNITED STATES DISTRICT COURT
For the District of Massachusetts

COMPUTER SALES INTERNATIONAL INC.,

Plaintiff,

v.

LYCOS, INC.,

Defendant,

and

BANK OR AMERICA f/k/a FLEET BANK,

Trustee Process Defendant.

**Oral Argument Already Scheduled for May 12, 2005*

C.A. No. 05-10017- RWZ

**PLAINTIFF COMPUTER SALES INTERNATIONAL, INC.'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT AS TO AMENDED COUNTERCLAIM OF DEFENDANT LYCOS, INC.**

Plaintiff Computer Sales International, Inc. ("CSI") respectfully moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6) and/or 56, to dismiss all counts of the Amended Counterclaim of Defendant Lycos, Inc. ("Lycos") herein for failure to state claims upon which relief may be granted, and/or to grant CSI summary judgment dismissing those claims.

In support of this motion, CSI relies on the Lycos' own allegations, as set forth in its pleadings (including the contracts attached to and incorporated by reference into those pleadings); the affidavit filed herewith (including the Second Affidavit of Jeffrey E. Rousseau, dated March 31, 2005); the Memorandum of Law in Support of Plaintiff Computer Sales International, Inc.'s Motion to Dismiss, dated March 10, 2005; and the Memorandum of Law in

Support of Plaintiff Computer Sales International, Inc.'s Motion for Summary Judgment as to Its Complaint and Motion to Dismiss or for Summary Judgment as to the Amended Counterclaim of Defendant Lycos, Inc., dated March 31, 2005.

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), CSI respectfully requests oral argument on this motion, which has already been scheduled for May 12, 2005.

WHERFORE, CSI prays that this motion be allowed, that Lycos' counterclaim herein be dismissed with prejudice, and that CSI be granted such other and further relief as is just.

Respectfully submitted,

COMPUTER SALES INTERNATIONAL, INC.

By its attorneys,

[Robert J. Kaler]__________________
Robert J. Kaler, Esq.
BBO No. 542040
Eric Neyman, Esq.
BBO No. 564803
GADSBY HANNAH, LLP
225 Franklin Street
Boston, MA 0211
Tel. (617) 345-7000

Dated: March 31, 2005

Local Rule 7.1 Certification

I, Robert J. Kaler, counsel for moving party Computer Sales International, Inc., hereby certify that I have conferred with opposing counsel in a good faith attempt to resolve or narrow the issues raised in this motion, but have been unable to do so.

**<sp>**

[Robert J. Kaler]__________________
Robert J. Kaler, Esq