UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LYCOS, INC., ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> BANK OR AMERICA f/k/a FLEET BANK, ) <br> ) <br> Trustee Process Defendant. ) <br> ) | **\*\*Oral Argument Already <br> Scheduled for May 12, 2005* <br> <br> C.A. No. 05-10017- RWZ |

## PLAINTIFF COMPUTER SALES INTERNATIONAL, INC.'S
## MOTION FOR SUMMARY JUDGMENT AS TO ITS COMPLAINT

Plaintiff Computer Sales International, Inc. ("CSI") respectfully moves this Court, pursuant to Fed. R. Civ. P. 56, for summary judgment in its favor, as to both counts of its complaint herein against defendant Lycos, Inc. ("Lycos"), on grounds that there are no genuine issues of material fact with respect to those claims and that CSI is entitled to judgment as a matter of law against Lycos in the amount of $301,050.54, plus interest thereon from December 23, 2004 at the stipulated contract rate, and reasonable attorneys fees and costs.

In support of this motion, CSI relies on **(1)** its Verified Complaint herein; **(2)** the Affidavits of Jeffrey Rousseau, dated January 4, 2005 and March 31, 2005 on file with this Court; **(3)** the factual matters pertaining to the execution of contracts and leases admitted in Lycos' Answer and Counterclaims herein; and **(5)** the points and authorities set forth in *(a)* the

Memorandum of Law in Support of Plaintiff Computer Sales International, Inc.'s Motion to Dismiss, dated and filed March 10, 2005, and **(b)** the Memorandum of Law in Support of Plaintiff Computer Sales International, Inc.'s Motion for Summary Judgment as to Its Complaint and Motion to Dismiss or for Summary Judgment as to the Amended Counterclaim of Defendant Lycos, Inc., dated March 31, 2005.

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), CSI respectfully requests oral argument on this motion, which has already been scheduled for May 12, 2005 at 2:30 P.M.

WHERFORE, CSI prays that this motion be allowed, and that this Court enter summary judgment in its favor as to both counts of its complaint herein against defendant Lycos, Inc. ("Lycos"), and such other and further relief as is just.

    Respectfully submitted,

    COMPUTER SALES INTERNATIONAL, INC.
    By its attorneys,

    [Robert J. Kaler]
    Robert J. Kaler, Esq.
    BBO No. 542040
    Eric Neyman, Esq.
    BBO No. 564803
    GADSBY HANNAH, LLP
    225 Franklin Street
    Boston, MA  0211
    Tel. (617) 345-7000

Dated:  March 31, 2005

Local Rule 7.1 Certification

I, Robert J. Kaler, counsel for moving party Computer Sales International, Inc., hereby certify that I have conferred with opposing counsel in a good faith attempt to resolve or narrow the issues raised in this motion, but have been unable to do so.

-3-

      [Robert J. Kaler]
      Robert J. Kaler, Esq.