UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LYCOS, INC., ) | C.A. No. 05-10017- RWZ |
| ) | |
| Defendant. ) | |

## SECOND AFFIDAVIT OF JEFFREY L. ROUSSEAU

I, Jeffrey L. Rousseau, being duly sworn, do hereby depose and state that:

**1.**    I am a Vice President and Assistant General Counsel of Computer Sales International, Inc., which is a Delaware corporation with its principal place of business at 9990 Old Olive Street Road, Suite 101, St. Louis, Missouri 63141 ("CSI"). CSI is one of the largest independent information technology ("IT") leasing specialists in the world. It was founded in 1972, has it headquarters in St. Louis, Missouri, and is incorporated under the laws of the state of Delaware.

**2.**    As I stated in the affidavit that I signed on January 4, 2005 in support of CSI's motion for a bank attachment in this case, CSI leased large quantities of computer equipment (the "Equipment") to Lycos during the period 1996 through 2004 pursuant to a series of lease contracts signed by both parties. These contracts consisted of a Master Lease executed by CSI and Lycos in December of 1996, and a series of subsequent equipment schedules (the "Equipment Schedules"), also signed by both parties, that are accurately and more completely

describe in the Verified Complaint in this case, which I signed and swore to on behalf of CSI earlier this year.

3.    Each Equipment Schedule specified what Lycos' monthly payments would be, and for how many months Lycos was required to make those lease payments. Lycos knew what each item of Equipment cost because it selected and ordered all the Equipment by issuing purchase orders to vendors who then invoiced CSI for the cost of the Equipment. When CSI received those invoices, it requested authorization from Lycos, in writing, to pay the invoiced amounts, and Lycos provide that authorization in writing.

4.    Attached hereto as Exhibit 1, for example, are twenty-four examples of written notices that CSI sent to Lycos in July, August and September of 2000 seeking authorization from Lycos to pay for items of Equipment leased to CSI under Equipment Schedule 67E, which is the first Equipment Schedule mentioned in Lycos Amended Counterclaim in this case (at p. 14, paragraphs 26 and 27 of that counterclaim. Each letter identified the vendor, the vendor invoice number, the equipment cost, the date the equipment was accepted, installed and operating correctly, and the Lycos PO number issued to the vendor.

5.    In each case shown in Exhibit 1 hereto, CSI wrote to Lycos, referencing "Lease #144874-067E," which was a reference to the Master Lease and Equipment Schedule 67E, notified Lycos of the fact that CSI had received an invoice for a specific amount covering a specific Lycos purchase order, and requested authorization to pay that purchase price. Lycos then authorized CSI to make the payment by countersigning each notice under the heading "**CONFIRMED:LYCOS,INC.,**" and returning it to CSI. Lycos' action in countersigning these letters authorized CSI to pay the vendors the equipment cost for the equipment that Lycos had selected, so Lycos clearly knew what that cost was.

6. Equipment Schedule 67E, a copy of which is attached in part to Lycos' Amended Counterclaim as Exhibit B, had an initial term beginning October 1, 2000, and provided Lycos a credit line by which it could order for lease equipment of its choosing between June 15, 2000 and September 30, 2000 from third-party vendors. On November 12, 2000, shortly after Equipment Schedule 67E had begun, Lycos decided to terminate it, effective December 1, 2000, and sign a new lease, Equipment Schedule 67H.

7. Equipment Schedule 67H, attached to Lycos' Amended Counterclaim as Exhibit C, contained the same equipment as Equipment Schedule 67E, but reduced the monthly rental obligations of Lycos and extended the term of months during which Lycos could continue to use the Equipment. Equipment Schedule 67H contained, in its Exhibit "A," a listing of all equipment included on the lease and the Lycos approval letters, and further identified each unit of equipment by its serial number, description, vendor invoice, Lycos purchase order and monthly rental amount per unit.

8. The notices attached hereto as Exhibit 1 were countersigned by Lycos' Purchasing Manager Sandra Cuculiza, and are typical of the notices that CSI sent to Lycos, and the payment authorizations that CSI received from Lycos, in connection with all the items of Equipment that CSI purchased and subsequently leased to Lycos. Through them, and through numerous other communications with the vendors themselves, Lycos unquestionably knew the cost of all of the Equipment that it leased from CSI. In this regard, Lycos' counsel sent CSI's counsel a draft stipulation last week admitting that "Lycos knew the cost of the Equipment at the time that Equipment was ordered and paid for by CSI," which is correct. Lycos subsequently refused to sign a stipulation on this issue, however, because CSI would not agree to certain other language that Lycos was insisting be inserted into the stipulation.

-3-

9.      In 2003, Lycos approached CSI about keeping the existing leases in place but eventually purchasing the Equipment that it was then leasing from CSI. After a period of substantial negotiations with Lycos and lease consultants it had retained to evaluate CSI's proposal, the purchase price was reduced substantially (*ie*. by $915,000) from what CSI had previously quoted Lycos. CSI and Lycos entered into the Sales Agreement Number 199614 (the "Sales Agreement") attached as an incomplete version as Exhibit I to Lycos' Amended Counterclaim herein. All of the leases Lycos seeks to now unwind judicially were reaffirmed in the Sales Agreement, with the purchase price serving to transfer title to each lease at its termination. In Clauses 9(A) and (F) of that Sales Agreement, Lycos specifically represented and agreed that it had not relied upon any prior representation or statement from CSI, and had exercised its own judgment in selecting and purchasing the equipment.

10.     Throughout the years of its dealings with CSI concerning the Master Lease, the Equipment Schedules, and Sales Agreement, Lycos was a sophisticated public company with access to legal counsel and specialized leasing consultants, and it used both in its dealings with CSI. The Sales Agreement that CSI and Lycos executed in August of 2003, for example, indicated that it had been reviewed by Lycos' Legal Department, and as stated, in the negotiations leading up to the execution of that Agreement Lycos was also advised and represented by a leasing consultant company called "LeaseForum," which made modifications to the Sales Agreement and advertises itself as having considerable expertise in the computer equipment leasing field.

11.     In addition, the officer of Lycos who signed Equipment Schedules 67E and 67H, referenced in Lycos' Amended Counterclaim, was described in Lycos' SEC filings at the time as Vice-President of Finance and Administration with a degree in Accounting from Notre Dame,

and formerly a Senior Manager at the public accounting firm of Ernst & Young specializing in providing auditing and consulting services to public and private high tech firms. The Lycos' officer who signed the Master Lease for Lycos was Lycos' Chief Operating Officer.

12.     Lycos' decision to lease the Equipment for its operations from CSI, and to extend some of those leases, had the obvious benefit of allowing it to conserve its cash for other aspects of its operations for a long period of time while acquiring needed IT equipment necessary to facilitate its growth, and its decision to purchase the Equipment in August of 2003, rather than to return it to CSI and purchase or lease entirely new replacement equipment also had the obvious benefit of avoiding any disruption of its operations. These were rational business decisions that were made by Lycos, not CSI. CSI simply entered into the contracts that I have described, honored them, and is now seeking to recover only the amounts due it under those contracts.

Sworn to under the pains and penalties of perjury this 31st day of March, 2005.

_____
Jeffrey L. Rousseau

LAURIE MUELLER
St. Louis County
My Commission Expires
March 25, 2007

-5-



10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

July 14, 2000


Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE: Lycos, Inc.  Lease #144874-067E

*176603*

Dear Sandra:

**EXPERT SERVER GROUP** has invoiced Computer Sales International ("CSI") for the equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| √ 292703 | /$9,552.75 | 07/05/00 | 5416 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-997-3192.  This will also serve as your agreement that the equipment has been installed and is operating to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960.  Thank you for your prompt attention to this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

*Carolyn Berry*

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED: LYCOS, INC.

BY: _____

TITLE: __Purch Mgr_____

DATE: ____8-2-00_____



COMPUTER SALES INTERNATIONAL, INC.

10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

July 14, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE: Lycos, Inc.  Lease #144874-067E

Dear Sandra:

ACCLAIM TECHNOLOGY, INC. has invoiced Computer Sales International ("CSI") for the equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER |
|---|---|---|---|
| 96865 | $21,115.60 | 06/15/00 | 4921 |
| 97171 | 17,093.00 | 06/20/00 | 4935 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-997-3192. This will also serve as your agreement that the equipment has been installed and is operating to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960. Thank you for your prompt attention to this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED: LYCOS, INC.

BY: _____

TITLE: _Purch Mgr_____

DATE: _7.25.00_____



**COMPUTER SALES INTERNATIONAL, INC.**

10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

July 14, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA  02154

RE:  Lycos, Inc.   Lease #144874-067E

Dear Sandra:

CDW COMPUTER CENTERS, INC. has invoiced Computer Sales International ("CSI") for the
equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| BZ26273 | $435.47 | 06/15/00 | 5005 |
| BZ46002 | 5,198.00 | 06/15/00 | 5005 |
| BZ70364 | 232.03 | 06/19/00 | 5257 |
| BZ85812 | 16,114.13 | 06/20/00 | 5257 |
| BZ91755 | 1,652.60 | 06/20/00 | 5257 |
| CA21642 | 1,321.90 | 06/22/00 | 5257 |
| CA35610 | 356.24 | 06/23/00 | 5257 |
| CA86642 | 569.41 | 06/28/00 | 5257 |
| CB19485 | 2,277.65 | 06/30/00 | 5257 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-
997-3192.  This will also serve as your agreement that the equipment has been installed and is operating
to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960.  Thank you for your prompt attention to
this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED: LYCOS, INC.

BY: _____

TITLE:  Purch Mgr

DATE:  8-2-00



10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

July 14, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE: Lycos, Inc.  Lease #144874-067E

Dear Sandra:

FOUNDRY NETWORKS has invoiced Computer Sales International ("CSI") for the equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|----------------|--------------|-----------------|------------|
| 16058 | $81,319.16 | 06/15/00 | 5091 |
| 17384 | 41,186.70 | 07/03/00 | 5418 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-997-3192.  This will also serve as your agreement that the equipment has been installed and is operating to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960.  Thank you for your prompt attention to this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED: LYCOS, INC.

BY: _____

TITLE: Purch Mgr

DATE: 7.25.00



10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

July 14, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE: Lycos, Inc.  Lease #144874-067E

Dear Sandra:

NETWORK APPLIANCE, INC. has invoiced Computer Sales International ("CSI") for the equipment
included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| 34972 | $13,185.00 | 06/15/00 | 5148 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-
997-3192.  This will also serve as your agreement that the equipment has been installed and is operating
to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960.  Thank you for your prompt attention to
this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED: LYCOS, INC.

BY: _____

TITLE: Purch Mgr_____

DATE: _____7-25-00_____



**CSI**

COMPUTER SALES INTERNATIONAL, INC.

10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

July 21, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE: Lycos, Inc.  Lease #144874-067E

Dear Sandra:

EXPERT SERVER GROUP has invoiced Computer Sales International ("CSI") for the equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| 293500 | $19,441.52 ✓ | 07/18/00 | 5416 |
| 293806 | 6,401.66 ✓ | 07/20/00 | 5416 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-997-3192.  This will also serve as your agreement that the equipment has been installed and is operating to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960.  Thank you for your prompt attention to this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED: LYCOS, INC.

BY: _____

TITLE: ___Purch Mgr___

DATE: ___8-2-00___



10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

August 4, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE: Lycos, Inc.   Lease #144874-067E

Dear Sandra:

**EXPERT SERVER GROUP** has invoiced Computer Sales International ("CSI") for the equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| 294540 | $586.00 | 07/28/00 | 5416 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-997-3192. This will also serve as your agreement that the equipment has been installed and is operating to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960. Thank you for your prompt attention to this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED: LYCOS, INC.

BY: _____

TITLE: _____Purch Mgr_____

DATE: _____8.7.00_____



COMPUTER SALES INTERNATIONAL, INC.

10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

August 4, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE: Lycos, Inc. Lease #144874-067E

Dear Sandra:

ACCLAIM TECHNOLOGY, INC. has invoiced Computer Sales International ("CSI") for the equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| 98470 | $14,718.00 | 07/28/00 | 5186 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-997-3192. This will also serve as your agreement that the equipment has been installed and is operating to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960. Thank you for your prompt attention to this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jin

CONFIRMED: LYCOS, INC.

BY: _____

TITLE: _____Purch Mgr_____

DATE: _____8/7/00_____



10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

August 11, 2000


Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA  02154

RE:  Lycos, Inc.  Lease #144874-067E


Dear Sandra:

FOUNDRY NETWORKS has invoiced Computer Sales International ("CSI") for the equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| 19079 | $16,456.83 | 08/07/00 | 5713 |
| 19080 | 14,835.08 | 08/07/00 | 5734 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-997-3192.  This will also serve as your agreement that the equipment has been installed and is operating to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960.  Thank you for your prompt attention to this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jln


CONFIRMED: LYCOS, INC.

BY: _____

TITLE: _____

DATE: _____



10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

August 11, 2000


Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE: Lycos, Inc.  Lease #144874-067E


Dear Sandra:

CDW COMPUTER CENTERS, INC. has invoiced Computer Sales International ("CSI") for the equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| CG46206 | $941.61 | 08/11/00 | 5651 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-997-3192.  This will also serve as your agreement that the equipment has been installed and is operating to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960.  Thank you for your prompt attention to this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED: LYCOS, INC.

BY: _____

TITLE: _____Purch Mgr_____

DATE: _____8.22.80_____



**CSI**
COMPUTER SALES INTERNATIONAL, INC.

10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

August 15, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE: Lycos, Inc.  Lease #144874-067E

Dear Sandra:

AVCOM TECHNOLOGIES, INC. has invoiced Computer Sales International ("CSI") for the equipment
included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| 98361 | $92,479.54 | 06/15/00 | 3421 |
| 98362 | 56,427.00 | 06/15/00 | 3419 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-
997-3192.  This will also serve as your agreement that the equipment has been installed and is operating
to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960.  Thank you for your prompt attention to
this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

*Carolyn Berry*

Carolyn Berry
Contract Administrator

CONFIRMED: LYCOS, INC.

BY: _____    *Per Brian Lucy OK.*

TITLE: _____

DATE: _____



**COMPUTER SALES INTERNATIONAL, INC.**

10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

August 17, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE: Lycos, Inc.  Lease #144874-067E

Dear Sandra:

AVCOM TECHNOLOGIES, INC. has invoiced Computer Sales International ("CSI") for the equipment
included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| 1991 | $9,720.00 | 06/15/00 | 2850  4250 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-
997-3192. This will also serve as your agreement that the equipment has been installed and is operating
to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960. Thank you for your prompt attention to
this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CONFIRMED; LYCOS, INC.

BY: _____

TITLE: _Purch Mgr_

DATE: _8. 29.00_



**COMPUTER SALES INTERNATIONAL, INC.**

10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

August 28, 2000

177259

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE: Lycos, Inc.   Lease #144874-067E

Dear Sandra:

AVCOM TECHNOLOGIES, INC. has invoiced Computer Sales International ("CSI") for the equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| 93901 | $58,195.85 | 06/15/00 | 2550 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-997-3192. This will also serve as your agreement that the equipment has been installed and is operating to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960. Thank you for your prompt attention to this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CONFIRMED: LYCOS, INC.

BY: _____

TITLE: Purch Mgr

DATE: 8.28.00



**COMPUTER SALES INTERNATIONAL, INC.**

10345 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

September 1, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE: Lycos, Inc.   Lease #144874-067E

Dear Sandra:

AVCOM TECHNOLOGIES, INC. has invoiced Computer Sales International ("CSI") for the equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| 13242 | $4,501.80 | 08/28/00 | 5576 |
| 13510 | $10,280.00 | 08/31/00 | 5454 |
| 13526 | $37,805.00 | 08/31/00 | 5601 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-997-3192.  This will also serve as your agreement that the equipment has been installed and is operating to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960.  Thank you for your prompt attention to this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED: LYCOS, INC.

BY: _____

TITLE: _Purch Mgr_

DATE: _9·18·00_



10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

September 11, 2000


Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA  02154

RE:  Lycos, Inc.   Lease #144874-067E


Dear Sandra:

ALTEON WEBSYSTEMS, INC. has invoiced Computer Sales International ("CSI") for the equipment
included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| 805795 | $59,824.80 | 09/07/00 | 5656 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-
997-3192.  This will also serve as your agreement that the equipment has been installed and is operating
to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960.  Thank you for your prompt attention to
this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jln


CONFIRMED:  LYCOS, INC.

BY: _____

TITLE: _____Purch Mgr_____

DATE: _____9.13-00_____



**COMPUTER SALES INTERNATIONAL, INC.**

*10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010*

September 11, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA  02154

RE:  Lycos, Inc.   Lease #144874-067E

Dear Sandra:

AVCOM TECHNOLOGIES, INC. has invoiced Computer Sales International ("CSI") for the equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| 13614 | $27,840.42 | 09/01/00 | 5454 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-997-3192.  This will also serve as your agreement that the equipment has been installed and is operating to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960.  Thank you for your prompt attention to this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

*Carolyn Berry*

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED: LYCOS, INC.

BY: _Cuculiza S_

TITLE: _Purch Mgr_

DATE: _9.18-00_



10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

September 11, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA  02154

RE:  Lycos, Inc.  Lease #144874-067E

Dear Sandra:

EXPERT SERVER GROUP has invoiced Computer Sales International ("CSI") for the equipment
included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER |
|---|---|---|---|
| 0297583 | $2,875.68 | 09/01/00 | 10150 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-
997-3192.  This will also serve as your agreement that the equipment has been installed and is operating
to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960.  Thank you for your prompt attention to
this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED: LYCOS, INC.

BY: _____

TITLE: _Purch Mgr_____

DATE: _9. 13 - 00_____



**COMPUTER SALES INTERNATIONAL, INC.**

*10845 Olive Boulevard*
*St. Louis, Missouri 63141*
*(314)997-7010*

September 12, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE: Lycos, Inc.  Lease #144874-067E

Dear Sandra:

ACCLAIM TECHNOLOGIES, INC. has invoiced Computer Sales International ("CSI") for the equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| 97452 | $9,174.00 | 07/01/00 | 5186 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-997-3192. This will also serve as your agreement that the equipment has been installed and is operating to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960. Thank you for your prompt attention to this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED: LYCOS, INC.

BY: _____

TITLE: _____Purch Mgr_____

DATE: _____9.13.00_____



**CSI**
COMPUTER SALES INTERNATIONAL, INC.

10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

September 15, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE:  Lycos, Inc.  Lease #144874-067E

Dear Sandra:

EXPERT SERVER GROUP has invoiced Computer Sales International ("CSI") for the equipment
included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| 298397 | $8,405.00 | 09/13/00 | 90021 |
| 298559 | $5,946.68 | 09/18/00 | 90020 |
| 298561 | $1,970.61 | 09/18/00 | 90019 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-
997-3192.  This will also serve as your agreement that the equipment has been installed and is operating
to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960.  Thank you for your prompt attention to
this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED:  LYCOS, INC.

BY: _____

TITLE: _Purch Mgr_____

DATE: _____10/2/00_____

**CSI**

COMPUTER SALES INTERNATIONAL, INC.

10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

September 22, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA  02154

RE: Lycos, Inc.  Lease #144874-067E

Dear Sandra:

CDW COMPUTER CENTERS, INC. has invoiced Computer Sales International ("CSI") for the
equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| CL35085 | $597.70 | 09/19/00 | 90023  ASCA-4NHVLW 90022 |
| CL70844 | $15,848.34 | 09/21/00 | 90033  JBRN-4NVMQD |
| CL86299 | $9,971.09 | 09/22/00 | 90023 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-
997-3192.  This will also serve as your agreement that the equipment has been installed and is operating
to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960.  Thank you for your prompt attention to
this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

*Carolyn Berry*

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED:  LYCOS, INC.

BY: _____

TITLE: _____Purch Mgr_____

DATE: _____10.3.00_____



10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

September 29, 2000


Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA  02154

RE:  Lycos, Inc.  Lease #144874-067E


Dear Sandra:

FOUNDRY NETWORKS has invoiced Computer Sales International ("CSI") for the equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| 21359 | $76,463.25 | 09/25/00 | 90030 |
| 21180 | $29,939.45 | 09/21/00 | 90030 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-997-3192.  This will also serve as your agreement that the equipment has been installed and is operating to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960.  Thank you for your prompt attention to this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED:  LYCOS, INC.

BY: _____

TITLE: _____Purch Mgr_____

DATE: _____10/2/00_____



10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

September 29, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE: Lycos, Inc. Lease #144874-067E

*178098*

Dear Sandra:

EXPERT SERVER GROUP has invoiced Computer Sales International ("CSI") for the equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| 299252 | $20,729.25 | 09/25/00 | 90022 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-997-3192. This will also serve as your agreement that the equipment has been installed and is operating to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960. Thank you for your prompt attention to this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED: LYCOS, INC.

BY: _____

TITLE: _Purch Mgr_____

DATE: ___10/2/00_____



10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

October 6, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE: Lycos, Inc.  Lease #144874-067E

Dear Sandra:

WESTCON INC. has invoiced Computer Sales International ("CSI") for the equipment included on the
above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| 162462 | $86,323.50 | 07/04/00 | 4468 |
| 171983 | $15,438.00 | 08/09/00 | 4468 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-
997-3192.  This will also serve as your agreement that the equipment has been installed and is operating
to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960.  Thank you for your prompt attention to
this matter.

Very truly yours.

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED:  LYCOS, INC.

BY: _____

TITLE: _____Purch Mgr_____

DATE: _____10/10/00_____



COMPUTER SALES INTERNATIONAL, INC.

10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

October 6, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE: Lycos, Inc. Lease #144874-067E

Dear Sandra:

SBC DATACOMM has invoiced Computer Sales International ("CSI") for the equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| 276-026594 | $39,260.00 | 09/29/00 | 90013 |
| 276-026593 | $6,000.00 | 09/24/00 | 90013 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-997-3192. This will also serve as your agreement that the equipment has been installed and is operating to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960. Thank you for your prompt attention to this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/jln

CONFIRMED: LYCOS, INC.

BY: _Hannifer_

TITLE: _Purch Mgr_

DATE: _10/10/00_