UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **COMPUTER SALES INTERNATIONAL, INC.**, | ) | C.A. No. 05-10017-RWZ |
| | ) | |
| Plaintiff and Defendant-in-Counterclaim, | ) ) ) | |
| | ) | |
| v. | ) ) | |
| **LYCOS, INC.**, | ) ) | DEFENDANT LYCOS, INC.'S "ROADMAP" OF THE PAPERS SCHEDULED FOR HEARING ON MAY 12, 2005 AND PROPOSED ORDER FOR DISPOSITION OF PENDING MOTIONS |
| Defendant and Plaintiff-in-Counterclaim, | ) ) ) | |
| and | ) ) | |
| **BANK OF AMERICA f/k/a FLEET BANK**, | ) ) ) | |
| Trustee Process Defendant | ) ) | |

To assist the Court in reviewing the plethora of papers scheduled for hearing on May 12, 2005, defendant and plaintiff-in-counterclaim, Lycos, Inc. ("Lycos") submits this "roadmap" of the papers filed, and proposes an order for disposition of the pending motions.

**Papers Filed**

Plaintiff and defendant-in-counterclaim Computer Sales International, Inc. ("CSI") filed two motions on March 31, 2005:

- a Motion to Dismiss or for Summary Judgment as to Amended Counterclaim of Defendant Lycos, Inc.

- a Motion for Summary Judgment as to CSI's Complaint.

In support of these motions, it filed a memorandum dated March 31, 2005, in which it expressly incorporated its memorandum dated March 10, 2005 that CSI filed in support of a

Motion to Dismiss of even date.  *See* **March 31, 2005 Memorandum, at 9.**  It also filed the Second Affidavit of Jeffrey Rousseau.

In response, and in part because of the different standards of review on motions to dismiss and motions for summary judgment, Lycos has filed:

- an Unopposed Motion to File a Total of Not More than Forty Pages of Memoranda in Opposition to CSI's Two Overlapping Motions.

- an Opposition to CSI's Motion to Dismiss Lycos' Amended Counterclaim.

- a Motion to Strike CSI's Verified Complaint and the Affidavits of Jeffrey L. Rousseau from Consideration on CSI's Motions for Summary Judgment for Failure to Comply with Fed. R. Civ. P. 56(e).

- a Local Rule 56.1 Statement Identifying Those Facts in CSI's Statement of Undisputed Material Facts that Lycos Disputes.

- an Opposition to CSI's Motion for Summary Judgment on Lycos' Counterclaims.

- an Opposition to CSI's Motion for Summary Judgment as to its Complaint.

- the Affidavits of Brian Lucy, Susan Franklin, Mark Blais, Peter Karol, and Deborah Bibbo.

- a Conditional Motion Pursuant to Fed. R. Civ. P. 56(f), along with the Affidavit of Thomas O. Bean.

**Proposed Order of Disposition of Motions**

Assuming the Court permits Lycos to file a total of forty pages in response to CSI's two overlapping motions, Lycos believes that it would be appropriate for the Court to consider first the Motion to Dismiss because that motion tests the pure legal sufficiency of Lycos' Amended Counterclaims.  Provided the Court denies the Motion to Dismiss, in whole or in part, it would next be appropriate to consider the Motion to Strike, as that will establish the material the Court should consider in ruling on CSI's two summary judgment motions.

Then, because CSI would not be entitled to summary judgment on its complaint to recover monies pursuant to certain leases if Lycos' counterclaim for fraud in the inducement of these leases were to survive summary judgment, the Court should first consider the motion for summary judgment as to Lycos' Amended Counterclaims.  Next, the Court should consider CSI's Motion for Summary Judgment as to its Complaint.  Finally, to the extent the Court does not deny CSI's Motions on other grounds, it should then consider Lycos' Conditional Rule 56(f) Motion.

LYCOS, INC.

By its attorneys,

Dated:  April 29, 2005

/s/ Thomas O. Bean_____
Thomas O. Bean (BBO# 548072)
Erik P. Bartenhagen (BBO# 640003)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for plaintiff, Robert J. Kaler, Gadsby Hannah LLP, 225 Franklin Street, Boston, MA 02110, by hand on April 29, 2005.

/s/ Erik P. Bartenhagen
Erik P. Bartenhagen

1424933.2