UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **COMPUTER SALES INTERNATIONAL, INC.,** | ) | C.A. No. 05-10017-RWZ |
| | ) | |
| Plaintiff and Defendant-in-Counterclaim, | ) ) ) | |
| | ) | |
| v. | ) ) | |
| **LYCOS, INC.,** | ) ) | **DEFENDANT LYCOS, INC.'S UNOPPOSED MOTION TO FILE A TOTAL OF NOT MORE THAN FORTY PAGES OF MEMORANDA IN OPPOSITION TO CSI'S TWO OVERLAPPING MOTIONS** |
| Defendant and Plaintiff-in-Counterclaim, | ) ) ) | |
| and | ) ) | |
| **BANK OF AMERICA f/k/a FLEET BANK,** | ) ) ) | |
| Trustee Process Defendant | ) ) | |

Plaintiff and defendant-in-counterclaim Computer Sales International, Inc. ("CSI") has filed two motions: a Motion to Dismiss or for Summary Judgment on Lycos' Counterclaims, and a Motion for Summary Judgment on its Complaint (together, the "Motions"). It has filed two memoranda totaling forty pages in support of these motions. *See* Memoranda dated March 31, 2005, incorporating by reference Memoranda dated March 10, 2005.

Under Local District Court Rule 7.1(B)(4), defendant and plaintiff-in-counterclaim Lycos, Inc. ("Lycos") would be entitled to file two twenty-page memoranda, one in response to *each* of CSI's motions, for a total of forty pages. In drafting its oppositions to the two motions, Lycos has included the great majority of its legal arguments in its Opposition to CSI's Motion to Dismiss Lycos' Counterclaims, a memorandum of twenty-four pages. Lycos has filed two other memoranda with a total of sixteen pages, one in Opposition to CSI's Motion for

Summary Judgment on Lycos' Counterclaims, and one in Opposition to CSI's Motion for Summary Judgment on its Complaint. These latter Oppositions incorporate by reference some of the arguments made in the Opposition to CSI's Motion to Dismiss.

Although Lycos' three memoranda total the forty pages it would be entitled to in responding to the two motions, because Lycos' Opposition to CSI's Motion to Dismiss exceeds twenty pages, Lycos seeks leave of Court to file one memorandum that exceeds twenty pages provided that all memoranda in response to the Motions total forty pages or less.

WHEREFORE, Lycos respectfully requests that the Court enter an Order:

1.  Authorizing Lycos to file an Opposition to CSI's Motion to Dismiss that exceeds twenty pages in length provided that Lycos' Oppositions to CSI's Motions for Summary Judgment do not, together with the Opposition to the Motion to Dismiss, exceed forty pages in length; and

2.  Granting Lycos such other relief as may be appropriate and just.

LYCOS, INC.

By its attorneys,

Dated: April 29, 2005

/s/ Thomas O. Bean_____
Thomas O. Bean (BBO# 548072)
Erik P. Bartenhagen (BBO# 640003)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for plaintiff, Robert J. Kaler, Gadsby Hannah LLP, 225 Franklin Street, Boston, MA 02110, by hand on April 29, 2005.

/s/ Erik P. Bartenhagen
Erik P. Bartenhagen

## LOCAL RULE 7.1 CERTIFICATION

I, Thomas O. Bean, counsel for defendant and plaintiff-in-counterclaim Lycos, Inc., certify that by telephone on April 29, 2005, I conferred with Robert J. Kaler, counsel for plaintiff and defendant-in-counterclaim Computer Sales International, Inc., in a good faith effort to resolve or narrow the issues presented by this motion, and counsel for plaintiff has indicated that he does not object to this motion.

/s/ Thomas O. Bean
Thomas O. Bean

**1425238.1**