UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **COMPUTER SALES INTERNATIONAL, INC.,** | ) | C.A. No. 05-10017-RWZ |
| Plaintiff and Defendant-in-Counterclaim, | ) ) ) ) | |
| v. | ) ) | |
| **LYCOS, INC.,** | ) ) | **AFFIDAVIT OF DEBORAH BIBBO** |
| Defendant and Plaintiff-in-Counterclaim, | ) ) ) | |
| and | ) ) | |
| **BANK OF AMERICA f/k/a FLEET BANK,** | ) ) ) | |
| Trustee Process Defendant | ) | |

**I, Deborah Bibbo, do hereby state under oath as follows:**

1. I have been employed as an accounting associate in charge of purchasing at Lycos, Inc. since September, 2000. Prior to being appointed as an accounting associate, I worked in the accounts payable department at Lycos from February, 1999 to September, 2000.

2. I have personal knowledge of the facts set forth herein.

3. As an accounting associate, I am and have been the person at Lycos responsible for filing and maintenance of the purchase orders, invoices, and payment authorization certificates with respect to the equipment Lycos leased from Computer Sales International, Inc. ("CSI"). In preparation for execution of this Affidavit, I reviewed those files.

4. There are more than a thousand purchase orders relating to Lycos' lease of equipment from CSI. Because multiple invoices were often issued by vendors with respect to each purchase order, there are thousands of invoices. Similarly, there are more than a

thousand payment authorization certificates pursuant to which Lycos authorized CSI to pay for equipment.

5. In addition to being extraordinarily time-consuming given the number of invoices and related documents, there would be several difficulties if one were to seek to determine the aggregate original cost of the leased equipment by totaling the invoices, including but not limited to:

A. First, adding up the invoices would not determine the original cost of the "hard" equipment leased from CSI because all or virtually all of the invoices contain a "soft" cost charge for shipping and handling. In addition, many of the invoices contain one or both of two other "soft" costs: maintenance and support, and software.

B. Second, tying CSI's payment authorization certificates to Lycos' purchase orders and then to invoices would be difficult because those payment authorization certificates often referred to equipment on multiple purchase orders and multiple invoices. I have attached as <u>Exhibit A</u> a true and accurate copy of one of those certificates from CSI reflecting this.

6. There also would be several difficulties in trying to determine the aggregate original equipment cost by totaling the purchase orders. By way of example, but by no means the sole example, sometimes Lycos would send purchase orders for equipment and then the person within Lycos who originally wanted to purchase it would later decided not to. Yet, even though the purchase of the equipment would have been cancelled and never received by Lycos, those purchase orders would often remain open. Thus, the purchase orders themselves would not accurately reflect the total original cost of the equipment leased from CSI.

**Signed under the pains and penalties of perjury, this 29 day of April, 2005.**

**/s/ Deborah Bibbo**
**Deborah Bibbo**

1425247.1

# EXHIBIT A

## DEBORAH BIBBO AFFIDAVIT



**COMPUTER SALES INTERNATIONAL, INC.**

10845 Olive Boulevard
St. Louis, Missouri 63141
(314)997-7010

October 20, 2000

Sandra Cuculiza
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

RE: Lycos, Inc. Lease #144874-082

Dear Sandra:

CDW COMPUTER CENTERS, INC. has invoiced Computer Sales International ("CSI") for the equipment included on the above referenced lease and schedule.

| INVOICE NUMBER | TOTAL AMOUNT | ACCEPTANCE DATE | PO NUMBER: |
|---|---|---|---|
| CO57020 | $2,607.71 | 10/11/00 | 10443 |
| CP40243 | $2,889.14 | 10/18/00 | 10474 |

Please authorize CSI to make payment by signing below and returning a copy of this letter to me at 314-997-3192. This will also serve as your agreement that the equipment has been installed and is operating to your satisfaction as of the date listed above.

If you have any questions, please contact me at 800-955-0960. Thank you for your prompt attention to this matter.

Very truly yours,

COMPUTER SALES INTERNATIONAL, INC.

Carolyn Berry
Contract Administrator

CSB/mke

CONFIRMED: LYCOS, INC.
BY: _____
TITLE: Purch Mgr
DATE: 10.23.00