# McDermott Will & Emery

Boston  Brussels  Chicago  Düsseldorf  London  Los Angeles  Miami  Milan
Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.



July 28, 2005

The Honorable Rya Zobel
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

    Re: <u>Computer Sales International, Inc. v. Lycos, Inc., C.A. No. 05-10017-RWZ</u>

Dear Judge Zobel:

The Court held oral argument on plaintiff's motions for summary judgment on the claims set forth in its Complaint and on Lycos' counter-claims on May 12, 2005, and on certain related motions, four months after this case was filed and before the parties had commenced discovery. In accordance with the Court's Scheduling Order dated March 22, 2005, the parties have deferred starting discovery pending disposition of those motions.

Lycos would appreciate learning when the Court might dispose of the above-referenced motions so that, depending on their disposition, the parties might begin discovery.

Thank you for your attention to this matter.

Very truly yours,

*Thomas Bean*

Thomas O. Bean.
(counsel to Lycos, Inc.)

cc:    Robert J. Kaler, Esq.

BST99 1467370-1.057077.0012

U.S. practice conducted through McDermott Will & Emery LLP.
28 State Street  Boston, Massachusetts  02109-1775  Telephone: 617.535.4000  Facsimile: 617.535.3800  www.mwe.com