# McDermott Will & Emery

Boston  Brussels  Chicago  Düsseldorf  London  Los Angeles  Miami  Milan
Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

September 8, 2005

Lisa Urso
Courtroom Clerk to the Honorable Rya Zobel
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

Re: Computer Sales International, Inc. v. Lycos, Inc., C.A. No. 05-10017-RWZ

Dear Ms. Urso:

This letter is a follow-up to my letter to Judge Zobel dated July 28, 2005, with respect to the above matter, in which Lycos requested disposition of pending summary judgment motions.

The Court held oral argument on plaintiff's motions for summary judgment on the claims set forth in its Complaint and on Lycos' counter-claims on May 12, 2005, and on certain related motions, four months after this case was filed and before the parties had commenced discovery. In accordance with the Court's Scheduling Order dated March 22, 2005, the parties have deferred starting discovery pending disposition of those motions.

Lycos is concerned that witnesses' memories may fade as time passes. It is concerned that if the Court does not dispose of the pending motions in the near future, Lycos' prosecution of its counter-claims will be impaired. Accordingly, Lycos reiterates its request that the Court dispose of the pending motions at its earliest convenience.

Thank you for your attention to this matter.

Very truly yours,

Thomas O. Bean
(counsel to Lycos, Inc.).

cc: Robert J. Kaler, Esq.

BST99 1472143-1.057077.0012

U.S. practice conducted through McDermott Will & Emery LLP.
28 State Street  Boston, Massachusetts 02109-1775  Telephone: 617.535.4000  Facsimile: 617.535.3800  www.mwe.com