UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |  |
|---|---|---|
| COMPUTER SALES INTERNATIONAL INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| LYCOS, INC., | ) ) | C.A. No. 05-10017- RWZ |
| Defendant, | ) ) | |
| BANK OF AMERICA f/k/a FLEET BANK, | ) ) | |
| Trustee Process Defendant. | ) ) | |

**PLAINTIFF COMPUTER SALES INTERNATIONAL, INC.'S
<u>MOTION FOR RECONSIDERATION OF ORDER OF DECEMBER 6, 2005</u>**

Plaintiff Computer Sales International, Inc. ("CSI") respectfully moves this Court to reconsider and modify its Memorandum of Decision dated December 6, 2005 (the "Decision") on grounds that the Decision is predicated on **(1)** a mistake as to an admitted fact concerning Count I of Lycos' counterclaim; **(2)** an error of law in the choice of law analysis as to Count II of Lycos' counterclaim; and **(3)** a mistake as to the residency of the plaintiff CSI, the locus of the acts in question, and the applicability of Massachusetts law to Lycos' other claims.

In support of this motion, CSI relies on the authorities set forth and cited in the memorandum of law field herewith, and on the relevant excerpts of the transcript of the parties' May 12, 2005 oral argument, attached thereto as Exhibit 1.

For all of the reasons set forth therein, plaintiff CSI respectfully requests that the Decision of December 6, 2005, and the question of whether the remaining counts of Lycos'

-2-

complaint should be dismissed, be reconsidered based on the points raised in the memorandum filed herewith, and that those counts be dismissed.

REQUEST FOR ORAL ARGUMENT

CSI respectfully requests a brief amount of time, at the Court's discretion, to argue this motion and to respond to any questions from the Court about it.

Respectfully submitted,

COMPUTER SALES INTERNATIONAL, INC.
By its attorneys,

/s/ Robert J. Kaler_____
Robert J. Kaler, Esq., BBO No. 542040
rkaler@ghlaw.com
Eric Neyman, Esq., BBO No. 564803
eneyman@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  0211
Tel. (617) 345-7000

Dated:  December 21, 2005

**Local Rule 7.1 Certification**

I, Robert J. Kaler, hereby certify that I have conferred with opposing counsel on the subject of this motion, but have been unable to resolve or narrow the issues presented herein.

/s/ Robert J. Kaler
Robert J. Kaler

**Certificate of Service**

I, Robert J. Kaler, hereby certify that I caused a true copy of the foregoing pleading to be serve on counsel for the other parties in this action electronically, by facsimile, and by first class mail, postage prepaid, this 21st day of December 2005.

/s/ Robert J. Kaler
Robert J. Kaler