UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **COMPUTER SALES INTERNATIONAL, INC.,** | ) | C.A. No. 05-10017-RWZ |
| **Plaintiff and Defendant-in-Counterclaim,** | ) ) ) | |
| v. | ) ) | |
| **LYCOS, INC.,** | ) ) | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| **Defendant and Plaintiff-in-Counterclaim,** | ) ) ) | |
| and | ) ) | |
| **BANK OF AMERICA f/k/a FLEET BANK,** | ) ) ) | |
| **Trustee Process Defendant** | ) | |

I, Erik P. Bartenhagen, hereby withdraw as counsel for defendant and plaintiff-in-counterclaim, Lycos, Inc. ("Lycos") in the above-captioned matter. Thomas O. Bean, of McDermott Will & Emery, will continue as counsel to Lycos.

                                        /s/ Erik P. Bartenhagen
                                        Erik P. Bartenhagen (BBO# 640003)
                                        Nutter, McClennen & Fish, LLP
                                        155 Seaport Blvd.
                                        Boston, MA 02210
**Dated: January 11, 2006**          (617) 439-2000

1429519.1