UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |  |
|---|---|---|
| COMPUTER SALES INTERNATIONAL INC., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| LYCOS, INC., | ) | C.A. No. 05-10017- RWZ |
| Defendant, | ) ) | |
| and | ) ) | |
| BANK OF AMERICA f/k/a FLEET BANK, | ) ) | |
| Trustee Process Defendant. | ) ) | |

**NOTICE OF APPEARANCE OF**
**<u>ATTORNEY EDWARD W. LITTLE, JR.</u>**

Please enter the appearance of Edward W. Little, Jr. of Gadsby Hannah, LLP on behalf of plaintiff Computer Sales International, Inc.

                                  Respectfully submitted,

                                  COMPUTER SALES INTERNATIONAL, INC.
                                  By its attorneys,

                                  <u>/s/Edward W. Little, Jr.</u>
                                  Robert J. Kaler, Esq., BBO No. 542040
                                  rkaler@ghlaw.com
                                  Eric Neyman, Esq., BBO No. 564803
                                  eneyman@ghlaw.com
                                  Edward W. Little, Jr., BBO No. 628985
                                  elittle@ghlaw.com
                                  Gadsby Hannah LLP
                                  225 Franklin Street
                                  Boston, MA  0211
                                  Tel. (617) 345-7000

Dated:  January 24, 2006

## CERTIFICATE OF SERVICE

    I, Edward W. Little, Jr., hereby certify that I caused a true copy of the foregoing pleading to be served on counsel for the other parties in this action by facsimile and first class mail this 24th day of January 2006.

                                        /s/Edward W. Little, Jr.
                                        Edward W. Little, Jr.