# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMPUTER SALES INTERNATIONAL, INC., <br><br>      Plaintiff and Defendant-in-Counterclaim, <br><br>v. <br><br>LYCOS, INC., <br><br>      Defendant and Plaintiff-in-Counterclaim, <br><br>v. <br><br>BANK OF AMERICA F/K/A FLEET BANK <br><br>      Trustee Process Defendant. | C.A. No. 05-10017-RWZ <br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Peter M. Acton, Jr., of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts, who is admitted to practice before and is in good standing with the United States District Court for the District of Massachusetts, on behalf of defendant and plaintiff-in-counterclaim Lycos, Inc., in the above-referenced matter.

                                                  Respectfully submitted,

                                                  LYCOS, INC.

                                                  By its attorneys,

Dated: January 25, 2006                    /s/ Peter M. Acton, Jr.
                                                  Thomas O. Bean (MA BBO# 548072)
                                                  Peter M. Acton, Jr. (MA BBO# 654641)
                                                  McDermott Will & Emery, LLP
                                                  28 State Street
                                                  Boston, Massachusetts 02109
                                                  Telephone:  (617) 535-4000

BST99 1487583-1.057077.0012

## CERTIFICATE OF SERVICE

      I, Peter M. Acton, Jr., hereby certify that on the date hereof this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and by first class mail, postage prepaid, on the following party:

Robert J. Kaler, Esq.
Edward Little, Jr.
Gadby Hannah LLP
225 Franklin Street
Boston, MA 02110
*(Counsel to Computer Sales International, Inc.)*

                                              /s/ Peter M. Acton, Jr.
                                              Peter M. Acton, Jr.

January 25, 2006