UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMPUTER SALES INTERNATIONAL, INC.,<br><br>Plaintiff and Defendant-in-Counterclaim,<br>v.<br><br>LYCOS, INC.,<br><br>Defendant and Plaintiff-in-Counterclaim,<br>and<br><br>BANK OR AMERICA f/k/a FLEET BANK,<br><br>Trustee Process Defendant. | C.A. No. 05-10017- RWZ |

## RULE 7.1 CERTIFICATION

The undersigned counsel for Defendant and Plaintiff-in-Counterclaim, Lycos, Inc. certifies that he has conferred with Robert Kaler, counsel for Plaintiff and Defendant-in-Counterclaim, Computer Sales International, Inc., and attempted in good faith to resolve or narrow the issues raised in the plaintiff's Motion to Compel Production of Documents and to Resolve Dispute Over Proposed Confidentiality Agreement, but was unable to do so.

Dated: February 15, 2006

Respectfully submitted,

LYCOS, INC.,
By its attorneys,

/s/ Thomas O. Bean
Thomas O. Bean (BBO# 548072)
Peter M. Acton, Jr. (BBO# 654641)
McDERMOTT WILL & EMERY, LLP
28 State Street
Boston MA 02109
(617) 535-4000

BST99 1491933-1.057077.0012

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of February, 2006, I caused a true and accurate copy of the within document to be delivered by hand to Robert J. Kaler, Gadsby Hannah, LLP, 225 Franklin Street, Boston, MA 02111.

                                              /s/ Thomas O. Bean
                                              Thomas O. Bean

BST99 1491933-1.057077.0012