# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Thomas O. Bean
tbean@mwe.com
617.535.4426

March 3, 2006

**BY HAND**

Lisa Urso
Courtroom Clerk to the Honorable Rya Zobel
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

Re: Computer Sales International, Inc. v. Lycos, Inc., C.A. No. 05-10017-RWZ

Dear Ms. Urso:

I received this morning via regular mail the letter that Robert Kaler, counsel for CSI in the above matter, hand-delivered to you yesterday concerning Lycos' Motion to Compel Production of Documents and to Resolve Dispute Over Proposed Confidentiality Agreement (the "Motion").

Please be advised that there are three reasons the Motion should not be resolved hastily: (1) CSI has not stated any reason that the Motion needs to be resolved before Mr. Rousseau's deposition next week, a deposition that was scheduled on January 25, 2006 (see attached), and Lycos is not aware of any reason the issues raised by the Motion need to be resolved before the deposition; (2) Lycos intends to file, on Monday, March 6, 2006, a motion for leave to file a reply and brief reply to CSI's Opposition to the Motion filed February 28, 2006; and (3) Lycos would have agreed if CSI had asked, and hereby will agree, not to disseminate the transcript of the deposition beyond counsel and the parties until after the Motion is resolved, thus obviating any need to continue the date for the deposition, a deposition for which the undersigned has purchased a non-refundable plane ticket.

Thank you for your attention to this matter.

Very truly yours,

Thomas O. Bean
(counsel to Lycos, Inc.).

cc:   Robert J. Kaler, Esq. (by hand)

U.S. practice conducted through McDermott Will & Emery LLP.
28 State Street Boston, Massachusetts 02109-1775 Telephone: 617.535.4000 Facsimile: 617.535.3800 www.mwe.com

# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Peter M. Acton, Jr.
pacton@mwe.com
617.535.4412

January 25, 2006

BY FACSIMILE TO (617) 204-8007
Robert J. Kaler
Gadby Hannah LLP
225 Franklin Street
Boston, MA 02110

Re:  Computer Sales International, Inc v. Lycos, Inc.,
     Case No. 05-10017-RWZ

Dear Bob:

Pursuant to our call yesterday, we are prepared to accommodate your request to reschedule the deposition of Jeffrey L. Rousseau from March 2, 2006 to **March 8, 2006 at 9:30 a.m.** at the offices of Husch & Eppenberger, LLC, The Plaza in Clayton Office Tower, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105.

Thank you for your attention to this matter.

Sincerely,

Peter M. Acton, Jr.
PMA/kgj