

GADSBY HANNAH LLP

Robert J. Kaler
rkaler@ghlaw.com

Tel: 617 345 7007
Fax: 617 204 8007

March 16, 2006

VIA ELECTRONIC FILING

Lisa Urso, Courtroom Clerk to
The Honorable Rya W. Zobel
Suite 6110
United States District Court
One Courthouse Way
Boston, MA 02210

Re:   *Computer Sales International, Inc. v. Lycos, Inc. and Bank of America f/k/a Fleet Bank*, C.A. No. 05-10017 RWZ

Dear Ms. Urso:

    We are counsel for plaintiff Computer Sales International, Inc. ("CSI") in the above-referenced action, in which Lycos, Inc. ("Lycos") is the defendant. On March 3, 2006, the Court ruled on an issue relating to the parties' otherwise agreed confidentiality stipulation dealing with appropriate limits on the use of discovery in this case, accepting a limitation proposed by CSI. *See* Order of March 3, 2006.

    Filed herewith is a form of Order which the parties agree reflects the Court's ruling of March 3rd. We respectfully request that the Court sign and enter this Order at this time, because although the parties understand the Court's ruling of March 3rd, and consider the enclosed form of order to be already in effect, several non-party consultants to Lycos have declined to produce records in response to our subpoenas until the Court formally signs the enclosed form of Order. Hence this letter request.

    Kindly also note that Lycos has specifically advised us, in the attached email of earlier this week, that we may submit this form of Order to the Court for execution, with the proviso that Lycos reserves the right to seek modification of or relief from it as appropriate.

    Thank you for your attention to this matter.

Very truly yours,

Robert J. Kaler
Counsel for Computer Sales
International, Inc.

225 Franklin Street
Boston MA 02110
Tel  617 345 7000
Fax 617 345 7050
www.ghlaw.com

RJK:orb
cc:   Thomas O. Bean, Esq.
B0453211v1

## Kaler, Robert

| | |
|---|---|
| From: | TBean@mwe.com |
| Sent: | Monday, March 13, 2006 4:31 PM |
| To: | Kaler, Robert |
| Cc: | pacton@mwe.com |
| Subject: | Re: [MWE Spam Alert] RE: [MWE Spam Alert] RE: |

Bob, first, a minor point. the paragraph numbering is out of order. It goes "10", "11," and then "10" again.

Feel free to submit it to the Court saying that it reflects the Court's ruling of 3/3, but that Lycos reserves its right to, among other things, seek modification of or relief from it at an appropriate time.

Thomas O. Bean
McDermott Will & Emery, LLP
28 State Street
Boston, MA 02109
(617) 535-4426 (ph)
(617) 535-3800 (fax)
tbean@mwe.com