UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |  |
|---|---|---|
| COMPUTER SALES INTERNATIONAL INC., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| LYCOS, INC., | ) | C.A. No. 05-10017- RWZ |
| Defendant, | ) ) | |
| BANK OF AMERICA f/k/a FLEET BANK, | ) ) | |
| Trustee Process Defendant. | ) ) | |

**ASSENTED-TO MOTION TO EXTEND RESPONSE DATE TO LYCOS' MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER AND COUNTERCLAIM**

Pursuant to Local Rule 7.1(B)(2), plaintiff Computer Sales International, Inc., now known as CSI Leasing ("CSI"), seeks a brief extension of time, to **Tuesday, May 2, 2006**, in which to file its response to defendant Lycos, Inc.'s ("Lycos") Motion for Leave to File a Second Amended Answer and Counterclaim ("Motion"). In further support of this request, CSI states as follows:

1. On Friday, April 14, 2006, Lycos filed and served the Motion.

2. Local Rule 7.1(B)(2) provides that oppositions to motions shall be filed within fourteen (14) days after service of the motion, unless another period is fixed by order of the Court.

3. Under Local Rule 7.1(B)(2), CSI's Opposition to the Motion would ordinarily be due on Friday, April 28, 2006. Due to the press of other matters, however, CSI seeks a brief extension of two-business days in which to file and serve its response.

-2-

4. On April 24, 2006, counsel for CSI discussed this request with counsel for Lycos and counsel for Lycos has assented to this request.

WHEREFORE, CSI seeks an order granting it a brief extension of time, to May 2, 2006, to respond to the Motion.

          COMPUTER SALES INTERNATIONAL, INC.
          By its attorneys,

          /s/ David Himelfarb
          Robert J. Kaler, Esq., BBO No. 542040
          rkaler@ghlaw.com
          Edward W. Little, Esq., BBO No. 628985
          elittle@ghlaw.com
          David Himelfarb, BBO No. 649596
          dhimelfarb@ghlaw.com
          Gadsby Hannah LLP
          225 Franklin Street
          Boston, MA  0211
          Tel. (617) 345-7000

Dated:  April 24, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, David Himelfarb, counsel for CSI, hereby certify pursuant to Local Rule 7.1(A)(2) that on this 24th day of April 2006 I conferred with counsel for Lycos to attempt to resolve or narrow the issues raised in this motion.  As a result of that conference, counsel for Lycos has assented to the relief requested herein.

          /s/ David Himelfarb
          David Himelfarb

## CERTIFICATE OF SERVICE

I, David Himelfarb, hereby certify that I caused a true copy of the foregoing motion to be served on counsel for Lycos through the Court's ECF system and by first class mail, postage prepaid, this 24th day of April 2006.

          /s/ David Himelfarb
          David Himelfarb

B0459000v1