## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL, INC., </br></br>　　Plaintiff and Defendant-in-Counterclaim, </br></br>v. </br></br>LYCOS, INC., </br></br>　　Defendant and Plaintiff-in-Counterclaim, </br></br>and </br></br>BANK OF AMERICA f/k/a FLEET BANK, </br></br>　　Trustee Process Defendant | **LYCOS' MOTION TO IMPOUND MOTION TO (1) COMPEL COMPLIANCE WITH COURT'S MARCH 3, 2006 ORDER, (2) DEEM CERTAIN FACTS ESTABLISHED, AND (3) FOR AN AWARD OF REASONABLE ATTORNEYS' FEES AND EXPENSES** </br></br></br></br>C.A. No. 05-10017-RWZ |

Pursuant to Local Rule 7.2, Defendant and Plaintiff-in-Counterclaim, Lycos, Inc. ("Lycos"), moves to impound its Motion to (1) Compel Compliance with Court's March 3, 2006 Order, (2) Deem Certain Facts Established, and (3) For an Award of Reasonable Attorneys' Fees and Expenses (the "Motion to Compel").

In support of this Motion, Lycos states that its Motion to Compel contains and refers to documents that Plaintiff and Defendant-in-Counterclaim, Computer Sales International, Inc. ("CSI") has designated as "Confidential" within the meaning of the this Court's Order Regarding the Handling of Confidential Information Produced in Discovery (the "Confidentiality Order"). Dkt. No. 61. Consistent with terms of that Order, Lycos requests that the Motion to Compel be withheld from public inspection until further order of this Court. Confidentiality Order ¶ 9.

BST99 1506722-1.057077.0012

WHEREFORE, Lycos requests that the Court enter an Order granting this Motion to Impound and authorize Lycos to file the Motion under seal in accordance with Local Rule 7.2 and the terms of the Confidentiality Order.

Respectfully submitted,

LYCOS, INC.

By its attorneys,

Dated:  June 14, 2006    /s/ Thomas O. Bean
Thomas O. Bean (BBO# 548072)
Peter M. Acton  (BBO# 654641)
McDermott, Will & Emery, LLP
28 State Street
Boston, Massachusetts 02109
(617) 535-4000

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2006, I will cause a true and accurate copy of the within document to be delivered by hand to Robert J. Kaler, Gadsby Hannah, LLP, 225 Franklin Street, Boston, MA 02111.

/s/ Thomas O. Bean
Thomas O. Bean