# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COMPUTER SALES INTERNATIONAL, INC., | ) ) ) | **LYCOS' <u>ASSENTED-TO</u> MOTION FOR LEAVE TO FILE REPLY WITH RESPECT TO ITS MOTION TO (1) COMPEL COMPLIANCE WITH COURT'S MARCH 3, 2006 ORDER, (2) DEEM CERTAIN FACTS ESTABLISHED, AND (3) FOR AN AWARD OF REASONABLE ATTORNEYS' FEES AND EXPENSES, AND MOTION FOR LEAVE TO IMPOUND THAT REPLY** |
| Plaintiff and Defendant-in-Counterclaim, | ) ) ) | |
| v. | ) ) | |
| LYCOS, INC., | ) ) | |
| Defendant and Plaintiff-in-Counterclaim, | ) ) ) ) | |
| and | ) ) | |
| BANK OF AMERICA f/k/a FLEET BANK, | ) ) ) | C.A. No. 05-10017-RWZ |
| Trustee Process Defendant | ) | |

Pursuant to Local Rules 7.1(B)(3) and 7.2, Defendant and Plaintiff-in-Counterclaim, Lycos, Inc. ("Lycos"), moves for leave to (A) File a Reply to CSI's Opposition to its Motion to (1) Compel Compliance with Court's March 3, 2006 Order, (2) Deem Certain Facts Established, and (3) For an Award of Reasonable Attorneys' Fees and Expenses (the "Motion to Compel"); and (B) impound that Reply.

1. In support of this Motion for Leave to File the Reply, Lycos states that CSI makes certain arguments in the Opposition to which Lycos would like to respond. In addition, there are several additional documents – including one that Lycos received from CSI after filing the Motion – that Lycos would like to bring to the Court's attention. Lycos believes that the Reply will assist the Court in evaluating the Motion and the Opposition.

2.   In support of the Motion to Impound, Lycos states that the Reply contains and refers to documents that CSI has designated as "Confidential" within the meaning of the this Court's Order Regarding the Handling of Confidential Information Produced in Discovery (the "Confidentiality Order"). Dkt. No. 61. Consistent with terms of that Order, Lycos requests that the Reply be withheld from public inspection until further order of this Court. Confidentiality Order ¶ 9.

3.   CSI has assented to Lycos' request for leave to file a Reply. Impounding the Reply is consistent with the Court's Confidentiality Order.

WHEREFORE, Lycos requests that the Court enter an Order:

A.   Granting it leave to file a Reply to CSI's Opposition to the Motion; and

B.   Granting it leave to file that Reply under seal in accordance with Local Rule 7.2 and the terms of the Confidentiality Order.

                                          Respectfully submitted,

                                          LYCOS, INC.

                                          By its attorneys,

Dated: July 17, 2006                /s/ Thomas O. Bean
                                          Thomas O. Bean (BBO# 548072)
                                          Peter M. Acton  (BBO# 654641)
                                          McDermott, Will & Emery, LLP
                                          28 State Street
                                          Boston, Massachusetts 02109
                                          (617) 535-4000

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of June, 2006, I will cause a true and accurate copy of the within document to be delivered by hand to Robert J. Kaler, McCarter & English, LLP, 225 Franklin Street, Boston, MA 02111.

                                            /s/ Thomas O. Bean
                                            Thomas O. Bean

BST99 1509736-1.057077.0012