UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL INC., ) | |
| Plaintiff, ) | ***Oral Argument Requested** |
| v. ) | |
| ) | |
| LYCOS, INC., ) | C.A. No. 05-10017- RWZ |
| Defendant, ) | |
| ) | |
| BANK OF AMERICA f/k/a FLEET BANK, ) | |
| ) | |
| Trustee Process Defendant. ) | |

**COMPUTER SALES INTERNATIONAL, INC.'S MOTION TO COMPEL
ENFORCEMENT OF SUBPOENAS SERVED
ON LEASEFORUM, INC. AND ITS PRINCIPALS**

Computer Sales International, Inc. ("CSI") hereby moves this Court for an order

compelling enforcement of subpoenas served on third-party Leaseforum, Inc. (a/k/a American

River Partners, LLC) and on two of its principals, Susan Franklin and John Kirk (collectively,

"Leaseforum"). CSI relies on the accompanying *Memorandum of Law in Support* of this

Motion, which it is serving on counsel today (including Leaseforum's counsel) but which it is

moving to file under seal pursuant to this Court's earlier order concerning the handling of

confidential material (Docket No. 61).

Leaseforum, a witness to key events at issue in this case, has already described itself in an

affidavit filed with the Court as a consulting "specialist" that helps businesses "improve the

management and control the cost of their [commercial] equipment leases." As a witness on

behalf of defendant Lycos, Inc. ("Lycos") on Lycos's multi-million dollar counterclaim,

Leaseforum was intimately involved in counseling and advising Lycos as Lycos considered (and

ultimately chose) to enter the July 2003 Sales Agreement and in further assisting Lycos

thereafter to implement "Phase 2," a covert plan begun at the same time and designed to renegotiate the CSI leases Lycos had just affirmed in the Sales Agreement.  Leaseforum's involvement with Lycos concerning the CSI leases and the 2003 Sales Agreement is therefore the proper subject of necessary, highly relevant discovery which goes to the heart of what Lycos knew and when it knew it.

While producing some hard copies of its records, Leaseforum has withheld large categories of relevant documents, including all if its electronic records, and withheld almost 200 documents based on unsupported claims of privilege.  In support of this Motion, CSI relies on the points raised herein as well as those in the accompanying Memorandum.

WHEREFORE, for all of the foregoing reasons, CSI respectfully requests that this Motion to Compel against Leaseforum (a/k/a American River Partners LLP) be allowed, overruling the objections by Leaseforum, Susan Franklin and John Kirk to CSI's subpoenas and compelling their immediate production of the subpoenaed records, including without limitation the documents currently withheld as protected by the attorney-client privilege and/or work product doctrine.

Respectfully submitted,

COMPUTER SALES INTERNATIONAL, INC.
By its attorneys,

/s/ Edward W. Little, Jr._____
Robert J. Kaler, BBO No. 542040
rkaler@ghlaw.com
Edward W. Little, Jr., BBO No. 628985
elittle@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  0211
Tel. (617) 345-7000

Dated:  July 17, 2006

## CERTIFICATE OF COMPLIANCE WITH LR 37.1(B)

I, Edward W. Little, Jr., hereby certify that I have complied with Local Rule 37.1(B) by participating in discovery conferences with counsel for third-party Leaseforum, Inc. (a/k/a American River Partners, LLC) both by telephone and in written correspondence, as set forth in the accompanying *Memorandum of Law in Support* ("Memorandum"), and have in good faith (though unsuccessfully) attempted to narrow the issues addressed in this Motion and the accompanying Memorandum.

/s/ Edward W. Little, Jr.
Edward W. Little, Jr.

## CERTIFICATE OF SERVICE

I, Edward W. Little, Jr., hereby certify that I caused a true copy of the foregoing pleading to be served on counsel for the other party in this case, as well as on counsel for Leaseforum, Inc., by hand this 17th day of July 2006:

Robert N. Feldman, Esquire (counsel for Leaseforum, Inc.)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210

Thomas O. Bean, Esquire (counsel for Lycos, Inc.)
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109-1775

/s/ Edward W. Little, Jr.
Edward W. Little, Jr.