UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL INC., <br> Plaintiff, <br> **v.** <br><br> LYCOS, INC., <br> Defendant, <br><br> BANK OF AMERICA f/k/a FLEET BANK, <br><br> Trustee Process Defendant. | C.A. No. 05-10017- RWZ |

**COMPUTER SALES INTERNATIONAL, INC.'S MOTION
TO IMPOUND MEMORANDUM OF LAW IN SUPPORT
OF MOTION TO COMPEL ENFORCEMENT OF SUBPOENAS SERVED ON
LEASEFORUM, INC. AND ITS PRINCIPALS**

Pursuant to Local Rule 7.2, Plaintiff and Counterdefendant Computer Sales International, Inc. ("CSI") hereby moves to impound its *Memorandum of Law in Support of Motion to Compel Enforcement of Subpoenas Served on Leaseforum, Inc. and Its Principals* ("Memorandum"). CSI seeks to do this for substantially the same reasons both Defendant and Counterplaintiff Lycos, Inc. ("Lycos") and CSI have filed their respective Motion and Cross-Motion to Compel – namely, that the Memorandum discusses and attaches information and documents which third-party Leaseforum, Inc. ("Leaseforum") has designated as "confidential" pursuant to the Court's earlier *Order Regarding the Handling of Confidential Information Produced in Discovery* (Docket No. 61) (the "Order").

In support of this *Motion to Impound*, CSI states that Lycos made a similar motion on June 14, 2006, in advance of filing its *Motion to Compel,* and CSI moved on July 10, 2006 to file its *Opposition* and *Cross-Motion* thereto under seal. The Court has allowed those requests to file

under seal.  Consistent with the Order, CSI respectfully moves that its Memorandum referred to herein be impounded from public inspection until further order of this Court.  Additionally, please note that CSI is serving the Memorandum (and a Motion, not filed under seal) today on counsel for both Lycos and Leaseforum, though it will wait for a ruling on this *Motion to Impound* before filing the Memorandum with the Court.

WHEREFORE, CSI prays that this motion be allowed, that CSI be granted leave to file its *Memorandum* concerning Leaseforum under seal, and that the Court allow such other and further relief as this Court deems proper.

Respectfully submitted,

COMPUTER SALES INTERNATIONAL, INC.
By its attorneys,
/s/ Edward W. Little, Jr.
Robert J. Kaler, BBO No. 542040
rkaler@ghlaw.com
Edward W. Little, Jr., BBO No. 628985
elittle@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  0211
Tel. (617) 345-7000

Dated:  July 17, 2006

### Certificate of Service

I, Edward W. Little, Jr., hereby certify that I caused a true copy of the foregoing pleading to be serve on counsel for the other parties in this action by electronic means and by hand this 17th day of July 2006.

/s/ Edward W. Little, Jr.
Edward W. Little, Jr.

B0471958v2