## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COMPUTER SALES INTERNATIONAL, INC., | ) | C.A. No. 05-10017-RWZ |
| Plaintiff and Defendant-in-Counterclaim, | ) ) ) ) | |
| v. | ) ) | LYCOS' STATUS REPORT AND PROPOSED AGENDA FOR CONFERENCE SCHEDULED FOR JULY 27, 2006 |
| LYCOS, INC., | ) ) | |
| Defendant and Plaintiff-in-Counterclaim, | ) ) ) ) | |
| and | ) ) | |
| BANK OF AMERICA f/k/a FLEET BANK, | ) ) ) | |
| Trustee Process Defendant | ) | |

Defendant and Plaintiff-in-Counterclaim, Lycos, Inc., hereby submits this status report and proposed agenda for the status conference scheduled for Thursday, July 27, 2006.

**I.      Proposed Agenda.**

A.      <u>Motions</u>.  The following two motions have been fully briefed and are ready for decision:

1.      Lycos' Motion for Leave to File Second Amended Answer and Counterclaim, filed April 14, 2006.  (Dkt. No. 62); and

2.      Lycos' Motion to (1) Compel Compliance with Court's March 3, 2006, Order; (2) to Deem Certain Facts Established; and (3) for an Award of Reasonable Attorneys' Fees and Expenses, filed June 20, 2006.  (Dkt. No. 71.)  Lycos requests that the Court decide this Motion at its earliest convenience because the parties have agreed to hold the deposition of Paul

Stenberg, a key, if not *the* key, CSI witness in the case, on August 24, 2006. Lycos requires the documents and the hard drive from Mr. Stenberg's computer sufficiently in advance of the deposition to prepare properly for it.

    B.    <u>Other Issues</u>. Lycos would like to address the following two issues at the status conference:

        1.    the need for filing a Motion to Impound each time a party files a motion that has documents attached that have been designated as "Confidential"; and

        2.    scheduling a status conference in early September to address any then fully-briefed motions and any issues.

## II.    <u>Status Report</u>

CSI has recently filed two motions to compel. The deadline for Lycos to respond to both motions is July 31, 2006.

Lycos believes that CSI's Answers to Interrogatories, which it received on July 10, 2006, are inadequate because, among other things, they do not satisfy the requirements of Fed. R. Civ. P. 33(d) and Local Rule 33.1(B)(2)-(3). Not only has CSI not provided Lycos with any summary charts, computer printouts, or compilations, but in response to almost all of the interrogatories, CSI has simply referred Lycos to its 44,000 document production without specifically identifying, by bates number or otherwise, the documents from which the answers to the interrogatories may be gleaned. Lycos has been seeking to complete a Rule 37.1 conference with respect to these Answers.

BST99 1510735-1.057077.0012

- 3 -

As reflected by the foregoing, there are discovery issues between the parties. Perhaps a procedure could be established for prompt resolution of discovery disputes.

| | |
|---|---|
| Dated: July 25, 2006 | Respectfully submitted, |
| | LYCOS, INC., |
| | By its attorneys, |
| | |
| | /s/ Thomas O. Bean |
| | Thomas O. Bean (BBO# 548072) |
| | Peter M. Acton, Jr. (BBO# 654641) |
| | McDERMOTT WILL & EMERY LLP |
| | 28 State Street |
| | Boston MA 02109 |
| | (617) 535-4000 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2006, I caused a true and accurate copy of the foregoing documents to be delivered by hand to Robert J. Kaler, McCarter & English, LLP, 225 Franklin Street, Boston, MA 02111.

/s/ Thomas O. Bean
Thomas O. Bean