# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Thomas O. Bean
tbean@mwe.com
617.535.4426

FILED
IN CLERKS OFFICE

2006 AUG -1  P

U.S. DISTRICT COURT
DISTRICT OF MASS.

August 1, 2006

**BY HAND**

Lisa Urso
Courtroom Clerk to the Honorable Rya Zobel
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

    Re: <u>Computer Sales International, Inc. v. Lycos, Inc.</u>, C.A. No. 05-10017-RWZ

Dear Ms. Urso:

    At last Thursday's status conference in the above matter, the Court advised that it would rule on Lycos's Motion for Leave to File a Second Amended Answer and Counterclaim. On Friday, we received notice via ECF that the Motion had been denied. Apparently, the Court endorsed an Order but did not write a decision.

    As you know, the parties have a telephonic status conference with the Court this Thursday, August 3rd, at 2:00 p.m. I would appreciate the opportunity at that time to inquire into the Court's reasoning for denying the Motion and find out whether it was denied with or without prejudice. Lycos brought the usury-related claims made in the Second Amended Counterclaim only after it became aware, through discovery and development of the case, of the facts giving rise to those claims. Additionally, the discovery required for the matters raised in those claims is no different than that required for the rest of the case and will not delay or complicate the resolution of this matter. In fact, Lycos believes that the usury-related claims could simplify the resolution of this case as they require the consideration of relatively few facts.

    Thank you for your consideration of this matter.

Very truly yours,

Thomas O. Bean
(counsel to Lycos, Inc.).

cc:    Robert J. Kaler, Esq. (by hand)
BST99 1511416-2.057077.0012

U.S. practice conducted through McDermott Will & Emery LLP.

28 State Street  Boston, Massachusetts 02109-1775  Telephone: 617.535.4000  Facsimile: 617.535.3800  www.mwe.com