

August 3, 2006

VIA ELECTRONIC FILING

Lisa Urso, Courtroom Clerk to
The Honorable Rya W. Zobel
Suite 6110
United States District Court
One Courthouse Way
Boston, MA 02210

Robert J. Kaler
T. 617 345 7007
F. 617 204 8007
rkaler@mccarter.com

McCarter & English, LLP
225 Franklin Street
Boston, MA  02110
T. 617.345.7000
F. 617.345.7050
www.mccarter.com

Re:  *Computer Sales International, Inc. v. Lycos, Inc. and Bank of America f/k/a Fleet Bank*, C.A. No. 05-10017 RWZ

Dear Ms. Urso:

Per the Court's request in our telephone conference today, this letter will confirm that at the upcoming hearing before the Court on Tuesday, August 22, 2006 at 9 AM, our client CSI Leasing, Inc. f/k/a Computer Sales International, Inc. ("CSI"), the plaintiff in the above-referenced action, will be pressing only that portion of its "Motion to Compel Enforcement of Subpoenas Served on Leaseforum Inc. and Its Principals," Docket No. 76 (the "CSI Motion") which seeks production of all electronic versions of the spreadsheets and powerpoint presentations already produced in hardcopy by Leaseforum and its principals Susan Franklin and John Kirk (collectively "the Leaseforum parties") in response to CSI's subpoenas.  By copy of this letter, and by email and fax today, we are so advising counsel for the Leaseforum parties.

This electronic production issue is argued on page 2 of the aforesaid CSI Motion, and on pages 10 and 12-15 of the CSI Memorandum filed in support of that motion (Docket No. 80).   Leaseforum's response is set forth at pages 1, 4, and 7-8 of its Opposition (Docket No. 85) to the CSI Motion.  Finally, attached hereto is a copy of correspondence from CSI's counsel to Leaseforum's counsel earlier this week identifying the bates numbers of the specific documents for which all electronic versions are being sought (electronic versions contain "metadata" recording the authors, dates of creation, dates of modification, paths of distribution, and other relevant information about the records).

In accordance with the discussion at the conference today, CSI respectfully reserves the right to press the other issues raised in its motion to compel (*e.g.* the privilege claims that Lycos has made with respect to Leaseforum's records, etc.) at an appropriate later time, in an amended motion, on the basis of a fuller record, if it becomes necessary.

BALTIMORE

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

Lisa Urso, Clerk to the Honorable Rya Zobel
August 3, 2006
Page 2


Thank you for your attention to this matter.

Very truly yours,


/s/ Robert J. Kaler

Robert J. Kaler, Esq.
Counsel for Computer Sales International, Inc.


RJK:orb

cc:     Robert N. Feldman, Esq.
        Thomas O. Bean, Esq.

B0474714v1



August 1, 2006

VIA FACSIMILE AND US MAIL

Robert N. Feldman, Esq.
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02110

Dear Robert:

Following up on my emails and voicemail to you earlier today, I am enclosing herewith a list by bates number of the approximately 79 hardcopy documents produced by Leaseforum a/k/a American River Partners for which we need the electronic native form versions with their metadata (showing authors, dates of creation, modification, etc.).

As our subpoena called for the production of these electronic records, I am hoping this will not be a problem, and if you would please contact me to discuss this as soon as possible I would appreciate it. Again, we would like to report to the Court later this week on the results of our efforts to address these issues with you.

Lastly, we would like to take the depositions of your clients Susan Franklin and John Kirk of American River Partners sometime in the next six weeks or so. Would you please advise me as to alternative dates on which they could appear? Thank you.

Very truly yours,

Robert J. Kaler

Enclosure

Robert J. Kaler
T. 617 345 7007
F. 617 204 8007
rkaler@mccarter.com

McCarter & English, LLP
225 Franklin Street
Boston, MA 02110
T. 617.345.7000
F. 617.345.7050
www.mccarter.com

BALTIMORE

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

B0474362v1

CSI v. Lycos
Index of Electronic American River
Documents for Which CSI is Requesting Native Format Copies

| Beginning Bates Number | Ending Bates Number | Document Type |
|---|---|---|
| AR000037 | AR000038 | MS Excel Spreadsheet |
| AR000744 | AR00750 | MS Excel Spreadsheet |
| AR000751 | AR000751 | MS Excel Spreadsheet |
| AR000775 | AR000776 | MS Excel Spreadsheet |
| AR000777 | AR000778 | MS Excel Spreadsheet |
| AR000779 | AR000785 | MS Excel Spreadsheet |
| AR000793 | AR000797 | MS PowerPoint |
| AR000811 | AR000812 | MS Excel Spreadsheet |
| AR000837 | AR000837 | MS Excel Spreadsheet |
| AR000838 | AR000838 | MS Excel Spreadsheet |
| AR000839 | AR000839 | MS Excel Spreadsheet |
| AR000840 | AR000845 | MS Excel Spreadsheet |
| AR000846 | AR000848 | MS Excel Spreadsheet |
| AR000849 | AR000849 | MS Excel Spreadsheet |
| AR000850 | AR000852 | MS Excel Spreadsheet |
| AR000853 | AR000853 | MS Excel Spreadsheet |
| AR000854 | AR000857 | MS Excel Spreadsheet |
| AR000858 | AR000860 | MS Excel Spreadsheet |
| AR000861 | AR000863 | MS Excel Spreadsheet |
| AR000867 | AR000867 | MS Excel Spreadsheet |
| AR000892 | AR000892 | MS Excel Spreadsheet |

B0474298v1

| Beginning Bates Number | Ending Bates Number | Document Type |
|---|---|---|
| AR000893 | AR000893 | MS Excel Spreadsheet |
| AR000898 | AR000898 | MS Excel Spreadsheet |
| AR000899 | AR000906 | MS Excel Spreadsheet |
| AR000909 | AR000910 | MS Excel Spreadsheet |
| AR000916 | AR000917 | MS Excel Spreadsheet |
| AR000919 | AR000932 | MS Excel Spreadsheet |
| AR000933 | AR000955 | MS Excel Spreadsheet |
| AR000956 | AR000957 | MS Excel Spreadsheet |
| AR000958 | AR000959 | MS Excel Spreadsheet |
| AR000970 | AR001040.69 | MS Excel Spreadsheet |
| AR001047 | AR001180 | MS Excel Spreadsheet |
| AR001346 | AR001346 | MS Excel Spreadsheet |
| AR001358 | AR001358 | MS Excel Spreadsheet |
| AR001363 | AR001365 | MS Excel Spreadsheet |
| AR001367 | AR001367 | MS Excel Spreadsheet |
| AR001369 | AR001369 | MS Excel Spreadsheet |
| AR001373 | AR001373 | MS Excel Spreadsheet |
| AR001386 | AR001386 | MS Excel Spreadsheet |
| AR001388 | AR001388 | MS Excel Spreadsheet |
| AR001391 | AR001397 | MS PowerPoint |
| AR001398 | AR001404 | MS Excel Spreadsheet |
| AR001416 | AR001416 | MS Excel Spreadsheet |
| AR001426 | AR001426 | MS Excel Spreadsheet |

B0474298v1

| Beginning Bates Number | Ending Bates Number | Document Type |
|---|---|---|
| AR001427 | AR001427 | MS Excel Spreadsheet |
| AR001439 | AR001439 | MS Excel Spreadsheet |
| AR001442 | AR001442 | MS Excel Spreadsheet |
| AR001453 | AR001455 | MS Excel Spreadsheet |
| AR001461 | AR001462 | MS Excel Spreadsheet |
| AR001471 | AR001471 | MS Excel Spreadsheet |
| AR001479 | AR001479 | MS Excel Spreadsheet |
| AR001481 | AR001481 | MS Excel Spreadsheet |
| AR001494 | AR001494 | MS Excel Spreadsheet |
| AR001496 | AR001496 | MS Excel Spreadsheet |
| AR001502 | AR001502 | MS Excel Spreadsheet |
| AR001512 | AR001512 | MS Excel Spreadsheet |
| AR001520 | AR001522 | MS Excel Spreadsheet |
| AR001523 | AR001523 | MS Excel Spreadsheet |
| AR001524 | AR001524 | MS Excel Spreadsheet |
| AR001525 | AR001525 | MS Excel Spreadsheet |
| AR001526 | AR001526 | MS Excel Spreadsheet |
| AR001527 | AR001527 | MS Excel Spreadsheet |
| AR001528 | AR001528 | MS Excel Spreadsheet |
| AR001531 | AR001531 | MS Excel Spreadsheet |
| AR001546 | AR001552 | MS PowerPoint |
| AR001553 | AR001559 | MS PowerPoint |
| AR001560 | AR001566 | MS PowerPoint |

3

B0474298v1

| Beginning Bates Number | Ending Bates Number | Document Type |
|---|---|---|
| AR001662 | AR001664 | MS Excel Spreadsheet |
| AR001755 | AR001756 | MS Excel Spreadsheet |
| AR001764 | AR001764 | MS Excel Spreadsheet |
| AR001773 | AR001773 | MS Excel Spreadsheet |
| AR001779 | AR001779 | MS Excel Spreadsheet |
| AR001785 | AR001785 | MS Excel Spreadsheet |
| AR001804 | AR001805 | MS Excel Spreadsheet |
| AR001807 | AR001807 | MS Excel Spreadsheet |
| AR001809 | AR001809 | MS Excel Spreadsheet |
| AR001811 | AR001811 | MS Excel Spreadsheet |
| AR00786 | AR00792 | MS PowerPoint |
| AR01371 | AR01371 | MS Excel Spreadsheet |

B0474298v1