UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMPUTER SALES INTERNATIONAL INC., <br>       Plaintiff, <br><br> v. <br><br> LYCOS, INC., <br>       Defendant, <br><br> BANK OF AMERICA f/k/a FLEET BANK, <br>       Trustee Process Defendant | Civil Action No. 05-10017-RWZ <br><br> **Hearing Requested** |

## THIRD-PARTY AMERICAN RIVER PARTNERS' MOTION TO QUASH SUBPOENA

American River Partners ("American River"), a non-party to this action, by its attorneys, Birnbaum & Godkin, LLP, hereby moves pursuant to Federal Rule of Civil Procedure 45(c)(3)(A)(iv) to quash the subpoena and notice of deposition for American River, served and noticed by Computer Sales International, Inc. ("CSI") on September 8, 2006. American River, a non-party, has already produced volumes of documents and electronic files to CSI, and has already scheduled three dates in October for the deposition testimony of American River and its principals. The latest subpoena served on American River on September 8, 2006, requiring the additional deposition testimony of American River is unnecessary and unduly burdensome. In support of this motion, American River refers to its Memorandum of Law and the Affidavit of Susan Franklin, submitted herewith.

WHEREFORE, American River Partners respectfully requests that this Court grant its Motion to Quash Computer Sales International, Inc.'s subpoena, served on September 8, 2006,

requiring American River to appear for deposition testimony on September 15, 2006; and that this Court require CSI to pay American River's reasonable attorneys' fees in connection with this motion.

          Respectfully submitted,

          AMERICAN RIVER PARTNERS,
          SUSAN FRANKLIN, and JOHN KIRK

          By Their Attorneys,
          BIRNBAUM & GODKIN, LLP


DATE:   September 13, 2006

          /s/ Robert N. Feldman
          Robert N. Feldman (BBO #630734)
          280 Summer Street
          Boston, MA  02210
          Tel: 617-307-6100
          Fax: 617-307-6101

- 3 -

## CERTIFICATE OF CONSULTATION

I, Robert N. Feldman, hereby certify that counsel for non-party American River Partners conferred in good faith with counsel for the plaintiff regarding this motion in an attempt to resolve or narrow the issues presented by this motion but no agreement was reached.

/s/ Robert N. Feldman
Robert N. Feldman

- 4 -

## CERTIFICATE OF SERVICE

I, Robert N. Feldman, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 13, 2006.

/s/ Robert N. Feldman
Robert N. Feldman