UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMPUTER SALES INTERNATIONAL INC.,<br><br>              Plaintiff,<br><br>v.<br><br>LYCOS, INC.,<br><br>              Defendant,<br><br>BANK OF AMERICA f/k/a FLEET BANK,<br><br>           Trustee Process Defendant | Civil Action No. 05-10017-RWZ |

### THIRD-PARTY AMERICAN RIVER
### PARTNERS' MOTION TO FILE DOCUMENT UNDER SEAL

American River Partners ("American River"), by its attorneys, Birnbaum & Godkin, LLP, hereby moves pursuant to L.R. 7.2 and Paragraph 9 of this Court's March 16, 2006 Order Regarding The Handling Of Confidential Information Produced In Discovery, for confidential treatment of Exhibit B (Bates nos. AR000744 – AR000750) to the Affidavit Of Susan Franklin In Support Of Motion To Quash filed with this Court on September 13, 2006.

As grounds for this motion, American River states that Exhibit B has been designated "Confidential" by American River, as it contains confidential work product of American River.

WHEREFORE, American River respectfully requests confidential treatment of Exhibit B in accordance with Paragraph 9 of this Court's March 16, 2006 Order (referenced above)

requiring that the document be filed under seal and kept under seal until further Order of the

Court.

Respectfully submitted,

AMERICAN RIVER PARTNERS,
SUSAN FRANKLIN, and JOHN KIRK

By Their Attorneys,
BIRNBAUM & GODKIN, LLP


DATE:    September 13, 2006           /s/ Robert N. Feldman
                                      Robert N. Feldman (BBO #630734)
                                      280 Summer Street
                                      Boston, MA  02210
                                      Tel: 617-307-6100
                                      Fax: 617-307-6101

## CERTIFICATE OF SERVICE

I, Robert N. Feldman, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 13, 2006.

/s/ Robert N. Feldman
Robert N. Feldman