UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL INC., <br>     Plaintiff, <br><br> v. <br><br> LYCOS, INC., <br><br>     Defendant, <br><br> BANK OF AMERICA f/k/a FLEET BANK, <br><br>     Trustee Process Defendant | Civil Action No. 05-10017-RWZ |

### THIRD-PARTY AMERICAN RIVER PARTNERS' EMERGENCY MOTION TO STAY DEPOSITION PENDING RULING ON MOTION TO QUASH

Third-Party American River Partners ("American River"), by its attorneys, Birnbaum & Godkin, LLP, hereby moves the Court to Stay Computer Sales International, Inc.'s deposition of American River Partners, served and noticed by subpoena on September 8, 2006, until the Court rules on American River's Motion to Quash Subpoena. This motion is being filed on an emergency basis as the deposition has been noticed for September 15, 2006. In support of this motion, American River relies on its Memorandum in Support of Emergency Motion to Quash and states that:

(1) American River is filing an Emergency Motion to Quash Subpoena and a Memorandum in Support herewith;

(2) the basis for the Motion to Quash Subpoena is that the latest subpoena, which is the fourth subpoena served upon American River and its principals, is cumulative,

unlikely to lead to the discovery of admissible evidence, and an undue burden on American River; and

(3)  three depositions, of American River and its two principals, were scheduled for October, 2006, prior to CSI's service of this fourth subpoena.

To the extent that the Court believes that oral argument may assist the Court, American River respectfully requests an expedited hearing on its motion, making this additional deposition unnecessary and unduly burdensome.

WHEREFORE, American River Partners respectfully requests that this Court stay the deposition of American River Partners, currently scheduled for September 15, 2006, pending the Court's ruling on American River Partners' Motion to Quash Subpoena.

Respectfully submitted,

AMERICAN RIVER PARTNERS,
SUSAN FRANKLIN, and JOHN KIRK

By Their Attorneys,
BIRNBAUM & GODKIN, LLP

DATE:   September 13, 2006

/s/ Robert N. Feldman
Robert N. Feldman (BBO #630734)
280 Summer Street
Boston, MA  02210
Tel: 617-307-6100
Fax: 617-307-6101

- 3 -

## CERTIFICATE OF CONSULTATION

I, Robert N. Feldman, hereby certify that counsel for non-party American River Partners conferred in good faith with counsel for the plaintiff regarding this motion in an attempt to resolve or narrow the issues presented by this motion but no agreement was reached.

/s/ Robert N. Feldman
Robert N. Feldman

## CERTIFICATE OF SERVICE

I, Robert N. Feldman, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 13, 2006.

/s/ Robert N. Feldman
Robert N. Feldman