

September 14, 2006

VIA ELECTRONIC FILING AND BY HAND

Lisa Urso, Courtroom Clerk to
The Honorable Rya W. Zobel
Suite 6110
United States District Court
One Courthouse Way
Boston, MA 02210

Robert J. Kaler

T. 617 345 7007
F. 617 204 8007
rkaler@mccarter.com

Re:    *Computer Sales International, Inc. v. Lycos, Inc. and Bank of America
        f/k/a Fleet Bank*, C.A. No. 05-10017 RWZ

Dear Ms. Urso:

McCarter & English, LLP
225 Franklin Street
Boston, MA  02110
T. 617.345.7000
F. 617.345.7050

www.mccarter.com

Per our discussion with the Court at yesterday's conference, this letter will confirm that plaintiff Computer Sales International ("CSI") is withdrawing the deposition notices and subpoenas for this Friday's Rule 30(b)(6) depositions of defendant Lycos, Inc. and its consultant, third party American River Partners a/k/a Leaseforum ("American River").

As a result, the motions filed late yesterday afternoon by American River seeking an emergency stay of this Friday's deposition, Docket No. 96, and a quashing of the subpoena related to it, Docket No. 92, are moot.  A brief response to those motions by CSI confirming that the Friday depositions have been cancelled, and that CSI will proceed with the depositions of American River and its officials already scheduled by agreement for October 24-26, is filed herewith.

BALTIMORE

BOSTON

Thank you for your attention to this matter.

HARTFORD

Very truly yours,

NEW YORK

/s/ Robert J. Kaler

NEWARK

Robert J. Kaler, Esq.
Counsel for Computer Sales International, Inc.

PHILADELPHIA

STAMFORD

RJK:orb

cc:    Robert N. Feldman, Esq.
        Thomas O. Bean, Esq.

WILMINGTON