UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL INC., <br>         Plaintiff, <br> **v.** <br><br> LYCOS, INC., <br>         Defendant, <br><br> BANK OF AMERICA f/k/a FLEET BANK, <br><br>         Trustee Process Defendant. | C.A. No. 05-10017- RWZ |

**PLAINTIFF COMPUTER SALES INTERNATIONAL, INC.'S RESPONSE
TO THIRD-PARTY AMERICAN RIVER PARTNERS' EMERGENCY MOTION
TO STAY DEPOSITION (NO. 96) AND MOTION TO QUASH SUBPOENA (NO. 92)**

Computer Sales International, Inc. a/k/a CSI Leasing, Inc. ("CSI"), in accordance with its representations at the September 13, 2006 conference with the Court, hereby withdraws the Rule 30(b)(6) notice of deposition and subpoena to defendant Lycos' consultant American River Partners a/k/a Leaseforum ("American River"), for a deposition this Friday, September 15, that are the subject of the emergency motion to stay that deposition (Docket No. 96), and to quash the subpoena requiring it (Docket No. 92), filed by American River late yesterday afternoon.

The parties will proceed with the depositions of American River officials already scheduled by agreement for October 24-26, 2006, and CSI will address the scope of discovery issues, per the discussion with the Court, in its filing on that issue next week.

                                            Respectfully submitted,

                                            COMPUTER SALES INTERNATIONAL, INC.
                                            By its attorneys,

-2-

/s/ Robert J. Kaler_____
Robert J. Kaler, BBO No. 542040
rkaler@ghlaw.com
Edward W. Little, Jr., BBO No. 628985
elittle@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  0211
Tel. (617) 345-7000

Dated:  September 14, 2006

**CERTIFICATE OF SERVICE**

I, Robert J. Kaler, hereby certify that I caused a true copy of the foregoing to be served on counsel for the other party in this case, as well as on counsel for Leaseforum, Inc., by first class mail, postage prepaid, as well as electronic means, this 14th day of September 2006:

Robert N. Feldman, Esquire (counsel for Leaseforum, Inc.)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210

Thomas O. Bean, Esquire (counsel for Lycos, Inc.)
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109-1775

/s/ Robert J. Kaler_____
Robert J. Kaler

**Error! Unknown document property name.**
B0471963v1