UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COMPUTER SALES INTERNATIONAL INC., a/k/a CSI LEASING, INC., | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| LYCOS, INC., | ) ) | C.A. No. 05-10017- RWZ |
| Defendant, | ) ) | |
| and | ) ) | |
| BANK OF AMERICA f/k/a FLEET BANK, | ) ) | |
| Trustee Process Defendant. | ) ) | |

**MOTION OF PLAINTIFF COMPUTER SALES INTERNATIONAL, INC.
FOR LEAVE TO IMPOUND STATUS REPORT**

Pursuant to Local Rules 7.1(B)(3) and 7.2, plaintiff and defendant-in-counterclaim, Computer Sales International, Inc. a/k/a CSI Leasing, Inc. ("CSI") respectfully moves for leave to impound its *Reply Status Memorandum* (the "Status Reply"), which CSI wishes to file in response to the *Status Report and Proposed Agenda for Conference Scheduled for September 13, 2006* filed by defendant and plaintiff-in-counterclaim Lycos, Inc. ("Lycos").

1. Because CSI's Status Reply contains information designated by Lycos and a third-party as "Confidential" within the meaning of this Court's *Order Regarding the Handling of Confidential Information Produced in Discovery* entered on March 16, 2006 (Dkt. No. 61) (the "Confidentiality Order"), CSI is unable to file its Status Reply except under seal.

2. The Lycos Status Report – to which CSI now needs to respond – has been sealed and impounded in its entirety by the Court. Much of the information which CSI will discuss in

B0483264v1

-2-

its Status Reply includes testimony of Lycos witnesses (certain of which has or may be designated as "confidential" by Lycos pursuant to the Confidentiality Order), discussions of testimony by a CSI witness (Paul Stenberg) which CSI has designated as confidential, and documents produced by Lycos and third-party Leaseforum, Inc. (a/k/a American River Partners) – including a critical spreadsheets designated as "confidential" by Leaseforum – which CSI needs to submit for the Court's consideration.

3. Though reserving its rights to challenge the designation of these materials as "confidential" at a later date, CSI wished to file its Status Reply under seal – as did Lycos – to honor Lycos's and Leaseforum's claims of confidentiality at this time.

4. Impounding and sealing CSI's Status Reply is consistent with the Court's Confidentiality Order seeking to protect the parties' (and third-parties') confidential information.

WHEREFORE, plaintiff and defendant-in-counterclaim Computer Sales International, Inc. (a/k/a CSI Leasing, Inc.) respectfully requests that this Court enter an order (a) granting it leave to file its Status Reply under seal in accordance with Local Rule 7.2 and the terms of the Court's Confidentiality Order; and (b) granting such other relief as the Court may deem proper.

Respectfully submitted,

COMPUTER SALES INTERNATIONAL, INC.
By its attorneys,

/s/ Edward W. Little, Jr.
Robert J. Kaler, BBO No. 542040
rkaler@ghlaw.com
Edward W. Little, Jr., BBO No. 628985
elittle@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  0211
Tel. (617) 345-7000

Dated:  September 28, 2006

-2-

-3-

## CERTIFICATE OF SERVICE

    I, Edward W. Little, Jr., hereby certify that I caused a true copy of the foregoing pleading to be served on counsel for the other party in this case, Lycos, Inc., by facsimile, electronically via CM/ECF notification, and by first class mail, postage prepaid, on this 28th day of September 2006:

    Thomas O. Bean, Esquire (counsel for Lycos, Inc.)
    McDermott Will & Emery LLP
    28 State Street
    Boston, MA 02109-1775

    /s/ Edward W. Little, Jr.
    Edward W. Little, Jr.

B0483264v1
B0471963v1