# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COMPUTER SALES INTERNATIONAL, INC., | ) ) ) | **LYCOS'S MOTION FOR LEAVE TO IMPOUND STATEMENT CONCERNING THE** |
| Plaintiff and Defendant-in-Counterclaim, | ) ) ) | **SCOPE OF DISCOVERY, ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS, AND ITS REQUEST FOR A** |
| v. | ) ) | **DISCOVERY MASTER** |
| LYCOS, INC., | ) ) | |
| Defendant and Plaintiff-in-Counterclaim, | ) ) ) | |
| and | ) ) | C.A. No. 05-10017-RWZ |
| BANK OF AMERICA f/k/a FLEET BANK, | ) ) ) | |
| Trustee Process Defendant | ) ) | |

Pursuant to Local Rules 7.1(B)(3) and 7.2, Defendant and Plaintiff-in-Counterclaim, Lycos, Inc. ("Lycos"), moves for leave to impound its Statement Concerning the Scope of Discovery, its Motion to Compel Production of Documents, and its Request for a Discovery Master (the "Statement").

1.    At the September 13, 2006 Status Conference, the Court requested that Lycos formally respond to Computer Sales International, Inc.'s ("CSI") concerns about the scope of discovery in the event the parties were unable to resolve their differences amicably.  As is set forth in greater detail in the Statement, the parties have attempted to resolve their lingering discovery disputes to no avail.

2.    In order to respond to CSI's concerns about the scope of discovery, Lycos needs to refer to information that CSI has designated as "Confidential," purportedly within the meaning

of this Court's Order Regarding the Handling of Confidential Information Produced in Discovery (Dkt. No. 61) (the "Confidentiality Order").

3.      Believing that CSI's designation was improper, Lycos requested that CSI remove the confidential designation with respect to certain documents.  CSI has refused to remove the designation as to some of the documents that Lycos intends to refer in its Statement.

4.      As such, impounding the Statement is necessary under the Court's Confidentiality Order.

WHEREFORE, Lycos requests that the Court enter an Order:

A.      Granting it leave to file the Statement under seal in accordance with Local Rule 7.2 and the terms of the Confidentiality Order; and

B.      Granting it such other relief as may be appropriate and just under the circumstances.

                                        Respectfully submitted,

                                        LYCOS, INC.

                                        By its attorneys,


Dated: October 30, 2006                 /s/ Peter M. Acton, Jr.
                                        Thomas O. Bean (BBO# 548072)
                                        Peter M. Acton, Jr. (BBO# 654641)
                                        McDermott, Will & Emery, LLP
                                        28 State Street
                                        Boston, Massachusetts 02109
                                        (617) 535-4000

## <u>CERTIFICATE OF SERVICE</u>

I, Peter M. Acton, Jr., certify and swear under penalty of perjury that, on October 30, 2006,  I caused a true and accurate copy of the *Lycos's Motion for Leave to Impound Statement Concerning the Scope of Discovery, Its Motion to Compel Production of Documents, and Its Request for a Discovery Master* to be served by hand to Robert J. Kaler, McCarter & English, LLP, 225 Franklin Street, Boston, MA 02111.

/s/ Peter M. Acton, Jr.
Peter M. Acton, Jr.

BST99 1519727-2.057077.0012