UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | C.A. No. 05-10017- RWZ |
| LYCOS, INC., ) | |
| Defendant, ) | |
| ) | |
| BANK OF AMERICA f/k/a FLEET BANK, ) | |
| ) | |
| Trustee Process Defendant. ) | |

**UNOPPOSED MOTION
OF COMPUTER SALES INTERNATIONAL, INC.
FOR LEAVE TO FILE REPLY MEMORANDUM IN
SUPPORT OF ITS MOTION TO EXCEED TEN DEPOSITIONS**

Pursuant to Local Rule 7.1(B)(3), plaintiff Computer Sales International, Inc. a/k/a CSI Leasing ("CSI") respectfully moves this Court for leave to file the Reply Memorandum submitted herewith in further support of its Motion to Exceed Ten Depositions, dated October 13, 2006 ("CSI's Motion"), and in reply to Lycos Opposition to CSI's Motion to Exceed Ten Depositions, dated October 30, 2006 ("the "Lycos Opposition.")

Lycos has advised that it will not oppose this motion, and the proposed Reply Memorandum will be helpful to the Court in addressing the issues presented by CSI's Motion, in that it responds to a number of arguments in the Lycos Opposition that could not reasonably have been anticipated, and therefore are not addressed in CSI's original argument.

WHEREFORE, CSI prays that this motion be allowed, and that it be granted leave to file the Reply Memorandum submitted in further support Computer Sales International, Inc.'s Motion to Exceed Ten Depositions.

-2-

        COMPUTER SALES INTERNATIONAL, INC.

        By its attorneys,

        /s/ Robert J. Kaler
        Robert J. Kaler, Esq., BBO No. 542040
        rkaler@ghlaw.com
        Edward W. Little, Esq., BBO No. 628985
        elittle@ghlaw.com
        David Himelfarb, BBO No. 649596
        dhimelfarb@ghlaw.com
        Gadsby Hannah LLP
        225 Franklin Street
        Boston, MA  0211
        Tel. (617) 345-7000

Dated:  October 31, 2006


**LOCAL RULE 7.1(A)(2) CERTIFICATION**

    I, Robert J. Kaler, counsel for CSI, hereby certify pursuant to Local Rule 7.1(A)(2) that I have corresponded with counsel for Lycos to attempt to resolve or narrow the issues raised in this motion, and have obtained their agreement not to oppose this motion.

        /s/ Robert J. Kaler
        Robert J. Kaler


**CERTIFICATE OF SERVICE**

    I, Robert J. Kaler, hereby certify that I caused a true copy of the foregoing motion to be served on counsel for Lycos through the Court's ECF system and by hand, this 31st day of October 2006.

        /s/ Robert J. Kaler
        Robert J. Kaler