UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |  |
|---|---|---|
| COMPUTER SALES INTERNATIONAL INC., | ) ) ) | |
| Plaintiff, | ) | |
| **v.** | ) ) | |
| LYCOS, INC., | ) | C.A. No. 05-10017- RWZ |
| Defendant, | ) ) | |
| BANK OF AMERICA f/k/a FLEET BANK, | ) ) ) | |
| Trustee Process Defendant. | ) ) | |

**PLAINTIFF COMPUTER SALES INTERNATIONAL, INC.'S
MOTION TO IMPOUND MEMORANDUM AND AFFIDAVIT
ATTACHING DISCOVERY MATERIALS IN SUPPORT OF ITS
<u>MOTION TO OVERRULE PRIVILEGE OBJECTIONS OF LYCOS, INC</u>.**

Plaintiff and counterdefendant Computer Sales International, Inc. f/k/a CSI Leasing, Inc. ("CSI") respectfully moves this Court, pursuant to Local Rule 7.2, to impound its *Memorandum of Law in Support of Motion to Overrule Privilege Objections of Lycos, Inc.*, and the accompanying *Affidavit of Counsel Attaching Discovery Materials* (collectively, the "Privilege Filings"), on grounds that these filings refer to and discuss the privilege log upon which Lycos is relying, and other materials related to its privilege claims, which Lycos has designated "Confidential" pursuant to the Court's earlier *Order Regarding the Handling of Confidential Information Produced in Discovery* (Docket No. 61) (the "Order").

Prior to filing this motion, CSI requested that Lycos withdraw the confidentiality designation on the privilege log and some of the other discovery materials that need to be filed in connection with the aforesaid motion, in order to avoid the need to seek this impoundment, but to date Lycos has declined to withdraw that designation. Hence this request for impoundment.

In support of this *Motion to Impound*, CSI states that Lycos has just made a similar motion, dated October 30, 2006, in advance of filing what it refers to as its *Statement Concerning the Scope of Discovery, Motion to Compel Production of Documents, and Request for a Discovery Master*. The Court has also allowed previous requests by both parties to file documents designated as "Confidential" pursuant to the Order under seal. Consistent with the Order, CSI respectfully moves that its Privilege Filings be impounded from public inspection until further order of this Court. CSI will await a ruling on this *Motion to Impound* before filing the Privilege Filings with the Court.

WHEREFORE, CSI prays that this motion be allowed, that CSI be granted leave to file its *Privilege Filings* under seal, and that the Court allow such other and further relief as this Court deems proper.

Respectfully submitted,

COMPUTER SALES INTERNATIONAL, INC.

By its attorneys,

/s/ David Himelfarb_____
Robert J. Kaler, BBO No. 542040
rkaler@mccarter.com
Edward W. Little, Jr., BBO No. 628985
elittle@mccarter.com
David Himelfarb, BBO No. 649596
dhimelfarb@mccarter.com
McCarter English LLP
225 Franklin Street
Boston, MA  0211
Tel. (617) 345-7000

Dated:  October 31, 2006

-3-

## Certificate of Service

    I, David Himelfarb, hereby certify that I caused a true copy of the foregoing pleading to be serve on counsel for the other parties in this action by electronic means and by mail on this 31st day of October 2006.

                                      /s/ David Himelfarb_____
                                      David Himelfarb

B0488687v1