# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| COMPUTER SALES INTERNATIONAL INC., ) | |
| Plaintiff, ) | |
| v. ) | |
| LYCOS, INC., ) | C.A. No. 05-10017- RWZ |
| Defendant, ) | |
| BANK OF AMERICA f/k/a FLEET BANK, ) | |
| Trustee Process Defendant. ) | |

## LYCOS'S BRIEF RESPONSE TO CSI'S SUPPLEMENTAL STATUS STATEMENT "SETTING FORTH IMPORTANT FACTS"

Defendant and plaintiff-in-counterclaim, Lycos, Inc. ("Lycos"), will not "jump into the sandbox" and respond to CSI's Supplemental Status Report Setting Forth Important Facts. Suffice it to say that that report, like many other CSI filings, contains numerous misrepresentations that Lycos will address if the Court so requests.

The report does raise two related questions: if Lycos's claims were "completely fabricated," as CSI claims, why would (a) CSI be fighting so hard; and (b) Lycos be spending in legal fees many times CSI's claim of $300,000 when CSI offered, during a status conference

with the Court early this year, to dismiss its claim if Lycos would dismiss its claims? CSI "doth protest too much."

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 20, 2006 | LYCOS, INC., |
|  | By its attorneys, |
|  | /s/ Thomas O. Bean<br>Thomas O. Bean (BBO# 548072)<br>Peter M. Acton, Jr. (BBO# 654641)<br>McDERMOTT WILL & EMERY LLP<br>28 State Street<br>Boston MA 02109<br>(617) 535-4000 |

**CERTIFICATE OF SERVICE**

I, Peter M. Acton, Jr., hereby certify that on this 20th day of November, 2006, I caused a true and correct copy of the foregoing document to be served by electronic mail and first-class mail, postage pre-paid, on the following:

Robert J. Kaler
Edward W. Little, Jr.
McCarter & English LLP
225 Franklin Street
Boston, MA 02110
rkaler@mccarter.com
elittle@mccarter.com

/s/ Peter M. Acton, Jr.
Peter M. Acton, Jr