UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10017-RWZ

COMPUTER SALES INTERNATIONAL, INC.

v.

LYCOS, INC.

and

BANK OF AMERICA f/k/a FLEET BANK

MEMORANDUM OF DECISION

December 1, 2006

ZOBEL, D.J.

Pursuant to Fed. R. Civ. P. 53, Herbert H. Hershfang is appointed special master to manage the discovery process in this case. The special master shall resolve all discovery disputes by ruling or agreement and shall report to the court only such matters as he determines to be beyond his authority.

The special master shall be paid at the rate of $400.00 per hour for time spent preparing for hearings and conferences, and time devoted to researching and/or writing decisions. Such compensation shall be paid by one or both parties in such proportion as the special master shall direct, based upon his determination of a party's responsibility for unreasonably causing disputes.

12/1/06
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE