UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |  |
|---|---|---|
| COMPUTER SALES INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LYCOS, INC., | ) | C.A. No. 05-10017- RWZ |
| | ) | |
| Defendant, | ) | |
| | ) | |
| BANK OF AMERICA f/k/a FLEET BANK, | ) | |
| | ) | |
| Trustee Process Defendant. | ) | |
| | ) | |
| | ) | |

## LOCAL RULE 7.1 CERTIFICATION

I, Robert J. Kaler, counsel for CSI, hereby certify pursuant to Local Rule 7.1(A)(2) that I

have corresponded with counsel for Lycos to attempt to resolve or narrow the issues raised in

CSI's *Motion to Dismiss Portions of Lycos' Recent "Answer" to CSI's Amended Complaint*

*Which Purport to Set Forth "Usury" and Other New Counterclaims*, dated December 15, 2006

and filed today as Docket No. 123, but have been unable to do so.

/s/ Robert J. Kaler
Robert J. Kaler
McCarter & English LLP
225 Franklin Street
Boston, MA  0211
Tel. (617) 345-7000

Dated: December 15, 2006

ME1 6035832v.1