UNITED STATES DISTRICT COURT
For the District of Massachusetts

COMPUTER SALES INTERNATIONAL INC.,  )
                              Plaintiff,  )
v.                                        )
                                          )
LYCOS, INC.,                              )        C.A. No. 05-10017- RWZ
                              Defendant,  )
                                          )
BANK OF AMERICA f/k/a FLEET BANK,         )
                                          )
              Trustee Process Defendant.  )

## AFFIDAVIT OF COUNSEL

I, Robert J. Kaler, being duly sworn, do hereby depose and state that:

**1.**      I have been counsel for the plaintiff herein, Computer Sales International, Inc. a/k/a CSI Leasing, Inc. ("CSI"), since the inception of this case, and have knowledge of the basic facts stated herein..

**2.**      Attached as Exhibit 1 is a copy of selected pages from the internet website of Avnet, Inc. at www.avnet.com.

**3.**      Attached as Exhibit 2 is a copy of a subpoena, dated November 29, 2006 (with completed return of service), that CSI caused to be serve on Avnet, Inc. last month seeking documents and testimony.

**4.**      Attached as Exhibit 3 is a copy of documents produced by Avnet, Inc. in response to a previous subpoena, and labeled AVNED005751 through 5778.

**5.**      Attached as Exhibit 4 is a copy of a series of emails between counsel for CSI and in-house counsel at Avnet, Inc. relating to the November 29, 2006 subpoena.

**6.**      Attached as Exhibit 5 is a copy of a series of emails between counsel for CSI and

-2-

in-house counsel Peter Sanders at Avnet, Inc. relating to an earlier subpoena served on Avnet by CSI in August of this year.

7.    Attached as Exhibit 6 is a copy of a series of emails between counsel for CSI and in-house counsel Peter Sanders at Avnet, Inc. relating to subpoena served on Avnet by CSI in August of this year.

8.    Attached as Exhibit 7 is a copy of the first portion (Executive Summary and Project Overview) of a "Lease Assessment and Asset Inventory Analysis Report," dated December 15, 2000 produced to CSI by Lycos in this case.

Sworn to under the pains and penalties of perjury as true and correct to the best of my knowledge, information and belief this 20th day of December 2006.

[s] Robert J. Kaler
Robert J. Kaler


### Certificate of Service

I, Robert J. Kaler, hereby certify that I caused a true copy of the foregoing pleading to be serve on counsel for the other parties in this action electronically and by hand this 20th day of December 2006.

/s/ Robert J. Kaler
Robert J. Kaler

ME1 6047712v.2





## US Locations

Customer Care
800.332.8638

**Corporate Headquarters**
2211 S. 47th Street
Phoenix, Arizona 85034 USA
1-800-332-8638

**Atlanta**
3450 Corporate Way, Suite A
Duluth, GA 30096
Phone: 770-623-4400

**Austin**
12211 Technology Boulevard
Austin, TX 78727
Phone: 512-219-3700

**Baltimore**
7134 Columbia Gateway Drive
Suite 100
Columbia, MD 21046
Phone: 410-720-3400

**Boston**
10 M Centennial Drive
Peabody, MA 01960
Phone: 978-532-9700

**Chicago**
3030 Salt Creek Lane, Suite 300
Arlington Heights, IL 60005 Phone: 847-797-7300

**Clearwater**
380 Park Place, Suite 170
Clearwater, FL 33759
Phone: 727-507-5000

**Cleveland**
30775 Bainbridge Road, Suite 200
Solon, OH 44139
Phone: 440-349-7600

**Columbus**
2800 Corporate Exchange
#160
Columbus, OH 43241
Phone: 614.865.1400

**Connecticut**
20 Sterling Drive
Wallingford, CT 06492
Phone: 203-284-5700

**Dallas**
2021 Lakeside Blvd.
Richardson, TX 75082
Phone: 214-553-4300

**Denver**
12600 East Arapahoe Road
Suite C
Englewood, CO 80112
Phone: 303-790-1662

**Detroit**
44191 Plymouth Oaks Boulevard
Suite 1300
Plymouth, MI 48170
Phone: 734-416-5800

**Houston**
12808 W Airport Blvd, Suite 350
Sugarland, TX 77478
Phone: 281-243-7330

**Huntsville**
4975 Bradford Drive
Huntsville, AL 35805
Phone: 256-837-8700

**Indianapolis**
630 W. Carmel Drive, Suite 100
Carmel, IN 46032
Phone: 317-575-3500

**Irvine**
140 Technology Drive, Suite 400
Irvine, CA 92618
Phone: 949-789-4100

**Kansas City**
9200 Indian Creek Parkway, Suite 600
Overland Park, KS 66210
Phone: 913-663-7900

**Long Island**
390 Rabro Drive
Hauppauge, NY 11788
Phone: 631-434-7400

**Los Angeles**
21155 Califa Street
Woodland Hills, CA 91367
Phone: 818-594-8200

**Milwaukee**
W232 N2960 Roundy Circle West, Suite 200
Pewaukee, WI 53072
Phone: 262-513-1500

**Minneapolis**
9401 James Avenue South
Suite 140
Bloomington, MN 55431
Phone: 952-346-3000

**North Jersey**
10 Lanidex Plaza West
Parsippany, NJ 07054
Phone: 973-515-1640

**Orlando**
2501 Discovery Drive #150
Orlando, FL 32826
Phone: 407-657-3300

**Phoenix**
2211 South 47th Street
Phoenix, AZ 85034
Phone: 480-643-5600

**Portland**
1700 NW 167th PL, Suite 230
Beaverton, OR 97006
Phone: 503-526-6200

**Raleigh**
5511 Capital Center Dr, Suite 500
Raleigh, NC 27606
Phone: 919-859-9159

**Rio Grande**
2712 North Mccoll
Mcallen, TX 78501
Phone: 956-687-8706



**Rochester**
50 Methodist Hill Drive, Suite 700
Rochester, NY 14623
Phone: 585-350-2800

**Sacramento**
580 Menlo Drive
Rocklin, CA 95765
Phone: 916-632-4500

**Salt Lake City**
2855 East Cottonwood Parkway
Suite 220
Salt Lake City, UT 84121

Phone: 801-365-3800

**San Diego**
10805 Rancho Bernardo Road
Suite 110
San Diego, CA 92127
Phone: 858-385-7500

**San Jose**
1820 McCarthy Blvd.
Milpitas, CA 95035
Phone: 408-435-3500

**Seattle**
10785 Willows Rd NE, Suite 100
Redmond, WA 98052
Phone: 425-882-7000

**South Jersey**
7000 Atrium Way, Suite 6
Mt. Laurel, NJ 08054
Phone: 856-222-6400

**St. Louis**
13750 Shoreline Drive
Earth City, MO 63045
Phone: 314-770-6300

**Tulsa**
10830 East 45th Street, Suite 312
Tulsa, OK 74146
Phone: 918-459-6000

Updated: January 5, 2006



⊙ Home     ⊙ Contact Us     ⊙ Component Part Search     Web Search

**Enabling success from the**
**center** of technology™

### Avnet Electronics Marketing ⊙




Electronic components, supply-chain solutions, consultative engineering and focused product specialization.

### Avnet Technology Solutions ⊙

Services and solutions for VARs, ISVs, systems integrators and non-PC OEMs.

### Avnet Managed Technologies ⊙

Data center infrastructure hosting and management.

### Avnet Logistics ⊙

An attractive alternative to general-purpose logistics service providers, tailored to your technology supply chain.

### What's New ⊙

**Avnet Technology Solutions Opens Integration Centre in China**

_____

**Avnet Named Innovator of the Year at Governor's Celebration of Innovation**



GOVERNOR'S CELEBRATION OF INNOVATION

### Stock Quotes (NYSE: A\

**04:01 PM ET Dec 20**

Current Price.

Change Price.

Change

### Latest Headlines ⊙

Acquisition of Access Distribu

Avnet Technology Solutions C Centre in China

Avnet Electronics Marketing's Programming Centre certified industry's 'quality managemer future'

Pericom and Avnet Electronic Global Distribution Pact

### About Avnet ⊙

To accelerate growth for trading partners, Avnet (NYSE:AVT) markets, distributes, adds value to and creates demand for the products leading electronic components suppliers, computer manufacturers and embedded subsystem providers. For the fiscal year ended July generated revenue of $14.25 billion through sales in 70 countries.

© 1995-2006 Avnet, Inc.     Privacy  |  Legal Notices  |  Terms & Conditions                                    🏠  |  Cont



## About Us

**Avnet Takes the World's Leading Technologies to Market**

Avnet, Inc. (NYSE: AVT), is one of the world's largest value-added distributors of semiconductors, connectors, passive and electromechanical components, and RF & microwave devices; enterprise networking and computer equipment, and embedded subsystems from leading manufacturers. Serving customers in 70 countries, Avnet markets, inventories, and adds value to these products.

  

The company offers additional services for suppliers, customers and partners looking to solve business problems.

- List and description of services for original equipment manufacturers and electronic manufacturing services providers
- List and description of services for independent software vendors, non-PC manufacturers, system builders, system integrators and value-added resellers

Uniquely positioned to serve the needs of the world's leading high technology companies, Avnet, with its innovative and entrepreneurial spirit, coupled with the quality, depth and breadth of its knowledge and business relations, assures customers and suppliers that they have chosen the right partner to accelerate their success. Its global scope and economies of scale, talented employees and commitment to value-based management ensure that it will continue to be a leader in the technology industry.

**Corporate Facts**

- Exchange: NYSE
- Ticker Symbol: AVT
- Sector: Technology
- Founded: 1921
- Incorporated: 1955
- Went Public: 1959
- CEO: Roy Vallee
- Global Headquarters: Phoenix, Arizona (Largest publicly held company headquartered in Arizona)
- Employees: ~ 11,000 Worldwide
- Auditors: KPMG LLP
- Fortune 500 (2006 Rank # 212 )
- Fiscal Year End: June
- Sales in 70 Countries
- 268 Locations Worldwide



© Avnet, Inc.   Close this window.

## Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

COMPUTER SALES INTERNATIONAL, INC., Plaintiff,

**V.**

LYCOS, INC., et al., Defendants.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1] **05-10017-RWZ**

TO:   **AVNET, INC.**
     **c/o CT Corporation System, Registered Agent**
     **101 Federal Street**
     **Boston, MA 02110**



☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.  Subject matters for examination are set forth on the attached **SCHEDULE A**.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| **McCarter & English, LLP**<br>**225 Franklin Street**<br>**Boston, MA 02110** | **Tuesday, December 19, 2006, at 9:00 a.m.** |

☒    YOU ARE COMMANDED to produce and permit inspection and copying of the documents and electronic records described on the attached **SCHEDULE B** at the place, date, and time specified below:

| PLACE | DATE AND TIME |
|---|---|
| **McCarter & English, LLP**<br>**225 Franklin Street**<br>**Boston, MA 02110** | **Friday, December 15, 2006, at 9:00 a.m.** |

☐    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

**\*\***    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Edward W. Little, Q.*<br>Edward W. Little, Esquire (BBO # 628985), McCarter & English, LLP, 225 Franklin Street, Boston, MA  02110 (tel. 617-345-7018) (Attorneys for Plaintiff) | November 29, 2006 |

[1] If action is pending in district other than district of issuance, state district under case number.
(See Rule 45 Federal Rules of Civil Procedure, Parts C & D on Reverse)

MEI 5991223v.1



AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                           DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

## Rule 45, Federal Rules of Civil Procedure, Parts C & D

PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1)   A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena.  The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)   (A)   A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B)   Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises.  If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued.  If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production.  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)   (A)   On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)   fails to allow reasonable time for compliance;
(ii)   requires a person who is not a party or an officer of a party avel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person

may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii)   requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv)   subjects a person to undue burden.

(B)   If a subpoena

(i)   requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii)   requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party or
(iii)   requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that he person to (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any part, or whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)   DUTIES IN RESPONDING TO SUBPOENA.

(1)   A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
(2)   When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

ME1 5991223v.1

# **SCHEDULE A**

## SCHEDULE A

### (Subject Matters On Which Examination Will Be Conducted)

### Definitions

Except as otherwise expressly indicated, as used in this Schedule A, the following terms have the following meanings:

     **1.**    The term "you" or "your" means the person or organization to whom this subpoena is directed, any subsidiary or division or affiliate thereof, and any present or former officer, director, employee, attorney or other agent of that person or organization, or any subsidiary, division or affiliate thereof.

     **2.**    The terms "communication," "document," "identify," "parties," "person," and "concerning," mean what they are defined to mean in Local Rule 26.3 ("Uniform Definitions in Discovery Requests") of the Local Rules of the United States District Court for the District of Massachusetts.   In particular, the term "document" includes without limitation any and all electronic and/or electronically stored versions of documents, and any and all electronic records, including email, coming within the scope of the relevant request.

     **3.**    The term "Lycos" means Lycos, Inc., any parent, subsidiary, division or affiliate thereof, and any present or former officer, director, employee, attorney or other agent of Lycos or any subsidiary, division or affiliate thereof.

     **4.**    The term "CSI" means Computer Sales International, Inc., any subsidiary or division or affiliate thereof, and any present or former officer, director, employee, attorney or other agent of CSI or any subsidiary, division or affiliate thereof.

### Subject Matters on Which Examination Will Be Conducted

     **1.**    The source and authenticity of all documents and electronic records requested and/or produced by you in response to this subpoena and the previous subpoena served on you by CSI in the above-captioned case, and the identity and current home and work addresses of all persons who created, wrote, sent, received and/or held possession of those documents and electronic records, and when they did so.

     **2.**    The form and substance of all information (whether in documents or otherwise) provided by you to Lycos (including all oral and written statements made by you to Lycos), and all information provided by Lycos to you (including all statements made by Lycos to you or in your presence), during the period 1994 to the present day, concerning Lycos' leases of equipment from CSI or other lessors, or its sale of any equipment previously leased from CSI or other lessors, including but not limited to:

     **a.**    all such information or statements concerning Lycos's lease of equipment from CSI and/or other lessors made, produced, received, or witnessed by (i) **Phil Williams**, listed as Avnet Project Manager on page 14 of the "Lease Assessment and

Asset Inventory Analysis Report" delivered by Avnet to Lycos, dated December 15, 2000, and prepared by Avnet Enterprise Solutions (the "Avnet Report"), (ii) **Dean Stoneburner**, listed as Program Manager on page 14 of the Avnet Report, (iii) **Alvin Milner**, listed as Technical Consultant on page 14 of the Avnet Report, (iv) **Stefanie Johnson**, listed as Field Technical Consultant on page 14 of the Avnet Report, (v) **Ora Maughan**, listed as Documentation Control Specialist on page 14 of the Avnet Report, (vi) **Dave Mammen**, listed as Financial Consultant-Analyst on page 14 of the Avnet Report, (vii) **Chris Scheefer**, listed as Field Technical Consultant on page 14 of the Avnet Report, (viii) **Debbie Steiner**, listed as Technical Writer on page 14 of the Avnet Report, (ix) **Antonio Pollino**, listed as an Avnet Account Representative on documents produced by Avnet, (x) **J.T. Hilton**, listed as an Avnet Engagement Manager on documents produced by Avnet, (xi) **Beth Orozco**, listed as a Customer Care Representative for Avnet, (xii) **John Sweeney**, identified as a Financial Services Manager of Avnet in Canada, and/or (xiii) **John Carselle** of Avnet;

     **b.**     all such information, services and opinions concerning the tracking and accounting treatment of the equipment leases, equipment schedules, and/or sales agreements or other agreements that Lycos entered into with CSI or any other entity during the period 1994 through the present day;

     **c.**     all such information, services and opinions concerning the cost of the equipment covered by any equipment leases, equipment schedules, and/or sales agreements or other agreements that Lycos entered into with CSI or any other entity during the period 1994 through the present day;

     **d.**     all such information, services and opinions concerning Lycos' business during the period 1994 to the present day, including communications relating to the cost of Lycos' equipment leases with CSI and other entities, Lycos' efforts to reduce those costs, and Lycos' efforts to generally reduce its expenses;

     **e.**     all communications between you and attorneys or accountants for Lycos during the period 1994 to the present day concerning CSI or any of the equipment leases, equipment schedules, sales agreements or other agreements that Lycos entered into with CSI or any other entity during the period 1994 through the present day, or concerning this subpoena or the previous subpoena served on you by CSI in the above-entitled action, and how and when you intended to respond to it; and

     **f.**     all such information, services and opinions concerning the "Lease Assessment and Asset Inventory Analysis Report" dated December 15, 2000, and prepared by Avnet Enterprise Solutions, and all computer databases prepared by Avnet for Lycos in connection therewith, including without limitation all drafts thereof, all communications with Lycos and/or any third parties concerning it, and any internal communications, note and/or memoranda concerning it.

     **3.**     The nature, extent, and substance of all communications between you and any third party or parties (i.e., other than Lycos), and all information provided by you to them or them to you, during the period 1994 to the present day and concerning Lycos's leasing and/or

purchasing of equipment from or through CSI.

4.    The steps taken by you to identify and produce to CSI all the documents and electronic records requested in this subpoena and the previous subpoena served on you by CSI in the above-captioned case, and whether any other steps could have been taken to ensure more complete compliance with those subpoenas, and for any documents responsive to those subpoenas which are no longer in your possession, custody and/or control, the date such documents left your possession, custody and/or control and where they were sent.

5.    All communications between you (or your attorneys) and Lycos (or Lycos's attorneys) concerning the nature and timing of your response to the previous subpoena served on you by CSI in this case, including without limitation any discussions between you and Lycos, or your respective attorneys, concerning any delays in your response to that subpoena.

# SCHEDULE B

**SCHEDULE B**
**(Documents and Electronic Records**
**Required To Be Produced)**

**Definitions**

Except as otherwise expressly indicated, as used in this <u>Schedule B</u>, the following terms have the following meanings:

1.      The term "you" or "your" means the person or organization to whom this subpoena is directed, any subsidiary or division or affiliate thereof, and any present or former officer, director, employee, attorney or other agent of that person or organization, or any subsidiary, division or affiliate thereof.

2.      The terms "communication," "document," "identify," "parties," "person," and "concerning," mean what they are defined to mean in Local Rule 26.3 ("Uniform Definitions in Discovery Requests") of the Local Rules of the United States District Court for the District of Massachusetts.   In particular, the term "document" includes without limitation any and all electronic and/or electronically stored versions of documents, and any and all electronic records, including email, coming within the scope of the relevant request.

3.      The term "Lycos" means Lycos, Inc., any parent, subsidiary, division or affiliate thereof, and any present or former officer, director, employee, attorney or other agent of Lycos or any subsidiary, division or affiliate thereof.

4.      The term "CSI" means Computer Sales International, Inc., any subsidiary or division or affiliate thereof, and any present or former officer, director, employee, attorney or other agent of CSI or any subsidiary, division or affiliate thereof.

**Documents and Electronic Records Required To Be Produced**

1.      All documents and electronic records whose production was called for by CSI's previous subpoena to you in the above-captioned case, but which have not yet been produced to CSI.

2.      All documents and electronic records (including email) concerning or referring to CSI's previous subpoena to you in this case --- including, but not limited to, (a) all internal communications among your own personnel, and all external communications between you and Lycos (or any other party), concerning the nature, extent, and timing of your response to that subpoena, (b) all records of what you did to identify and produce all the materials in your possession, custody or control responsive to that subpoena, and (c) all records of what materials responsive to CSI's previous subpoena to you in this case have not yet been produced to CSI, and why.

MEI 5991223v.1

| IN HAND | GAIL BROWN, FULFILLMENT SPECIALIST | RETURN OF SERVICE (3) |
|---|---|---|

| RECEIVED BY SERVER | DATE  November 29, 2006 | PLACE  Boston, Massachusetts |
|---|---|---|
| SERVED | DATE  November 29, 2006 | PLACE  101 FEDERAL STREET, BOSTON , Massachusetts |

| SERVED ON (NAME)  AVNET, INC | FEES TENDERED  ☒ YES  ☐ NO AMOUNT $ 42.00  ☐ Advanced By Attorney |
|---|---|
| SERVED BY  NORA DUCLOS | TITLE  Process Server and a Disinterested Person |

## STATEMENT OF SERVICE FEES

| | SERVICE FEE  $ 60.00 | _____ Trips | TOTAL  $ 102.00 |
|---|---|---|---|

## DECLARATION OF SERVER (4)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ November 29, 2006 _____
            **Date**

_Nora Duclos_
**Signature of Server**

One Devonshire Place, Boston, Massachusetts
**Address of Server**

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ 0.00 |

(3) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, of Rule 45(c), Federal Rules of Civil Procedure.
(4) *fees and mileage need not be tendered to the deponent upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)*

| Suvalle, Jodrey & Associates  Massachusetts Constables since 1925 | One Devonshire Place  Boston, MA 02109 | Telephone # (617) 720-5733  Fax #     (617) 720-5737 |
|---|---|---|



January 15, 2002

Kevin Baillie
Controller
Terra Lycos
400-2 Totten Pond Road
Waltham, MA 02451
(781) 370-2661

**Reference: Lease End-of-Term and Other IT Services**

Dear Mr. Baillie:

The Exodus bankruptcy, the approaching end of several major equipment leases, your company's ongoing migration from Compaq to IBM equipment, and the current state of the U.S. economy all mean that Terra Lycos has some difficult financial and IT challenges to solve in the next few months as your company adjusts to these changes.

During this transition period, Terra Lycos equipment that now is housed in Exodus' facilities must be identified and relocated. New Web-hosting arrangements will be required. Leased equipment in all Terra Lycos facilities needs to be identified for removal and/or replacement as their leases expire; this includes equipment covered by TMMS® agreements with Avnet Enterprise Solutions. Data and applications need to be moved to the new IBM platform. The related software licenses need to be accounted for. And there is great pressure to do all this in the most cost-effective, efficient way.

Avnet Enterprise Solutions values its relationship with Terra Lycos and we want to help you meet these challenges successfully.

The attached proposal describes the various ways we can do this. By taking advantage of Avnet Enterprise Solutions' technical and financial capabilities during this transition period, Terra Lycos can help its employees to better focus their efforts on high-priority, revenue-producing opportunities.

Avnet Enterprise Solutions is widely recognized for its experience and expertise in the field of information technology. The benefits that Avnet Enterprise Solutions provides as Terra Lycos' partner in this endeavor include the following:

- Avnet has considerable experience working with Terra Lycos and its IT department, giving Avnet an in-depth knowledge of Terra Lycos' business and technology needs that will get our work off to a quick running start.

- Avnet has manufacturer-certified personnel who are familiar with the full range of IBM and Compaq products and can help smooth the transition between the two.

- Avnet has close corporate ties with both companies, providing additional support to Terra Lycos when required.



EXHIBIT

3

AVNED005751

- Avnet Enterprise Solutions project managers are all either PMI-certified or working actively for their PMI certifications, giving them the expertise that helps ensure your work gets done on time and within budget.

- Avnet Enterprise Solutions is a $1 billion part of $12.9 billion Avnet, Inc., providing AES with excellent financial stability and resources.

- Avnet is experienced in the development and support of the specialized technology solutions and integration services that Terra Lycos needs.

- Avnet offers custom warehousing and delivery capabilities that can simplify the logistics of this transition.

- Avnet Enterprise Solutions creates financial flexibility and investment protection through unique acquisition offerings.

I look forward to discussing this proposal with you. If there are any questions, please call me at (978) 538-2171. Again, thank you for your consideration.

Sincerely,


Sylvia Marchany
Account Manager

AVNED005752



Terra Lycos

# Lease End-of-Term and Other IT Services

January 15, 2002

*Prepared by Sylvia Marchany, Account Manager, Avnet Enterprise Solutions. Phone: (978) 538-2171.*

*Proprietary Notice: The information contained in this report is confidential and privileged. No portion of this document may be disclosed without the prior written consent of Avnet Enterprise Solutions.*

*© 2001, 2002 Avnet, Inc. All rights reserved.*



10 Centennial Drive, Suite 205, Peabody, MA 01960 • (978) 538-2171 • www.es.avnet.com

AVNED005753



## Legal Notices

The information (data) contained in all sheets of this proposal or quotation constitutes a trade secret and/or information that is commercial or financial and confidential or privileged. It is furnished to Terra Lycos in confidence with the understanding that it will not, without the permission of the offerer, be used or disclosed for other than evaluation purposes; provided, however that in the event a contract is awarded on the basis of this proposal or quotation, Terra Lycos shall have the right to use and disclose this information (data) to the extent provided in the contract. This restriction does not limit Terra Lycos' right to use or disclose this information (data) if obtained from another source without restriction.

Avnet Enterprise Solutions submits its Proposal to Terra Lycos subject solely to Avnet Enterprise Solutions' Customer Agreement and other contract forms referenced in the Proposal. This Proposal is submitted for the purpose of providing information about Avnet Enterprise Solutions' Products and Services. It is not a legal offer that can be accepted by Terra Lycos. If Terra Lycos desires Avnet Enterprise Solutions to provide the proposed Products and Services, Avnet Enterprise Solutions, after discussions with Terra Lycos, will prepare a draft agreement which will be the basis for the parties to enter into contract negotiations. No agreement shall result from this Proposal until a definitive agreement between Terra Lycos and Avnet is signed by both parties.

Any pricing summarized in this proposal is budgetary, valid for 30 days and has been based on the specific requirements, services and equipment that may be outlined in this document. These prices are for comparison purposes only. Final pricing would be completed during the due diligence portion of the contract award.

All trademarks, service marks, logos, slogans, domain names, trade names or other proprietary branding (collectively "Marks") are the properties of their respective owners. Avnet, Inc. disclaims any proprietary interest in Marks other than its own.

Avnet Enterprise Solutions is a business unit of Avnet, Inc. The AVNET and AV design Marks are federally registered trademarks and/or service marks of Avnet, Inc., and may be registered in other jurisdictions.

**AVNED005754**



## Table of Contents

Introduction ................................................................................................................ 4

Proposed Services ....................................................................................................... 6
    TMMS® Options ................................................................................................. 6
    End-of-Term Lease Assessment ......................................................................... 7
    Data Center Relocation ....................................................................................... 7
    Disconnect/Pack/Ship ......................................................................................... 8
    Data Migration ................................................................................................... 9
    License Management ........................................................................................... 9
    Logistics .............................................................................................................. 9
    Asset Management/Inventory ............................................................................. 10
    Web-Hosting and Other Telecommunications Services .................................... 10
    Project and Risk Management ............................................................................ 10

Account Team and Customer Support ...................................................................... 12
    Team Members and Their Responsibilities ........................................................ 12
    Customer Support Organizations ....................................................................... 15
        Quality ........................................................................................................... 15
        Integration Center ......................................................................................... 16
        Technical Enhancement Center ..................................................................... 17

Organization and Capabilities ................................................................................... 19
    Avnet, Inc. .......................................................................................................... 19
    Avnet Enterprise Solutions ................................................................................ 21
        Overview ........................................................................................................ 21
        Major Areas of Expertise .............................................................................. 21
        Project and Risk Management ....................................................................... 23
        Solution Methodology ................................................................................... 23
        Supplemental Services ................................................................................... 24

AVNED005755



# Introduction

### Needs/Problems

Several events have conspired to place great pressure on Terra Lycos' financial and technical resources in the near-term and mid-term:

- The Exodus bankruptcy, which can seriously damage Terra Lycos' ability to provide the Web-based services it is best known for.

- The approaching end of several major equipment leases, including TMMS® agreements with Avnet Enterprise Solutions; this requires Lycos to identify which items are covered by which lease and to return/exchange the relevant pieces of equipment as each lease reaches the end of its term.

- The need to negotiate and, ideally, amalgamate new equipment leases to replace those which are expiring.

- The move from Compaq to IBM equipment, which involves the redeployment of applications and data as well as the replacement of hardware.

### Outcomes

Simply stated, during the transition period prompted by these events, Terra Lycos needs to successfully complete several complex, labor-intensive projects — projects with rigorous technical and financial requirements — while simultaneously responding to new, more difficult business conditions by focusing intensely on revenue-producing activities.

### Solution

By taking advantage of the experience and expertise provided by Avnet Enterprise Solutions, Terra Lycos can meet the technical and financial challenges it faces during this transition period in a timely, cost-effective manner, without diluting the effectiveness of its current staff members in their revenue-producing endeavors.

### Substantiation

Additional information will be required from Terra Lycos before Avnet Enterprise Solutions can provide detailed project plans that meet Terra Lycos' requirements in each of these areas. To get

**AVNED005756**



*Confidential*

that discussion started, the next chapter contains an overview of the services Avnet Enterprise Solutions can provide which apply to Terra Lycos' current situation. *These can be contracted for as individual services or as part of an overall transition program.* This annotated services list is followed by an overview of our proposed account management team and the organizations which support it. Finally, this proposal provides a corporate overview of Avnet Enterprise Solutions. highlighting its organization and areas of particular expertise.

**AVNED005757**



# Proposed Services

The services offered by Avnet Enterprise Solutions which can help Terra Lycos meet its current set of high-priority, labor-intensive technical and financial challenges include:

- TMMS® options
- End-of-term lease assessment
- Data center relocation
- Disconnect/pack/ship
- Data migration
- License management
- Logistics
- Asset management/inventory
- Web hosting and other telecommunications services
- Project and risk management

Please keep in mind that this is a laundry list designed to kick off discussions as to the best way Avnet Enterprise Solutions can help Terra Lycos meet its current IT and financial challenges. The items on this list described in more detail in the following sections.

# *TMMS® Options*

The Technology Management Maintenance Service[SM] (TMMS®) agreement that Terra Lycos currently has with Avnet Enterprise Solutions will soon reach the end of its term. Below, we have listed the three options that Terra Lycos can choose from, with a description of the financial consequences of each.

### Option 1 - Return gear and end TMMS agreement immediately

Terra Lycos may choose to return the equipment currently included in the TMMS agreement and terminate the agreement. The cost to terminate the agreement as of March 2002 would be

**AVNED005758**



$377,425. The last monthly TMMS payment would be the February 2002 payment. All equipment would need to be returned in March.

### Option 2 - Return gear and end TMMS agreement in August 2002
Terra Lycos may choose to return the equipment in August 2002 and terminate the TMMS agreement. This option would allow Terra Lycos to continue using the gear for eight months making the same current monthly payments and avoid costly termination costs. In this scenario, Terra Lycos would continue the normal monthly TMMS payments through July 2002 and return the gear in August 2002. At this point in the life of the TMMS contract, Terra Lycos could terminate the TMMS agreement without a termination fee.

### Option 3 - Convert TMMS agreement to a standard lease
A third option for Terra Lycos is to convert the TMMS agreement into a standard lease. This would allow Terra Lycos to significantly reduce the current monthly payments, continue using the gear, and shorten the length of the lease. Monthly payments would be reduced from $106,828 to $49,935 beginning in March 2002. This reduced monthly payment would then be continued through January 2003. Terra Lycos would then be able to return all equipment in February 2003 without any termination costs.

All three of these options will need to be documented and executed by Lycos in February. Also, the pricing above assumes that Terra Lycos is current on its payments.

# End-of-Term Lease Assessment

The end-of-term lease assessment is a detailed review of all the leasing agreements currently being held by Terra Lycos. This assessment will enable Terra Lycos to ascertain exactly when leases expire, to prioritize the financial activities required to extend or replace those leases, and to begin identifying exactly where leased equipment is current being housed so it can be relocated or replaced. Based on our recent discussions with Terra Lycos, Avnet Enterprise Solutions understands that the available administrative records are incomplete and will need to be supplemented by on-site visits to update inventory records for the various data centers owned or used by Terra Lycos.

Performing this assessment is essential if Avnet Enterprise Solutions and Terra Lycos are to accurately and reliably ascertain the scope of work for the other activities which need to be performed during this transition period. This assessment also provides the basis for developing a realistic project plan to prioritize activities and determine whether a particular task or project should be executed by Avnet or Terra Lycos personnel.

# Data Center Relocation

Most likely, the Exodus bankruptcy will require Terra Lycos to move the Web servers housed at Exodus to a new facility. Avnet Enterprise Solutions provides an extensive set of services for data-center relocations such as this one.

These services include the coordination of all related service-delivery activities, scheduling transportation, securing adequate insurance, ensuring that equipment is operational before it is moved, checking that items are correctly packed for the move, installing the equipment in its new

AVNED005759



location, and running the appropriate diagnostics after the hardware and software have been reinstalled. Also, AES can help you ensure that software licenses are properly transferred.

To make all this happen, Avnet Enterprise Solutions has certified staff that is familiar with the servers, PCs, terminals, networking equipment, operating systems, and applications used by Terra Lycos.

# Disconnect/Pack/Ship

As Terra Lycos' equipment leases expire, Terra Lycos will need to move large quantities of equipment to and from all of Terra Lycos' data centers. The end of lease means that equipment assigned to individuals, groups, and departments in a variety of satellite locations will need to be relocated, too.

The same expertise that enables Avnet Enterprise Solutions to relocate entire data centers can also be applied to disconnecting, packing, and shipping these small- and medium-sized batches of equipment.

The tasks to be performed by Avnet Enterprise Solutions and the designated Terra Lycos contacts at the equipment's original location usually include:

- Identifying all the equipment that is to be relocated.
- Shutting down and powering off of all equipment.
- Labeling all devices and cables as required
- Packing each of the items in appropriate boxes, using appropriate packaging materials.
- Affixing shipping labels with address information provided by Terra Lycos.
- Obtaining insurance in the amount determined by the designated customer contact.
- Contacting the shipping company to arrange for pick-up of the boxes
- Obtaining a sign-off from the designated Terra Lycos contact noting the number of boxes

When the equipment arrives at its destination, the tasks to be performed usually include:

- Identifying the placement location for each item of equipment.
- Reviewing the number and physical appearance of the boxes to make sure they all arrived and are in appropriate condition.
- Unboxing the equipment and placing it in the designated location.
- Connecting the equipment and powering it up.
- Making any configuration changes that may be needed in order to connect to an existing LAN (IP address change, gateway change, computer name change)
- Logging on and starting the required applications

**AVNED005760**



*Confidential*

# Data Migration

Moving and replacing equipment on the scale required by Terra Lycos is a complex job in and of itself. But it also increases the risk of damage or loss to essential corporate data.

To help Terra Lycos cope with this problem, Avnet Enterprise Solutions can assist with a variety of data-migration tasks. These include

- Backing up the data on a particular machine before it is shut down and moved.
- Restoring that data when the move is complete.
- Loading data when it is being moved to a new machine.
- Transferring data and applications among machines that have been given new assignments within Terra Lycos' data-processing operation.

# License Management

Moving to a new hardware platform, such as Terra Lycos' ongoing transition from Compaq to IBM equipment, affects software as well as hardware. In particular, some software application licenses are limited to specific types and even to specific pieces of hardware, with a new license being required when the platform changes.

Furthermore, this transition can provide an opportunity for cost reduction because current software licenses for both operating systems and applications might no longer be needed under the new configuration.

Avnet Enterprise Solutions can review Terra Lycos' software license agreements to ascertain whether all software is legally licensed from the manufacturer and to determine what effects, both operational and financial, will result from the move to an IBM platform from the current Compaq equipment.

# Logistics

Avnet Enterprise Solutions offers a variety of professional logistic services focused on providing custom solutions for the customer's specific needs. The AES Logistics team can manage the packaging, insurance coverage, transportation and warehousing of the equipment. Avnet offers competitive rates based on our strategic transportation partnerships. Each of the logistic services below can be used as a stand-alone service or as part of a customized package.

- Transportation
- Packaging
- Warehousing
- International freight consulting
- Preparation of shipping documents

AVNED005761



*Confidential*

- Product consolidation and kitting

# Asset Management/Inventory

Avnet Enterprise Solutions can document the movement of all Terra Lycos equipment involved in the various projects we undertake with Terra Lycos during this transition period. We will do so using the asset management procedures established by Avnet during last year's data-center inventory project. Our asset management/inventory efforts will track the movement of equipment which has already been bar coded and logged, and we will add previously unrecorded items to the inventory as necessary.

In addition, inventory which has been marked for replacement or return in the end-of-lease assessment will be flagged for removal from the Terra Lycos inventory when the lease expires.

# Web-Hosting and Other Telecommunications Services

The Exodus bankruptcy means that Terra Lycos has a pressing need to find a new host for its Web sites. Avnet Enterprise Solutions understands that Terra Lycos has already begun this search, but we would like to mention that we partner with both AT&T and Sprint to provide a one-stop shop for Web-hosting.

Perhaps more importantly, in terms of Terra Lycos' immediate requirements, Avnet Enterprise Solutions and its partners also provide other telecommunications carrier services, including wide-area networking, the leasing of high-speed, dedicated data lines, etc.

# Project and Risk Management

To help control risk and ensure our mutual success in every project that Terra Lycos undertakes with Avnet Enterprise Solutions, we have a national project management team. This team follows the best practices established by the Project Management Institute, which is the leading professional organization in this field.

Furthermore, our professional project managers are either certified as Project Management Professionals by the Project Management Institute or are in the process of becoming certified.

This project management practice is operated by regional directors who oversee the project-management resources in their region. There is also a national Project Management Office that is responsible for the facilitation of project management throughout the company. This office is active in such areas as process development, standards, best practices, PMI liaison, training and education, safety plan and quality plan boilerplate maintenance, risk analysis, and IT systems support for project managers.

Avnet Enterprise Solutions' project management methodology outlines the steps necessary to successfully manage a project from initiation through planning, execution, controlling, and closure. The methodology has been developed to provide documented, repeatable steps that the project manager and project team can customize and scale to each individual project. The activities included herein are interrelated and, when properly executed, allow a project to be completed on time, within budget, and according to predefined specifications.

**AVNED005762**



*Confidential*

The project management methodology breaks a project down into four phases:

- Initiating
- Planning
- Executing and controlling
- Closing

Each phase defined by the focus of the effort and the deliverable(s) produced. In addition, there are nine areas of knowledge that the Project Management Institute has determined must be addressed to successfully complete a project. These are:

- Integration management
- Scope management
- Time management
- Cost management
- Quality management
- Human resource management
- Communications management
- Risk management
- Procurement management

By addressing these issues and following the Project Management Institute's widely acknowledged best practices, Avnet Enterprise Solutions project managers help ensure that all the initiatives we assist Terra Lycos with will be completed on time and within budget.

**AVNED005763**



# Account Team and Customer Support

It is the policy at Avnet Enterprise Solutions to identify and schedule the best possible resources for every project. This means that the assigned consultants are familiar with and, in most cases, have direct experience providing the exact services required. In addition, the assigned consultants are fully supported by the entire Avnet technical team and its customer-support organizations, providing additional expertise and insight as required.

## *Team Members and Their Responsibilities*

The Terra Lycos account team includes the services of a dedicated account manager, Sylvia Marchany, and an inside sales representative, Richard Swan. Backup inside sales representatives will be designated and trained to manage your account to insure prompt response. Other account-team members may include a financial consultant, a field technical consultant, and a project manager.

The following individuals have tentatively been assigned to the project described in this proposal. They represent Avnet Enterprise Solutions' ability to perform the tasks described herein, but changes to this team could occur after award of contract.

*Account Manager*
Sylvia Marchany
Avnet Enterprise Solutions
10 Centennial Drive, Suite 205
Peabody, MA 01960
Tel.: (978) 538-2171
Fax: (978) 532-9660
Cell: (617) 290-2017
Email: Sylvia.Marchany@Avnet.com

*Inside Sales Representative*
Richard Swan
Avnet Enterprise Solutions
8700 South Price Road
Tempe, AZ 85284
Tel.: (480) 794-6236
Fax: (480) 794-9153

AVNED005764



*Confidential*

| | |
|---|---|
| ***District Sales Manager***<br>David Smagala<br>Avnet Enterprise Solutions<br>10 Centennial Drive, Suite 250<br>Peabody, MA, 01960<br>Tel.: (978) 532-9924<br>Fax: (978) 532-9925 | ***Regional Vice President of Sales***<br>David Hutchinson<br>Avnet Enterprise Solutions<br>10 Centennial Drive, Suite 250<br>Peabody, MA, 01960<br>Tel.: (978) 532-9978<br>Fax: (978) 532-9660 |
| ***District Services Manager***<br>Tom Kurkcu<br>Avnet Enterprise Solutions<br>250 West 34th Street<br>New York, NY 10119<br>Tel.: (212) 760-2935<br>Fax: (212) 760-2495 | ***District Services Director***<br>Nick Fletcher<br>Avnet Enterprise Solutions<br>10 Centennial Drive, Suite 250<br>Peabody, MA, 01960<br>Tel.: (978) 532-9949<br>Fax: (978) 538-2034 |
| ***National Project Manager***<br>Paul Derico<br>Avnet Enterprise Solutions<br>250 W. 34th St.<br>New York, NY 10119<br>Tel.: (212) 631-1273<br>Fax: (212) 760-2495 | ***Acquisition Services Consultant***<br>Amy Renner<br>Avnet Enterprise Solutions<br>8700 South Price Road<br>Tempe, AZ 85284<br>Tel.: (480) 794-6754<br>Fax: (480) 794-9096 |

The key day-to-day members of your account team have these responsibilities:

**Account Manager**
- Develop and maintain a clear understanding of Terra Lycos' technology objectives, goals and supplier expectations.
- Bring Avnet Enterprise Solutions resources to bear on the commitments which have been made.
- Meet your expectations and requirements.

**Inside Sales Representative**
- Intimately know the Terra Lycos relationship and the requirements of the account.
- Process orders for on-time shipment and customer satisfaction.
- Coordinate orders within multiple departments to ensure on-time delivery.
- Provide next point of contact for the customer in the event that the account manager is unavailable.
- Assist the account manager in the performance of day-to-day business.
- Assist with completion of detailed configurations.
- Marshal all vendors and Avnet Enterprise Solutions resources to enhance overall productivity and customer satisfaction.

AVNED005765



*Confidential*

### Field Technical Consultant

- Provide total service solutions to your network, infrastructure and communications requirements.

- Provide support to the customer to identify the business needs and the technical problems.

- Design and configure the technical solution that meets your business needs.

- Provide on-site support for technically complex configurations and business computing requirements.

### Project Manager

After the contract has been signed, your Avnet Enterprise Solutions project manager will provide Terra Lycos with the following services:

- Single point of contact for *all* project-related issues to ensure that:

  ➢ Project specs are being met

  ➢ Project change is being managed and accounted for

  ➢ Project budget is being met

- Plan to manage, then manage the plan

  ➢ Create a work breakdown structure (including project phases, activities, tasks, timeline, and resources required)

  ➢ Proactively manage the schedule (ensure tasks are being completed according to schedule); this may entail working with third-party vendors, Avnet resources, and client resources and management.

- Provide risk analysis to project

  ➢ Create risk/issue/constraints management plan identifying project "RICs" and response or action items to risk events

  ➢ Work with client to ensure responses and appropriate actions are taken

- Develop and implement project communications plan

  ➢ Who gets communicated to, what information do they need, what format is the communication in, and how frequently is the communication sent

- Provide daily day-to-day management of activities

- Ensure all project deliverables are being met

  ➢ Create and provide document deliverables (design doc, survey docs, operational docs)

  ➢ Ensure technology implementation objectives are being met (installs, cabling, construction, etc)

- Close out project activities

AVNED005766

**AVNET**
computer marketing
Enterprise Solutions

*Confidential*

> ➢ Final review meeting

> ➢ Turnover all document deliverables

> ➢ Review final billing

**Acquisition Services Consultant**
- Provide technical and financial consulting through expertise in understanding current technology trends and all aspects of finance and accounting.

- Evaluate financial environment and present alternative financial strategies.

- Develop a custom financial roadmap to guide the acquisition, maintenance, and technology migration of IT assets.

# Customer Support Organizations

Avnet Enterprise Solutions encompasses a variety of organizations that support the team assigned to your account, the largest of which are Quality, the Integration Center, the TECenter, and Electronic Services.

## Quality

Avnet Enterprise Solutions, like all groups within Avnet, Inc., follows the quality policy set down by Roy Vallee, the parent company's chairman and chief operating officer:

> *Each Avnet, Inc. employee will provide defect-free services and products that meet our commitments to our customer, both internal and external. We will achieve this through the process of defining, understanding, agreeing, and conforming to customer requirements.*

Following this policy has made Avnet, Inc. is an industry leader in strategic business programs related to the interaction of the needs of our customers and our philosophy of Total Quality Management. Our goal is to be able to provide a business program that meets two specific criteria:

1. To meet the business requirements of the customer by providing complete flexibility, the highest level of customer service and responsiveness, decreased operating expense, increased profit and,

2. To provide a financial benefit to Avnet which will assure Avnet's ability to be a long-term business partner.

This is achieved by documenting our internal practices against the internationally recognized quality assurance standard for management systems known as ANSI/ISO/ASQC-Q9001/Q9002-1994. The requirements for this international standard are what drive our continuous improvement efforts in Sales, Technical Enhancement (TECenter), Integration, Materials Management, and Distribution. Our ISO 9001/9002 certifications, as well as the Arizona Governor's Quality Award, show our dedication to Total Quality Management (TQM), Continuous Measurable Improvement and Total Cost Control. Our future certification goal in the ISO 14000 Environmental Standard demonstrates Avnet's on-going commitment to the continuous improvement of quality standards.

**AVNED005767**



Avnet has also been awarded supplier certifications that include IBM's Authorized Assembler Program (AAP) and Compaq's Certified Integrator Program (CIP). The quality training required to meet the standards of these premier manufacturer reseller certifications indicates our dedication to the highest industry standards.

To meet the needs of the customer, business programs must be tailored to fit a set of criteria that will be unique to each customer. Avnet has built this flexibility into our partnerships. Our Continuous Measurable Improvement Program allows us to monitor our progress and adapt our processes to meet your changing needs.

As a TQM company and the world-class leader in our field, we continuously refine and improve our customer service techniques. Every facet of our company is oriented to serving you, the customer.

# Integration Center

The Avnet Enterprise Solutions Integration Center in Chandler, Arizona, operates with a single purpose — to provide you with accurately configured and tested products that operate correctly out of the box. Our state-of-the-art, high-capacity facilities assure IT managers that their systems will function as expected, allowing them to focus on their core business responsibilities without concern for hardware stability and functionality.

The Integration Center is a leading-edge hardware and software integration lab specializing in PC, NT and Unix server standardization, with extensive customization services. The Integration Center enjoys an excellent reputation for providing quality and professional integration solutions. It is among the most advanced and specialized facilities of its kind.

Services provided by the Integration Center include:

- Assembly and light manufacturing
- IBM RS/6000 AAP-certified and Compaq CIP-certified integrators
- Custom builds
- Rack-mounted system integration
- Mass-storage subsystem assembly
- Custom software loading and setup, including proprietary applications
- Network configuration
- Quality assurance checks and extended test cycling
- Asset tagging
- Custom labeling and packaging
- Pre-build bond management

The Integration Center includes a high-volume automated client/server lab and a Unix systems lab for HP 9000, Compaq Alpha and IBM RS/6000 integration. The Integration Center is

AVNED005768



*Confidential*

ANSI/ISO/ASQC-Q9001/Q9002-1994 registered and is environmentally controlled to eliminate electrostatic discharge (ESD).

The Integration Center has a project-management group that sees your order through the entire production process, from the moment it is booked through final shipment. Our technicians are thoroughly trained in hardware and software integration, ESD protection, and quality procedures. Customers' orders are tracked throughout the integration cycle, so progress can be seen quickly. For process consistency, every order is fully documented, giving us a history of all hardware and software specifications. In addition, dedicated production-support engineers review build requirements, perform first-article builds, and generate production build procedures in conjunction with our customers.

# Technical Enhancement Center

Our presales technical support services are an integral part of your total solution and help you arrive at the optimum technology configuration. Accessed through your Avnet Enterprise Solutions account manager, presale technical support is delivered through our Field Technology Consultants, the AES TECenter and the Solution Center.

Avnet Enterprise Solutions' presale technical support team consists of manufacturer-trained and certified engineers who are well-versed in nearly every operating system. They support our full line of products, answering questions on topics such as configuration, networking, computer system sizing and general technical inquiries. This support team reviews and validates the functional aspects of your quote, and then establishes tracking and revision-level enhancement standards.

TECenter personnel are organized into teams that are responsible for supporting different operating environments and product families. They are experts in Microsoft Windows, Unix, OpenVMS, networking, data communications and peripherals. Continuing, in-depth training keeps the TECenter team on the cutting edge of technology. TECenter expertise includes:

- Compaq's Tru64 UNIX and TruCluster
- Compaq's OpenVMS
- Hewlett-Packard's HP-UX and OpenView
- IBM AIX, OS/390, VM, VSE, OS/400
- Microsoft Windows 2000/98/95/NT
- Linux
- SCO
- Novell
- Networks/connectivity
- Mass storage
- Peripherals
- Software applications from Oracle, Veritas, Computer Associates, IBM

**AVNED005769**



Confidential

Our dedicated, experienced technical personnel are chosen for their in-depth technical expertise and problem-solving skills. Working with the latest products from industry-leading manufacturers, they stay on top of the newest technologies and technical issues.

AVNED005770



*Confidential*

# Organization and Capabilities

Avnet Enterprise Solutions is part of Avnet, Inc., a Fortune 500 company with annual sales of $12.9 billion.

## *Avnet, Inc.*

Avnet, Inc. (NYSE: AVT) is one of the world's largest distributors of computer products, semiconductor, interconnect, passive and electromechanical components from leading manufacturers. Serving customers in 63 countries, with over 400 locations and more than 13,000 employees, Avnet markets, inventories and adds value to these products and it provides world-class supply-chain management and engineering design services.

Furthermore, the company distributes a variety of computer products and services to both end users and the reseller channels.

Avnet, Inc. is a strong, stable corporate with 40+ profitable years in the value-based electronics distribution business. *Fortune* magazine lists Avnet at number 208 in the Fortune 500 and *Information Week* magazine ranks Avnet number 4 among the Top 500 Technology Innovators in the United States.

In fiscal year 2001, the company reported $12.9 billion in sales.

### Operating Groups

Avnet, Inc. is organized into three major operating groups: Avnet Computer Marketing (CM), which includes Avnet Enterprise Solutions; Avnet Applied Computing (AAC); and Avnet Electronics Marketing (EM).

Avnet Computer Marketing is a $2.9-plus billion (fiscal year 2001) global computer-products sales and marketing organization. It contains three major operating divisions:

- Avnet Enterprise Solutions, serving the North American and Australian market place, is one of the industry's leading solutions integrators, deploying hardware, software and services across the enterprise.

AVNED005771



*Confidential*

- Avnet Hall-Mark is a leading worldwide value-added distributor of computing products, software, storage and services exclusively to the reseller channel.

- Avnet Convergent Technologies is a leading supplier of value-added networking, wireless, and point of sale solutions to resellers across North America.

Avnet Computer Marketing has a stated goal to be number 1 or 2 in every supplier market it enters.

As for the other two operating groups, Avnet Electronics Marketing supplies electronic components to the OEM market and Avnet Applied Computing supplies embedded systems to the OEM market.

## Management Team
Chairman and CEO Roy Vallee presides over Avnet, Inc.'s 12-member board of directors. Vallee is the only director who is employed by Avnet. Each of the others brings value and experience to the board in areas such as international management, finance, operations, government, and academia.

## Investor Information
| | |
|---|---|
| Exchange: | NYSE |
| Ticker Symbol: | AVT |
| Sector: | Technology |
| Industry: | Electronic Instruments & Controls, Electronics Wholesale |
| Auditors: | Arthur Andersen LLP |

## Corporate Headquarters
Avnet, Inc. has its headquarters less than a mile from Sky Harbor International Airport in Phoenix, Arizona. More than 800 employees work at the corporate office. It is one of four office facilities Avnet has in the Phoenix area. Phoenix is also the location for one of Avnet's three global megawarehouses. The headquarters building is centrally located less than 15 minutes from downtown Tempe and downtown Phoenix:

Avnet, Inc.
2211 S. 47th Street
Phoenix, AZ 85034
Phone: (480) 643-2000
Web site: http://www.avnet.com

AVNED005772



# *Avnet Enterprise Solutions*

## Overview

Avnet Enterprise Solutions (http://www.es.avnet.com) is an information-technology infrastructure architect that specializes in server consolidation and management, data storage and protection, and network integration and management solutions that power leading business applications. The company leverages its unique suite of technical and acquisition services on your company's behalf to maximize flexibility, minimize risk and optimize the use of capital.

Avnet Enterprise Solutions integrates hardware, software and services from the computer industry's leaders, including BMC Software, Cisco Systems, Compaq, Computer Associates, Enterasys, Hewlett-Packard, Nokia, IBM, Oracle, Tivoli and Veritas.

Currently, Avnet Enterprise Solutions is the 69th largest value-added reseller (VAR) in the United States with revenues of approximately $1 billion. It is the 2nd largest Compaq VAR in North America, the 3rd largest Cisco VAR in the United States, the 6th largest IBM VAR in North America, the 9th largest enterprise-storage VAR, and the 12th largest voice-data networking company.

Avnet Enterprise Solutions has its headquarters in Tempe, Arizona. It is a division of $2.9 billion Avnet Computer Marketing, an operating group of Avnet, Inc. (NYSE: AVT). Avnet, Inc. is a Fortune 500 company and global electronic components and computer products distributor with sales of $12.9 billion.

## Major Areas of Expertise

No information-technology vendor can be all things to all people. Those which try are doomed to failure. Therefore, Avnet Enterprise Solutions focuses its experience and expertise in the following four areas:

- Server consolidation and management
- Data storage and protection
- Network design, integration, and management
- Acquisition and maintenance services

Within each of these areas, Avnet Enterprise Solutions seeks to help Terra Lycos minimize risk, maximize technical and financial flexibility, and optimize the use of capital as we improve your company's IT infrastructure.

### Server consolidation and management

Avnet Enterprise Solutions' expertise in the data center includes such activities as server consolidation (reduction in the number of operating systems being used in the enterprise computing system), storage consolidation, and CISC-to-RISC migrations. We have both the means and the methods needed to design and implement a more efficient computing environment for Terra Lycos.

AVNED005773



### Data storage and protection

Avnet Enterprise Solutions' storage expertise includes storage-area networks and network-attached storage, in addition to traditional server-attached storage. Our assess, design, implement, and support methodology involves evaluating current storage practices and both departmental and enterprise requirements for data access, capacity, availability and performance. We work to protect your company's vital data by identifying and solving problems with data backup, restoration, archiving and disaster recovery.

### Network design, integration and management

Avnet Enterprise Solutions can assist you with local-area networks (LANs) and wide-area networks (WANs). Regardless of your business model, our end-to-end network solutions allow you to balance traffic loads across multiple servers and provide higher availability, better response time, and increased reliability. Through our network assessment service, you can address issues before they become problems that hurt your company.

As part of this effort, Avnet Enterprise Solutions designs and installs comprehensive, integrated data, voice and video solutions. Design services range from riser cable and premise distribution systems to multi-floor, campus-wide and multi-facility environments. Avnet Enterprise Solutions' comprehensive menu of services for this include:

- Cabling systems design
- Project management
- Cabling installation
- Telephony services
- Carrier services for Web hosting, wide-area networks, etc.
- Moves, adds and changes (MAC services)
- Testing and documentation
- Riser management
- Certified installations

Avnet Enterprise Solutions has Registered Communications Distribution Designers (RCDDs) and LAN/WAN specialists to provide standards-compliant designs for virtually every type of premise wiring architecture available. It employs approximately 130 full-time associates and uses subcontractors to expand and contract its work force as necessary.

### Acquisition and Maintenance Services

Avnet Enterprise Solutions' financial consultants work with you to understand your business and the technology it uses, then they devise an acquisition and maintenance program that meets both financial goals and your technological objectives. Your program can include a variety of purchase, credit, and lease options, as well as our unique Technology Management Maintenance Service[SM] (TMMS[®]) agreement. Other acquisition programs include asset disposal, comparative acquisition analysis, and our Short-Term Technology Service[SM], which focuses on essential but

AVNED005774



*Confidential*

transient IT requirements. Because Avnet Enterprise Solutions understands both technology and financing, we are able to recommend a solution that best fits all of your business needs.

## Project and Risk Management

To help control risk and ensure our mutual success in any project that your company undertakes with Avnet Enterprise Solutions, we have a national project management team that follows the best practices established by the Project Management Institute, which is the leading professional organization in this field. Furthermore, our professional project managers are either certified as Project Management Professionals by the Project Management Institute or are in the process of becoming certified.

This project management practice is operated by regional directors who oversee the project-management resources in their region. There is also a national Project Management Office that is responsible for the facilitation of project management throughout the company. This office is active in such areas as process development, standards, best practices, PMI liaison, training and education, safety plan and quality plan boilerplate maintenance, risk analysis, and IT systems support for project managers.

## Solution Methodology

Another key to ensuring our companies' mutual success is the Assess, Design, Implement, and Support methodology used by Avnet Enterprise Solutions to implement all the projects we embark upon. The following table shows how our major areas of concentration fit into this methodology:

| Assess | Design | Implement | Support |
|--------|--------|-----------|---------|
| • Network Assessment | Design and Sizing Services | • Configuration and Integration | • Maintenance Program |
| • Server Consolidation Assessment | • Networks | • Staging and Testing | • Network Operation Center |
| • Enterprise Storage Assessment | • Servers | • Fulfillment and Logistics Management | • 7x24 Help Desk |
| • Financial Assessment | • Storage | • Testing and Documentation | • Service Level Agreements |
| • IT Operations Assessment | Voice/Data/Video | | • Move/Add/ Change Contracts |
| • Assurity Services | • Unified Messaging | • Installation Services | • Staff Augmentation |
| • Security Audits | • Dial Plan Management | • Consulting Services | • Warranty Enhancements |
| • Risk Analysis | Physical Layer | • Multi-Service Training Programs | • Warranty Conversions |
| | • Structural Cabling | • Acquisition Services | • Life-Cycle Acquisition Services |
| | • Wireless | | |
| | • Carrier Services | | |
| | Acquisition Services | | |

*Certified Project Management Based on the Project Management Institute's Best Practices*

AVNED005775



*Confidential*

## Supplemental Services

To complement and complete the major areas of expertise listed above, Avnet Enterprise Solutions offers these supplemental services:

- Procurement
- Staging and configuration
- Maintenance
- Miscellaneous technical

### Procurement Services

Avnet Enterprise Solutions excels in procurement and fulfillment. The combination of vendor products and Avnet Enterprise Solutions' services results in an offering that maximizes your investment in existing infrastructure while allowing for additional services to be added as needed. The net result is an overall lower cost of ownership than competing solutions and a partnership that works.

Avnet Enterprise Solutions' Single Source Integrated Supply Chain Management streamlines the entire procurement cycle and eliminates many points of failure. We can prepare a customized program that enhances a company's existing process through the efficiencies gained from our JIT (Just-In-Time) Auto Replenishment Program. This comprehensive program includes logistics, product fulfillment, warehousing and staging, technical resources, repair and maintenance, as well as advanced information technology exchange.

This integrated approach provides a uniform process for material flow and value-added services including:

- Dedicated account support teams
- Consigned inventory and warehousing programs
- Daily/weekly replenishment of inventory
- Itemized billing (weekly, monthly, etc.)
- Paper or EDI billing transactions
- Asset management
- Asset report generation
- Pre-configuration services
- Remote and on-site installation programs
- Customized maintenance policies
- Web-based access

AVNED005776

**AVNET**
computer marketing
Enterprise Solutions

*Confidential*

### Staging and Configuration Services

Avnet Enterprise Solutions has state-of-the-art warehousing facilities and a proven history on product movement and management. Our company also has a proven track record with a variety of customers on configuration and staging services.

### Maintenance Services

Our comprehensive technical service capabilities include networking hardware, servers, PCs, all printing devices and virtually any peripheral. You can count on Avnet Enterprise Solutions to provide on-site, certified, multi-vendor technical support to get you up and running, with expertise that insures minimum down time.

### Miscellaneous Technical Services

Our technical services organization provides both standard and customized desktop computing service programs to provide customers with maximum flexibility in building their IT infrastructures. Avnet can build a program that personalizes the hardware service, software service, help desk support, installation and deployment services, response time, coverage hours, specific contract terms, and more for our customers. Avnet Enterprise Solutions' technical services is vendor-neutral, providing factory-authorized, trained-technical support for virtually all of the major product manufacturers.

- Our National Technical Support operation encompasses hardware maintenance contract processing and fulfillment, and a 24x7 network support help desk.

- Our comprehensive technical services capabilities include networking hardware, servers, PCs, all printing devices and virtually any peripheral. You can count on Avnet Enterprise Solutions to provide on-site, certified multi-vendor technical support to get you up and running, with expertise that insures minimum down time.

- 7 x 24 help-desk services

- National coverage

- On-site or depot repair service

- Web-based information management system

- On-site extended warranty service

**AVNED005777**

**Folder:**  \Lycos\Lease EOT Proposal

**Filename:**  Lease EOT Proposal_11402.doc

**Author:**  Competency Center

**Organization:**  Avnet, Inc.

**DateCreated:**  1/9/2002

**TimeCreated:**  06:24 PM

**DateLastMod:**  1/16/2002

**TimeLastMod:**  11:47 AM

AVNED005778

## Little, Edward

| | |
|---|---|
| **From:** | Sanders, Peter [Peter.Sanders@Avnet.com] |
| **Sent:** | Thursday, November 30, 2006 11:53 AM |
| **To:** | Little, Edward |
| **Cc:** | Jezycki, Kaja-Anne |
| **Subject:** | RE: Subpoena |

All future communications involving this litigation should be sent to Kaja-Anne Jezycki, Esq..

Kaja can be reached at 480-794-7122.

---

**From:** Little, Edward [mailto:ELittle@McCarter.com]
**Sent:** Thursday, November 30, 2006 7:59 AM
**To:** Sanders, Peter
**Subject:** Subpoena

Peter --

Attached please find a courtesy copy of a subpoena we served yesterday on Avnet's registered agent in Boston.

Sincerely,

Ted Little.

---

**Edward W. Little, Jr.**
**McCarter & English, LLP  |  225 Franklin Street  |  Boston, MA  02110**
**Telephone:  (617) 345-7018  |  Facsimile:  (617) 204-8018**
elittle@mccarter.com  |  www.mccarter.com

**BALTIMORE   BOSTON   HARTFORD   NEW YORK   NEWARK   PHILADELPHIA   STAMFORD   WILMINGTON**

<<Subpoena to Avnet (2nd).PDF>>

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.



12/19/2006

## Little, Edward

| From: | Little, Edward |
|---|---|
| Sent: | Friday, December 01, 2006 6:15 PM |
| To: | 'Peter.Sanders@Avnet.com' |
| Cc: | 'Jezycki, Kaja-Anne'; Kaler, Robert |
| Subject: | CSI/Lycos - Avnet Subpoena |

Peter --

We received the attached autoreply from Ms. Jezycki (to whom you directed us) indicating she is out of the office next week and unavailable to discuss our client's recent subpoena to Avnet. While there are no documents or testimony coming due from Avnet next week, we kindly ask that you let us know as soon as possible who, along with yourself, will be Avnet's Rule 30(b)(6) designees on the subject areas outlined for scheduled testimony in our subpoena.

Regrettably, we cannot allow -- and hope to avoid -- any recurrence of the events concerning our first subpoena, where we feel we tried to work patiently with Avnet to timely receive documents for use with key (and previously-scheduled) depositions in our case, only to find that Avnet went back on its agreement and deliberately delayed production of key records and databases it had promised to produce in time for those depositions -- all to CSI's prejudice in pursuing its case.

We look forward to hearing from your office as soon as possible.

Thank you,

Ted Little.

---

**Edward W. Little, Jr.**
**McCarter & English, LLP | 225 Franklin Street | Boston, MA 02110**
**Telephone: (617) 345-7018 | Facsimile: (617) 204-8018**
**elittle@mccarter.com | www.mccarter.com**

**BALTIMORE   BOSTON   HARTFORD   NEW YORK   NEWARK   PHILADELPHIA   STAMFORD   WILMINGTON**


-----Original Message-----
**From:** Jezycki, Kaja-Anne [mailto:Kaja-Anne.Jezycki@Avnet.com]
**Sent:** Thursday, November 30, 2006 7:42 PM
**To:** Little, Edward
**Subject:** Out of Office AutoReply: Subpoena

> I will be out of the office from November 27, 2006 through December 7, 2006. If you have a matter relative to TS, please contact Anne Crowe at 214-343-5840. If you have a matter relative to EM, please contact Viet Le at 480-643-7114. If you have a TS contract issue, please contact Monisha Chiramal at 480-794-7122. If you need any other assistance, please contact my assistant, Renee Dishong at 480-794-7605 and she will help you or direct you to someone who can.
>
> Kaja-Anne Jezycki

**Little, Edward**

| | |
|---|---|
| **From:** | Little, Edward |
| **Sent:** | Monday, December 18, 2006 9:38 AM |
| **To:** | 'Jezycki, Kaja-Anne' |
| **Subject:** | CSI/Lycos - Subpoena to Avnet |

Ms. Jezycki --

As you know, this office represents CSI Leasing, inc. (f/k/a Computer Sales International, Inc.) ("CSI") in a lawsuit in which is currently engaged with Lycos, Inc. This will confirm our phone call on Friday afternoon, December 15, 2006, concerning CSI's subpoena to Avnet, dated and served on November 29, 2006.

Though I did not know it until you told me on our phone call, I was unaware you were undergoing surgery and am happy to hear you are recuperating. Best wishes on your continued recovery.

That said, the last we heard from Avnet on our subpoena served on November 29 (courtesy copy to Peter Sanders, by email, on November 30) was a response from Mr. Sanders the following day stating that you would be handling this matter -- with no mention that you were then, or would soon be, unavailable due to surgery. We did not hear anything from anyone in Avnet's legal department -- which you confirmed for me has seven other attorneys -- until Friday, when you called and also informed me that Peter Sanders, a material witness on the testimonial portion of CSI's subpoena, was no longer with Avnet (kindly inform us when he left Avnet and where he can be reached).

As I told you, we consider any objections to CSI's subpoena to have been waived by Avnet, as it did not respond within the time required by Fed. R. Civ. P. 45, nor did anyone at Avnet contact us to discuss the subpoena. We were lead to believe Avnet was responding in due course.

Likewise, please be reminded that a deposition, per FRCP 30(b)(6) is required under the subpoena and is scheduled for Tuesday, December 19. Having received no Court order we are aware of which relieves Avnet of the requirement to appear at that deposition, we intend to proceed with that deposition as scheduled.

We are free to discuss this further with you, but please note that we cannot agree to extend any of the deadlines imposed by the subpoena, as discovery closes in a little over a month in our case and the information requested by the subpoena is necessary for our client in this lawsuit.

Sincerely,

Ted Little.

---

**Edward W. Little, Jr.**
McCarter & English, LLP | 225 Franklin Street | Boston, MA 02110
Telephone: (617) 345-7018 | Facsimile: (617) 204-8018
elittle@mccarter.com | www.mccarter.com

**BALTIMORE   BOSTON   HARTFORD   NEW YORK   NEWARK   PHILADELPHIA   STAMFORD   WILMINGTON**





EXHIBIT
#2
Avnet
12/19/06

## Little, Edward

| | |
|---|---|
| **From:** | Kaler, Robert |
| **Sent:** | Friday, September 15, 2006 3:52 PM |
| **To:** | 'Sanders, Peter' |
| **Cc:** | Little, Edward; Himelfarb, David; Pellerin, Eileen |
| **Subject:** | RE: Documents - Subpoena |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Peter --

   We've just spoken by phone about our client CSI's vigorous objections to this, so there is no point in restating them here. We need these documents in time to use them in the depositions this Monday, September 18, and had understood from you that we would received them tomorrow (Saturday, Sept. 16). I would appreciate that commitment being honored, as we have been very patient with Avnet.

   If Lycos counsel are in any way holding up the production or asking to see the records before they are produced to us, that is highly inappropriate at this point, and I would appreciate being advised of that. If the holdup is simply one of Avnet's counsel wanting to hold them for longer than it already has, that is inappropriate as well, and we would appreciate your prompt intervention to secure their release, given your seniority in the company.

   I emphasize that this is a very serious case, and that Avnet records are critical to the depositions being taken this Monday and Tuesday.

**Robert J. Kaler, Esq.**
**Partner**
**McCarter & English LLP**
**225 Franklin Street**
**Boston, MA 02110**
**Direct Tel. 617-345-7007**
**Direct Fax: 617-204-8007**
**Email: rkaler@mccarter.com**

**Boston  New York  Philadelphia  Baltimore  Hartford  Newark  Stamford  Wilmington**

-----Original Message-----
**From:** Sanders, Peter [mailto:Peter.Sanders@Avnet.com]
**Sent:** Friday, September 15, 2006 2:47 PM
**To:** Kaler, Robert
**Subject:** RE: Documents - Subpoena

Regrets! I have been informed that the attorney responsible for the review needs a few more days. I will stay on top of this and get back to you early next week.

**From:** Kaler, Robert [mailto:RKaler@mccarter.com]
**Sent:** Thursday, September 14, 2006 12:22 PM
**To:** Sanders, Peter; Little, Edward



EXHIBIT
5

**Subject:** RE: Documents - Subpoena

Peter --

Are you folks sending us a package of documents today?   Please let me know if you can.

Tks. Bob

**Robert J. Kaler, Esq.**
**Partner**
**McCarter & English LLP**
**225 Franklin Street**
**Boston, MA 02110**
**Direct Tel. 617-345-7007**
**Direct Fax: 617-204-8007**
**Email:** rkaler@mccarter.com

**Boston  New York  Philadelphia  Baltimore  Hartford  Newark  Stamford  Wilmington**

-----Original Message-----
**From:** Sanders, Peter [mailto:Peter.Sanders@Avnet.com]
**Sent:** Tuesday, September 12, 2006 1:59 PM
**To:** Kaler, Robert; Little, Edward
**Subject:** RE: Documents - Subpoena

We'll try....nonetheless, I will contact you on Friday a.m. (Phoenix) with final status.

_____

**From:** Kaler, Robert [mailto:RKaler@mccarter.com]
**Sent:** Tuesday, September 12, 2006 10:49 AM
**To:** Sanders, Peter; Little, Edward
**Subject:** RE: Documents - Subpoena

Thank you Peter.  Could you send them Friday for Saturday delivery, and waive signature?  We will probably need them for our Monday deposition, and that would let us review them on the weekend.

**Robert J. Kaler, Esq.**
**Partner**
**McCarter & English LLP**
**225 Franklin Street**
**Boston, MA 02110**
**Direct Tel. 617-345-7007**
**Direct Fax: 617-204-8007**
**Email:** rkaler@mccarter.com

**Boston  New York  Philadelphia  Baltimore  Hartford  Newark  Stamford  Wilmington**

-----Original Message-----
**From:** Sanders, Peter [mailto:Peter.Sanders@Avnet.com]
**Sent:** Tuesday, September 12, 2006 1:23 PM
**To:** Little, Edward
**Cc:** Kaler, Robert
**Subject:** RE: Documents - Subpoena

We have just received the archived files and plan to review them within the next 48 hours. I plan to forward all materials to you on Friday.

Speak to you soon.

---

**From:** Little, Edward [mailto:ELittle@mccarter.com]
**Sent:** Monday, September 11, 2006 8:34 AM
**To:** Sanders, Peter
**Cc:** Kaler, Robert
**Subject:** Documents - Subpoena

Peter --

I'm checking in on the documents you mentioned Avnet was collecting in response to our subpoena. We are willing to accept them on a rolling basis (rather than waiting to receive them until all have been collected). Would you please let me know the status of your collection efforts at your earliest convenience, as well as when we can expect to receive them?

Thanks, and please feel free to call me if you wish.

Ted Little.

---

**Edward W. Little, Jr.**
McCarter & English, LLP  |  225 Franklin Street  |  Boston, MA  02110
Telephone: (617) 345-7018  |  Facsimile: (617) 204-8018
elittle@mccarter.com  |  www.mccarter.com

**BALTIMORE   BOSTON   HARTFORD   NEW YORK   NEWARK   PHILADELPHIA   STAMFORD WILMINGTON**

---

**Effective June 1, 2006, the law firm of Gadsby Hannah has become part of McCarter & English, LLP.  Going forward please make a note of the new email addresses for Gadsby Hannah personnel.  These new email addresses can be found on the McCarter & English website at www.mccarter.com**

---

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email (or helpdesk@mccarter.com ) and destroy all copies of the original message.

---

**Effective June 1, 2006, the law firm of Gadsby Hannah has become part of**

**McCarter & English, LLP.  Going forward please make a note of the new email addresses for Gadsby Hannah personnel.  These new email addresses can be found on the McCarter & English website at www.mccarter.com**

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email (or helpdesk@mccarter.com ) and destroy all copies of the original message.

**Effective June 1, 2006, the law firm of Gadsby Hannah has become part of McCarter & English, LLP.  Going forward please make a note of the new email addresses for Gadsby Hannah personnel.  These new email addresses can be found on the McCarter & English website at www.mccarter.com**

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email (or helpdesk@mccarter.com ) and destroy all copies of the original message.

## Little, Edward

| | |
|---|---|
| **From:** | Sanders, Peter [Peter.Sanders@Avnet.com] |
| **Sent:** | Tuesday, September 12, 2006 1:23 PM |
| **To:** | Little, Edward |
| **Cc:** | Kaler, Robert |
| **Subject:** | RE: Documents - Subpoena |

We have just received the archived files and plan to review them within the next 48 hours.  I plan to forward all materials to you on Friday.

Speak to you soon.

**From:** Little, Edward [mailto:ELittle@mccarter.com]
**Sent:** Monday, September 11, 2006 8:34 AM
**To:** Sanders, Peter
**Cc:** Kaler, Robert
**Subject:** Documents - Subpoena

Peter --

I'm checking in on the documents you mentioned Avnet was collecting in response to our subpoena.  We are willing to accept them on a rolling basis (rather than waiting to receive them until all have been collected).  Would you please let me know the status of your collection efforts at your earliest convenience, as well as when we can expect to receive them?

Thanks, and please feel free to call me if you wish.

Ted Little.

**Edward W. Little, Jr.**
McCarter & English, LLP  |  225 Franklin Street  |  Boston, MA  02110
Telephone:  (617) 345-7018  |  Facsimile:  (617) 204-8018
elittle@mccarter.com  |  www.mccarter.com

**BALTIMORE   BOSTON   HARTFORD   NEW YORK   NEWARK   PHILADELPHIA   STAMFORD   WILMINGTON**

**Effective June 1, 2006, the law firm of Gadsby Hannah has become part of McCarter & English, LLP.  Going forward please make a note of the new email addresses for Gadsby Hannah personnel.  These new email addresses can be found on the McCarter & English website at www.mccarter.com**

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email (or helpdesk@mccarter.com ) and destroy all copies of the original message.

**EXHIBIT**

**6**

12/19/2006



**AVNET**®
computer marketing
*Enterprise Solutions Division*



Terra Lycos

# Lease Assessment and Asset Inventory Analysis Report

December 15, 2000

*Project authorized by Avnet Enterprise Solutions Statement of Work agreement LYCO060001-A.*

*Proprietary Notice: The information contained in this report is confidential and privileged. No portion of this document may be disclosed without prior written consent of AES Computer Marketing, Enterprise Solutions Division.*

3011 SOUTH 52ND STREET TEMPE, AZ 85282 USA 1-800-442-8638 www.es.avnet.com

LYC 14544

EXHIBIT
7



# Legal Notices

Neither AES, Inc. nor any of its divisions, subsidiaries or affiliates (collectively, "AES") make any representations or warranties regarding instructions, information, third parties, goods or services provided, available or discussed in *Avnet Enterprise Solutions' Lease Consolidation and Asset Inventory Analysis Report* (hereinafter "Report"). Nothing herein shall be construed to indicate an affiliation with or sponsorship by AES and any other entity listed or discussed herein. All information regarding third parties, goods and/or services is presented on an "AS IS" basis and is not intended to supplement or replace the original manufacturers'/service providers' data, information, instructions or representations and warranties, if any. AES hereby disclaims all warranties and liability, under any theory whatsoever, with respect to any such information, goods, services or third parties, including, without limitation, representations regarding accuracy or completeness, all implied warranties and conditions of merchantability, fitness for a particular purpose, title, Year 2000 and/or noninfringement. IN NO EVENT SHALL AES BE LIABLE FOR SPECIAL, DIRECT, INDIRECT OR CONSEQUENTIAL DAMAGES WHATSOEVER RESULTING FROM THE PUBLICATION OF THIS REPORT OR USE OF DATA, INSTRUCTIONS, INFORMATION, GOODS OR SERVICES FOUND THEREIN.

The information (data) contained in all sheets of this Report constitutes a trade secret and/or information that is commercial or financial and confidential or privileged. It is furnished to [Customer] in confidence with the understanding that it will not, without the permission of Avnet Enterprise Solutions, be used or disclosed for other than evaluation purposes. In the event a contract is awarded on the basis of the Report, [Customer] shall have the right to use and disclose this information (data) to the extent provided in the contract. This restriction does not limit [Customer]'s right to use or disclose this information (data) if obtained from another source without restriction.

All trademarks, service marks, logos, slogans, domain names, trade names or other proprietary branding (collectively "Marks") are the properties of their respective owners. AES, Inc. disclaims any proprietary interest in Marks other than its own.

The AES and AV design Marks are federally registered trademarks and/or service marks of AES, Inc., and may be registered in other jurisdictions. "Avnet Enterprise Solutions" is a trademark and/or service mark of AES, Inc.



# Table of Contents

**Executive Summary** .................................................................................. 1
  Our Understanding of Lycos' Requirements ................................ 1
  Summary of Findings ...................................................................... 3
  Proposed Actions ........................................................................... 4
    Inventory Management ................................................................ 4
    Financial & Technical Management ........................................... 4
    Services ......................................................................................... 5
  Next Steps ........................................................................................ 6

**Project Overview** ................................................................................... 7
  Data Collection ............................................................................... 8
    Interview Process ........................................................................ 10
      Market Forces ............................................................................ 10
      Administration ........................................................................... 11
      Information Technology ............................................................ 11
      Finance ....................................................................................... 12
    Inventory Process ....................................................................... 13
      Bar Coded Asset Tag ................................................................ 13
      Physical Inventory Team .......................................................... 14
      Physical Inventory Method ....................................................... 15
    The Database File ....................................................................... 16
      Database Categories .................................................................. 19
      Sample Data ............................................................................... 20
      Status of the Data ...................................................................... 21
      Outstanding Database Issues .................................................... 22
      Database Reports ....................................................................... 23
    Inventory Control Process ......................................................... 24
    Database Management ................................................................ 25

**Financial Analysis** ............................................................................... 27
  Financial Needs Summary ........................................................... 27
  Lease Consolidation Assessment ................................................ 29
    Maintenance Schedule Only ..................................................... 31
    Management of End of Term Lease Options ........................... 31
    Lease Consolidation .................................................................. 33
    Technology Financial Management ......................................... 34

**Financial Roadmap** ............................................................................. 37

**Technology Challenges** ...................................................................... 39

**Process Improvement** ......................................................................... 42
  Process Maturity Model ............................................................... 42
    Make or Buy ............................................................................... 46

**AVNET**
computer marketing
Enterprise Solutions Division

*Table of Contents*

**Proposed Actions** ........................................................................47
    Financial ...........................................................................47
    Technical ...........................................................................49

**Appendix A – Physical Inventory Form**

**Appendix B – Financial Questionnaire**

**Appendix C – Financial Presentation**

**Appendix D – Inventory Control Process**

**Appendix E – Report Templates**

**Appendix F – Assets by Lessor Report**

**Appendix G – Lease Expiration Report**

**Appendix H – Assets By Manufacturer Report**

**Appendix I – Assets By Location Report**

**Appendix J – Assets Inventory Report**

**Appendix K – Assets By System Name Report**

**Appendix L – Equipment Status Report**

**Appendix M – Assets By Product Line Report**



*Table of Tables and Figures*

## Table of Tables

Table 1 – Project Plan ............................................................................ 7

Table 2 – Data Source Summary .......................................................... 9

Table 3 – Asset Tag Numbers By Location ......................................... 14

Table 4 – Physical Inventory Schedule ............................................... 14

Table 5 – Sample Server Statistics ...................................................... 20

Table 6 – Lease Summary ..................................................................... 29

Table 7 - Technology Platform per Product Line................................. 39

Table 8 – IT Lifecycle Model................................................................ 43

Table 9 – Process Maturity Levels ....................................................... 45

## Table of Figures

Figure 1 - Current vs. Future Computing Platforms Mix ..................... 12

Figure 2 – Sample of Lycos Asset Tag for Santa Clara (West) ........... 14

Figure 3 – Database Main Menu Screen ............................................... 16

Figure 4 – Cost Comparison: Evergreen vs. Lease Replacement......... 32

Figure 5 – Asset Disposition At End-of-Lease Term............................ 34

Figure 6 – Information Technology Acquisition Strategies .................. 36



# Executive Summary

Avnet Enterprise Solutions (AES) was retained by Lycos to perform an inventory of the Waltham, MA and Santa Clara, CA data centers, to integrate lease and service contract information, and make recommendations for financial process improvement. This document summarizes the AES deliverables specified in the original Statement of Work, as well as findings and recommendations. The delivery of this document and the database file confirm AES's completion of specified project deliverables.

The observations and recommendations in this report are designed to aid Lycos' executive management in setting and executing strategies for improving the return on its IT investments. This is not an all-encompassing analysis of IT return on investment (ROI). Instead, it examines several opportunities for financial, operational, and technical enhancements.

## *Our Understanding of Lycos' Requirements*

Lycos is a global Internet network company. It operates in 40 countries, presenting information in 19 languages, and reaches 91 million monthly visitors worldwide. Lycos is the number three Internet access provider in the world. Its network of sites includes Lycos.com, Terra.com, Angelfire.com, AtuHora.com, Gamesville.com, HotBot.com, htmlGEAR.com, Invertia.com, LycosZone.com Matchmaker.com, Qutoe.com, Rumbo.com, Sonique.com, Tripod.com, Webmonkey.com, WhoWhere.com, and Wired.com.

Today, Lycos continues to grow rapidly and to acquire new companies. Lycos has shown leadership in IT cost containment to-date and intends to continue maximizing shareholder value through "best in class" IT management practices. Recognizing the need to have reliable, up-to-date physical and financial information on company IT assets, Lycos contracted with AES to take the first step towards laying the foundation for a flexible IT infrastructure.



### Executive Summary

Lycos' critical success factors, as Avnet Enterprise Solutions understands them, are to:

- Retain and win customers.

- Serve customers better and faster.

- Maintain competitive prices.

- Create new business.

- Grow through acquisitions.

Lycos began moving toward initial targets of opportunity with the service consolidation initiative and through inquiries to AES regarding lease consolidation. Progress on both initiatives was delayed due to lack of an accurate IT asset inventory. Recognizing the urgency of reducing lease costs and improving service levels, Lycos employed AES in a consultative role to help with the following business issues:

- Lycos' desire to reduce costs associated with leasing and maintaining IT assets.

- Lycos' need for accurate asset inventory records to facilitate asset disposition and technology planning.

- Lycos' desire to track IT costs at their product lines.

Lycos and AES jointly developed the "Jump Start" project, which was designed to quickly achieve these initiatives. The Statement of Work (SOW) (No. LYCO060001-A) for the Jump Start project, required AES to:

- Establish a current and accurate asset inventory.

- Research and document existing technology leases.

- Categorize assets and define maintenance "level of service" needs by asset category.

- Review the existing processes and tools for maintaining asset information and develop recommendations to help ensure the ongoing accuracy of inventory records.

- Perform a lease consolidation assessment.

Considering the size and dynamic nature of the Lycos IT infrastructure, this was not an insignificant undertaking. The majority of the challenges Lycos and AES faced were not initially visible. As a result, the Jump Start project required an investment in resources and time beyond the initial estimates of either Avnet or Lycos.



*Executive Summary*

# Summary of Findings

Some of the equipment on current lease schedules was not matched to the physical inventory based on serial number comparison. There are several possibilities for this:

- The possibility that additional non-inventoried data center locations may contain the equipment.

- The possibility that equipment may be decommissioned and/or re-deployed or disposed of.

- The fact that serial numbers were not visible to Avnet during the physical inventory due to the adjacent mounting of assets in cabinets or racks.

- The possibility that lease schedules not available to Avnet at the time of the physical inventory contain the unmatched assets.

Financial assessment through interviews and analysis of available lease and asset data revealed certain findings. Financial assessment interviews were conducted only at the Waltham site. Lycos needs additional financial and technical assessment to develop detailed financial and technical management processes.

- Market forces will continue to make rapid and dynamic changes in IT infrastructure a way of life for Lycos.

- Current administrative processes and procedures do not allow costs to be allocated to individual product lines.

- Improved asset management and technology financial management procedures are needed to cost effectively maintain a leading edge IT strategy at Lycos.

- Accurate and up-to-date asset inventory records are essential to implementing proactive lifecycle management of the Lycos IT assets.

- Server consolidation, or a reduction in the number of supported technologies, could be a key strategy in achieving further cost reductions.

- Lycos is not realizing the maximum financial benefit from its operating leases.

Maintenance coverage is not clearly defined for many Lycos assets. Some assets may carry warranties, but no meaningful records were found to validate this. Compaq records showed limited coverage, but it is not clear that even the Compaq records are complete. Maintenance coverage; however, is in active negotiation at this time and it is anticipated that lack of maintenance coverage will be remedied shortly. The need for incremental maintenance coverage may represent a significant additional expense to Lycos. However, these services are vital to ongoing system availability, as well as to conform with lease terms and conditions.



*Executive Summary*

# Proposed Actions

Avnet Enterprise Solutions has identified recommended actions in several areas. You should reference the balance of this document for greater detail, however the following summary is provided for initial review.

## Inventory Management

- Inventory remaining data centers where leased gear may be present. This will be necessary to fully quantify the amount of leased equipment not present, and the amount of presently installed equipment not under lease (e.g., owned by Lycos unless on loan from manufacturers).

- Accelerate implementation of "auto discovery" tools which are capable of gathering detailed configuration information on hardware and software over the network.

- Consolidate the physical storage of software licenses and inventory them. These license documents, PAK's, etc. represent significant value and in many cases must be returned at the end of lease term. This information should also be added to the database and reconciled against the detected installed software identified through "auto-discovery" tool usage.

- Either through policy or staffing, address the lack of after hours data center management as it relates to the change management procedure for IT inventory.

- Attempt through purchasing records, soft inventory, or through physical inspection to discover the serial numbers of servers where S/N tags were obscured. This is needed to accurately mange equipment returns at end-of-lease term.

- Utilize the asset tagging procedure developed and documented by Avnet for all new assets, so that if serial numbers are hidden through installation, they can be identified through the asset number.

## Financial & Technical Management

- Using the lease database, initiate structured migration planning 120 days in advance of all lease expirations. This involves notification to affected business units, and provision of technical support as well as modeling of service contract and lease change data.

- Monitor performance to plan for scheduled migrations to ensure "on time" return of leased assets. A level of migration, operational, and technical project management is required to ensure proper lease management.

- Add to lessor T's and C's the requirement for notification at least 120 days in advance of expiration as well as the requirement for lease schedule "soft copy" for uploading to the asset database.

- Evaluate the lease options detailed in this document to determine the optimal lease strategy for both existing and future purchases.

- Develop and maintain a floating 36 month financial model which includes in-place costs, as well as modeled future costs for hardware, software, services, exchanges, migrations, lease improvements, and service contracting changes.



*Executive Summary*

- Engage with leasing partners to that ensure sufficient available credit line is provided and ensured over a sufficient time period to allow for recovery in the event of a change in lessor credit "appetite."

- Evaluate server consolidation and standardization with an eye toward reducing the total footprint of standardized systems. Factor storage footprint costs into storage buys as well.

## Services

- Establish procurement standards to leverage the purchase of extended warranties so that maintenance coverage is concurrent with lease term. Warranty coverages should uplifted to the appropriate response time and coverage window levels. Ensure that credits for unused warranty are obtained when early decommissioning of assets takes place. Require maintenance vendors to track all changes resulting from installation, swaps, moves, and de-installation and to provide this data in "softcopy form" to Lycos.

- Once you have negotiated the consolidated maintenance agreement, identify those servers, storage arrays, and network components which have auto-failover redundancy, or on site spares, and reduce the service response times and coverage hours appropriately as a further cost cutting measure.

- Consider requiring product and service vendors to participate in asset tagging processes during "off site" staging and integration activities. Require vendors to populate your database or to provide softcopy for uploading.

- Provide for storage space outside of the Exodus facility for decommissioned assets to cut costs.

- Negotiate a 3 to 5 year services "master agreement" which establishes service levels, price protection and discounting, as well as appropriate terms and conditions to cover future service procurements. Avnet can provide contract models for such agreements.



*Executive Summary*

# Next Steps

Avnet Enterprise Solutions believes the next steps needed involve further definition and integration of IT lifecycle business practices. To achieve the benefits of integrated technology lifecycle management requires an accurate integration of financial records, asset inventories, service/warranty costs, performance and capacity data. Through integrated analysis and modeling of this data in conjunction with price/performance and support costs of new technologies, an enterprise can substantially reduce overall IT expense while better responding to performance demands.

Though Lycos is in the initial stages of establishing the skills, practices, and tools for optimized IT asset management, financial management, and service management, AES believes that the Jump Start project has significantly advanced Lycos readiness to tackle these opportunities for business improvement. The opportunities described in greater detail in the balance of this report will be discussed during future meetings with Lycos' senior management.

This initial project could not have been completed without significant assistance from Lycos' IT and Finance organizations. We are deeply appreciative of the support you provided. In a desire for increased partnering with Terra Lycos, Avnet Enterprise Solutions has invested resources far beyond the revenues derived from this project to accelerate Lycos preparedness for improved IT lifecycle management.

As a result of this initiative, the data provided and the analysis performed, we believe Lycos stands poised to take immediate advantage of potential price/performance improvements beginning with lease expirations in the next calendar quarter.

Avnet Enterprise Solutions greatly values the opportunity to assist Lycos with continued efforts around IT asset management and other projects, and stands ready to assist you in further maximizing the return on its information technology investments.



# Project Overview

This section describes the steps taken to plan, develop, and deliver the project described in Avnet Enterprise Solutions' Statement of Work (SOW) No. LYCO060001-A.

To perform an asset inventory, create a database, conduct financial and technical assessments, and prepare recommendations, AES deployed a team of consultants with strong combined expertise in:

- IT data center operations.

- Operating systems and computer platforms.

- Technology finance and lease management.

- Records management.

- Maintenance management.

The successful delivery of this project required the dedication of qualified individuals from both Lycos and Avnet Enterprise Solutions. The following table provides the high-level project plan presented and approved by Lycos. It also specifies the deliverables for the activities performed under the project.

## Table 1 – Project Plan

| Task Name | Estimated Completion Date |
|---|---|
| Deliver project plan to Lycos for approval | September 8, 2000 |
| Deliver asset tag specification to Lycos for approval | September 8, 2000 |
| Deliver database field specifications for Lycos approval | September 8, 2000 |
| Deliver five report templates for Lycos approval | September 8, 2000 |
| Deliver financial overview presentation to executives | September 18, 2000 |
| Project kick-off meeting in Waltham | September 18, 2000 |
| Physical inventory Waltham | September 18 – 22, 2000 |



*Project Overview*

| Task Name | Estimated Completion Date |
| --- | --- |
| Physical inventory Santa Clara | October 2 – 6, 2000 |
| Deliver physical inventory data | November 17, 2000 |
| Deliver service data | November 17, 2000 |
| Deliver lease data | November 17, 2000 |
| Deliver documentation for the following:<br>• Financial needs summary<br>• Financial roadmap<br>• Recommended interim business process for asset management | November 17, 2000 |

There were three basic steps in AES's approach to this project. These steps were:

❑  Data collection

❑  Financial analysis and recommendations

❑  Proposed actions

At the completion of these steps, AES produced:

• A final report documenting Lycos' financial needs, a financial roadmap, and a recommended business process for interim asset management updating and maintenance.

• A database file.

• A series of reports focused on specific views of the data collected.

The reports generated from the data collected are not a requirement of this project. The reports are provided in the Appendices of this document.

# Data Collection

Data collection is always a challenge because:

• Technologies (IT assets) are constantly changing.

• Acquisition methods for IT assets are constantly changing.

• The organization of a company is constantly changing.

Since this project encompasses an asset-management jump-start service and a lease consolidation assessment, the data collection components were on financial and technical information. Separate teams with separate activities implemented the data collection phase of the project. Integrating these components brings additional value and savings to Lycos.



*Project Overview*

The data collection phase of this project included the following:

❑ Interview process

The primary goal of the interview process was to discover the critical data needed to recommending appropriate financial solutions. The financial assessment begins with a comprehensive analysis of the financial goals and objectives within your data center environment.

❑ Inventory process

The physical inventory was essential for gaining control of and managing Lycos' computing environment.

Other data collection activities included acquiring:

❑ Lease records

❑ Warranty and maintenance records

❑ Soft inventory data elements

The following table represents the various sources of data required for this project along with their assigned responsibilities and status.

### Table 2 – Data Source Summary

| Data Requested | Resp. | Status | Comments |
|---|---|---|---|
| Softcopy of any pre-existing asset inventory documentation | Lycos | Received | Used by physical inventory team as reference data only. |
| Soft or hard copy of AES leases. This data included the following lease schedules:<br><br>L5649-01 through 08,<br>L5649-10 through 16<br>L5649-18 through 21, and<br>TMMS 526018 | AES | Received | Incorporated into the database.<br><br>All assets categorized. |
| Soft or hard copy of Pentech leases. This data included the following lease schedules:<br><br>300111-001 through 006<br>300111-008, and<br>300241-001 through 003 | Lycos | Received hard copy only | Manually entered into database.<br><br>All assets categorized. |
| Soft or hard copy of CSI leases. This data included the following lease schedules:<br><br>144874-65 through 144874-66A, B, and C, 144874-67, 67A, 67B, 68, 68A through C, 69A, 69C, and 144874-70, 144874-72 through 75 | Lycos | Received hard copy only | Scanned, proofed, normalized, and then imported into the database.<br><br>All assets categorized. |



*Project Overview*

| Data Requested | Resp. | Status | Comments |
|---|---|---|---|
| Soft or hard copy of any maintenance contract and warranty information | Lycos | No information available | Information in database was supplied by Compaq. |
| Auto discovery information on physical assets referred to as "soft inventory". *Note*: The soft inventory was limited to the server component level. | Lycos | Received a portion of this data | Associated with physical inventory and imported into the database. |

From its data collection activities, AES produced a Microsoft Access database containing the results of the various data inputs.

## Interview Process

Avnet Enterprise Solutions' Financial Consultant, Dave Mammen met with Tim Wright, Sam Ziba, and Ron Rainville at the Lycos facility in Waltham, Mass. The interviews were completed in separate sessions over a seven-day period. Each individual was asked to discuss his financial goals and objectives and the challenges he faced in accomplishing his goals for Lycos (typically associated with technology).

Following the interviews, Avnet Enterprise Solutions identified significant factors that are driving Lycos to create and maintain a flexible IT infrastructure. These factors are organized into the following categories:

- ❑ Market Forces
- ❑ Administration
- ❑ Information Technologies
- ❑ Finance

### Market Forces

- Rapid growth in the user community, as measured in millions of pages per second.
- Content provided by Lycos and its partners is moving to the "edge of the network."
- The Terra's live events focus produces access surges that require dynamic load-balancing and rapid reconfiguring of groups of servers to respond to demand.
- Radical new uses of the web, including live events and video on demand, are forcing explosive storage growth.
- Increased personalization means a much higher focus on page assimilation from multiple data feeds, which also drives increases in server capacity.
- Technology advancement, and the need for rapid reconfiguring of server resources to meet temporary surges in demand makes the best platform for Lycos a moving target.



*Project Overview*

- Business growth for Lycos is being achieved through acquisition of new content providers; this forces Lycos to respond quickly to the resultant increase in demand on its systems.

- Time to market for a product lines is 3 to 4 days.

## Administration

- Existing financial processes do not track resource utilization by product line.

- The lack of up-to-date asset records prevents accurate utilization reporting, such as number of web hits in a given time period.

- The physical transfer of assets (such as the transfer of storage components to SNI) complicates record-keeping.

- Fulfilling obligations to lessors, such as the identification and return of assets, at end of term is nearly impossible because Lycos lacks an accurate asset inventory. This results in costly evergreen payments or the buyout of non-productive assets.

- Some assets are being physically and financially transferred–such as transfer of storage to SNI.

- Lycos requires a 90-day notification when assets need to be returned. There is currently no notification process.

- Both asset tracking and management processes and procedures must be integrated with PeopleSoft financials.

- Both IT and MIS are working on methods to track assets, including the integration of this functionality with PeopleSoft and implementation of an auto-sensing tool

- The number of existing leases makes lease administration unnecessarily complex. The lack of machine-readable lease detail makes tracking a tedious, labor-intensive manual process. Little attention is currently being focused on these issues.

- New methods, process and procedure may be impacted by Terra merger and future acquisitions.

## Information Technology

- Technology changes force to acquire new strategic network platforms every 6 to 9 months

- A similar rate of change is occurring for servers. In particular, there is a major change under way shifting to 1U form Intel-based factor NT and Linux servers. This rate of change can not be sustained without major process improvement.

- There has been little to no attention given to high availability strategies for the servers. "Stickiness" is lost when users encounter "server not available" messages.



*Project Overview*

- New server strategies can be expected to change the server mix and support strategies may need to be adjusted accordingly. The platform architecture for current and future requirements is noted in the following table.

**Figure 1 - Current vs. Future Computing Platforms Mix**

**Current Server Population**



**Future Server Population**



- Operating-group IT requirements (current and future) should be reviewed and matched with server technologies.

- Some asset acquisition is application-driven, such as the SGI requirement for the Games product line. Migration of applications to a common set of supported systems should be considered to reduce system support and staffing requirements.

- Acquisition of new content providers requires the ability to add resources quickly. A staging area and rigorous receiving procedures are needed to facilitate this process.

- Customer systems (IT) and internal systems (MIS) pursue different strategies for technology and tools. Cooperation on auto-sensing tools is now being explored. Cooperation should be considered in other areas as well.

- Budget has been allocated for performance and capacity-planning tools, but none are in use yet.

*Finance*

- Maintaining profitability requires that computing costs continue to decrease. Server consolidation and reducing the number of supported platforms may be key strategies in controlling IT costs.

- Flexibility is needed to react to changing capacity requirements in a cost-effective manner. Conventional leases do not support a cost-effective, easy transition among platforms.

- Budgets are developed and managed by product line without the benefit of detailed cost accounting.

- 24 to 36 month operating leases and TMMS are the preferred financing options, versus capital leases.

- Lycos' budget period is July to June.



*Project Overview*

- Lycos' current maintenance strategy is based on purchasing warranty coverage throughout the lease term – lease effectiveness is lost and high maintenance costs are incurred when assets are kept beyond the end of the lease term, because maintenance services must be bought for the asset.

- Soft costs such as software licenses and implementation costs are paid net30 and are not included in the leasing contracts.

- All lease paperwork is currently managed by Sam Ziba. In the future, it may be tracked in the future using PeopleSoft financials.

Assessment interviews were combined with an analysis of the lease documentation. Consultants drew upon both their experience and their observations of current IT practice at Lycos. This process provided empirical data, which supports the assessments made in the Financial Roadmap.

# Inventory Process

The first step towards good record management is to conduct an inventory of all the IT assets your company holds. For the initial stages of this project, Avnet Enterprise Solutions conducted a physical inventory of IT production assets only. The production assets represented in this report are based on the physical inventory from the following data center locations:

- Waltham, MA Exodus facility

- Santa Clara, CA Exodus facility – Lawson

- Santa Clara, CA Exodus facility – Wyatt

- Santa Clara, CA Global Center facility – Boregas

By mutual agreement, the Boregas facility was inventoried by Lycos personnel with some assistance from AES.

In this section, we explain the various aspects of the inventory process as well as the methods used to conduct the inventory.

## Bar Coded Asset Tag

The most logical approach to identify assets is to assign a unique number. Bar codes are a standard way to do this. Bar codes allow data to be collected accurately, rapidly and automatically. A bar code symbol consists of a series of parallel, adjacent bars and spaces. Predetermined width patterns are used to code actual data into the symbol. Bar codes offer the simplest, most accurate, cost-effective method of data entry and collection. Compared to manual entry methods, which possess an error rate of one in every 300 characters entered bar coding is almost error-free. With less than one error per one million characters entered, bar coding offers numerous advantages over traditional, manual methods of data entry.

To read the information contained in a bar code symbol, AES used a scanning device that analyzed the symbol and captured its data in a spreadsheet. All bar-coded information, including manufacture serial and part numbers, were captured in the spreadsheet.



**Project Overview**

The following is a sample of the actual bar code design approved by Lycos and used by AES to conduct the physical inventory.

**Figure 2 – Sample of Lycos Asset Tag for Santa Clara (West)**



The format of the bar code symbols is as follows.

- 01 represents the country code.
- LYC1 represents assets located in the East (Waltham).
- LYC2 represents assets located in the West (Santa Clara).
- The remaining 7 digits represent the ID number assigned to the asset.

On behalf of Lycos, AES ordered tags with the following numbering sequences:

**Table 3 – Asset Tag Numbers By Location**

| Location | Asset Numbering Sequence |
|---|---|
| Waltham, MA | 01LYC10000001 – 10LYC10010000 |
| Santa Clara, CA | 01LYC20000001 – 10LYC20005000 |

*Physical Inventory Team*

To complete a physical inventory, AES deployed the following physical inventory team:

**Table 4 – Physical Inventory Schedule**

| Date | Location | AES Team Members |
|---|---|---|
| Sept. 18 to 22, 2000 | Waltham, MA | Phil Williams, Project Manager |
| | | Dean Stoneburner, Program Manager |
| | | Alvin Milner, Field Technical Consultant |
| | | Stefanie Johnson, Field Technical Consultant |
| | | Ora Maughan, Documentation Control Specialist |
| | | Dave Mammen, Financial Consultant-Analyst |
| | | Debbie Steiner, Technical Writer |
| Oct. 2 to 6, 2000 | Santa Clara, CA | Phil Williams, Project Manager |
| | | Dean Stoneburner, Program manager |
| | | Alvin Milner, Field Technical Consultant |
| | | Stefanie Johnson, Field Technical Consultant |
| | | Ora Maughan, Documentation Control Specialist |
| | | Chris Scheefer, Field Technical Consultant |
| | | Debbie Steiner, Technical Writer |

**AVNET**
computer marketing
*Enterprise Solutions Division*

*Project Overview*

## Physical Inventory Method

The following provides a high level overview of the method used to conduct the physical inventory.

❑ Establish the data center's configuration. This includes assigning a row identification number and an asset tag to every cabinet and rack within a row or cage. This information allowed us to associate assets with a specific locations in a data center. All rows and cabinets were labeled from end-to-end, and front-to-back, so that they can be easily identified from any point of entry.

The numbering schemas used for the data centers are as follows:

- Waltham –numbered **1 through 13**.

- Santa Clara (Lawson) –number **A through G**.

- Santa Clara (Wyatt) – Location represented by the cage number and then rack or cabinet number.

- Santa Clara (Boregas) – Location represented by the cabinet or rack number.

❑ Place asset tags on the front of hardware item. This included items mounted in racks and cabinets, as well as assets sitting on the floor, located on top of cabinets, or sitting idle in a rack or cabinet.

❑ Scan all asset tags and bar-coded serial, manufacturer, and model part numbers into an Microsoft Excel spreadsheet. Moving row by row, front and back, information was captured on each asset, including the row, rack and cabinet asset association information.

❑ Manually audit the physical attributes of each hardware device. Using an inventory form designed by AES, we conducted a physical account of each asset. The physical audit capture every possible data element visible to the eye without disruption of the hardware itself. A copy of the inventory form is located in *Appendix A – Physical Inventory Form*.

The physical inventory focused primarily at the "box" level. This included visible drives and expansion adapter cards, as well as power distribution units. The line item level in the lease tables includes additional detail to the cable level.



*Project Overview*

## The Database File

One of the requirements of this project is to provide Lycos with a database file that organized asset information so it can be retrieved.

The database file is populated with data that reflects AES's current understanding of the status of assets at these sites along with lease and service information. The database file is current up to December 12th. Lycos must either maintain the data itself, or arrange with AES or some other service provider to maintain the data for you.

The physical inventory, maintenance, and lease data are stored in a Microsoft Access database. The database consists of two files: a front end, "LycosInv_source.mdb", and a data back end, "LycosInv_data.mdb." The design uses AssetTags on all tables to indicate matching assets. The intention is to match any physical asset to a related lease item and eventually maintenance lines; even without a serial number match.

When you access the database, the following main menu screen is displayed.

**Figure 3 – Database Main Menu Screen**





*Project Overview*

The main menu is organized into three sections: physical inventory, leases, and maintenance. The database file includes the following tables:

- AES lease data

- Pentech lease data

- CSI lease data

- Physical inventory data

- Soft inventory data

- Service and maintenance data

The "View" and "Edit" buttons simply bring up the related table to the data indicated. "Report" buttons run a local query, which shows the result of a match or non-match with various criteria.

The "View Match Counts" button runs a crosstab query showing the number of items in the "Physical" inventory that have the "Completed" field set to True. This field is set to True if the Physical asset matches with one of the lease tables (done by AES prior to delivery of the data).

The "Report Inventory" button runs a query that shows all physical inventory records because it joins the Physical Inventory in an outer join type relationship to the Lease data, and Maintenance data. It uses a subquery to consolidate the Physical data with the Lease data based on the AssetTag matching. This subquery assumes that a Physical Inventory serial number will not match more than one Lease record. AssetTags have already been copied by AES to lease records where serial numbers have matched the Physical inventory record, prior to delivery of this data. The query matches Maintenance data by serial number at this time (also using an outer join).

The "Assign Categories" button brings up another form with code, and is for use by AES to categorize products for more detailed reporting based on category.

A preliminary release of the database file was sent to Lycos on November 22, 2000. The final version of the database is delivered with this document and represents current data through December 12, 2000.

In cooperation with Lycos, the following major categories or fields were identified for the database:

| | |
|---|---|
| Component Type | Service End Date |
| Parent Asset No. | Service Provider |
| Asset No. | Service Provider Phone |
| Serial No. | Service Rep |
| Manufacturer Part No. | Service Rep Phone |
| Manufacturer | Service Rep Pager |
| Description | Service Manager |



*Project Overview*

| Node Name | Service Manager Phone |
|---|---|
| Comments | Service Manager Pager |
| Lease No. | Escalation Contract1 |
| Lessor | Escalation Contract2 |
| Start Month | Update Service Type |
| End Month | Update Date |
| Service Contract No. | Refresh Flag |
| Service Level | Refresh Method |
| Service Type | Refresh Data |
| Service Start Date | |

AES went beyond the approved categories and also included these additional fields:

| Second Serial No. | Lease Term |
|---|---|
| Monthly Payment | Lease Description |
| Monthly Unit Price | Lease Rate Factor |
| Cabinet/Rack No. | Location |
| Row/Cage No. | Status |
| Position | Control Number |
| Modified Date | |

Fields within the database that are listed below have been partially populated with data from a "soft" inventory process conducted by Lycos.

| Product Line | Number of Processors |
|---|---|
| Product Line Contact | Total Memory |
| Product Line Number | Type Of Server |
| Operating System / Version No. | # of NICs |
| Database Type | NIC Type |
| Software | # of Disks |
| Processor Speed | Total Disk Capacity |

AES requested this information from Lycos to facilitate the reconciliation process. Soft inventory data verifies the internal configuration of a system. By comparing the contents of a system to its lease record, you can determine if the equipment retained its original configuration or if it has changed. All information received from Lycos is in the database file.



**Project Overview**

*Database Categories*

All of the tables in the database file include a category field. AES has through manual and automated methods assigned a category to every lease item and physical asset. The following is a list of the existing categories in the database file.

| | | |
|---|---|---|
| Adapter | Assessory | Battery |
| Board | Cabinet | Cabinet/Server |
| Cabinet/Storage | Cable | CD ROM |
| Chassis | Concentrator | Controller |
| Converter | Cord | CSU DSU |
| Dec Server | Director | Disk Array |
| Docking Station | Drive | DVD |
| External Storage | FireWall | Floppy Drive |
| Graphic Card | Hub | Keyboard |
| Laptop | Library | Line Card |
| Local Director | MANAGEMENT CNTR | Memory |
| Miscellaneous | Modem | Module |
| Monitor | Mouse | Multiplexer |
| PDU | Power Supply | Printer |
| Processor | Rack | Raid Array |
| Repeater | Replicator | Router |
| RPS | Server | Server/Firewall |
| Service | SmartUPS | Software |
| Sound Card | Speaker | Switch |
| Switchbox | UPS | Workstation |
| Zip | | |

LYC 14567



*Project Overview*

*Sample Data*

AES performed a physical inventory and gathered lease data. The data was captured in a relatively flat structure that is not in a relational format. You will find that the description of an asset from one lessor to another is not the same. This would not be an issue if a serial number or model number were assigned to each lease and physical inventoried item. The lack of consistency causes queries and reporting to not be optimized. A follow-on relational database schema design customized for Lycos asset reporting requirements is the natural progression following this kind of data gathering effort.

As an example, AES took a statistical view of the "server" assets and created the following table. The information in this table may not be 100% accurate for reasons explained in the previous paragraph.

- The "Description" column data is pulled from one of the lease tables.

- The "Match" column represents the number of items matched from the physical to one of the lease tables.

- The "On Lease" column is a sum of an items from all lease tables. The "In Physical" column is a sum of an item from the physical inventory table.

**Table 5 – Sample Server Statistics**

| Description | Match | On Lease | In Physical |
|---|---|---|---|
| ALPHA SERVER 8400 5/440 | 3 | 5 | 3 |
| ALPHA SERVER I000A 5/500 | 2 | 3 | 2 |
| ALPHASERVER 800 | 11 | 13 | 13 |
| AS DS20 6/500 | 29 | 33 | 30 |
| AS255/300 OM S+1G | 3 | 4 | 3 |
| AS4100 5/466 | 19 | 24 | 31 |
| CLONE | 1 | 1 | 1 |
| CONCORDE UMAX 2 RACKMOUNT CHASSIS | 2 | 8 | 2 |
| CONCORDE UMAX 450 | 2 | 11 | 21 |
| CPU PE2300 | 1 | 1 | 1 |
| CUSTOM SERVER 2U CASE | 5 | 7 | 6 |
| DIGITAL SERVER 7100 | 3 | 8 | 6 |
| DL580 R PIII/ XEON 700MHZ 1024K CACHE 512MB SMART ARRAY | 4 | 4 | 4 |
| DPW433AU,64M,U+4.3G,0GFX,UNIX | 3 | 13 | 1 |
| DPW500AU,512M,U+4.3,0GFX,UNIX | 7 | 9 | 8 |
| DUAL P2/300 SERVER | 5 | 6 | 5 |
| DUAL P2/350 | 3 | 3 | 3 |
| E250 2/450 | 7 | 16 | 13 |
| E3000 4/336MHZ PROCESSOR | 1 | 1 | 3 |
| E450 SERVER | 6 | 8 | 7 |
| E6500 SERVER BASE 2 PS | 1 | 2 | 2 |
| ENT2, M2300 300 MHZ, 9.1GB, 512MB | 19 | 25 | 22 |



*Project Overview*

| Description | Match | On Lease | In Physical |
|---|---|---|---|
| ENTERPRISE 450 SERVER | 1 | 10 | 7 |
| NETRA MODEL T1,360 | 2 | 10 | 5 |
| PE6300 SERVER 550 | 4 | 6 | 6 |
| PL5500R PIII/550MHZ 256MB 512CACHE | 30 | 52 | 44 |
| POWER EDGE 4300 500 | 2 | 4 | 3 |
| POWER EDGE 630 500 | 1 | 1 | 1 |
| PP2/400 1600 RACK | 1 | 1 | 1 |
| PRIORIS 2X 1200MP/2 BASE SYSTEM | 2 | 2 | 3 |
| PRIORIS ZX 5200MP/2 SYS, 512MB | 1 | 3 | 4 |
| PROLIANT 1600 P2/400 | 3 | 12 | 9 |
| PROLIANT 1850R | 61 | 111 | 187 |
| PROLIANT 6500 P3/500 | 2 | 2 | 2 |
| PROLIANT DL360R P800MHZ 133 128MB M1 | 242 | 341 | 452 |
| PROLIANT DL380R P667/133MHZ 128MB MODEL 1 | 14 | 17 | 23 |
| SUN ULTRA 2 TELCO RACKMOUNT CLONE | 3 | 10 | 3 |
| SUN ULTRA 5 CLONE | 5 | 12 | 7 |
| TELENET CUSTOM PC P2/440 | 5 | 14 | 9 |
| TELENET SYSTEM | 2 | 12 | 40 |
| UE3500 SERVER BASE P336 | 3 | 3 | 8 |
| ULTRA E450 400 | 1 | 2 | 3 |
| Ultra2 M2300, 600 MHz 256MB, 4.2 | 14 | 45 | 50 |
| ULTRA5W/270MHZ | 4 | 13 | 7 |
| UMAX 450 RACKMOUNT SERVER | 2 | 8 | 21 |
| VARSERVER 500B LINUX SERVER | 3 | 5 | 4 |
| SERVER - NO BRAND | 0 | 0 | 31 |
| WEB SERVER | 0 | 6 | 5 |

*Status of the Data*

Matching physical inventory to lease data and service/warranty data is done by matching serial numbers. Items without serial numbers, or with a different or misspelled serial number are not included in the match or the resulting report data.

The AES lease data is not the legal contract or an authoritative list of equipment, and is provided for reference and inventory purposes only.

The Pentech and CSI lease data is subject to possible manual errors related to data entry or other causes. There are inconsistent naming conventions for equipment and part numbers were not consistently used.

Pricing to line item level was not provided for all equipment on the Pentech leases. Pricing is included whenever this information could be determined.



**Project Overview**

AES lease items currently on warranty should have a warranty end date. However, at this time we are unable to provide the level of service that warranty indicates. This data could be augmented as a follow-up to delivery of this data.

Lease tables include data on Lycos' MIS and desktop assets. Inventory and reconciliation for MIS and desktop assets were not covered under the scope of this project.

### Outstanding Database Issues

❑ The following duplicate asset tag numbers are not resolved in the database. Duplicate asset tags are indicated in the database file by a "+" sign at the end of the asset tag number.

| Asset Tag No. | Description | Serial Number | Location |
|---|---|---|---|
| 01LYC20001490 | Catalyst 2924 Switch | 0002FD0ABA00 | Santa Clara – Boregas |
| 01LYC20001490 | Catalyst 2924 Switch | 0002FD0ABA64 | Santa Clara – Boregas |
| 01LYC20001639 | Proliant 1850R | D004DDN1K256 | Santa Clara – Boregas |
| 01LYC20001639 | Proliant 1850R | D004DDN1K258 | Santa Clara – Boregas |

❑ Cage 227: AES inventoried cage 227, which is located at the Santa Clara Lawson Street Exodus facility, at the request of Ron Rainville. The status of these assets was unknown at that time. Once Lycos determined what the assets were used for, then the equipment would be tagged and entered into the database. The asset tags assigned to the equipment in this cage are 01LYC20001125 through 01LYC20001134. The asset tags along with a copy of the inventory sheets where left with the data center manager. This cage contains the following equipment.

| Quantity | Description |
|---|---|
| 2 | 3COM SuperStack II hub |
| 1 | CISCO Local Director |
| 7 | Telnet Servers |



*Project Overview*

**Database Reports**

In the Appendices of this document, AES is providing the following reports. These reports were not required, but should illustrate AES's diligence and commitment to providing Lycos addition value.

- *Appendix F – Assets by Lessor Report*: This reports list all assets from the AES, CSI, and Pentech lease tables. Lease items matched on serial number to the physical inventory are indicated by the display of information in the *Asset No., Location, Business Unit*, and *Status* fields. This report's output is limited to the following component types/categories:

  | | | |
  |---|---|---|
  | • Server | • Cabinet | • Cabinet/Server |
  | • Cabinet/Storage | • External Storage | • Disk Array |
  | • Raid Array | • Hub | • Router |
  | • Switch | • Chassis | • Switchbox |
  | • Dec Server | • Server/Firewall | • Library |
  | • Modem | • Module | • Replicator |
  | • Zip | • Concentrator | • Monitor |

- *Appendix G – Lease Expiration Report*: This report provides a list of assets by leases expiring through June 2002. Lease items matched on serial number to the physical inventory are indicated by the display of information in the *Asset No., Location, Business Unit*, and *Status* fields. This report's output is limited to the following component types/categories:

  | | | |
  |---|---|---|
  | • Server | • Cabinet | • Cabinet/Server |
  | • Cabinet/Storage | • External Storage | • Disk Array |
  | • Raid Array | • Hub | • Router |
  | • Switch | • Chassis | • Switchbox |
  | • Dec Server | • Server/Firewall | • Library |
  | • Modem | • Module | • Replicator |
  | • Zip | • Concentrator | • Monitor |

- *Appendix H – Assets By Manufacturer Report*: This report provides a list of assets by manufacturer and pulls information from the physical inventory table. Items matching on serial number to the lease tables are indicated by the display of information in the *Asset No., Lease No.*, and *Location* fields. This report's output is limited to the following component types/categories:

  | | | |
  |---|---|---|
  | • Server | • Cabinet | • Cabinet/Server |
  | • Cabinet/Storage | • External Storage | • Disk Array |
  | • Raid Array | • Hub | • Router |
  | • Switch | • Chassis | • Switchbox |
  | • Dec Server | • Server/Firewall | • Library |
  | • Modem | • Module | • Replicator |
  | • Zip | • Concentrator | • Monitor |



*Project Overview*

- *Appendix I – Assets By Location Report:* This report provides a list of assets by data center location. It is based on the physical inventory only. Lease items matched on serial number to the physical inventory are indicated by the display of information in the *Lease No.* field.

- *Appendix J – Assets Inventory Report:* This report provides a numeric listing of all asset tags within the database. In the cases where a component does not have its own asset tag (e.g., a drive within a server) the asset number listed represents the asset of the component to which it is associated. Associated asset tags are marked by the letter "P" next to the asset tag number column.

- *Appendix K – Assets By System Name Report:* This report provides a list of assets by node name. It is based on the physical inventory only. In cases where there is a match on serial number, the *Lease No.* field is populated.

- *Appendix L – Equipment Status Report:* This report the status of the listed asset; idle, decommissioned, or removed. It is based on the physical inventory only. In cases where there is a match on serial number, the *Lease No.* field is populated.

- *Appendix M – Assets By Product Line Report:* This report provides a list of assets for which a business unit was associated with a physically inventoried asset. The information in this report is limited to the data provided by Lycos. In cases where there is a match on serial number, the *Lease No.* and *Monthly Unit Price* fields are populated.

## Inventory Control Process

Once the physical inventory was complete, Lycos needed a process to maintain the accuracy of the information collected on the assets and continue to conduct business. Knowing that there would be a span of time between the physical inventory effort and the delivery of a populated database file, an interim inventory control process was put into place.

The inventory control process was established and all the necessary tools and information were provided to the Waltham, MA, and Santa Clara, CA data center managers at the conclusion of the physical inventory.

AES worked closely with the data center managers. We updated and improved the process through continued interaction with the data center managers. Through Lycos' cooperation we were able to provide additional support that helped make the process more efficient and less time-consuming.

To review a copy of the Inventory Control Process Instructions and associated documents, refer to *Appendix D – Inventory Control Process.*



*Project Overview*

## Database Management

Best practice in an inventory control process should start at on the receiving dock. Every item should be tagged upon incoming inspection, assigned a specific location, and entered into a management information system. Every item should then be tracked throughout the time it is in your facility. This information should be periodically verified by a physical inventory. Individual controls should be established and monitored to assure compliance with your defined process.

Providing adequate safeguards, controls and audits must be part of the daily process. AES' background and experience has taught the importance of records management.

AES managed a "master copy" of the database up to December 12, 2000. An interim change procedure was provided for the purpose of maintaining data accuracy during the period between the on site physical inventory and our delivery of the database to Lycos. For information on the interim change control process, refer to *Appendix D – Inventory Control Process*. The quality of the data is limited by the quality and completeness of the change data submitted by Lycos to AES during this period.

It is vital to note that this change procedure must be consistently applied in each data center for the inventory data to remain accurate and useful over time. The very high rate of change will necessitate the establishment of policies and procedures, training of personnel, and inspection to ensure consistent conformance.

It is likely that a periodic inventory audit (spot check) or possibly a full re-inventory will be required. The interval of these audits and/or re-inventories will depend on the consistency with which the change procedure implementation. Theoretically, a 100% consistent change procedure implementation would eliminate the need to re-inventory. However, no one is perfect so it is likely that audit and/or re-inventory will be required at some yet-to-be defined interval. Change procedures will need to address the following sources:

- Installation of new equipment by Lycos data center personnel.

- Installation of new equipment by non-data center personnel.

- Installation of new equipment by service providers.

- Swapping of gear by service providers in the course of maintenance (serial number changes).

- Relocation of equipment by Lycos data center, non-data center, and service personnel.

- Reconfiguration of data center foot print when racks are added or moved, or rows are created.

- Reconfiguration by the above named personnel (changing disk, memory, network, and other components).

- Re-allocation of assets from one business unit to another.

- Node name changes.



*Project Overview*

- Changes to the contracted service level (coverage hours, response time, etc.), service vendor, and service contact names and numbers.

- Expiration of product warranties and conversion to contract maintenance.

- Decommissioning of assets no longer required by Lycos.

- De-installation of assets.

- Shipment of assets to lessors, to storage, or to other Lycos locations.