# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COMPUTER SALES INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff and Defendant-in-Counterclaim, | ) ) ) | **LYCOS'S <u>ASSENTED TO</u> MOTION FOR LEAVE TO IMPOUND ITS (1) MEMORANDA OF LAW IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT, AND (2) LOCAL RULE 56.1 STATEMENTS OF UNDISPUTED MATERIAL FACTS WITH RESPECT THERETO** |
| v. | ) ) | |
| LYCOS, INC., | ) ) | |
| Defendant and Plaintiff-in-Counterclaim, | ) ) ) | |
| and | ) ) | C.A. No. 05-10017-RWZ |
| BANK OF AMERICA f/k/a FLEET BANK, | ) ) ) | |
| Trustee Process Defendant | ) | |

Pursuant to Local Rule 7.2, Defendant and Plaintiff-in-Counterclaim, Lycos, Inc. ("Lycos"), hereby moves, with the assent of plaintiff and defendant-in-counterclaim, Computer Sales International, Inc. ("CSI"), [1] to impound its (1) Memorandum of Law in Support of Its Motion for Partial Summary Judgment as to Certain Counts of Its Counterclaim Against CSI; (2) Memorandum of Law in Support of Its Motion for Summary Judgment as to All Counts of CSI's Amended Complaint; and (3) its Local Rule 56.1 Statements of Undisputed Material Facts with respect thereto (collectively, the "Summary Judgment Materials").

1.      As Lycos has previously advised the Court, CSI initially designated *all* of the over 44,000 pages of documents it produced in this case as "confidential" within the meaning of this

---

[1] CSI has assented only to the relief sought in paragraph "A" of the "Wherefore" clause, i.e., the impoundment of the Summary Judgment Materials. CSI has not assented to Lycos's other statements made herein.

Court's Order Regarding the Handling of Confidential Information Produced in Discovery (Dkt. No. 61) (the "Confidentiality Order").[2]

2.    Despite this Court's repeated requests,[3] and despite making representations to the Court that it was addressing the issue,[4] it was not until CSI was expressly ordered by the Discovery Master[5] to re-designate those documents that it actually did so.

3.    Although CSI complied with the letter of the Discovery Master's Order, it has badly violated the spirit of it by persisting in designating literally *thousands* of pages of documents as confidential even though (a) few actually fall within the definition of confidential[6] and (b) it filed publicly Lycos's Answers to CSI's First Set of Interrogatories,[7] which present information based on material CSI designated as confidential.  Attached hereto as **Exhibit 1** is a ten-page list of the bates numbers of documents CSI has advised Lycos should continue to be treated as confidential.  Lycos believes that the great majority of these documents simply do not fit within the definition of "confidential" as used in the Confidentiality Order and that CSI has waived its claim of confidentiality by publicly filing Lycos's Answers to Interrogatories.

4.    As it advised the Court at the June 13, 2007 status conference, Lycos intends to move for summary judgment in the near future[8] on certain of its claims against CSI as well as on

---

[2] *E.g.*, Lycos's Status Report and Proposed Agenda for Conference Scheduled For September 13, 2006 (Dkt No. 99) (filed under seal because of purportedly confidential CSI documents referenced therein).

[3] *See, e.g.*, Lycos's Status Report and Proposed Agenda for Conference Scheduled for September 13, 2006 (Dkt. No. 99) at 5 (filed under seal because of purportedly confidential CSI documents referenced therein).

[4] *See, e.g.*, Status Report of Computer Sales International, Inc. (Dkt. No. 115).

[5] Discovery Master Report No. 1 at 4.  This report does not appear to have been filed on the docket.  Lycos will make a copy of this report available to the Court upon request.

[6] By way of example only, CSI has continued to designate as confidential materials such as invoices from vendors for computer equipment purchased in 2000 and internal e-mails/memoranda noting that the contact person for leases at Lycos has changed.  This improper designation of "confidential" materials is an unfortunate inconvenience to all.

[7] Ex. 2 to Dkt. No. 109.

[8] *Lycos indicated at that status conference that it was inclined to wait to move for summary judgment until the Court ruled on CSI's Motion to Dismiss Portions of Lycos's Recent "Answer" to CSI's Amended Complaint (Dkt. No. 123-24).  As Lycos will not be seeking summary judgment at this time as to the counts that are the subject of that motion to dismiss, Lycos may file for summary judgment before the Court rules on that motion.*

BST99 1546865-1.057077.0012

all of CSI's claims against Lycos.  A ruling in favor of Lycos on those motions would dispose of this case.

5.      Those summary judgment motions refer to materials that CSI has designated as confidential.  In an effort to minimize the burden on the Court that is imposed by filing under seal, Lycos provided CSI with the bates numbers of the purportedly confidential materials it intends to use and requested that CSI de-designate those materials.  CSI expressly refused, offering only to assent to the filing of the Summary Judgment Materials under seal.[9]  While Lycos intends to challenge CSI's confidentiality designation as to most, if not all, of those materials, given the sheer number of documents involved, Lycos does not wish delay the potential resolution of this case pending the Court's disposition of such a challenge.

6.      Accordingly, Lycos requests that it be allowed to file the Summary Judgment Materials under seal.  Lycos intends to file a redacted version of those documents in the public record.

WHEREFORE, Lycos requests that the Court enter an Order:

A.      Granting it leave to file the Summary Judgment Materials under seal in accordance with Local Rule 7.2 and the terms of the Confidentiality Order; and

---

[9] CSI has assented only to the relief requested in paragraph "A" below and not to the other statements made by Lycos in this Motion.

- 3 -

B.    Granting it such other relief as may be appropriate and just under the circumstances.

Respectfully submitted,

LYCOS, INC.

By its attorneys,

Dated: July 16, 2007                    /s/ Peter M. Acton, Jr.
                                        Thomas O. Bean (BBO# 548072)
                                        Peter M. Acton, Jr. (BBO# 654641)
                                        McDermott, Will & Emery LLP
                                        28 State Street
                                        Boston, Massachusetts 02109
                                        (617) 535-4000

## RULE 7.1 CERTIFICATION

The undersigned counsel for Defendant and Plaintiff-in-Counterclaim, Lycos, Inc., certifies that he has conferred via e-mail with Robert J. Kaler, counsel for CSI, and attempted in good faith to resolve or narrow the issues raised in the foregoing Motion. Other than obtaining CSI's assent to filing the Summary Judgment Materials under seal, the undersigned has been unable to narrow those issues.

Dated: July 16, 2007                    /s/ Peter M. Acton, Jr.
                                        Peter M. Acton, Jr.

BST99 1546865-1.057077.0012

- 5 -

## CERTIFICATE OF SERVICE

I, Peter M. Acton, Jr., certify and swear under penalty of perjury that, on July 16, 2007, I caused a true and accurate copy of the *Lycos's Motion for Leave to Impound Its Memorandum of Law in Support of Its Motion for Partial Summary Judgment and (2) Local Rule 56.1 Statement of Undisputed Material Facts with Respect to that Motion* to be sent by hand to Robert J. Kaler, McCarter & English, LLP, 265 Franklin Street, Boston, MA 02111.

/s/ Peter M. Acton, Jr.
Peter M. Acton, Jr.

BST99 1546865-1.057077.0012

# EXHIBIT 1

## DOCUMENTS REMAINING "CONFIDENTIAL" IN CSI'S PRODUCTION SET

| | | | |
|---|---|---|---|
| CSI | 0000043 | CSI | 0001702 |
| CSI | 0000199 | CSI | 0001774-75 |
| CSI | 0000220-22 | CSI | 0001808-09 |
| CSI | 0000224 | CSI | 0001811 |
| CSI | 0000405-7 | CSI | 0001851 |
| CSI | 0000473 | CSI | 0001955 |
| CSI | 0000564-65 | CSI | 0001977 |
| CSI | 0000606-08 | CSI | 0001989 |
| CSI | 0000632 | CSI | 0002002-03 |
| CSI | 0000722-23 | CSI | 0002035 |
| CSI | 0000743-44 | CSI | 0002071 |
| CSI | 0000746 | CSI | 0002096 |
| CSI | 0000830-31 | CSI | 0002099 |
| CSI | 0000966 | CSI | 0002159 |
| CSI | 0000987-88 | CSI | 0002180 |
| CSI | 0001120 | CSI | 0002181 |
| CSI | 0001137 | CSI | 0002182 |
| CSI | 0001154-55 | CSI | 0002185 |
| CSI | 0001164 | CSI | 0002202 |
| CSI | 0001186 | CSI | 0002248-49 |
| CSI | 0001294-95 | CSI | 0002276 |
| CSI | 0001294-95 | CSI | 0002285 |
| CSI | 0001317-18 | CSI | 0002314 |
| CSI | 0001431 | CSI | 0002341-44 |
| CSI | 0001431 | CSI | 0002345 |
| CSI | 0001444-45 | CSI | 0002346-49 |
| CSI | 0001444-45 | CSI | 0002511-12 |
| CSI | 0001446 | CSI | 0002530-31 |
| CSI | 0001446 | CSI | 0002580 |
| CSI | 0001447 | CSI | 0002600 |
| CSI | 0001447 | CSI | 0002830-31 |
| CSI | 0001490 | CSI | 0002832 |
| CSI | 0001490 | CSI | 0002833-34 |
| CSI | 0001491-92 | CSI | 0002861 |
| CSI | 0001491-92 | CSI | 0002862-64 |
| CSI | 0001493-94 | CSI | 0002912-31 |
| CSI | 0001518-19 | CSI | 0002946 |
| CSI | 0001518-19 | CSI | 0003083 |
| CSI | 0001538 | CSI | 0003083 |
| CSI | 0001538 | CSI | 0003084-86 |
| CSI | 0001593-95 | CSI | 0003084-86 |
| CSI | 0001593-95 | CSI | 0003126-27 |
| CSI | 0001620-21 | CSI | 0003146 |
| CSI | 0001620-21 | CSI | 0003158-59 |
| CSI | 0001623 | CSI | 0003160-63 |
| CSI | 0001701 | CSI | 0003202-03 |

January 5, 2007

ME1 6081333v.1

## CSI Documents Remaining Confidential

| | | | | |
|---|---|---|---|---|
| CSI | 0003248-49 | | CSI | 0004558 |
| CSI | 0003253 | | CSI | 0004571 |
| CSI | 0003353-54 | | CSI | 0004583 |
| CSI | 0003353-55 | | CSI | 0004641-42 |
| CSI | 0003372 | | CSI | 0004657 |
| CSI | 0003383 | | CSI | 0004658-59 |
| CSI | 0003401 | | CSI | 0004684-85 |
| CSI | 0003555 | | CSI | 0004713-15 |
| CSI | 0003577 | | CSI | 0004766-67 |
| CSI | 0003625-26 | | CSI | 0004883 |
| CSI | 0003627-29 | | CSI | 0004915-16 |
| CSI | 0003631 | | CSI | 0004941 |
| CSI | 0003634 | | CSI | 0004942 |
| CSI | 0003652-53 | | CSI | 0004982 |
| CSI | 0003652-53 | | CSI | 0004984 |
| CSI | 0003676-77 | | CSI | 0004988-89 |
| CSI | 0003676-77 | | CSI | 0004990 |
| CSI | 0003707 | | CSI | 0004991-97 |
| CSI | 0003708 | | CSI | 0004998-03 |
| CSI | 0003722-24 | | CSI | 0004999-05 |
| CSI | 0003749-50 | | CSI | 0005010 |
| CSI | 0003776-79 | | CSI | 0005011 |
| CSI | 0003785 | | CSI | 0005114 |
| CSI | 0003809-11 | | CSI | 0005115 |
| CSI | 0003812-13 | | CSI | 0005154 |
| CSI | 0003849 | | CSI | 0005154-55 |
| CSI | 0003872-75 | | CSI | 0005265 |
| CSI | 0003874 | | CSI | 0005281 |
| CSI | 0003892-94 | | CSI | 0005309-11 |
| CSI | 0003918-19 | | CSI | 0005309-11 |
| CSI | 0003971 | | CSI | 0005335-41 |
| CSI | 0003975-76 | | CSI | 0005342-48 |
| CSI | 0004101-03 | | CSI | 0005349-53 |
| CSI | 0004101-03 | | CSI | 0005357-64 |
| CSI | 0004127-28 | | CSI | 0005384-94 |
| CSI | 0004146-48 | | CSI | 0005426-28 |
| CSI | 0004162 | | CSI | 0005452-56 |
| CSI | 0004167-72 | | CSI | 0005460-61 |
| CSI | 0004234-37 | | CSI | 0005463-65 |
| CSI | 0004261-64 | | CSI | 0005506 |
| CSI | 0004288-89 | | CSI | 0005549-50 |
| CSI | 0004302 | | CSI | 0005610 |
| CSI | 0004433-34 | | CSI | 0005613 |
| CSI | 0004439 | | CSI | 0005636-37 |
| CSI | 0004458-61 | | CSI | 0005687-88 |
| CSI | 0004470-71 | | CSI | 0005705 |
| CSI | 0004484 | | CSI | 0005706-07 |
| CSI | 0004498-99 | | CSI | 0005725-27 |
| CSI | 0004505-06 | | CSI | 0005728 |

January 5, 2007

ME1 6081333v.1

## CSI Documents Remaining Confidential

| | | | | |
|---|---|---|---|---|
| CSI | 0005854-55 | | CSI | 0007735-36 |
| CSI | 0005881-82 | | CSI | 0007902-05 |
| CSI | 0005913 | | CSI | 0007986-87 |
| CSI | 0005975-82 | | CSI | 0007989 |
| CSI | 0006059 | | CSI | 0008088 |
| CSI | 0006154 | | CSI | 0008119 |
| CSI | 0006215-16 | | CSI | 0008130-31 |
| CSI | 0006265-66 | | CSI | 0008133 |
| CSI | 0006268 | | CSI | 0008338-39 |
| CSI | 0006318 | | CSI | 0008355 |
| CSI | 0006318 | | CSI | 0008367 |
| CSI | 0006348-49 | | CSI | 0008380 |
| CSI | 0006360-61 | | CSI | 0008427-28 |
| CSI | 0006364 | | CSI | 0008488 |
| CSI | 0006457-59 | | CSI | 0008489 |
| CSI | 0006460-61 | | CSI | 0008554 |
| CSI | 0006483-84 | | CSI | 0008560-61 |
| CSI | 0006502 | | CSI | 0008570 |
| CSI | 0006503 | | CSI | 0008573-75 |
| CSI | 0006503 | | CSI | 0008591 |
| CSI | 0006523 | | CSI | 0008591 |
| CSI | 0006545 | | CSI | 0008592 |
| CSI | 0006566 | | CSI | 0008642-43 |
| CSI | 0006596 | | CSI | 0008710-14 |
| CSI | 0006655 | | CSI | 0008906-07 |
| CSI | 0006752 | | CSI | 0008922 |
| CSI | 0006752-54 | | CSI | 0009504 |
| CSI | 0006753-54 | | CSI | 0009558 |
| CSI | 0006797 | | CSI | 0009670-71 |
| CSI | 0006839-40 | | CSI | 0009959 |
| CSI | 0006876 | | CSI | 0010091-92 |
| CSI | 0006964 | | CSI | 0010300 |
| CSI | 0006965 | | CSI | 0010432-33 |
| CSI | 0006966-67 | | CSI | 0010446-47 |
| CSI | 0006971 | | CSI | 0010464-65 |
| CSI | 0006972 | | CSI | 0010840 |
| CSI | 0007132-35 | | CSI | 0010844 |
| CSI | 0007175 | | CSI | 0010847-88 |
| CSI | 0007260-61 | | CSI | 0010853-54 |
| CSI | 0007360 | | CSI | 0010868 |
| CSI | 0007363-65 | | CSI | 0010869-70 |
| CSI | 0007396 | | CSI | 0010875 |
| CSI | 0007427 | | CSI | 0010917-18 |
| CSI | 0007480 | | CSI | 0010931-32 |
| CSI | 0007481 | | CSI | 0010935 |
| CSI | 0007557-58 | | CSI | 0011020 |
| CSI | 0007625-30 | | CSI | 0011218-19 |
| CSI | 0007683 | | CSI | 0011222-23 |
| CSI | 0007693 | | CSI | 0011247-48 |

January 5, 2007

## *CSI Documents Remaining Confidential*

| | | | | |
|---|---|---|---|---|
| CSI | 0011279 | | CSI | 0014007 |
| CSI | 0011280-81 | | CSI | 0014269 |
| CSI | 0011298-03 | | CSI | 0014330-31 |
| CSI | 0011442 | | CSI | 0014348 |
| CSI | 0011482 | | CSI | 0014374 |
| CSI | 0011547-48 | | CSI | 0014467 |
| CSI | 0011645-52 | | CSI | 0014628 |
| CSI | 0011667 | | CSI | 0014629 |
| CSI | 0011680 | | CSI | 0014655 |
| CSI | 0011723-24 | | CSI | 0014673 |
| CSI | 0012287-88 | | CSI | 0014684 |
| CSI | 0012377 | | CSI | 0014888 |
| CSI | 0012389-93 | | CSI | 0014974 |
| CSI | 0012445 | | CSI | 0014976 |
| CSI | 0012507 | | CSI | 0015036-37 |
| CSI | 0012665 | | CSI | 0015045-46 |
| CSI | 0012678 | | CSI | 0015052-53 |
| CSI | 0012785 | | CSI | 0015054-56 |
| CSI | 0012887 | | CSI | 0015070 |
| CSI | 0012888 | | CSI | 0015088 |
| CSI | 0013082 | | CSI | 0015089 |
| CSI | 0013083 | | CSI | 0015112 |
| CSI | 0013084-85 | | CSI | 0015152 |
| CSI | 0013097-98 | | CSI | 0015182-83 |
| CSI | 0013183 | | CSI | 0015186 |
| CSI | 0013184 | | CSI | 0015231 |
| CSI | 0013195 | | CSI | 0015234-35 |
| CSI | 0013196 | | CSI | 0015389-90 |
| CSI | 0013223 | | CSI | 0015413 |
| CSI | 0013342 | | CSI | 0015442 |
| CSI | 0013346 | | CSI | 0015443 |
| CSI | 0013374 | | CSI | 0015478 |
| CSI | 0013381 | | CSI | 001548-82 |
| CSI | 0013385 | | CSI | 0015491 |
| CSI | 0013403 | | CSI | 0015504 |
| CSI | 0013406 | | CSI | 0015513 |
| CSI | 0013453 | | CSI | 0015514 |
| CSI | 0013462 | | CSI | 0015527 |
| CSI | 0013478 | | CSI | 0015528 |
| CSI | 0013479 | | CSI | 0015536 |
| CSI | 0013527 | | CSI | 0015554-5 |
| CSI | 0013528-29 | | CSI | 0015558 |
| CSI | 0013544 | | CSI | 0015584 |
| CSI | 0013547 | | CSI | 0015591 |
| CSI | 0013616 | | CSI | 0015592 |
| CSI | 0013955 | | CSI | 0015594-6 |
| CSI | 0013956-57 | | CSI | 0015639 |
| CSI | 0013976 | | CSI | 0015640 |
| CSI | 0013997 | | CSI | 0015645-46 |

January 5, 2007

ME1 6081333v.1

## CSI Documents Remaining Confidential

| | | | | |
|---|---|---|---|---|
| CSI | 0015649 | | CSI | 0016090-92 |
| CSI | 0015665 | | CSI | 0016095 |
| CSI | 0015672-74 | | CSI | 0016108 |
| CSI | 0015722 | | CSI | 0016110-111 |
| CSI | 0015724-27 | | CSI | 0016118 |
| CSI | 0015729-30 | | CSI | 0016119 |
| CSI | 0015746 | | CSI | 0016121-123 |
| CSI | 0015748 | | CSI | 0016125 |
| CSI | 0015750-51 | | CSI | 0016128 |
| CSI | 0015760 | | CSI | 0016132 |
| CSI | 0015762-64 | | CSI | 0016133 |
| CSI | 0015778 | | CSI | 0016135-36 |
| CSI | 0015780-82 | | CSI | 0016140 |
| CSI | 0015784-85 | | CSI | 0016142-44 |
| CSI | 0015790 | | CSI | 0016153 |
| CSI | 0015792-94 | | CSI | 0016154 |
| CSI | 0015801 | | CSI | 0016167 |
| CSI | 0015803-05 | | CSI | 0016168 |
| CSI | 0015807-10 | | CSI | 0016170-72 |
| CSI | 0015821-22 | | CSI | 0016177 |
| CSI | 0015823 | | CSI | 0016179-80 |
| CSI | 0015826-27 | | CSI | 0016181-84 |
| CSI | 0015833-34 | | CSI | 0016185 |
| CSI | 0015839 | | CSI | 0016186-87 |
| CSI | 0015841-43 | | CSI | 0016192 |
| CSI | 0015858 | | CSI | 0016194-96 |
| CSI | 0015861-62 | | CSI | 0016204 |
| CSI | 0015871 | | CSI | 0016206-208 |
| CSI | 0015873-75 | | CSI | 0016261-63 |
| CSI | 0015880 | | CSI | 0016271 |
| CSI | 0015882-84 | | CSI | 0016298 |
| CSI | 0015905-07 | | CSI | 0016304 |
| CSI | 0015915 | | CSI | 0016310-11 |
| CSI | 0015917-18 | | CSI | 0016353-54 |
| CSI | 0015926 | | CSI | 0016355 |
| CSI | 0015929 | | CSI | 0016372 |
| CSI | 0015931-33 | | CSI | 0016409 |
| CSI | 0015938 | | CSI | 0016410 |
| CSI | 0015940-42 | | CSI | 0016429 |
| CSI | 0015972 | | CSI | 0016431-33 |
| CSI | 0015980-81 | | CSI | 0016477 |
| CSI | 0015990-94 | | CSI | 0016479-81 |
| CSI | 0015999 | | CSI | 0016495 |
| CSI | 0016009 | | CSI | 0016508 |
| CSI | 0016010 | | CSI | 0016521 |
| CSI | 0016044 | | CSI | 0016522 |
| CSI | 0016046 | | CSI | 0016556-64 |
| CSI | 0016067 | | CSI | 0016565-66 |
| CSI | 0016088 | | CSI | 0016589 |

January 5, 2007

ME1 6081333v.1

## CSI Documents Remaining Confidential

| | | | | |
|---|---|---|---|---|
| CSI | 0016590-92 | | CSI | 0019153-57 |
| CSI | 0016660 | | CSI | 0019176-77 |
| CSI | 0016661 | | CSI | 0019199 |
| CSI | 0016673-77 | | CSI | 0019213 |
| CSI | 0016688 | | CSI | 0019216 |
| CSI | 0016689 | | CSI | 0019217 |
| CSI | 0016711 | | CSI | 0019287 |
| CSI | 0016720-23 | | CSI | 0019327 |
| CSI | 0016765 | | CSI | 0019350 |
| CSI | 0016805 | | CSI | 0019361 |
| CSI | 0016808-811 | | CSI | 0019422 |
| CSI | 0016813-815 | | CSI | 0019423 |
| CSI | 0016833 | | CSI | 0019424-06 |
| CSI | 0016835-37 | | CSI | 0019427 |
| CSI | 0016844 | | CSI | 0019446-08 |
| CSI | 0016846 | | CSI | 0019457-61 |
| CSI | 0016852 | | CSI | 0019464 |
| CSI | 0016858 | | CSI | 0019501 |
| CSI | 0016860-66 | | CSI | 0019512 |
| CSI | 0016872 | | CSI | 0019516 |
| CSI | 0016893 | | CSI | 0019517 |
| CSI | 0016895 | | CSI | 0019524 |
| CSI | 0016898 | | CSI | 0019529-30 |
| CSI | 0016905 | | CSI | 0019532 |
| CSI | 0016907-9 | | CSI | 0019535 |
| CSI | 0016924 | | CSI | 0019536-37 |
| CSI | 0016926-27 | | CSI | 0019539-40 |
| CSI | 0016931-33 | | CSI | 0019543 |
| CSI | 0016943-44 | | CSI | 0019544 |
| CSI | 0017364 | | CSI | 0019546-52 |
| CSI | 0017365 | | CSI | 0019553 |
| CSI | 0017382-84 | | CSI | 0019560 |
| CSI | 0017417-18 | | CSI | 0019740 |
| CSI | 0017427-28 | | CSI | 0019741 |
| CSI | 0017449 | | CSI | 0019742-44 |
| CSI | 0018029 | | CSI | 0019752-54 |
| CSI | 0018091-92 | | CSI | 0019763-67 |
| CSI | 0018106 | | CSI | 0019770 |
| CSI | 0018128 | | CSI | 0019790 |
| CSI | 0018139-40 | | CSI | 0019965 |
| CSI | 0018168 | | CSI | 0019980-84 |
| CSI | 0018286-89 | | CSI | 0019992 |
| CSI | 0018306-07 | | CSI | 0019994-95 |
| CSI | 0018555 | | CSI | 0020019 |
| CSI | 0018668-70 | | CSI | 0020022-23 |
| CSI | 0018688-89 | | CSI | 0020032 |
| CSI | 0018975-76 | | CSI | 0020034-35 |
| CSI | 0018986 | | CSI | 0020049-53 |
| CSI | 0019002-03 | | CSI | 0020076 |

January 5, 2007

ME1 6081333v.1

## *CSI Documents Remaining Confidential*

| | | | | |
|---|---|---|---|---|
| CSI | 0020078-79 | | CSI | 0020627 |
| CSI | 0020087-91 | | CSI | 0020634 |
| CSI | 0020115-16 | | CSI | 0020648 |
| CSI | 0020126-26 | | CSI | 0020673-74 |
| CSI | 0020135 | | CSI | 0020677 |
| CSI | 0020152 | | CSI | 0020720-27 |
| CSI | 0020164 | | CSI | 0020746-47 |
| CSI | 0020166-67 | | CSI | 0020761-72 |
| CSI | 0020176 | | CSI | 0020791 |
| CSI | 0020200 | | CSI | 0020855 |
| CSI | 0020203 | | CSI | 0020865 |
| CSI | 0020226 | | CSI | 0020867 |
| CSI | 0020241 | | CSI | 0020879 |
| CSI | 0020256 | | CSI | 0020892 |
| CSI | 0020257-59 | | CSI | 0020923 |
| CSI | 0020269-73 | | CSI | 0020926 |
| CSI | 0020275 | | CSI | 0020969 |
| CSI | 0020315 | | CSI | 0020971 |
| CSI | 0020327 | | CSI | 0021078 |
| CSI | 0020329 | | CSI | 0021079-81 |
| CSI | 0020341 | | CSI | 0021089-94 |
| CSI | 0020367-68 | | CSI | 0021117 |
| CSI | 0020371 | | CSI | 0021133 |
| CSI | 0020397 | | CSI | 0021143 |
| CSI | 0020399-400 | | CSI | 0021145 |
| CSI | 0020404-05 | | CSI | 0021155 |
| CSI | 0020444 | | CSI | 0021156-57 |
| CSI | 0020446-47 | | CSI | 0021170 |
| CSI | 0020451-52 | | CSI | 0021204-05 |
| CSI | 0020454-57 | | CSI | 0021208 |
| CSI | 0020476 | | CSI | 0021291-92 |
| CSI | 0020479-80 | | CSI | 0021314 |
| CSI | 0020481 | | CSI | 0021346-48 |
| CSI | 0020483-84 | | CSI | 0021350 |
| CSI | 0020500 | | CSI | 0021352-53 |
| CSI | 0020502-03 | | CSI | 0021363-65 |
| CSI | 0020504 | | CSI | 0021374-78 |
| CSI | 0020506-07 | | CSI | 0021389 |
| CSI | 0020538-39 | | CSI | 0021397-98 |
| CSI | 0020546-51 | | CSI | 0021400 |
| CSI | 0020560-61 | | CSI | 0021410 |
| CSI | 0020563-66 | | CSI | 0021412 |
| CSI | 0020567-72 | | CSI | 0021413-14 |
| CSI | 0020575 | | CSI | 0021425-28 |
| CSI | 0020592 | | CSI | 0021485-87 |
| CSI | 0020602 | | CSI | 0021494-98 |
| CSI | 0020604 | | CSI | 0021501 |
| CSI | 0020608 | | CSI | 0021517 |
| CSI | 0020611 | | CSI | 0021527 |

January 5, 2007

ME1 6081333v.1

## *CSI Documents Remaining Confidential*

| | | | |
|---|---|---|---|
| CSI | 0021529 | CSI | 0023649-51 |
| CSI | 0021533-34 | CSI | 0024030-44 |
| CSI | 0021540 | CSI | 0024266 |
| CSI | 0021562-63 | CSI | 0024494 |
| CSI | 0021566 | CSI | 0024645-49 |
| CSI | 0021743-44 | CSI | 0024731-32 |
| CSI | 0021770 | CSI | 0024745 |
| CSI | 0021781 | CSI | 0024746 |
| CSI | 0021782 | CSI | 0024746 |
| CSI | 0021873 | CSI | 0024747 |
| CSI | 0021995 | CSI | 0024826 |
| CSI | 0021996 | CSI | 0024904-08 |
| CSI | 0022060-61 | CSI | 0024909 |
| CSI | 0022071 | CSI | 0024921 |
| CSI | 0022092 | CSI | 0024925 |
| CSI | 0022093 | CSI | 0024926 |
| CSI | 0022218 | CSI | 0024928-30 |
| CSI | 0022247 | CSI | 0025073-75 |
| CSI | 0022257 | CSI | 0025401-02 |
| CSI | 0022258 | CSI | 0025426 |
| CSI | 0022542-43 | CSI | 0025438-39 |
| CSI | 0022585 | CSI | 0025438-39 |
| CSI | 0022586 | CSI | 0025889 |
| CSI | 0022785 | CSI | 0025890 |
| CSI | 0022830 | CSI | 0025891 |
| CSI | 0022831 | CSI | 0025941-42 |
| CSI | 0022950-51 | CSI | 0026292-93 |
| CSI | 0022980 | CSI | 0026294-95 |
| CSI | 0023003 | CSI | 0026346-58 |
| CSI | 0023004 | CSI | 0027188-251 |
| CSI | 0023168 | CSI | 0027322 |
| CSI | 0023169 | CSI | 0027376-84 |
| CSI | 0023170-73 | CSI | 0027388-89 |
| CSI | 0023177 | CSI | 0027574 |
| CSI | 0023215 | CSI | 0027630 |
| CSI | 0023217 | CSI | 0027632 |
| CSI | 0023256 | CSI | 0027635-37 |
| CSI | 0023266 | CSI | 0028204 |
| CSI | 0023267 | CSI | 0028233-65 |
| CSI | 0023399 | CSI | 0028340-41 |
| CSI | 0023424 | CSI | 0028384-87 |
| CSI | 0023426 | CSI | 0028514-15 |
| CSI | 0023475 | CSI | 0028696 |
| CSI | 0023476 | CSI | 0028839 |
| CSI | 0023577 | CSI | 0028986-88 |
| CSI | 0023579 | CSI | 0029035-36 |
| CSI | 0023618 | CSI | 0029052-54 |
| CSI | 0023628 | CSI | 0029085 |
| CSI | 0023629 | CSI | 0029176 |

January 5, 2007

<u>*CSI Documents Remaining Confidential*</u>

| | | | | |
|---|---|---|---|---|
| CSI | 0029215-16 | | CSI | 0033007 |
| CSI | 0029220-21 | | CSI | 0033008 |
| CSI | 0029223-25 | | CSI | 0033010 |
| CSI | 0029224 | | CSI | 0033114 |
| CSI | 0029270-72 | | CSI | 0033175 |
| CSI | 0029301 | | CSI | 0033190-91 |
| CSI | 0029366-67 | | CSI | 0033192 |
| CSI | 0029383-388 | | CSI | 0033208-10 |
| CSI | 0029391 | | CSI | 0033220-26 |
| CSI | 0029421-22 | | CSI | 0033230 |
| CSI | 0029698-99 | | CSI | 0033231 |
| CSI | 0030091 | | CSI | 0033268 |
| CSI | 0030103 | | CSI | 0033269 |
| CSI | 0030108 | | CSI | 0033306-07 |
| CSI | 0030761 | | CSI | 0033310 |
| CSI | 0030905 | | CSI | 0033347 |
| CSI | 0030997 | | CSI | 0033362 |
| CSI | 0030998 | | CSI | 0033428 |
| CSI | 0031372-73 | | CSI | 0033453-54 |
| CSI | 0031428 | | CSI | 0033462 |
| CSI | 0031429 | | CSI | 0033467-69 |
| CSI | 0031625-26 | | CSI | 0033474-78 |
| CSI | 0031744-45 | | CSI | 0033481 |
| CSI | 0031766 | | CSI | 0033482 |
| CSI | 0031819 | | CSI | 0033503 |
| CSI | 0031820 | | CSI | 0033530 |
| CSI | 0031838-40 | | CSI | 0033554 |
| CSI | 0031863 | | CSI | 0033555 |
| CSI | 0031874 | | CSI | 0033560 |
| CSI | 0031875 | | CSI | 0033590 |
| CSI | 0031973 | | CSI | 0033662 |
| CSI | 0031997-98 | | CSI | 0033664 |
| CSI | 0032034 | | CSI | 0033679 |
| CSI | 0032035 | | CSI | 0033691 |
| CSI | 0032052 | | CSI | 0033692 |
| CSI | 0032053 | | CSI | 0033714 |
| CSI | 0032110 | | CSI | 0033733-34 |
| CSI | 0032170-71 | | CSI | 0033744-48 |
| CSI | 0032205 | | CSI | 0033751 |
| CSI | 0032206 | | CSI | 0033752 |
| CSI | 0032216 | | CSI | 0033783 |
| CSI | 0032221 | | CSI | 0033796 |
| CSI | 0032222-26 | | CSI | 0033797-98 |
| CSI | 0032227-30 | | CSI | 003515-16 |
| CSI | 0032332 | | CSI | 0037347-37933 |
| CSI | 0032359 | | CSI | 0037945-37946 |
| CSI | 0032362 | | CSI | 0037970-37974 |
| CSI | 0032975 | | CSI | 0038059-38102 |
| CSI | 0032984-86 | | CSI | 0038216-38326 |

January 5, 2007

ME1 6081333v.1

## CSI Documents Remaining Confidential

| CSI | 0038331-38345 |
|-----|---------------|
| CSI | 0038387-38394 |
| CSI | 0038399 |
| CSI | 0038415-38475 |
| CSI | 0038481-38482 |
| CSI | 0038485-38506 |
| CSI | 0038519-38529 |
| CSI | 0038897-38907 |
| CSI | 0038927-39183 |
| CSI | 0039184-39709 |
| CSI | 0039715-39730 |
| CSI | 0039732-39808 |
| CSI | 0039810-40188 |
| CSI | 0040189-40211 |
| CSI | 0040265-40268 |
| CSI | 0041215-42129 |
| CSI | 0042327-42342 |
| CSI | 0042352-42357 |
| CSI | 0042384 |
| CSI | 0042402-42404 |
| CSI | 0042432-42433 |
| CSI | 0042453-42501 |
| CSI | 0042488-42449 |
| CSI | 0042649-42650 |
| CSI | 0042698-42711 |
| CSI | 0042738-42785 |
| CSI | 0044128-44209 |
| CSI | 0044210-44215 |
| CSI | 0044216-44533 |
| CSI | 0044534-44793 |
| CSI | 0044794-45081 |
| CSI | 0045082-45605 |
| CSI | 0045606-45616 |

January 5, 2007

ME1 6081333v.1