# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COMPUTER SALES INTERNATIONAL INC., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| LYCOS, INC., | ) | C.A. No. 05-10017- RWZ |
| Defendant, | ) ) | |
| BANK OF AMERICA f/k/a FLEET BANK, | ) ) | |
| Trustee Process Defendant. | ) ) | |

## LYCOS'S MOTION FOR SUMMARY JUDGMENT ON ALL COUNTS OF CSI'S AMENDED COMPLAINT

Defendant and Plaintiff-in-Counterclaim, Lycos, Inc., hereby moves pursuant to Fed. R. 56(c), for the reasons stated herein and in the memorandum of law and affidavit of Peter M. Acton filed herewith, for summary judgment on ALL counts of CSI's Amended Complaint filed December 4, 2006.

WHEREFORE, Lycos respectfully requests that the Court:

1.Enter summary judgment in favor of Lycos and against CSI on Counts II-VI of CSI's Amended Complaint;

2.If the Court grants (a) Lycos summary judgment on Counts II-VI of CSI's Amended Complaint, (b) Lycos's Motion for Partial Summary on Certain of its Claims in Counts VII, XII, and XIII, and (c) Lycos's Motion to Dissolve Trustee Process Attachment, Lycos would have no objection to the Court granting CSI summary judgment on Count I of its Amended Complaint in the amount of $301,050.34, plus statutory interest thereon and reasonable attorneys' fees incurred by CSI in filing its complaint dated January 5, 2005, *provided*

the Court offsets such amounts against the amount awarded to Lycos on its claims against CSI; and

     3.    Granting Lycos such other relief as may be appropriate and just under the circumstances.

                              LYCOS, INC.

Dated: September 4, 2007          /s/ Thomas O. Bean
                                        Thomas O. Bean (BBO# 548072)
                                        Peter M. Acton, Jr. (BBO# 654641)
                                        McDERMOTT WILL & EMERY LLP
                                        28 State Street
                                        Boston MA 02109
                                        (617) 535-4000

## RULE 7.1 CERTIFICATION

The undersigned counsel for Defendant and Plaintiff-in-Counterclaim, Lycos, Inc., certifies that he has conferred via e-mail with Robert J. Kaler, counsel for CSI, and attempted in good faith to resolve or narrow the issues raised in the foregoing Motion.

Dated: September 4, 2007          /s/ Thomas O. Bean
                                        Thomas O. Bean

## CERTIFICATE OF SERVICE

I, Peter M. Acton, Jr., hereby certify that on this 4th day of September, 2007, I caused a true and correct copy of the foregoing document to be served by electronic mail and by hand on the following:

Robert J. Kaler
Edward W. Little, Jr.
McCarter & English LLP
225 Franklin Street
Boston, MA 02110
rkaler@mccarter.com
elittle@mccarter.com

                                          /s/ Peter M. Acton, Jr
                                          Peter M. Acton, Jr