## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COMPUTER SALES INTERNATIONAL INC., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| LYCOS, INC., | ) | C.A. No. 05-10017- RWZ |
| Defendant, | ) ) | |
| BANK OF AMERICA f/k/a FLEET BANK, | ) ) | |
| Trustee Process Defendant. | ) ) | |

### LYCOS'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CERTAIN OF ITS CLAIMS IN COUNTS VII, XII, AND XIII OF ITS COUNTERCLAIM

Defendant and Plaintiff-in-Counterclaim, Lycos, Inc., hereby moves pursuant to Fed. R. Civ. P. 56(c) for partial summary judgment on certain of its claims in Counts VII, XII, and XIII of its Counterclaim dated December 14, 2006.

WHEREFORE, Lycos respectfully requests that the Court:

1. Enter summary judgment on Count VII of Lycos's Counterclaim in favor of Lycos, Inc. and against Computer Sales International, Inc. in the amount of $13.708 million, trebled, and award Lycos its reasonable attorneys' fees and costs in an amount to be determined after submission and review of a fee application;

2. Enter summary judgment on Counts XII and XIII of Lycos's Counterclaim in favor of Lycos, Inc. and against Computer Sales International, Inc. in the amount of $2,854,602, but permitting Lycos only one recovery in that amount under those Counts;

3. On Counts VII, XII, and XIII, awarding Lycos statutory interest; and

4. Granting Lycos such other relief as may be appropriate and just under the circumstances.

- 2 -

                                                LYCOS, INC.

Dated: September 4, 2007                /s/ Thomas O. Bean
                                                  Thomas O. Bean (BBO# 548072)
                                                  Peter M. Acton, Jr. (BBO# 654641)
                                                  McDERMOTT WILL & EMERY LLP
                                                  28 State Street
                                                  Boston MA 02109
                                                  (617) 535-4000

## RULE 7.1 CERTIFICATION

      The undersigned counsel for Defendant and Plaintiff-in-Counterclaim, Lycos, Inc., certifies that he has conferred via e-mail with Robert J. Kaler, counsel for CSI, and attempted in good faith to resolve or narrow the issues raised in the foregoing Motion.

Dated: September 4, 2007                /s/ Peter M. Acton, Jr.
                                                  Peter M. Acton, Jr.

## CERTIFICATE OF SERVICE

      I, Peter M. Acton, Jr., hereby certify that on this 4th day of September, 2007, I caused a true and correct copy of the foregoing document to be served by electronic mail and first-class mail, postage pre-paid, on the following:

Robert J. Kaler
Edward W. Little, Jr.
McCarter & English LLP
225 Franklin Street
Boston, MA 02110
rkaler@mccarter.com
elittle@mccarter.com

                                                  /s/ Peter M. Acton, Jr.
                                                    Peter M. Acton, Jr