# EXHIBITS 1-2

# EXHIBIT 1

Volume 1, Pages 1 - 313

Exhibits:  1 - 19

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-------------------------------------

COMPUTER SALES INTERNATIONAL, INC.,

    Plaintiff and Defendant-in-Counterclaim

vs.

LYCOS, INC.,

    Defendant and Plaintiff-in-Counterclaim

vs.

BANK OF AMERICA, F/K/A FLEET BANK,

    Trustee Process Defendant

-------------------------------------

VIDEOTAPED DEPOSITION OF KENNETH B. STEINBACK

Friday, November 3, 2006, 9:07 a.m.

McDermott Will & Emery, LLP

28 State Street

Boston, Massachusetts

--------- Alan H. Brock, RDR, CRR ---------

--------- Janis T. Young, RDR, CRR ---------

Farmer Arsenault Brock LLC

50 Congress Street, Boston, Massachusetts 02109

617-728-4404   Fax 617-728-4403

Kenneth B. Steinback
Volume 1 - November 3, 2006

Page 14

1   A. To start CSI.
2   Q. And did you start CSI in or about March of
3   1973?
4   A. That's about correct.
5   Q. And by "CSI" we're referring to Computer
6   Sales International, or CSI Leasing. Do you
7   understand that?
8   A. Yes, I do.
9   Q. And with whom --
10      Did you start CSI with anyone else in
11  March of 1973?
12  A. Yes, I did.
13  Q. With whom did you start it?
14  A. I started it with three other individuals,
15  a gentleman by the name of Bill McCain, a gentleman
16  by the name of Bill Roselius, and a gentleman by the
17  name of Al Smith.
18  Q. Are any of those men still employed or
19  working at CSI?
20  A. No.
21  Q. When did Mr. Smith leave CSI?
22  A. February of '05.
23  Q. Mr. McCain, when did he leave CSI?
24  A. I couldn't tell you the month, but I could

Page 15

1   tell you the year. I think it was 1980.
2   Q. And Mr. Roselius?
3   A. I think it was 1979.
4   Q. When you started CSI with these gentleman
5   in 1973, what was the business of CSI?
6   A. It was a brokerage business. We were not
7   in the leasing business originally. We just acted
8   as a broker, buying a machine from Company X and
9   selling it to Company Y.
10  Q. What types of machines would CSI buy and
11  then resell?
12  A. Anything we could make a dollar on.
13  Q. For how long was CSI exclusively in the
14  brokerage business?
15  A. Oh, I mean, truthfully, not very long just
16  exclusively, because we were in the used-computer
17  business, and when we went to sell a client a used
18  machine, they would often ask us if we would finance
19  it for them and give them terms. So that's how we
20  got in the leasing business.
21  Q. When did you start -- when did CSI start in
22  the leasing business?
23  A. Shortly after we began. But we didn't go
24  into it, because we didn't have any money.

Page 16

1   Q. Had you had any background in equipment
2   leasing before customers started asking CSI to
3   finance?
4   A. Not one bit.
5   Q. Did Mr. McCain have any background in
6   equipment leasing?
7   A. Not one bit.
8   Q. Did Mr. Roselius have any background in
9   equipment leasing?
10  A. Not one.
11  Q. Did Mr. Smith have any background in
12  equipment leasing?
13  A. None.
14  Q. So the four of you learned on the job about
15  equipment leasing.
16  A. That's correct. But I would add to that
17  that there was no leasing industry at the time, so
18  we were one of the first people in it. So everybody
19  learned at the same time.
20  Q. Has the business of CSI changed, the nature
21  of the business, since 1973?
22  A. Oh, certainly.
23  Q. How has it changed?
24  A. Well, it's changed a couple of ways. The

Page 17

1   primary way it's changed is because the market's
2   changed, and we're not the market leader in the
3   business. The market leader are the manufacturers
4   and their captive finance companies. So as IBM,
5   Hewlett-Packard, Dell, et cetera, got into the
6   business, they formulated their ways of doing
7   business, and either we had to stay up with them or
8   we wouldn't be in business. So they really set the
9   standards for the business.
10      So as IBM got in the business, we had to
11  do certain things that they did in order to remain
12  competitive. So the business up until the early
13  '80s was all a used business, very little financing
14  of new equipment, because the vendors had that all
15  locked up. Once the vendors had to start selling
16  that equipment and not just renting it or leasing
17  it, then we were able to buy some of their old
18  equipment or buy some of that new equipment and
19  migrate it into the leasing business over time.
20      But we didn't have the capital to really
21  be in the leasing company -- leasing business. We
22  were a small guy, a very small guy, and there were a
23  lot of big firms in it, like U.S. Leasing, which is
24  now owned by Ford Motor Credit, firms like that,

Page 82

1  in structuring lease arrangements?
2      MR. KALER: Objection. That question
3  has been answered three times already. Please move
4  on.
5      Q. You may answer the question.
6      A. Why don't you state it again.
7      Q. Do you expect your account executives to
8  tell customers that CSI will be flexible in
9  structuring lease arrangements?
10     A. No.
11     MR. KALER: Objection.
12     Q. I direct your attention to the last
13 paragraph of Exhibit 3. Do you see the second
14 sentence, where it says, "Accounting scandals and
15 bad press for the entire industry have subsided"?
16     A. The last paragraph, under Outlook?
17     Q. Yes, please, the second sentence.
18     A. Yes.
19     Q. What was the bad press for the leasing
20 industry that you were referring to in this article?
21     A. What happened to Comdisco and what happened
22 to El Camino.
23     Q. What happened to them?
24     A. Well, Comdisco filed bankruptcy, as the

Page 83

1  largest -- as a Fortune 500 company. I think they
2  filed in 2001 or 2002. I'm not exactly positive of
3  that date. They hurt a lot of people, a lot of
4  employees and a lot of customers. And obviously
5  that reflects on us, because their bankers are some
6  of our bankers and they come back and ask us if
7  we're doing the same thing as they're doing and
8  wanted to make sure everything -- so we had to
9  answer for them.
10     El Camino was the same thing. El Camino
11 didn't file bankruptcy, but they were -- Fleet Bank
12 was their main bank, I believe, and they put them in
13 a debtor-in-possession ruling and closed their
14 doors, basically, for a variety of reasons. So that
15 hurt us both.
16     Q. Does CSI expect its account executives to
17 tell its customers the truth?
18     MR. KALER: Objection to the form of
19 does CSI -- objection to the form of the question.
20     Q. Let me rephrase that. Do you as the
21 chairman and CEO of CSI expect CSI's account
22 executives to tell its customers the truth?
23     MR. KALER: Objection to form. You can
24 respond.

Page 84

1      A. Yes, absolutely.
2      Q. And if you found out that an account
3  executive had lied to a customer, would you cause
4  CSI to discipline that account executive?
5      MR. KALER: Objection to the
6  hypothetical question.
7      A. I'd have to understand the parameters of
8  what went on.
9      (Steinback Exhibit 4 marked for
10 identification.)
11     Q. What's been marked as Exhibit 4,
12 Mr. Steinback --
13     MR. KALER: You'll need to hand him the
14 exhibit and hand me my copy while you're doing that.
15     MR. BEAN: Let me identify it --
16     MR. KALER: I want my copy in front of
17 me while you're identifying it for the record so I
18 can object if there's --
19     Q. Mr. Steinback, what's been marked as
20 Exhibit 4 is a three-page document. It appears to
21 be an article published in the St. Louis Post-
22 Dispatch on May 20th, 2005.
23     MR. BEAN: Let the record reflect that
24 Mr. Kaler has just taken the exhibit away from the

Page 85

1  witness.
2      MR. KALER: I did, for the purpose of
3  trying to do what I asked you to do a moment ago.
4      MR. BEAN: Would you give the witness
5  back the exhibit, please.
6      MR. KALER: Here you go. Take a moment
7  to read it before answering questions.
8      Q. Have you had an opportunity to review
9  what's been marked as Exhibit 4?
10     A. Yes.
11     Q. This is an interview with you that was
12 conducted by the St. Louis Post-Dispatch, isn't it?
13     A. Yes.
14     Q. Having read the article, do you see any
15 statements that you believe are inaccurate?
16     MR. KALER: Objection to the form as
17 compound, but you can respond.
18     A. I'd say that in any interview, the way it
19 comes out when you don't have the opportunity to
20 review it, it doesn't come on the exactly the way
21 you said it.
22     Q. You've read this article; right?
23     A. I just read it.
24     Q. Do you see anything in it that you believe

Kenneth B. Steinback
Volume 1 - November 3, 2006

Page 102

1 exactly what it was.
2 Q. Did you read that memorandum?
3 A. Yes, I did.
4 Q. Is there anything in it that you thought
5 was inaccurate when you read it?
6 A. No.
7     MR. KALER: Objection to form.
8 Q. What's covered in that memorandum?
9 A. It's a general private placement
10 memorandum.
11 Q. What's covered in that memorandum?
12 A. Everything from financial information from
13 the industry to what our company does and how we do
14 it, who the executive team is. Might even list some
15 customers' names. I don't know what else, without
16 being familiar with it. I mean, I've seen
17 memorandums.
18 Q. As part of CSI's investment -- excuse me;
19 as part of Charlesbank's investment in CSI, does CSI
20 do any sort of reporting to Charlesbank?
21 A. No more than any other stockholder.
22 Q. How often is reporting provided by CSI to
23 its stockholders?
24 A. Quarterly.

Page 103

1 Q. And what is contained in those quarterly
2 reports to shareholders?
3 A. Financial statements.
4 Q. Anything else?
5 A. No.
6 Q. Do you know whether Lycos is mentioned in
7 the memorandum that CSI provided to Charlesbank?
8 A. I have no idea.
9 Q. Are you familiar with the concept of
10 internal rate of return?
11 A. Yes.
12 Q. What does it mean? How do you understand
13 that phrase?
14 A. What it means is what rate of return we're
15 making on our capital.
16 Q. It's a means of calculating a yield on an
17 investment, correct?
18 A. No; it's -- I'm only interested in the
19 bottom line of our company. I'm not interested in
20 an individual deal; I don't look at an individual
21 deal. I already acknowledged that to you.
22 Q. You calculate an internal rate of return --
23 oh; do you calculate an internal rate of return on
24 CSI's portfolio?

Page 104

1 A. Well, it comes out in the annual financial
2 statements. I see how much additional capital we --
3 I can see the asset base is X, and our capital base
4 has increased; you can figure out what your rate of
5 return is.
6 Q. Are you familiar with what CSI's rate of
7 return on its investments has been over the past
8 five or ten years?
9     MR. KALER: Objection.
10 A. Yes.
11 Q. And has CSI's rate of return on its
12 investments been fairly consistent over the past
13 five to ten years?
14     MR. KALER: Objection.
15 A. Yes.
16 Q. Approximately what has CSI's rate of return
17 on its investments been?
18     MR. KALER: Objection.
19 A. In the neighborhood of 12 to 15 percent
20 return on equity.
21 Q. And do you know whether that return on
22 equity is fairly consistent within the equipment
23 leasing industry?
24     MR. KALER: Objection to form, but you

Page 105

1 can respond.
2 A. Since I only had it to compare to Comdisco,
3 because they were public, I can't relate to the
4 others. Comdisco made a lot greater return than we
5 did, a lot greater return than we did. It's a
6 public company. Not even a comparison.
7 Q. You're aware that the Equipment Leasing
8 Association conducts an annual survey of its
9 members, are you not?
10     MR. KALER: Objection.
11 A. I'm not aware.
12 Q. Do you know whether CSI has participated in
13 any annual survey conducted by the Equipment Leasing
14 Association?
15 A. I don't think we ever have. Maybe one of
16 our people have, depending on a special area, but
17 I'm not aware of it.
18 Q. I'm going to give you four categories of
19 leasing companies based on the size, and if you
20 could tell me which of these you think CSI fits
21 into: micro ticket, small ticket, middle market, or
22 major market.
23     MR. KALER: Objection to the form of the
24 question.

Kenneth B. Steinback
Volume 1 - November 3, 2006

Page 118

1  Guilander Exhibit 3. Do you see the reference to
2  the Equipment Leasing Association code of ethics?
3      A. Yes.
4      Q. Is the reference to the code of ethics that
5  is referred to in Guilander Exhibit 3 a reference to
6  the ELA code of fair business practices marked as
7  Stenberg 43?
8          MR. KALER: Objection.
9      A. Well, I don't know, and I'd have to refer
10 to our HR department. They drafted this document.
11     Q. Have you ever had occasion to read the ELA
12 code of fair business practices before today?
13         MR. KALER: Objection.
14     A. I told you, I already answered that
15 question.
16     Q. Well, would you answer it again, please,
17 sir? Have you read it?
18     A. I have never read it.
19         MR. KALER: Objection.
20     Q. You have never read it.
21         Does CSI provide any training to its
22 employees in the ELA code of fair business
23 practices?
24         MR. KALER: Objection.

Page 119

1      A. I don't think so. However, we do discuss,
2  in that two-day discussion that when they come to
3  town, all the new salesmen, what we expect of them
4  from an ethics standpoint.
5      Q. And what do you tell those salesmen during
6  that session?
7      A. Without even reading this, I can tell you
8  we tell them more than what's in here.
9      Q. Well, what do you tell them?
10         MR. KALER: More than what's in Stenberg
11 Exhibit 43?
12         THE WITNESS: Yes.
13     Q. What do you tell them?
14     A. Tell them to be honest; tell them to be
15 truthful with the customer. "We want you to
16 represent us properly."
17         We could go on and on. Those are the
18 types of things we tell them. I can give you plenty
19 of examples.
20     Q. Direct your attention to the second page of
21 Stenberg Exhibit 43. Would you read Paragraph 1
22 aloud, please?
23     A. "A member" --
24         MR. KALER: Objection.

Page 120

1      A. "A member shall conduct himself with
2  honesty, integrity, forthrighteousness and dignity
3  and shall encourage such conduct by others in the
4  industry."
5      Q. Does CSI expect its account executives to
6  conduct themselves with honesty, integrity,
7  forthrightness and dignity?
8          MR. KALER: Objection.
9      A. Yes.
10     Q. I'm sorry, sir?
11         MR. KALER: Objection.
12     A. Yes.
13     Q. The second paragraph?
14     A. "A member shall encourage practices and
15 shall conduct activities in a manner which reflects
16 credit on the member and the industry."
17     Q. Does CSI expect its account executives to
18 conduct themselves in a manner that reflects credit
19 on CSI?
20         MR. KALER: Objection.
21     A. Yes.
22     Q. Would you read Paragraph 7 aloud?
23     A. "A member shall disclose all relevant
24 information as to the terms and conditions of a

Page 121

1  transaction or service which may affect the client's
2  decision."
3      Q. Does CSI expect its account executives to
4  disclose all relevant information as to the terms
5  and conditions of a transaction or service that may
6  affect a customer's decision?
7          MR. KALER: Objection to form.
8      A. Yes.
9      Q. What are -- you've been in the equipment
10 leasing business for over 30 years, right?
11     A. Yes, sir.
12     Q. And you worked as a salesperson for many
13 years, right?
14     A. Yes.
15     Q. And you've worked with many customers?
16     A. Yes.
17     Q. What are the types of information that you
18 believe are relevant to a customer's decision to
19 enter into a transaction, or that may affect a
20 customer's decision?
21         MR. KALER: Objection.
22     A. Well, there's a number of things, and it
23 depends on the transaction, first of all.
24         If you're doing a -- what we call an

# EXHIBIT 2



**Welcome to Computer Sales International, Inc.**

CSI is one of the largest independent IT leasing specialists in the world. With over 30 sales offices in the US, Canada, Mexico, Brazil, Costa Rica, Germany, and the United Kingdom, CSI is uniquely equipped to serve your needs quickly, accurately, and with the individual attention you demand. Whether you are looking to implement customized leasing arrangements or purchase quality used IT equipment, let CSI show you how we have built a network of satisfied customers spanning four continents.

- Click Here to Access CSI
- Click Here to Access Evergreen
- Click Here to Visit Executive
- Click Here to Visit McKenzie Hughes

EXHIBIT
GILLULA
4
JTY 1-25-07

We know you have choices when acquiring IT equipment. At CSI, we are committed to helping companies build their IT infrastructures without busting their budgets. Our customers trust CSI to manage the leasing process efficiently and ethically, while catering to their own unique needs.

Our customers enjoy the following advantages by choosing CSI as their leasing partner:

- Our Company
- Leasing
- Global Options
- Used Equipment
- Contact CSI

**CUSTOMIZED SOLUTIONS**
Your company is unique. Instead of a one-size-fits-all approach, CSI takes time up front to understand your needs, and then tailors our solutions to accommodate your exact needs. While our standard form lease contracts are structured to suit most needs, we are ready and willing to negotiate special terms to take care of special situations.

**FINANCIAL FLEXIBILITY**
Why tie up capital that can be invested in other parts of your business? Leasing is the best tool available to help your company maximize working capital while managing your balance sheet. And with CSI, we work with you to find the optimal terms and payment schedules to fit your budget requirements.

**FREEDOM OF CHOICE**
Many hardware manufacturers encourage the use of their own finance organizations, giving customers only one option. CSI is a vendor-independent lessor, which gives you the freedom to take advantage of technology solutions across multiple hardware and software platforms, all on the same lease!

**STATE-OF-THE-ART TECHNOLOGY**
With technology changing at such a rapid rate, leasing gives your company a high degree of flexibility in managing your IT capabilities. CSI can help you stay on pace with technology improvements with a wide array of upgrade options, helping you avoid equipment obsolescence. And with CSI?s team of equipment professionals constantly tracking new products on the market, we?re always looking for ways to keep your technology current and your payments reasonable.

**WE OWN THE EQUIPMENT**
At CSI, we know it?s best for our customers if we remain the owners of leased equipment. Many leasing companies transfer their ownership interest in leased equipment to outside investors, a process known as equity financing. Because of our financial strength, CSI provides our own equity financing. This consistency of ownership allows you the highest degree of flexibility, with more options for upgrades, lease extensions and early-termination requests.

**ASSET TRACKING**
Let?s face it ? keeping track of all your IT assets requires a tremendous effort. By leasing with CSI, we free you from the administrative burden of equipment ownership. At the same

time, you can be assured that all the information you need about your equipment is always at your fingertips. Whether it?s the location of a piece of equipment or payment and tax information that you need, our innovative tool **MyCSI** gives you 24-hour, instant access to all data regarding your portfolio - right down to the serial number.

**EXCEPTIONAL CUSTOMER SERVICE**
It?s the hallmark of everything we do. We work hard to develop lasting relationships with our customers, which is reflected in our full-service approach to the entire leasing process. We at CSI are with you every step of the way, from initial discussions with our leasing executives to disposal of assets at the end of a lease. We are proud of our industry-wide reputation of flexibility, dependability, and quick response to customer requests.

CSI provides information technology leasing and asset management services to our customers. The company is dedicated to enhancing its long-term viability and increasing its shareholder and franchise value by:

- ☐ focusing on customers with whom close relationships can develop,
- ☐ enhancing the added value it brings to such relationships,
- ☐ engaging in the highest levels of business conduct with regard to ethics, service and enhancement of reputation,
- ☐ deployment of its financial resources in the most effective manner,
- ☐ diversification of its markets and investments,
- ☐ continual professional development of its personnel.

| ☒ Our Company |
| --- |
| Leasing |
| ☒ Global Options |
| ☒ Used Equipment |
| ☒ Contact CSI |
| ☒ |

CSI's corporate philosophy is "productivity through people." Our company enlists the ideas and commitment of employees at every level in support of CSI's overall mission and financial objectives. CSI has established a reputation second-to-none for quality, dependability, excellent service, and quick response to customer requests. Maintaining our reputation is extremely important to CSI. CSI's plan is to continue to grow and expand, but not at the expense of our excellent service to our valued customers.

- Our Company
- Leasing
- Global Options
- Used Equipment
- Contact CSI