UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |  |
|---|---|---|
| COMPUTER SALES INTERNATIONAL INC., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| LYCOS, INC., | ) | C.A. No. 05-10017- RWZ |
| Defendant, | ) ) | |
| BANK OF AMERICA f/k/a FLEET BANK, | ) ) | |
| Trustee Process Defendant. | ) ) | |

**MOTION TO SHORTEN TIME FOR RESPONSE TO
COMPUTER SALES INTERNATIONAL, INC.'S
EXPEDITED MOTION AND MEMO IN SUPPORT SEEKING
TO ENLARGE TIME TO RESPOND TO LYCOS, INC.'S MULTIPLE MOTIONS**

Plaintiff Computer Sales International, Inc., a/k/a CSI Leasing, Inc. ("CSI"), respectfully moves this Court to shorten to three (3) business days the time for Lycos to respond to the 3-page motion filed by CSI earlier today entitled "Computer Sales International's Expedited Motion and Memo in Support Seeking to Enlarge time to Respond to Lycos, Inc.'s Multiple Motions" (the "CSI Motion to Extend Time.").

The grounds for this motion are that there will be insufficient time under the current deadlines for a meaningful decision on the CSI Motion to Extend Time unless Lycos responds to it this week. As the Motion to Extend Time is very brief, Lycos will not be unduly prejudiced by having to respond to it this week, and under the circumstances, CSI should be allowed to know in advance whether it will be granted the additional time it seeks to respond to Lycos' voluminous September 4, 2007 summary judgment and attachment dissolution filings.

ME1 6724999v.1

WHEREFORE Computer Sales International, Inc. a/k/a CSI Leasing, Inc. respectfully requests that this motion be allowed.

>Respectfully submitted,
>
>COMPUTER SALES INTERNATIONAL, INC.
>By its attorneys,
>
>/s/ Robert J. Kaler
>Robert J. Kaler, Esq., BBO No. 542040
>rkaler@mccarter.com
>Edward W. Little, Esq., BBO No. 628985
>elittle@mccarter.com
>McCARTER & ENGLISH LLP
>265 Franklin Street
>Boston, MA  02110
>Tel. (617) 449-6500

Dated:  September 17, 2007


LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Robert J. Kaler, counsel for CSI, hereby certify pursuant to Local Rule 7.1(A)(2) that we have conferred with counsel for Lycos to attempt to resolve the issues raised in this motion, but have been unable to do so.

>/s/ Robert J. Kaler
>Robert J. Kaler


CERTIFICATE OF SERVICE

I, Robert J. Kaler, hereby certify that I caused a true copy of the foregoing motion to be served on counsel for Lycos through the Court's ECF system and by mail, this 17th day of September, 2007.

>/s/ Robert J. Kaler