UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-10017-RWZ

COMPUTER SALES INTERNATIONAL, INC.,
    Plaintiff

v.

LYCOS, INC., ET AL.,
    Defendants

NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the non-party Avnet, Inc. My appearance was entered solely for the purpose of filing and arguing the Motion of Avnet, Inc., to Modify Subpoena, which has now been disposed of. Consequently, I have no further need of receiving notices of activity in this action.

Michael R. Coppock
BBO #098840
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000

762536_1