UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMPUTER SALES INTERNATIONAL, INC., ) ) Plaintiff and Defendant-in- ) Counterclaim, ) ) v. ) ) LYCOS, INC., ) ) Defendant and Plaintiff-in- ) Counterclaim, ) v. ) ) BANK OF AMERICA F/K/A FLEET BANK ) ) Trustee Process Defendant. ) ) | C.A. No. 05-10017-RWZ **NOTICE OF APPEARANCE** |

Please enter the appearance of Steven W. Kasten, of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts, who is admitted to practice before and is in good standing with the United States District Court for the District of Massachusetts, on behalf of defendant and plaintiff-in-counterclaim Lycos, Inc., in the above-referenced matter.

                                              Respectfully submitted,

                                              LYCOS, INC.

                                              By its attorneys,

Dated: October 3, 2007            /s/ Steven W. Kasten
                                              Thomas O. Bean (MA BBO# 548072)
                                              Steven W. Kasten (MA BBO# 559576)
                                              Peter M. Acton, Jr. (MA BBO# 654641)
                                              McDermott Will & Emery, LLP
                                              28 State Street
                                              Boston, Massachusetts 02109
                                              Telephone:  (617) 535-4000

## **CERTIFICATE OF SERVICE**

     I, Steven W. Kasten, hereby certify that on the date hereof this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and by first class mail, postage prepaid, on the following party:

Robert J. Kaler, Esq.
McCarter & English LLP
265 Franklin Street
Boston, MA 02110
 *(Counsel to Computer Sales International, Inc.)*

                                                /s/ Steve W. Kasten     .
                                                Steve W. Kasten

October 3, 2007