UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |  |
|---|---|---|
| COMPUTER SALES INTERNATIONAL INC., ) | |  |
| Plaintiff, ) | |  |
| v. ) | |  |
|  ) | |  |
| LYCOS, INC., ) | C.A. No. 05-10017- RWZ |  |
| Defendant, ) | |  |
|  ) | |  |
| BANK OF AMERICA f/k/a FLEET BANK, ) | |  |
|  ) | |  |
| Trustee Process Defendant. ) | |  |

**COMPUTER SALES INTERNATIONAL, INC'S *UNOPPOSED* MOTION FOR LEAVE TO IMPOUND ADDENDUM OF CONFIDENTIAL MATERIALS**

Plaintiff Computer Sales International, Inc. ("CSI") respectfully moves, without opposition, for leave to impound an addendum of confidential materials, less than approximately 60 pages in length, which is part of the basis of the summary judgment oppositions and papers it is filing on the docket herewith. The addendum contains materials which are important to CSI's oppositions to the two summary judgment motions filed by Lycos, Inc. ("Lycos") on September 4, 2007, but which were designated as "confidential" pursuant to the Court's Order Regarding the Handling of Confidential Information Produced in Discovery, dated March 16, 2006 (Docket No. 61) (the "Protective Order").

**1.** On July 16, 2007, Lycos filed its *assented to* Motion for Leave to Impound certain filings in connection with its pending summary judgment motions (Docket No. 139). That assented to Motion for Leave was allowed by the Court on July 23, 2007.

**2.** On September 4, 2007, Lycos filed its two summary judgment Motions and related papers (Docket Nos. 141-150). These included certain materials filed as impounded.

ME1 6931377v.1

**3.** On September 18, 2007, CSI moved for additional time to respond to the summary judgment filings of Lycos. The Court allowed the enlargement of time on September 24, 2007.

**4.** In connection with its Oppositions and related papers, CSI now wishes to file information critical to its Oppositions which has been designated as "confidential" pursuant to the Protective Order.

**5.** Lycos has itself already filed information under impoundment, and CSI now wishes to do the same. As with Lycos's request for such filing, no party will be prejudiced if the leave to file CSI's addendum containing confidential information is granted.

**6.** Lycos has stated that it will not opposed the present Motion for Leave.

WHEREFORE Computer Sales International, Inc. respectfully requests that this Court allow this unopposed Motion for Leave to File under impoundment an addendum containing "confidential" information.

> Respectfully submitted,
>
> COMPUTER SALES INTERNATIONAL, INC.
>
> By its attorneys,
>
> /s/ Robert J. Kaler_____
> Robert J. Kaler, BBO No. 542040
> rkaler@mccarter.com
> Edward W. Little, Jr., BBO No. 628985
> elittle@mccarter.com
> McCarter & English LLP
> 265 Franklin Street
> Boston, MA  02110
> Tel. (617) 449-6500

Dated:  November 19, 2007

-3-

## Certificate of Service

    I, Robert J. Kaler, hereby certify that I caused a true copy of the foregoing pleading to be serve on counsel for the other parties in this action electronically and by hand delivery this 19th day of November, 2007.

                                                      /s/ Robert J. Kaler\_\_\_\_\_
                                                    Robert J. Kaler

ME1 6931377v.1