UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |
|---|---|
| COMPUTER SALES INTERNATIONAL, INC., <br>            Plaintiff, <br><br> V. <br><br> LYCOS, INC., <br>            Defendant, <br> and <br><br> BANK OF AMERICA <br> f/k/a FLEET BANK, <br><br>            Trustee-Defendant. | C. A. No. 05-10017-RWZ |

## AFFIDAVIT OF EDGAR WILLIAM GILLULA

I, Edgar William Gillula, being duly sworn, do hereby depose and state that:

1. I am the President of CSI Leasing, Inc., formerly known as Computer Sales International, Inc., which is a Delaware corporation with its principal place of business at 9990 Old Olive Street Road, Suite 101, St. Louis, Missouri 63141 ("CSI"). I base this affidavit on personal knowledge unless otherwise stated.

2. On August 11, 2003, I signed Sales Agreement Number 199614 in my capacity as President of CSI. A copy of the Sales Agreement is attached as Exhibit A.

3. CSI's decision to sign the Sales Agreement in August of 2003 was predicated on Lycos acknowledging the validity of, and agreeing to make all the remaining payments due under, the existing leases it had with CSI that were referred to in the Sales Agreement (the

"Leases"). If Lycos had not done so, CSI would not have entered into the Sales Agreement with Lycos.

4. Also, if CSI had been informed at the time it signed the Sales Agreement that Lycos and its consultant Leaseforum were at that time intending, after the Sales Agreement was signed, to challenge the validity of the Leases, to try to recover some of the payments that Lycos had already made to CSI under the Leases, and/or to try to avoid, reduce or renegotiate any future payment obligation that Lycos had under the Leases, CSI would not have signed the Sales Agreement.

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 10TH DAY OF JANUARY, 2008.

_____
Edgar William Gillula

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail by hand/electronically.

Date: 1/11/08

_____