UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |
|---|---|
| CSI LEASING, INC. f/k/a COMPUTER SALES INTERNATIONAL INC., <br>     Plaintiff, <br> v. <br><br> LYCOS, INC., <br>     Defendant, <br><br> BANK OF AMERICA f/k/a FLEET BANK, <br>     Trustee Process Defendant. | C.A. No. 05-10017- RWZ <br><br> ***ORAL ARGUMENT REQUESTED*** |

**PLAINTIFF CSI LEASING, INC.'S MOTION FOR SUMMARY JUDGMENT DISMISSING DEFENDANT LYCOS, INC.'S REMAINING COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 56, plaintiff CSI Leasing, Inc. f/k/a Computer Sales International ("CSI") respectfully moves for summary judgment on all remaining counts of defendant and counterplaintiff Lycos, Inc.'s *Answer and Counterclaim* (Docket No. 122) on the grounds that **(1)** as a matter of law CSI had no duty to disclose information Lycos claims it failed to disclose; **(2)** as a matter of law Lycos could not have reasonably relied on any CSI statement; **(3)** there are no issues of material fact demonstrating that CSI's statements caused Lycos any harm; and **(4)** there are no issues of material fact demonstrating that CSI was unjustly enriched at Lycos' expense.

In further support of this motion, CSI submits herewith its *Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment Dismissing Lycos Inc.'s Remaining Counterclaims* and its accompanying *Local Rule 56.1 Concise Statement of Material Undisputed Facts* with supporting affidavit.

ME1 6975304v.1

-2-

                          Respectfully submitted,

                          COMPUTER SALES INTERNATIONAL, INC.

                          By its attorneys,

                          /s/ Robert J. Kaler
                          Robert J. Kaler, BBO No. 542040
                          rkaler@mccarter.com
                          Edward W. Little, Jr., BBO No. 628985
                          elittle@mccarter.com
                          McCarter & English LLP
                          265 Franklin Street
                          Boston, MA  02110
                          Tel. (617) 449-6500

Dated:  January 15, 2008

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Robert J. Kaler, counsel for CSI, hereby certify pursuant to Local Rule 7.1(A)(2) that we have conferred with counsel for Lycos, Inc. to attempt to resolve or narrow the issues raised in this motion but were unable to do so.

                          /s/ Robert J. Kaler
                          Robert J. Kaler

## CERTIFICATE OF SERVICE

I, Edward W. Little, Jr., hereby certify that on this 15th day of January 2008, I caused a copy of the above document to be served electronically and by first class mail, postage prepaid, on counsel for all parties.

                          /s/ Edward W. Little, Jr.
                          Edward W. Little, Jr.