UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| LYCOS, INC., ) | C.A. No. 05-10017- RWZ |
| Defendant, ) | |
| ) | |
| BANK OF AMERICA f/k/a FLEET BANK, ) | |
| ) | |
| Trustee Process Defendant. ) | |

**AFFIDAVIT OF EDWARD W. LITTLE, JR. IN SUPPORT OF SUMMARY JUDGMENT
ON BEHALF OF COMPUTER SALES INTERNATIONAL, INC.**

I, Edward W. Little, Jr., being duly sworn, do hereby depose as follows:

1.      I am an attorney with McCarter & English, LLP, the law firm that is counsel to the plaintiff/counterdefendant Computer Sales International, Inc. ("CSI") in this matter.  I make this affidavit based upon my personal knowledge unless otherwise stated.

2.      Attached hereto as Exhibit 1 are selections from the Deposition of Timothy Wright taken on January 12, 2007.

3.      Attached hereto as Exhibit 2 is an email, bate-stamped LYC 22243-22244, dated September 6, 2000 between Lycos personnel regarding Paul Stenberg.

4.      Attached hereto as Exhibit 3 is an email, bate-stamped LYC 22245-22247, dated September 6, 2000 between Lycos personnel regarding Paul Stenberg.

5.      Attached hereto as Exhibit 4 are selections of the Deposition of Brian Lucy taken on November 10, 2006.

6.      Attached hereto as Exhibit 5 are selections of the Deposition of Kevin Baillie taken on December 21, 2006.

7.    Attached hereto as Exhibit 6 are selections of the Deposition of Edward Philip taken on November 6, 2006.

8.    Attached hereto as Exhibit 7 are selections of the deposition of Thomas Guilfoile taken on December 7, 2006.

9.    Attached hereto as Exhibit 8 are selections of the deposition of Brian Lucy taken on January 10, 2007.

10.    Attached hereto as Exhibit 9 is Plaintiff's Exhibit 398.

11.    Attached hereto as Exhibit 10 is a memorandum from Leaseforum to Lycos dated December 1, 2003.

12.    Attached hereto as Exhibit 11 are excerpts from Plaintiff's Exhibit 291.

13.    Attached hereto as Exhibit 12 is Plaintiff's Exhibit 501.

14.    Attached hereto as Exhibit 13 is Plaintiff's Exhibit 127.

15.    Attached hereto as Exhibit 14 are selections from the Deposition of Sam Ziba taken on September 19, 2006.

16.    Attached hereto as Exhibit 15 is Plaintiff's Exhibit 191A. *(FILED UNDER SEAL)*

17.    Attached hereto as Exhibit 16 is Plaintiff's Exhibit 19, an email from Sam Ziba to Julie Callagee attaching a Lycos spreadsheet entitled "Lease Agreements - 2001.xls" regarding equipment values as of June, 2001.

18.    Attached hereto as Exhibit 17 are portions of a spreadsheet created by Monique Walsh of Lycos on October 22, 2002.

19.    Attached hereto as Exhibit 18 is a spreadsheet created by Monique Walsh of Lycos on July 14, 2003.

2

20.     Attached hereto as Exhibit 19 is Plaintiff's Exhibit 32, an email from Julie

Callagee forwarding the spreadsheet received from Sam Ziba.

21.     Attached hereto as Exhibit 20 is a spreadsheet entitled "Lease Agreements -

2001.xls with metadata showing its creation on May 20, 1996 by Thomas Guilfoile.


SIGNED BY ME UNDER THE PAINS AND PENALTIES OF PERJURY THIS 15TH
DAY OF JANUARY, 2008.

_____
Edward W. Little, Jr.


CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy
of the above document was served upon the
attorney of record for each party by mail/
by hand/electronically.

Date: January 15, 2008

MEI 7057121v.1

3

# EXHIBIT 1

# O'BRIEN & LEVINE

Court Reporting Services



**YOUR BOSTON CONNECTION...WORLDWIDE**

# Computer Sales International, Inc. v. Lycos, Inc.

Transcript of the Testimony of:

# Timothy Wright

# January 12, 2007

www.court-reporting.com
mail@court-reporting.com

**195 State Street
Boston, MA 02109
(617) 399-0130  888.825.DEPO(3376)**

ORIGINAL

Nicole E. Guilbert   22498

Timothy Wright 1-12-2007
Computer Sales International, Inc. v. Lycos, Inc.

1    companies at the end of the lease terms were sort of the

2    least of your concerns?

3    　　A.　It was a low -- it wasn't a high priority.

4    　　Q.　It was not a high priority?

5    　　A.　It was not.

6    　　Q.　This page of the report in the last bullet point

7    that you see on the page says, "Lycos is not realizing

8    the maximum financial benefit from its operating

9    leases."  And there is some further discussion of that

10   later in the report.  Do you recall generally that there

11   was some indication from Avnet in the report that they

12   delivered to Lycos in 2000 that they thought Lycos was

13   not managing its equipment leases in the most economical

14   way possible?

15   　　　　　　MR. ACTON:  Objection.

16   　　Q.　(By Mr. Kaler)  You can answer.

17   　　A.　I'd say that was a statement of the glaringly

18   obvious.

19   　　Q.　In other words, it is true that Lycos was not

20   managing its leases with vendors like CSI in the most

21   economical way possible?

22   　　A.　Correct.

23   　　　　　　MR. ACTON:  Objection.

24   　　Q.　(By Mr. Kaler)  And what did you observe were the

Timothy Wright 1-12-2007
Computer Sales International, Inc. v. Lycos, Inc.

51

1    reasons for that that Lycos was --

2    A.    A lot of the equipment when it came, you know,

3    the end of the lease period or beforehand was of no

4    value to Lycos.  I mean, it was -- it was worthless.

5    When we swapped out -- we rebuilt the Lycos search

6    engine and the Lycos home page and the Lycos properties,

7    we moved away from the digital platform to a Windows NT

8    platform.  We moved to a more updated network

9    architecture.

10   When we completed that migration from one

11   platform to another in order to handle the growth of the

12   product, to be more efficient in our dollars spending on

13   assets as we grew those networker properties, when that

14   migration happened from one platform to another, the old

15   digital equipment was no longer of any use to me and its

16   value in the marketplace was very low.  So our moving

17   equipment to one platform to another did not correspond

18   to anybody's lease schedule.  We moved it because that

19   was the right thing for the business at the time in

20   order to handle the growth of the network, the

21   performance issues, and the increasing complexity of the

22   products in the network.

23   And so as a -- in my role at the organization, my

24   job was to provide the most effective and high

Timothy Wright 1-12-2007
Computer Sales International, Inc. v. Lycos, Inc.

52

1    performance platform for us to run our products on to be

2    competitive in the marketplace.

3        Q.    And as a result of that problem, was it the case

4    that Lycos was frequently paying -- making lease

5    payments to leasing companies for equipment that it

6    wasn't, at that particular time, use -- necessarily

7    using?

8                    MR. ACTON:  Objection.

9                    THE WITNESS:  I don't specifically

10                recall incidents of where that was the

11                case, but I'm sure it was.

12        Q.    (By Mr. Kaler)  In the report, if you go forward

13    to page 27, which is LYC 14575, do you see where under

14    Financial Needs summary, the Avnet folks reported that,

15    quote, To determine Lycos' financial needs, assessment

16    interviews were conducted with Tim Wright, Sam Ziba,

17    Frank Treu, and Ron Rainville.  Results of these

18    interviews were reviewed by AES consultants and combined

19    with an analysis of the available lease documentation to

20    produce the financial roadmap recommendations.  Do you

21    see that?

22        A.    I do.

23        Q.    And then if you keep your finger on that page and

24    you look back to page 14, you see there's a table for

Timothy Wright 1-12-2007
Computer Sales International, Inc. v. Lycos, Inc.

65

1      with --

2          A.   No.  It probably wasn't -- that was probably not

3      the right word, not conflicted, but there were

4      objectives in here that made that one probably harder,

5      which was I wanted this stuff in the network quickly and

6      I didn't want some drawn out, protracted process --

7          Q.   Of inputting data you mean --

8          A.   -- of acquiring -- you know, it had to move

9      quicker.

10         Q.   Of course, you were aware that almost all of the

11     equipment that you were using for your operations, apart

12     from equipment that had been acquired from other

13     companies, was being leased by Lycos?

14         A.   Yes.

15         Q.   Okay.  And you did understand generally that

16     equipment that was leased in each case would have to be

17     returned to the lessor at some point in time?

18         A.   Mm-hmm.

19              MR. ACTON:  Objection.

20              THE WITNESS:  I did but the other

21              thing to bear in mind here was this was an

22              internet company where I was focussed on,

23              you know, three- to six-month rolling

24              windows.

Timothy Wright 1-12-2007
Computer Sales International, Inc. v. Lycos, Inc.

66

1    Q.    (By Mr. Kaler)  Understood.  Understood.

2    A.    And so something which, you know, hey, you're

3    going to have to worry about this four years from now,

4    okay, right, you know --

5    Q.    Not really something that was --

6    A.    That was not a burning issue for me.

7    Q.    Let's just jump ahead to one other section of

8    this report, if we go to page 31.  At the top of the

9    page, there's a heading Maintenance Schedule Only, and

10   it says, "Lycos' current IT acquisition strategy focuses

11   on 36-month operating leases"?

12   A.    Okay.

13   Q.    And is that a correct statement at the time in or

14   about 2000 that you were --

15   A.    I have no idea.

16   Q.    But you -- you did have an understanding

17   generally the difference between operating leases and

18   capital leases?

19   A.    I --

20            MR. ACTON:  Objection.

21            THE WITNESS:  -- didn't pay any

22         attention to it.

23   Q.    (By Mr. Kaler)  Those accounting concepts were

24   not really at the forefront of your concern?

# EXHIBIT 2

| From: | Michael Ripps <mripps@lycos-asia.com> |
|-------|---------------------------------------|
| Sent: | Wednesday, September 6, 2000 9:30 AM |
| To: | Peter Karol/O=Lycos@Lycos |
| Subject: | FW: |
| Attach: | att1.eml |

EXHIBIT NO. 356
11/14/06  CF

this guy is unbelievable!

-----Original Message-----
From: Paul Stenberg
To: mripps@lycos-inc.com
Sent: 9/6/00 9:12 PM
Subject: RE:

Got yopur phone message this morning.  I talked to him yesterday and said it
would be there today.  It was two weeks ago that you sent the email and I
was on vaca.  Sorry for any inconvience

-----Original Message-----
From: mripps@lycos-inc.com [mailto:mripps@lycos-inc.com]
Sent: Tuesday, August 15, 2000 10:17 AM
To: phs@mktg.csileasing.com
Cc: pkarol@lycos-inc.com; mripps@lycosasia.com
Subject:

Hello Paul,

I hope all is well with you and you've had a good summer - I'm sorry I missed
you on my last couple of weeks in Boston.   Before I left, we had a dinner
at
Morton's which you graciously offered to cover (even though you unfortunately
couldn't make it);  Pete Karol in our legal group picked up the tab, and I
believe that I forwarded you the receipt a while ago for reimbursement.  Do
you
mind following up to see if you received the bill, and if you didn't

LYC 22243

please let
me know (via e-mail)?  And if you did receive it, could you forward Pete the
money?  Pete has gambling debts to cover and would really appreciate the funds
(joking), but seriously Pete did everyone a favor by picking up the
check.

Thanks in advance and drop me a note to let me know how everything is going;
I
can still be reached at my old e-mail address.

Michael
- att1.eml

LYC 22244

# EXHIBIT 3

EXHIBIT
340

| From: | Michael Ripps <mripps@lycos-asia.com> |
|---|---|
| Sent: | Wednesday, September 6, 2000 9:48 AM |
| To: | Peter Karol/O=Lycos@Lycos |
| Subject: | RE: FW: |
| Attach: | att1.eml |

fucking goy! tell him we'll pay CS1 "shortly".

-----Original Message-----
From: pkarol@lycos-inc.com
To: Michael Ripps
Sent: 9/6/00 9:26 PM
Subject: Re: FW:

The Guy is a worthless liar! See below, he already responded to your prior email
AUgust 16! He's now acting like he just got it. He called me yesterday and
introduced himself as a representative from my credit card company wanting to
know why I didn't pay my bill yet. What an asshole.

Brian agreed last week to run this through Lycos, so I'll get reimbursed for the
meal next paycheck (next Friday). THe irony is that if his check really does get
here today, I have to sign it over to Brian and lose another week's float.

I hate Stenburg - he should offer me something for the inconvenience.

ANyway, in the big picture, not a big deal. Thanks for following up.

Hope all's well over there, and you and Dan are enjoying yourselves this week.

Michael Ripps <mripps@lycosasia.com> on 08/15/2000 08:28:48 PM

LYC 22245

To:    Peter Karol/Lycos@Lycos

cc:

Subject: FW:

Unfortunately, he needs to be pushed; his number is 617-928-3535 if you want
to harass him.
-----Original Message-----
From: Paul Stenberg [mailto:PHS@mktg.csileasing.com]
Sent: Wednesday, August 16, 2000 1:54 AM
To: mripps@lycos-inc.com
Subject: RE:

Hey , great hearing from you.  Please, please, keep in touch.  Hope the
family is adjusting fine.

I will call him shortly.

-----Original Message-----
From: mripps@lycos-inc.com [mailto:mripps@lycos-inc.com]
Sent: Tuesday, August 15, 2000 10:17 AM
To: phs@mktg.csileasing.com
Cc: pkarol@lycos-inc.com; mripps@lycosasia.com

LYC 22246

Subject:

Hello Paul,

I hope all is well with you and you've had a good summer - I'm sorry I missed
you on my last couple of weeks in Boston.  Before I left, we had a dinner
at
Morton's which you graciously offered to cover (even though you unfortunately
couldn't make it);  Pete Karol in our legal group picked up the tab, and I
believe that I forwarded you the receipt a while ago for reimbursement. Do
you
mind following up to see if you received the bill, and if you didn't please
let
me know (via e-mail)?  And if you did receive it, could you forward Pete the
money?  Pete has gambling debts to cover and would really appreciate the funds
(joking), but seriously Pete did everyone a favor by picking up the check.

Thanks in advance and drop me a note to let me know how everything is going;
I
can still be reached at my old e-mail address.

Michael

<<att1.eml>> - att1.eml

LYC 22247

# EXHIBIT 4

# O'BRIEN&LEVINE

## Court Reporting Services



**YOUR BOSTON CONNECTION...WORLDWIDE**

## Computer Sales International, Inc. v. Lycos, Inc., et al.

Transcript of the Testimony of:

# Brian David Lucy

# November 10, 2006

www.court-reporting.com
mail@court-reporting.com

**195 State Street
Boston, MA 02109
(617) 399-0130  888.825.DEPO(3376)**

ORIGINAL

James A. Scally   21702

Brian David Lucy  11-10-2006
Computer Sales International, Inc. v. Lycos, Inc., et al.

14

1    it's been, you know, five years or three years.

2        Q.    Okay.  Did you have the capability to search your

3    computer for any documents that you might have deleted but

4    that might still be retrievable on your hard drive?

5        A.    No.

6        Q.    Okay.  Did you search any other locations other

7    than your home for records?

8        A.    No.

9        Q.    Okay.  And are you satisfied that all documents

10   and electronic records that you have in your possession

11   have been produced to us in response to the subpoena?

12       A.    Yes.

13       Q.    Would you briefly describe your educational

14   background by years beginning with your graduation from

15   high school.

16       A.    In 1984 I attended Villanova University,

17   graduating in 1988.

18       Q.    What degree?

19       A.    Bachelor of arts in political science.

20       Q.    That was your major?

21       A.    That's right.

22       Q.    And then what did you do?

23       A.    Then I graduated from Salem State in '91 with a

24   bachelor of science in accounting.

Brian David Lucy  11-10-2006
Computer Sales International, Inc. v. Lycos, Inc., et al.

15

```
 1       Q.   A second bachelor's degree?

 2       A.   That's right.

 3       Q.   And were you at Salem, then, from 1988 to 1991?

 4       A.   Not -- not full-time.

 5       Q.   What were you doing part-time?

 6       A.   Waiting tables, moving furniture.

 7       Q.   Where were you born originally?

 8       A.   In the Boston area.

 9       Q.   Where?  South shore, west?

10       A.   I think north shore.

11       Q.   North shore.  And --

12       A.   I don't recall that far back.

13       Q.   Okay.  What did you do when you got your -- got

14   out of Salem State?

15       A.   I went to work for KPMG.

16       Q.   Were you a certified public accountant at that

17   time?

18       A.   No.

19       Q.   When did you become a certified public accountant?

20       A.   I'm not sure of the exact date, but approximately

21   1995.

22       Q.   And were you at KPMG at that time?

23       A.   Yes.

24       Q.   So you started at KPMG as what, staff?
```

Brian David Lucy  11-10-2006
Computer Sales International, Inc. v. Lycos, Inc., et al.

16

| 1 | A. | Staff accountant, that's right. |
| 2 | Q. | Okay.  Were you on the audit side or the tax side? |
| 3 | A. | Audit. |
| 4 | Q. | And how long did you remain a staff accountant? |
| 5 | A. | I don't recall. |
| 6 | Q. | What was your next position? |
| 7 | A. | I think senior accountant or senior auditor.  I'm |
| 8 | | not sure. |
| 9 | Q. | And what was your next position after that? |
| 10 | A. | It was supervising senior. |
| 11 | Q. | And your next position after that? |
| 12 | A. | That was it. |
| 13 | Q. | And when in 1995 did you leave KPMG? |
| 14 | A. | I didn't. |
| 15 | Q. | What happened in 1995? |
| 16 | | MR. DAVIDSON:  Objection. |
| 17 | | MR. BEAN:  Objection. |
| 18 | Q. | Did you stay with KPMG? |
| 19 | A. | Yes. |
| 20 | Q. | Until when? |
| 21 | A. | '96. |
| 22 | Q. | Okay.  And when in 1996 did you leave? |
| 23 | A. | June. |
| 24 | Q. | And why did you leave? |

# EXHIBIT 5

# O'BRIEN&LEVINE

### Court Reporting Services



**YOUR BOSTON CONNECTION...WORLDWIDE**

# Computer Sales International, Inc. v. Lycos, Inc.

### Transcript of the Testimony of:

# Kevin Cameron Baillie

# December 21, 2006

www.court-reporting.com
mail@court-reporting.com

**195 State Street**
**Boston, MA 02109**
**(617) 399-0130  888.825.DEPO(3376)**

ORIGINAL

James A. Scally   21972

Kevin Cameron Baillie 12-29-2006
Computer Sales International, Inc. v. Lycos, Inc.

93

1              MR. BEAN:  Objection.

2       A.   I knew that as a result of extending the lease

3  period by a certain amount of number of years, that Lycos

4  would pay CSI more money under the leases.

5       Q.   Okay.  And you knew it would pay quite a bit more

6  money, correct?

7              MR. BEAN:  Objection.

8       A.   I did not know how much more money it would pay.

9       Q.   Well, you knew that it was not an insubstantial

10  amount, right?

11              MR. BEAN:  Objection.

12       A.   I didn't know what the amount was.  I was

13  attempting to find that out.

14       Q.   In fact, sir, Lycos had in its possession

15  equipment schedules 93 and 94 at the time that you were

16  trying to find that out, correct?

17              MR. BEAN:  Objection.

18       A.   Yes.

19       Q.   And -- and therefore Lycos was in a position

20  itself to calculate the total amount of additional money

21  that it was going to have to pay CSI under those schedules

22  93 and 94 in the fall of 2001, wasn't it?

23       A.   Lycos was attempting to calculate that in these

24  schedules that we're looking at now.

# EXHIBIT 6

# O'BRIEN&LEVINE

### Court Reporting Services



**YOUR BOSTON CONNECTION...WORLDWIDE**

## Computer Sales International, Inc. v. Lycos, Inc.

Transcript of the Testimony of:

# Edward Michael Philip

# November 6, 2006

www.court-reporting.com
mail@court-reporting.com

**195 State Street**
**Boston, MA 02109**
**(617) 399-0130  888.825.DEPO(3376)**

ORIGINAL

James A. Scally   21280

Edward Michael Philip 11-6-2006
Computer Sales International, Inc. v. Lycos, Inc.

11

```
1       Q.    Where?

2       A.    New Hampshire.

3       Q.    What's the address?

4       A.    34 Rupert Road.

5       Q.    Have you ever been convicted of a crime?

6       A.    No.

7       Q.    Can you just briefly describe your educational

8   background by years beginning with your graduation from

9   high school?

10      A.    I graduated from Christian Brothers High School in

11  1983, graduated from Vanderbilt University in 1987, and I

12  graduated from Harvard Business School in 1991.

13      Q.    And can you briefly describe your employment

14  history from that time to the present?

15      A.    I worked for Salomon Brothers from 1987 to 1989; I

16  worked for Morgan Stanley in the summer of '90; I worked

17  for the Walt Disney Company from 1991 to 1995; I worked for

18  Lycos from 1995 through, I'm not exactly sure what my

19  resignation date was, but around 2003; I worked for

20  Decision Matrix Group from 2004 to 2005; and from 2006 to

21  the present, I work at Highland Capital Partners.

22      Q.    Other than meeting with counsel, have you done

23  anything to prepare for the deposition?

24      A.    I looked at some documents.
```

Edward Michael Philip 11-6-2006
Computer Sales International, Inc. v. Lycos, Inc.

17

1    bachelor of science degree in economics and mathematics

2    that you had previously received from Vanderbilt; is that

3    right?

4        A.    Correct.

5        Q.    Did you ever hold any professional licenses at any

6    time?  CPA or certifications?

7        A.    I believe I held a real estate license at one

8    point.

9        Q.    How long did you hold a real estate license?

10       A.    I don't know.

11       Q.    Was it in Massachusetts?

12       A.    No, it was not.

13       Q.    Where was it?  California?

14       A.    New York.

15       Q.    New York.

16       A.    Yes.

17       Q.    When you were working at the investment banking

18    firms, did you obtain any securities licenses?

19       A.    Not that I recall.

20       Q.    Any certifications as an investment advisor, or

21    any sort of certifications at all that you are aware of?

22       A.    I don't believe so.

23       Q.    Okay.  What did you do when you were at the

24    investment banking firms?

Edward Michael Philip 11-6-2006
Computer Sales International, Inc. v. Lycos, Inc.

81

1    Q.   I didn't ask you that.  You don't recall who told

2    you that Paul Stenberg interacted with them?

3    A.   That's correct.

4    Q.   What else do you remember about the individuals

5    who relied on one or more of CSI's half-truths?  This

6    statement.

7    A.   Can you be more specific with your question,

8    please?

9    Q.   Sure.  How did you rely on any one or more of

10   CSI's alleged half -- half-truths?

11   A.   If half-truths were given to my team and that was

12   the information that they based their decisions on, then I

13   relied on that.

14   Q.   What team?

15   A.   The people you're reading in the document.

16   Q.   I didn't read anybody else.  I just read you.

17   A.   Mr. Guilefoile, Mr. Ziba, and Mr. Ripps, and Mr.

18   Lucy.

19   Q.   All right.  So you do remember that they were the

20   people who were dealing with Mr. Stenberg?

21   A.   No.  I'm saying that's what this document says.

22   Q.   Do you remember who at Lycos was dealing with CSI

23   other than you and Mr. Guilefoile?

24   A.   I don't remember dealing with CSI.  I -- I think I

Case 1:05-cv-10017-RWZ    Document 182-2    Filed 01/15/2008    Page 28 of 44

Edward Michael Philip 11-6-2006
Computer Sales International, Inc. v. Lycos, Inc.

82

1      said that earlier.

2          Q.    You signed -- you signed the contracts --

3          A.    Yes.

4          Q.    You edited portions of the contracts.  Correct?

5          A.    I initialed it.

6          Q.    You signed correspondence with CSI verifying Mr.

7      Guilefoile's authority to sign contracts with CSI, correct?

8          A.    Correct.

9          Q.    And Mr. Guilefoile signed correspondence to CSI

10     verifying your authority to sign contracts with CSI,

11     correct?

12         A.    Correct.

13         Q.    And you did sign contracts with CSI, correct?

14         A.    Correct.

15         Q.    Multiple times, correct?

16         A.    Correct.

17         Q.    Okay.  You were in fact dealing with CSI, weren't

18     you?

19                    MR. BODNER:  Objection.

20                    MR. BEAN:   Objection.

21         Q.    You can answer.

22         A.    I was signing documents provided by CSI, yes.

23         Q.    You were signing contracts between Lycos and CSI,

24     correct?

Edward Michael Philip 11-6-2006
Computer Sales International, Inc. v. Lycos, Inc.

83

1      A.    Correct.

2      Q.    And you were editing some of those contracts

3  before you signed them, correct?

4      A.    I initialed edits that were made.

5      Q.    Okay.  And then you signed the contracts?

6      A.    Correct.

7      Q.    Okay.  And you don't consider that dealing with

8  CSI?

9      A.    I don't consider it interacting with CSI, no.

10     Q.    Did you ever have any conversations with Paul

11  Stenberg?

12     A.    I don't recall having conversations with Paul

13  Stenberg, no.

14     Q.    Okay.  So you have no memory whatsoever of

15  anything that Paul Stenberg ever said to anyone, correct?

16              MR. BEAN:  Objection.

17     Q.    You can answer.

18     A.    Correct.

19     Q.    Did anyone in Lycos ever tell you anything that

20  Paul Stenberg had ever said to them?

21     A.    Not that I recall.

22     Q.    Okay.  So you do not have any memory of anyone

23  ever telling you anything that Lycos had -- that Mr.

24  Stenberg had said to them?

Edward Michael Philip 11-6-2006
Computer Sales International, Inc. v. Lycos, Inc.

240

```
 1        A.   I believe it's a K.  I don't know for sure.

 2        Q.   Okay.

 3        A.   There are one or two others that are escaping me.

 4        Q.   Okay.  There were about half a dozen lawyers?

 5        A.   In that neighborhood.

 6        Q.   Okay.  And this is in summer and fall of 2000?

 7        A.   I believe so.

 8        Q.   Okay.  And so during most of the -- well, during

 9   nearly all of the period that you were signing equipment

10   schedules with CSI on behalf of Lycos, you did have access

11   to an in-house legal staff at Lycos consisting of

12   several -- several attorneys, right?

13        A.   Not in the beginning.

14        Q.   Not in the beginning.  In the beginning you

15   started '97 with just Mr. Snider.  But, for example, by

16   August 1 of 2000, when you signed Exhibits 285-A and 286-A,

17   and the -- the extensions of the leases, you had access to

18   a legal staff of about four or five lawyers, right?

19                  MR. BEAN:  Objection.

20        A.   That's correct.

21        Q.   In-house?

22        A.   That's correct.

23        Q.   Okay.  And it was the company's practice to have

24   the law department review lease schedules, contracts like
```

Edward Michael Philip 11-6-2006
Computer Sales International, Inc. v. Lycos, Inc.

241

```
 1    that?
 2                 MR. BEAN:  Objection.
 3         Q.   The ones with CSI, correct?
 4                 MR. BEAN:  Objection.
 5         Q.   You can answer.
 6         A.   I don't know if the ones with CSI, but contracts
 7    in general, yes.
 8         Q.   Okay.  And obviously these -- the deals with CSI
 9    were contracts, right?
10         A.   Correct.
11         Q.   Did there come a time when you folks ceased using
12    Hutchins & Wheeler as outside law firm and started using
13    someone else, prior to the acquisition by Terra?
14         A.   We used multiple law firms for multiple things.
15         Q.   Okay.  Other than using Cravath on the securities
16    fraud cases and Hutchins & Wheeler, what other law firms
17    did you use?
18         A.   We used Ropes & Gray, we used --
19         Q.   Do you mean Lycos used Ropes & Gray?
20         A.   Yes.
21         Q.   Lycos the company used the law firm that's
22    representing you personally in the deposition?
23         A.   That's correct.
24         Q.   Okay.  Does Lycos still use Ropes & Gray?
```

Edward Michael Philip 11-6-2006
Computer Sales International, Inc. v. Lycos, Inc.

242

```
 1        A.   I don't know.

 2        Q.   Okay.

 3        A.   We used Hale and Dorr.  We used most of the firms

 4    around town.

 5        Q.   In Boston?

 6        A.   Yes.

 7        Q.   The major corporate firms?

 8        A.   That's correct.

 9        Q.   And certainly during the period that you were

10    signing the equipment schedules with CSI, you had access to

11    outside legal counsel if you wanted to -- to use it, right?

12        A.   That's correct.

13        Q.   Including some of the largest law firms in Boston,

14    correct?

15        A.   That is correct.

16        Q.   I think you said that Mr. Guilefoile was a CPA who

17    had come to Lycos from a public accounting firm, KPMG did

18    you say?

19        A.   Ernst & Young.

20        Q.   Ernst & Young, excuse me.  And were there any

21    other CPA's on his staff at Lycos?

22        A.   I believe Mr. Lucy is a CPA.

23        Q.   Anyone else?

24        A.   I'm not sure.
```

# EXHIBIT 7

# O'BRIEN&LEVINE

Court Reporting Services



**YOUR BOSTON CONNECTION...WORLDWIDE**

## Computer Sales International, Inc. v. Lycos, Inc.

Transcript of the Testimony of:

# Thomas Edward Guilfoile

# December 7, 2006

www.court-reporting.com
mail@court-reporting.com

195 State Street
Boston, MA 02109
(617) 399-0130  888.825.DEPO(3376)

ORIGINAL

James A. Scally  21971

Thomas Edward Guilfoile 12-7-2006
Computer Sales International, Inc. v. Lycos, Inc.

9

| 1 | A. | 02332. |
|---|----|--------|

1    A.    02332.

2    Q.    Do you have any other residences?

3    A.    I do not.

4    Q.    Do you have any present plans to move from

5    Massachusetts?

6    A.    I do not.

7    Q.    Are you married?

8    A.    Yes.

9    Q.    Any children?

10    A.    Yes.

11    Q.    How many?

12    A.    Five.

13    Q.    The -- could you tell us, what is your occupation?

14    A.    I am a general partner at Highland Consumer Fund.

15    Q.    Can you briefly give us your educational

16    background?  Where did you go to college?

17    A.    University of Notre Dame.

18    Q.    And your degree is in business?

19    A.    Yes.

20    Q.    And you're also a certified public accountant; is

21    that right?

22    A.    I am not.

23    Q.    Were you ever a certified public accountant?

24    A.    I was, yes.

Thomas Edward Guilfoile 12-7-2006
Computer Sales International, Inc. v. Lycos, Inc.

10

1       Q.    When did you first become a certified public

2   accountant?

3       A.    I believe it was 1989.

4       Q.    And you took the exam in Massachusetts?

5       A.    I did, yes.

6       Q.    And how long did you remain licensed as a

7   certified public accountant here in Massachusetts?

8       A.    I don't know precisely.

9       Q.    Approximately.

10      A.    Approximately around, until about 1996 or 1997.

11      Q.    About the time you joined Lycos?

12      A.    Yes.

13      Q.    At the time you joined Lycos in -- in or about

14  December of 1996, you were still a licensed certified

15  public accountant; is that right?

16      A.    I was.

17      Q.    And it was sometime after that that you allowed

18  your license to lapse?

19      A.    Yes.

20      Q.    Can you briefly describe your employment

21  background beginning with your graduation from high school?

22  Excuse me.  Graduation from college.

23      A.    College.  I was a -- I worked at Ernst & Young in

24  Boston until 1996, with Lycos until 2001, the Decision

Thomas Edward Guilfoile 12-7-2006
Computer Sales International, Inc. v. Lycos, Inc.

11

1    Matrix Group until 2005, and now currently Highland

2    Consumer Fund.

3        Q.    What was the Decision Matrix Group?

4        A.    It was a company that was formed to acquire

5    companies in the research and consulting industries.

6        Q.    You received a subpoena to produce documents in

7    this case?

8        A.    I did, yes.

9        Q.    And you have produced through your counsel some

10   documents?

11       A.    Yes, I have.

12       Q.    I just want to mark portions of those for the

13   record.

14                 MR. KALER:  There appear to be two

15                 volumes relating to a stock offering by

16                 Lycos at the beginning of 2000.  The first

17                 volume is Bates number GUIL 000001

18                 sequentially through 000790, and we'll mark

19                 that as Exhibit 435 -- 433.

20                 And the -- what appears to be the

21                 second volume is Bates number GUIL 000791

22                 sequentially through GUIL 001388.  We will

23                 mark that as Exhibit 434.

24                 Exhibit 434 has what appears to be a

12

1          photocopy of the binding of that volume

2          indicating it's volume 2.  We don't have a

3          photocopy of whatever was on the binding

4          cover of 433, but it appears that it was

5          volume 1.

6               (Exhibit 433, IPO binding documents,

7          marked.)

8               (Exhibit 434, IPO binding documents,

9          marked.)

10     Q.   In either event, may I just show you these two

11 exhibits and ask you to just simply tell us what -- what

12 they are.  I'm not asking you to read through them,

13 obviously.  Just identify them for us.

14     A.   They appear to be the binding documents from a

15 public offering of Lycos stock.

16     Q.   And you produced -- you found these documents

17 among your records and produced them in response to the

18 subpoena?

19     A.   Yes.

20     Q.   And is Exhibit 433, then, the first, volume 1, and

21 Exhibit 434, volume 2?

22     A.   I would assume so.  It's not labeled.  So I don't

23 know.

24     Q.   Does the original have a label on it similar to

Thomas Edward Guilfoile 12-7-2006
Computer Sales International, Inc. v. Lycos, Inc.

13

1      the one on the first page of 434?

2          A.    No.

3          Q.    Okay.  So the original was just a bound volume?

4          A.    Oh.  I -- I don't know.  I assume it had a cover.

5      I don't --

6          Q.    Okay.

7          A.    Without seeing it, I don't know.

8          Q.    Exhibit 434 shows that the bound volume had your

9      name printed on it.  Was there some reason you got a

10     personalized set of these volumes, personalized in the

11     sense that they printed your name on the volumes?

12         A.    I don't think that was unusual.  There were other

13     people who also got copies such as that.

14         Q.    Who are the other people within Lycos who did?

15         A.    I do not know.

16         Q.    You participated in the stock offering?

17         A.    I did.

18         Q.    How did you participate?

19         A.    I was the vice president of finance and

20     administration for Lycos.

21                    (Exhibit 435, excerpt of Exhibit 433,

22              marked.)

23         Q.    I show you what's been marked for convenience as

24     Exhibit 435.  It's a portion of Exhibit 433 Bates numbered

14

1      GUIL 000145 and then pages 000192 and 193, a portion of the

2      form S-3, and just direct your attention to the description

3      of your background on the second page.

4            At the bottom of the second page, there's a

5      description of your background which reads, quote, "Thomas

6      E. Guilfoile has served as our vice president of finance

7      and administration since December 1996 and as our

8      controller since February 1996.  Prior to joining Lycos,

9      Mr. Guilfoile was employed by Ernst & Young LLP from July

10     1986 to February 1996, most recently as a senior manager in

11     Ernst & Young LLP's Entrepreneurial Services Group.  Mr.

12     Guilfoile holds a bachelor of business administration

13     degree in accounting from the University of Notre Dame and

14     serves as a director of AdOne, Inc.," unquote.  Do you see

15     that?

16         A.    Yes.

17         Q.    Is that an accurate description of your background

18     at the time?

19         A.    Yes, it is.

20         Q.    I presume -- are you still a director of AdOne,

21     Inc.?

22         A.    I am not.

23         Q.    So your -- the degree that you -- the college

24     degree that you obtained was actually a bachelor of

Thomas Edward Guilfoile 12-7-2006
Computer Sales International, Inc. v. Lycos, Inc.

15

1    business administration degree in accounting from the

2    University of Notre Dame; is that right?

3        A.    Yes.

4        Q.    When you joined Ernst & -- and you worked as a

5    certified public accountant at the public accounting firm

6    of Ernst & Young for almost a decade, correct?

7        A.    Yes.

8        Q.    During that time, can you describe for us what you

9    did at Ernst & Young?  You started out, presumably, as a

10   staff accountant, worked your way up to be a manager and

11   then a senior manager?

12       A.    I did.  I started as a staff accountant, became a

13   senior accountant, then a manager, and then a senior

14   manager.

15       Q.    How long did you work there in what's referred to

16   here as the entrepreneurial services group?

17       A.    I don't know exactly what year I joined the

18   entrepreneurial services group.

19       Q.    Were you working on the audit side or the tax side

20   during the decade that you were at Ernst & Young?

21       A.    On the audit side.

22       Q.    Were you working on the audits of public companies

23   or private companies or both?

24       A.    Primarily private companies.

Thomas Edward Guilfoile 12-7-2006
Computer Sales International, Inc. v. Lycos, Inc.

124

1    you see that?

2        A.    Yes, I do see that.

3        Q.    What fraudulent or negligent misrepresentations,

4    if any, did CSI make to you?

5                MR. DOWDEN:  Objection.

6                MR. BEAN:  Objection.

7        Q.    You can answer.

8        A.    I can't recall specifics, no.

9        Q.    Okay.  In connection with the same document, on

10   page 18, there's a statement at the bottom of the page

11   that, quote, "Mr. Stenberg failed to make the foregoing

12   disclosures at or shortly before Lycos executed each

13   rolled-up or rewritten equipment schedule.  The individuals

14   at Lycos who relied on one or more of CSI's half-truths

15   described in subparagraph D above to the detriment of Lycos

16   included," and then the first name listed is you, Tom

17   Guilfoile.  Do you see that?

18       A.    I do.

19       Q.    What half-truths of CSI, if any, did you rely on

20   to the detriment of Lycos?

21               MR. DOWDEN:  Objection.

22               MR. BEAN:  Objection.

23       Q.    You can answer.

24       A.    I'm not familiar enough with the information to be

Thomas Edward Guilfoile 12-7-2006
Computer Sales International, Inc. v. Lycos, Inc.

125

1    able to recall.

2        Q.    Okay.  So as you sit here today, you don't know of

3    any, correct?

4        A.    I don't recall.

5        Q.    Okay.  I show you -- were there occasions during

6    your tenure at Lycos when Lycos extended leases of

7    equipment with CSI that it had previously entered into?  In

8    other words, signed an equipment schedule that had the

9    effect of extending the amount of time that Lycos could use

10   equipment that it had already leased?

11       A.    I don't recall that, no.

12       Q.    I show you what's been marked as Exhibit 446.

13             (Exhibit 446, 1/00 equipment

14       schedule, marked.)

15             MR. KALER:  446, for the record, is

16       equipment schedule 74.

17       Q.    Is this a copy of an equipment schedule, number

18   74 -- designated number 74 that you signed on behalf of

19   Lycos on or about January 6th of 2000?

20             MR. DOWDEN:  Objection.

21             MR. BEAN:  Objection.

22       A.    I don't recall this document specifically.

23       Q.    But you recognize your signature on it, right?

24       A.    It does appear to be my signature, yes.

Thomas Edward Guilfoile 12-7-2006
Computer Sales International, Inc. v. Lycos, Inc.

203

1      Q.   Do you still hold any options in stock relating to

2    successors of Lycos?

3      A.   I do not.

4      Q.   CSI's leases, or Lycos' leases with CSI were

5    always reported as leases by Lycos during the time you were

6    there, in other words, not -- not loans.  They were

7    reported as leases, right?

8                 MR. BEAN:  Objection.

9                 MR. DOWDEN:  Objection.

10     Q.   You can answer.

11     A.   My recollection, yes.

12     Q.   Okay.  And the reporting of -- by Lycos of CSI's,

13   of its leases with CSI as leases occurred both in its

14   filings with the Securities and Exchange Commission and in

15   its reports to shareholders and in its financial

16   statements, correct?

17                MR. DOWDEN:  Objection.

18                MR. BEAN:  Objection.

19     Q.   You can answer.

20     A.   I'm sorry, can you repeat that?

21     Q.   The reporting of Lycos' leases with CSI as leases

22   occurred both in Lycos' filings with the US Securities and

23   Exchange Commission and in its proxy statements and various

24   other reports to shareholders and in its financial

# EXHIBIT 8

# O'BRIEN&LEVINE

## Court Reporting Services



**YOUR BOSTON CONNECTION...WORLDWIDE**

# Computer Sales International, Inc. v. Lycos, Inc.

**Transcript of the Testimony of:**

# Brian Lucy

# January 10, 2007

www.court-reporting.com
mail@court-reporting.com

**195 State Street**
**Boston, MA 02109**
**(617) 399-0130  888.825.DEPO(3376)**

ORIGINAL

Linda Bernis   22525

Brian Lucy 1-10-2007
Computer Sales International, Inc. v. Lycos, Inc.

52

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | Then you see where in E, that's another copy |
| 3 | | of Mr. Stenberg's e-mail back to you and F |
| 4 | | is a copy of your e-mail back to him asking |
| 5 | | for the final four ticks. |
| 6 | | Do you see that? |
| 7 | A. | I do. |
| 8 | Q. | Then directing your attention to the e-mail |
| 9 | | which we've marked as G, which begins on the |
| 10 | | second page of Exhibit 88 and continues over |
| 11 | | to the top of the third page, LYC 24631 and |
| 12 | | 32. |
| 13 | | Is that e-mail that we've marked G, |
| 14 | | a copy of an e-mail that you received from |
| 15 | | Mr. Stenberg in or about late March of 2002 |
| 16 | | with a copy to Mr. Baillie? |
| 17 | A. | It appears. |
| 18 | Q. | Do you remember receiving the e-mail? |
| 19 | A. | No. |
| 20 | Q. | What was your understanding of what this |
| 21 | | e-mail meant when you received it? |
| 22 | A. | I don't recall receiving it. |
| 23 | Q. | So you don't recall what your understanding |
| 24 | | was concerning this e-mail in March of 2002 |

Brian Lucy 1-10-2007
Computer Sales International, Inc. v. Lycos, Inc.

53



1          because you don't recall receiving it?

2   A.     That's right.

3   Q.     Do you recall relying in any way on any of

4          the statements that Mr. Stenberg made in

5          this e-mail?

6              MR. BEAN:  Objection.

7              MR. DAVIDSON:  Objection.

8   Q.     You can answer.

9   A.     I don't recall.

10  Q.     The e-mail marked H says, it appears to be

11         an e-mail that you wrote back to Mr.

12         Stenberg on March 18, 2002 in which you

13         said, "Thanks a bunch for doing this.  Kevin

14         is out this week.  When he gets back, we

15         will take a look.  Brian."

16             Is that correct?

17  A.     That's right.

18  Q.     Do you recall sending that e-mail back to

19         Mr. Stenberg?

20  A.     No.

21  Q.     Did you have any conversations with Mr.

22         Stenberg at any time about this issue of the

23         variance or difference between what Lycos

24         had been obligated to pay under its leases

```
 1    A.    Yes.

 2    Q.    When did you think that?

 3    A.    After those people I just mentioned had told

 4          that to me.

 5    Q.    In the summer of 2003?

 6    A.    If that's the time frame, yes.

 7    Q.    How did they -- what did they tell you about

 8          how they thought Lycos had been deceived by

 9          CSI?

10    A.    I don't recall.

11    Q.    Do you have any personal knowledge yourself

12          that Lycos was ever deceived by CSI in

13          connection with the leases or buyout?

14    A.    No.

15    Q.    Do you remember anything specific about

16          anything Mr. Baillie or Ms. Callagee said to

17          you about how they thought Lycos had

18          deceived CSI?

19    A.    I don't recall.

20    Q.    When you say you believe that was the case

21          in the summer of '03, you base that belief

22          solely on what these people were telling

23          you?

24    A.    That's right.
```

# EXHIBIT 9

PLAINTIFF'S
EXHIBIT
398
tabbies

**From:**      Peter Karol/O=Lycos
**Sent:**      Thursday, July 31, 2003 3:09 PM
**To:**        josef.mateu@corp.terra.com; diego.colchero@corp.terra.com
**Cc:**        Brian Lucy/O=Lycos@Lycos; Julie Callagee/O=Lycos@Lycos; Andrew
               Feinberg/O=Lycos@Lycos
**Subject:**   Final Lease Presentation
**Attach:**    Final Lease Buy Out Presentation.xls; Exhibit 1.xls

Diego -

Thank you for calling me on this issue.

I can confirm to you that the provisions in the Lease with CSI are not
uncommon in the United States, and I believe Lycos' proposed action with
respect to the Lease is also not uncommon, is in the best interests of Lycos,
and should be implemented as soon as possible.

Peter D. Karol
Deputy General Counsel
Terra Lycos
100 Fifth Avenue
Waltham, MA 02451
Mailstop 525
Phone: 781-434-3142
Fax: 781-370-3433
Email: peter.karol@corp.terralycos.com
----- Forwarded by Peter Karol/Lycos on 07/31/2003 03:08 PM -----

B

Peter Karol
07/28/2003 06:01 PM

To: josef.mateu@corp.terra.com
cc: Brian Lucy/Lycos@Lycos, Julie Callagee/Lycos@Lycos, Andrew
Feinberg/Lycos@Lycos
bcc:
Subject: Final Lease Presentation

A

Hola Pepe -

You have asked for a worksheet of the contractual penalty price (referred to in
the contract as "Stipulated Loss Value", a defined term meaning either,
depending on the schedule, 73% or 55% of original equipment cost). You will
find Julie's presentation below.

Also, you have asked whether we have in the past negotiated a buy out with CSI.
We have not, although we have done so with other hard asset suppliers. This is
I believe not uncommon in the United States.

Clearly it is in Lycos' best interests to pay the agreed upon buyout price of

LYC 22679

approximately 3.8 million as soon as possible, rather than wait and pay the Stipulated Loss Value, which is much more. Brian Lucy is waiting for Elias' apporval to move forward with this buyout.

Please also note Andrew Feinberg's email to you of July 22, 2003 ("Urgent Lease Liabilities") which also discussed this issue.

Best Regards,

Peter D. Karol
Deputy General Counsel
Terra Lycos
100 Fifth Avenue
Waltham, MA 02451
Mailstop 525
Phone: 781-434-3142
Fax: 781-370-3433
Email: peter.karol@corp.terralycos.com
----- Forwarded by Peter Karol/Lycos on 07/28/2003 05:56 PM -----

Julie Callagee
07/28/2003 05:51 PM

To: Peter Karol/Lycos@Lycos
cc:
Subject: Final Lease Presentation

Peter,

Please let me know if you want a walk through.

Thanks for your help.

Julie

**************************************************************
Julie Callagee                Assistant Controller
**************************************************************
Lycos Inc.
A subsidiary of Terra Networks S.A.
100 Fifth Avenue,
Waltham, MA 02451
Phone 781.370.2827
Fax 781.370.2892

----- Forwarded by Julie Callagee/Lycos on 07/28/2003 05:51 PM -----

Julie Callagee
07/24/2003 04:59 PM

LYC 22680

To: jose.dehoyos@corp.terra.com, Ignacio.Ponce@corp.terra.com, Brian Lucy/Lycos
cc:
Subject: Final Lease Presentation

Jose, Nacho,

Attached please find the information that you have requested. Please note that
I have used estimates where noted. Obtaining actual numbers would be very
complex as the majority of these leases have prior leases rolled into them.

The buyout figure is an exact number. It is $3,775,000. If we don't do this
now it could cost us at least twice as much at the end of the lease term.
Based on the actual contracts the liability could be ten times this buyout
figure.

Please help me to resolve this situation, it is taking so much of my time and
we are already past the deadline.

Thanks,

Julie

*************************************************************************
Julie Callagee               Assistant Controller
*************************************************************************
Lycos Inc.
A subsidiary of Terra Networks S.A.
100 Fifth Avenue,
Waltham, MA 02451
Phone 781.370.2827
Fax 781.370.2892




jose.dehoyos@corp.terra.com
07/24/2003 06:59 AM

To: Julie.Callagee@corp.terralycos.com, Brian.Lucy@corp.terralycos.com,
Monique.Walsh@corp.terralycos.com
cc: ignacio.ponce@corp.terra.com, elias.rv@corp.terra.com
Subject: Re: Timing.....



Julie/Brian/ Monique, please fill in the gaps (yellow cells) of the Exhibit 1
schedule table I am attaching, so that we can have a final and definitive view
of all the figures that have been going up & down for the last weeks, in order
to help make a final decision.

Gracias

LYC 22681

---------------------------------------------------------------
José de Hoyos Maroto
Dirección General de Finanzas y Control
Area Finanzas Corporativas
---------------------------------------------------------------
Terra Lycos
Castellana 92
28046 Madrid, España
Tel. +34.91.452.39.34
---------------------------------------------------------------
Mercado Contínuo: TRR | Nasdaq: TRLY
---------------------------------------------------------------

LYC 22682

# EXHIBIT 10

# M E M O R A N D U M

To: Andy, Brian & Julie
From: John and Susan
Date: December 1, 2003
Re: Timeline for CSI Effort


LEASEFORUM

When we presented our findings on the 27th of October we were all galvanized for action. Though we did not put a solid time table in place we were all committed to getting a strategy together for dealing with the CSI issues before the next payment was made. We did not get there and a number of issues drove that. However we would have stood a better chance if we had been able to put together a detailed set of to dos and a timeline. We all needed to get our arms around the issues and to one degree or another we have all made progress.

For our part we have done some research and think we have a good handle on the open questions and to do's. We would like to review them and then discuss an appropriate timeline. As we have said we believe that acting in this matter before the end of the year is important because leasing companies do not like to start a new year in the hole. We believe CSI will be more responsive this year to a timely settlement, and in contrast, if we enter next year without a settlement in process, they will likely be inclined to stretch the process out deep into next year.

Where are we headed? It seems we have two basic strategies - defensive or offensive.

**Defensive:** Lycos refuses to pay the remaining rents and taxes (with the exception of taxes payable on the amounts previously remitted) to CSI and then waits to be sued by CSI. This is not a very attractive approach for a significant number of reasons.

**Offensive:** Lycos refuses to pay and enters a preliminary filing for a lawsuit. Based on present knowledge, 93A and Mass jurisdiction are attractive enough in their own right to suggest this as the most appropriate course of action. In the event that this approach is pursued Lycos will send a letter to CSI describing Lycos disappointment and refusal to pay the remaining rents and associated taxes. The question that has been open for a month now is what will that letter say? We all need to hammer that out, but the letter should set forth Lycos position and suggest a visit to MO to sit down to negotiate a settlement. To prepare this letter and negotiate successfully, we need a solid legal strategy.

Here is a list of issues as LeaseForum sees them.

**93A and Mass jurisdiction:**
1. Does 93A of the Massachusetts General Law apply and if so, what can be done in the short term to build a case?
2. Using 93A will not rest, in our opinion, on whether each individual document is legally acceptable. We believe that these contracts, while onerous and one-sided, fit within the broad road of acceptable commercial business practice. The primary issue with respect to 93A is whether the overall rolling lease process as exercised by CSI represents an unfair business practice. Specifically was the manner in which rolled leases were represented and the later executed designed to deceive Lycos' management. Although Lycos does have a responsibility to evaluate business decisions effectively, did the rolling of leases as practiced by CSI require a level of expertise on the part of Lycos management that is unreasonable to expect, or simply, did CSI make representations (or other explanations, indications or promises) to Lycos management that misrepresented the deal which was ultimately signed. Interviews with current and former Lycos personnel, and the analysis of non-lease documents (proposals, correspondence, emails) needs to be completed expeditiously.

*Confidential, requested by counsel, legal work product.*
*Page 1 of 3*

LYC 22780

3. LeaseForum has uncovered other companies who have undergone similar experiences with CSI and one invited LeaseForum to perform an audit – the findings of which were equally surprising to them. Does this pattern of behavior across multiple clients represent a scheme that violates 93A? Is there an opportunity for a broader joiner action? Would such an approach be beneficial to Lycos? Which CSI clients should be approached to discuss a joiner action? How should they be approached and by whom?

4. Are there former CSI employees who we can speak to who may shed light on CSI's approach (standard methodologies and repetitive operating practice) that would prove useful in preparing this case? We can identify one or two former employees that should be contacted. Who should contact them, and when?

5. What parallel research with respect to appropriate case law to support a 93A claim also needs to be done? What previous 93A claims settled or argued support this circumstance. What is the landscape of the Mass courts and who are the players?

**Usury Laws:**

1. Has CSI violated usury laws? We know that CSI is not a registered lender in Massachusetts. Does the modified all in financing cost charged Lycos exceed the state limit? Did the initial rolling process recast these leases as loans and now that the equipment is owned by Lycos does this transform the remaining payments into principal and interest payments? What is the case law regarding these issues.

**Lender Fraud:**

1. Did CSI defraud lending institutions when they packaged and discounted rolled leases? Did they represent to their lenders that the assets backing (i.e. the collateral) their non-recourse loans were new? We should identify the parties who discounted rolled leases and determine what representations were in fact made. We need to do legal research to support this representation (if made) as fraudulent.

**Lessor Comparitive:**

1. Who are the other lessors who financed Lycos' leasing requirements since 1996? What were the structures of those leasing arrangements? How do they compare to CSI in terms of the one-sidedness of their underlying contracts and in terms of risk and reward? What additional collateral did any of these lessors require? What was the economic outcome of those leases and how did these lessors behave in the end of lease negotiations performed by LeaseForum?

**Letter of Credit:**

1. How does Lycos avoid having to renew the LC or avoid CSI from drawing down on the LC? Are the terms of the LC as prepared by CSI commercially reasonable? What were the circumstances that warranted Lycos' provision of an LC? What case law or approach can be put in place to ensure that the LC is not drawn down under any scenario?

**Who is CSI:**

1. Who is CSI and how can we use our knowledge of their organization to influence a positive outcome. CSI is a $500 million company based in MO with a few thousand customers, a growing international operation, an asset recovery arm whose leasing business has grown exponentially in recent years.

2. CSI recently took about $20 million in venture money from CharlesBank, a VC arm of Harvard University to fund international growth. Kim Davis of CharlesBank sits on CSI's board of directors and lives here in Boston. CSI CEO Kenneth Steinback sits on the board of a few philanthropic organizations with a number of CEO's of MO based companies that are also his customers. Does CSI plan to go public? Do they intend to sell the company or grow by acquisition? How can we find out their plans? How can we use what we already know about the company to design a successful strategy?

**Next steps:**

*Confidential, requested by counsel, legal work product.*
*Page 1 of 3*

LeaseForum suggests we review this list and add any other questions or areas of discovery the team determines may be pivotal.  We need to establish a reasonable timeline to perform this effort and target to the calendar the process milestones (demand letter, meeting in MO) We should get together to jointly develop an action plan, set forth the task list and assign responsibilities so we will prepared to take action in line with the calendar we establish.

LYC 22782

# EXHIBIT 11

# SPEED

# IS LIFE

## Street Smart Lessons from the Front Lines of Business

EXHIBIT

291

# BOB DAVIS

## Founder of LYCS.

# Get big fast

4



IF THERE IS ONE COMPANY that embodies "get big fast," it is Cisco Systems. In 2000, Cisco completed 22 acquisitions and its revenues jumped to more than $18 billion in yet another record-breaking year. This was on top of 18 acquisitions in 1999, nine in 1998, and six in 1997. The company's 2000 earnings of over $2.7 billion exceed its total revenue as recently as 1995. Perhaps most incredible, Cisco is the market leader in 16 out of the 17 segments it serves. All this adds up to the fastest-growing and most profitable company in the history of the computer industry.

Since their beginnings, financial markets have rewarded scale. Investors are willing to pay a premium for a piece of success, and it isn't a small one. The leader in a market segment receives a valuation multiple that is several times that of its competitors. We live in a society that loves winners and is willing to pay them accordingly.

The concept of might makes right is also a self-fulfilling prophecy—the bigger a company becomes the greater its ability to grow. At Cisco, a passionate focus on growth launched its aggressive acquisition strategy. As competitors or attractive new products surfaced, Cisco was able to use its favorably valued equity to acquire them. Since market value is a function of

share price multiplied by shares outstanding, the issuance of new shares for these purchases increased the value of Cisco, which would, in turn, make it easier for the company to acquire its next target, and so on and so on. For a brief period, Cisco was the most highly valued company in the world, with a market capitalization in excess of such stalwarts as General Electric, General Motors, and Microsoft. Even today, after a fairly significant pullback in the NASDAQ, the company remains one of the world's most valuable.

Getting big fast is by no means a concept unique to the high-technology world. Under the leadership of Jack Welch, General Electric became one of the most aggressive acquirers in the history of business. In 1999 alone, GE purchased a mind-boggling 134 companies. This represents an acquisition every 1.5 business days. "We'll go anywhere for an idea," said Welch. "When there are no limits to whom you'll see, where you'll go, what you'll touch, the results are remarkable. Everywhere we go, someone is doing something better." The rewards to GE's shareholders have been clear: The company's split adjusted share price has soared 4,500 percent since Welch took over. And in 2000, the *Financial Times* named General Electric as the world's most admired company.

Scale is essential for most companies, as the pace of change and growth today is driven not only by the desires of a given company's board of directors or its management but by external factors. In particular, as competition expands, many market leaders accelerate actions to maintain leadership. The sheer advantage of being able to outmuscle your market rivals makes size so important that boards and managers seize any opportunity for leadership. The impetus is often external, such as a competitor's smart move that inspires you to conceive an even smarter response. Some managers make entire careers as counterpunchers, one-upping the competition. Indeed, a company's growth may be dictated as much by its quick response to outside forces as by its own thought-out plans. Time Warner's

GET BIG FAST

58

SPEED IS LIFE

acquisition of CNN in 1996 was a bold move by CEO Gerry Levin that subjected both him and the company to significant pressure. Yet, in hindsight it is admired as a deal that provided Time Warner a critical platform in the burgeoning cable industry. The company saw a market segment developing and, as it did with HBO, quickly reached out to capture an industry leader. Time Warner has consistently met the challenges of the market and today remains the largest media company in the world.

The Internet, almost by definition, shouts, "Get big fast." A commercial vehicle for just five years, this new medium has grown like no other. From a base of a few thousand users in the early nineties to hundreds of millions of global users today, the Web has taken root and soared to seemingly endless heights. And despite the fact that it has no history, no established models, and no order, it has rewarded those that have been able to cover ground fast and turn opportunities into solid businesses.

Like any radically new market, the Internet has a gold-rush aura, with prospectors racing to stake the first and biggest claim. Here, the rush is to stake the biggest market share by rapidly outgrowing your competitors. The companies that survived the NASDAQ crash were the ones that offered category leadership, enormous reach, or both. Emerging models, start-ups, and second-tier players watched their values plummet to such low levels that it became difficult or impossible to execute a get-big-fast strategy. The Globe.com, for instance, saw its value decline from $1.6 billion to less than $20 million in early 2001, and iVillage, once worth more than $3.4 billion, has fallen to as low as $25 million in market capitalization. Without cash or highly valued equity, smaller players just didn't have the means to accelerate growth.

For winners such as Lycos, AOL, Yahoo!, Amazon, and e-Bay, it was critical to grow fast and establish market share before someone else snapped up the opportunity. In the early days, that kind of preemptive action was relatively easy; now it would

be quite difficult. Attempting to build a new Web portal, or establish an online bookstore or auction business probably wouldn't be a good use of capital. Indeed, it would be foolhardy. The companies that plunged into the fray early and aggressively were able to develop impenetrable positions, leaving the early winners—the gold rush's skilled prospectors—still able to acquire and grow. They then had the means and the methods to defend their positions.

As mentioned, markets always pay a substantial premium for the leader in any field. Being a leader is important to investors, customers, and the talented people you want to hire. Leaders find themselves in a positive, self-reinforcing spiral. The bigger you are, the more people want to do business with you. And the more people want to do business with you, the bigger you get. Soon you have your competition at a disadvantage. But in order to achieve this position, it is essential to move fast.

There are no absolute answers when it comes to developing a growth strategy. What works for one management team may not work for another, and what works in one industry, such as textiles, for instance, may be completely inappropriate in another, such as technology. There are, however, some guiding principles and key strategies that every company and manager should consider.

## ‹START WITH CUSTOMERS›

Later in this book, I'll discuss the importance of customers in great detail and will explain the many different constituencies that a business must appeal to. It's important to note, however, that any concept of growth, any notion of expansion, or any vision of scale must begin with one basic ingredient: the customer.

I'm amazed at how many executives lose sight of this immutable fact. While IBM is currently facing some Internet challenges, not that long ago the company's very survival seemed tenuous. Its stock was in a free fall, customers were jumping

GET BIG FAST

59

ship for newer and more efficient technologies, and, for the first time ever, IBM was laying off employees. But over the next few years the company pulled off one of the most dramatic turnarounds in business history. It implemented a strategy that lit a fire under staid old Big Blue. The result was remarkable growth. And how did the people at IBM do it? By getting close to customers, understanding their requirements, and working hard to fill them.

Lou Gerstner, IBM's CEO, once told *Business Week* magazine: "I came here with a view that you start your day with customers, that you start thinking about a company around its customers, and you organize around customers."

### < EARLY IS ALWAYS EASIER THAN LATER >

A key part of our success at Lycos was our obsession with growth. We were barely four months old when we completed our first acquisition: In November of 1995, we purchased Point Communications in an all-stock transaction. And it wasn't long thereafter that I had some preliminary discussions with Yahoo!'s co-founder Jerry Yang about our companies working together. Our mutual goal was better leverage against Netscape, and how it positioned our companies on its pages. These conversations resulted in a meeting between Tim Koogle, Yahoo!'s newly hired CEO, Dave Wetherell, and myself at which Dave casually floated the idea of a merger between Lycos and Yahoo!.

It didn't take long to break the ice at the meeting—as we were sitting down, Dave, deep in conversation, tumbled backward over his chair and ended up on the floor. It gave us all a laugh, but you can't base a merger on a laugh. At that time, both companies' respective futures were looking pretty good, and, as a result, the dialogue never went very far.

A short time later, Lycos completed its public offering, and, for the next two years, we spent a lot more time thinking about earnings than we did about getting big fast. As I will note

again and again in this book, I'm all for making money, but it's a fine line if profit is the only goal in a rapidly expanding market. Growth has got to be a big part of the equation. You have to find a healthy balance and stick with it.

### < EQUITY IS A CURRENCY >

A large shareholder once told me that our stock, if used properly, was a license to print money. She was referring to the methods I outlined when describing Cisco: using equity to acquire market share. Basically, we were in a position to purchase any company with a valuation at or below our own, using nothing more than new shares of Lycos to pay for it. If the acquisitions were savvy, one that our shareholders could see as accretive during a reasonable period of time, our stock price would go up despite the fact that we were issuing new shares.

The result was that we would own a new business, our share price would increase, our shares outstanding would increase, our cash position would often improve due to the cash on hand of the company we acquired, and our market capitalization would typically jump by a good deal more than we'd paid for the business. In essence, the acquisition was free. Over the long term, we would need to deliver back to the market in terms of earnings per share, but, in the short run, we were being paid handsomely for growing. Once I understood this model, I felt as if I'd been handed the means to get big fast. Now the question became where to use it.

Yet I woke up one day in the middle of 1997, when Lycos was about two years old, and saw a world I didn't like. In any given month, we reached roughly 14 percent of Internet users. Yahoo!, by comparison, had an audience reach of 50 to 55 percent. Other competitors, such as Infoseek and Excite, also had substantially greater audiences than we did.

It was obvious what we needed to do. Pursue a strategy of aggressive acquisitions.

GET BIG FAST

61

SPEED IS LIFE

## ‹BUY MARKET SHARE›

The equity-based approach I described above made me quite anxious. Understanding it intellectually and putting it into practice were two different things. We had just become profitable: How could we start buying early-stage companies and remain so? I remember calling the chief executive of one of the investment banks that had put together our public offering. I described my misgivings about going back to a negative bottom line. He said I was right—our market valuation would suffer. He added a warning: If I were to buy a company that diluted our earnings, it would be the last company I acquired—Wall Street wouldn't give us the currency to do it again.

Fortunately, I overcame my trepidation and ignored his cautionary advice. Shortly afterward, we made our first significant acquisition, purchasing Tripod for $58 million in February 1998. As the Web's leading community site, Tripod transformed Lycos. Suddenly, we became so much more than a search site offering features that stood out from those of our competitors; our sustainable differentiation was under way.

We made the decision after intense research on the market segments and businesses that had the potential to change Lycos' competitive landscape. We focused especially on the concept of community, which I see as the essence of the Web. By fully engaging the user, the Web eliminates passivity and elicits an active response that connects millions of people with other people. It is talk-with computing. By contrast, other media create not lively participants but mute recipients—couch potatoes. Think of the words we use to designate a person who "views" or "listens to" television and one who "uses" the Internet. The connotations are clear.

When we were shopping for a partner, this sense of the Web as a global neighborhood was uppermost in my mind. So we went looking for a community-oriented company, one with rapid organic growth, where users literally create the content and

become part of it. We spoke with many sites, including Geocities, Angelfire, Fortune City, Xoom, and Tripod.

Tripod quickly became our focus. It had numerous advantages, not the least of which was the fact that it was the only company based in Massachusetts, where we had our headquarters. Given this was to be our first real test at integrating two companies, I felt the local proximity would serve us well. When I first met Tripod's two founders, they turned out to be a remarkably impressive duo who embodied the free spirit of the Internet: Bo Peabody, a recent college graduate; and Dick Sabot, his professor, who also happened to be a world-class economist and a distinguished author.

Tripod had virtually no revenue, but it was generating users—lots of them. In July 1997, Ted Philip and I arranged to meet Peabody and Sabot. Driving from opposite directions across Massachusetts, we met in a diner at about ten o'clock at night. The four of us sat down and began to share our thoughts and visions. It was a very exciting meeting as ideas poured out, and we realized that we were all on the same wavelength—and could barely contain our enthusiasm for the Web's future. Over the next few weeks, we negotiated a term sheet, a price, and a strategy. All we needed were the signatures.

Then the process unraveled. We were so timid about getting the deal done that we had violated the rule of speed by allowing other suitors time to arrive.

In September 1997, we had a very sad and disappointing call from Tripod: They were signing a no-shop agreement preliminary to selling the company to America Online. I was devastated. Ours was a merger that made sense: Our cultures fit, the product was a match for our users, and the price was right. We had all the ingredients except the deal itself.

This was clearly a lesson learned in the merger-and-acquisition business. Success, after a certain level of due diligence, requires lightning-fast execution. Once the terms are agreed to, the

GET BIG FAST

63

dynamics are straightforward. A buyer needs to close the deal as quickly as possible to avoid the mess we found ourselves in. On the other hand, a seller wants to delay the process just long enough to shop the offer to other potential buyers. Any investment bank worth its salt can test the market for competing offers in days or even hours. It's simple: "Here's my offer, can you beat it?"

But the game hadn't quite ended. AOL was preoccupied with other deals and its maturing Virginia culture didn't match the T-shirt, shorts, and sandals found at Tripod. The no-shop agreement ran out in mid-December, and I received a phone call from Tripod's adviser, Morgan Stanley, asking if we were we still interested in the company. Despite that fact that I harbored some of the anger of a lover scorned, we agreed that further talks were worthwhile, provided we could resolve things quickly. Both sides had other deals in the works.

At about four o'clock in the afternoon of December 30, 1997, we met at Lycos, determined to outline an agreement and negotiate its terms. By eleven o'clock that night, we still had a long way to go, and it was suggested that we knock off and resume the next day, New Year's Eve. But I was adamant: We would either stay and negotiate through the night or Lycos would pull out of the deal. So negotiate we did, until about eleven o'clock the next morning, when we finally signed a term sheet and agreed to buy Tripod—our first significant acquisition.

We came to it with focus, determination, and luck—all built on a foundation of methodical and rigorous research. We quickly began a torrid shopping spree. Acquiring nine more companies, we built up a network of sites and vaulted into the top category of Web destinations. We had found, in the words of Austin Powers, our mojo.

Lycos quickly evolved into a multibrand network, a change born not of opportunity but of necessity. Having defined ourselves as a media business, we had to become a credible player in that category. We knew that all large media companies operate across nu-

merous brands. The reasoning is that no matter how good you are, no matter how strong your product is, no one brand can reach all potential readers, viewers, listeners, or users. The world is too diverse. There are too many niche demographics out there.

Viacom, for example, owns a variety of TV brands, among them CBS, MTV, VH1, Comedy Central, and Nickelodeon, and a host of other brands in the publishing and film industries. Disney owns multiple film-production studios, including Miramax and Touchstone, along with ABC and ESPN, theme parks, and a variety of cable and print assets. Time Warner, the biggest of them all, is perhaps the most diverse. It owns the magazines *Time, Fortune, People, Money, Sports Illustrated,* and many others, each with its own distinct audience, plus the cable giants CNN and HBO, and the moviemaker Warner Brothers, among others. And now America Online has bought Time Warner, further extending the reach of both companies. By constantly segmenting their audiences, either demographically or by interest type, big media companies inevitably grow bigger faster than a single-brand company ever could.

This realization was an epiphany for us. Gearing up for growth in February 1998, we went about buying companies to acquire their brands, their audience, and their talented employee base. And in October 1998, we rolled out the Lycos network.

Our network was extensive, reached many segments of the market, and had a huge audience. Content included Tripod, HotBot, Wired News, WhoWhere? AngelFire, Matchmaker, Gamesville, and many others. Each brand maintained its independence. We then worked hard to show the market that, like Time Warner, Lycos was a well-designed network and not a gaggle of stragglers with no coherent purpose. We followed the television model and used each of our properties to drive users to the others, thereby making the entire network stronger.

If you watch any half hour of prime-time television, you'll see promotions for other shows on the same network. The net-

GET BIG FAST

works use their successful programming to build awareness of the less-watched shows—the popular products strengthen the struggling ones. We learned to do the same thing online: Lycos promotes HotBot; HotBot promotes Tripod; Tripod promotes Gamesville; and so on.

The results have been remarkable. Our market value soared from less than $400 million, when our network began, to a peak of over $9 billion. Our audience reach of 14 percent in 1997 soared to over 50 percent by 1999. By any definition, we had arrived at the pinnacle of the new media market.

And we kept acquiring companies. We understood that our fundamental asset was our ability to build a large audience and then sell that audience to whoever who wanted to communicate with it, namely advertisers. So we kept looking for ways to bring in companies that would further extend our reach. We analyzed how they would overlap with our current audience and if they would enable us to reach a new demographic. If we determined they could add value, we went after them aggressively.

There were no hard-and-fast criteria for acquisitions. At a minimum, any company we acquired needed a sound brand, a strong employee base, and, most important, good audience momentum. We also kept multiple balls in the air, recognizing that we needed a choice of many more companies than we could acquire in order to pinpoint the relative few that promised genuine opportunity.

For every company we acquired, we looked at perhaps ten other possibilities. A given target might fall through for any number of reasons—we weren't comfortable with the company's management, they didn't like us, its finances didn't stand up to close examination, we didn't love the product, we couldn't reach agreement on a price or terms, or simply that they ultimately decided not to sell their company. But we kept looking.

At that point, we were very focused on growth. In fact, the theme of the presentation and discussion at our board of direc-

tors meeting just prior to our buying spree was "get big fast." We didn't have much to lose; after all, at that time we were small and very much in danger of becoming irrelevant in a crowded Internet field. We had already made the mistake of focusing solely on internal growth through all of 1996 and half of 1997. We weren't going to let any more time pass. Even I was surprised by how quickly we narrowed the gap.

We became quite adept at picking up properties at reasonable prices. I credit this to our sense of timing concerning emerging trends. We looked for companies on the cusp of their full potential. For instance, we paid just $58 million for Tripod; less than a year later Yahoo! acquired Tripod's biggest competitor, Geocities, for $4 billion. Our acquisition list was extensive and included Gamesville, which we bought at the height of the Internet bubble for $248 million in stock. We paid $542,000 for Point; $69 million for Quote.com, a leading finance site; $45 million for Matchmaker, a dating site; $49 million for Sonique, an MP3 music player; $159 million for WhoWhere, a network of sites ranging from personal publishing to white pages; and $290 million for Wired Digital, which included the HotBot search engine and the much-acclaimed Wired News and its team of technology journalists. All totaled, our acquisitions—which netted us nearly 35 points of user reach—cost less than $860 million. By comparison, some competitors with total reach of less than 35 percent were trading at market values of billions of dollars.

## <GET GLOBAL FAST>

The global economy has developed like a firestorm. Over the last three years, with ever-increasing frequency, leading national players in the United States and other countries are waking up to find themselves bit players on the world stage. This has led to a rash of international mergers. Terra Lycos was the first on the Internet, yet across a myriad of industries, global alliances have

been taking place at unprecedented speed. New polyglot names abound, such as the Credit Suisse First Boston, recent acquisition of Donaldson, Lufkin and Jenrette, blurring everyone's antecedents in the process. What nationality is Daimler Benz Chrysler or Deutsche Telecom Voicestream? Who knows, and does it matter? Hewlett-Packard's Carly Fiorina has good advice for all of us: "Think global. Think borderless. Think interdependent. Think interconnected."

You could add, "Think deep." Globalization's opportunities are not necessarily what they appear to be at first glance. For example, U.S. companies initially assumed that the world's consumers are now so alike that millions covet the same things. (This is the Americanized World theory that sparks charges of U.S. "cultural imperialism.") By this logic, U.S. companies could simply export their domestic processes and enjoy economies of scale abroad.

Reality is more interesting. The world may devour U.S. movies, music, and jeans, but cultures remain profoundly different in terms of religion, language, politics, education, and other fundamental beliefs. Accordingly, the big U.S. opportunities may have less to do with selling American culture and consumer goods than with leveraging the Internet—the new U.S. infrastructure—and exporting information technology in ways that truly globalize the Internet as a medium shared by all cultures. By this perspective, global business opportunities lie in leveraging economies of knowledge and expanding information media for all cultures, however different.

At Lycos, our international presence was long a point of successful differentiation. It was in May 1996, with the company still less than a year old, that we began our relationship with German media giant Bertelsmann. This alliance, which started as a technology-license agreement for Germany, quickly expanded into a broad pan-European venture responsible for the launch of local-language Lycos sites in a dozen countries. To

this day, Lycos maintains operations in more European countries than any competitor, and Lycos Europe is itself a publicly traded company on German's Neur Markt.

Bertelsmann, the most global of media companies with 600 businesses in 54 countries, including Doubleday, the publisher of this book, has proven to be an exceptional partner. In fact, Thomas Middelhoff, as Bertelsmann's CEO, was a key broker in the Terra Lycos merger, committing $1 billion in advertising purchases over the next five years, along with the use of Bertelsmann's extensive content library.

With Europe as a foundation, we quickly duplicated our joint-venture model around the world. We introduced Lycos Japan in 1998 with three partners: Sumitomo, a $100-billion-per-year conglomerate; Kadakowa Shoten, a large Japanese publisher; and Internet Initiative Japan, the country's largest Internet service provider. Lycos Korea was rolled out with Mirae, a Korean electronics company, and was quickly followed by a $50-million joint venture with Singapore Telecom for the balance of Asia, which at present includes Lycos in Mainland China, Malaysia, Thailand, Taiwan, Hong Kong, India, and Singapore, among others. The most recent agreement was a $60-million partnership with Bell Canada that created the country's leading Web portal.

All of these agreements have had the same purpose—rapid expansion financed by strong local partners, offering significant value through revenue diversification. We knew, of course, that there was a downside to these joint ventures: We were sacrificing a degree of control and giving up a percentage of our company. Someone else now owned a piece of Lycos Europe and Lycos Japan, and, as a result, we were unable to consolidate their revenue on our income statements and unilaterally direct their strategies.

On the up side, our joint ventures built great value. Even in countries where we didn't understand the culture, the people, the

GET BIG FAST

SPEED IS LIFE

products, or the language, we were able to find partners who could get a service up and running for us. We selected companies, not individuals, and together we staffed organizations with people who understood local markets. We were able to build a good product not only quickly but also efficiently and effectively.

The outcome of our strategy was that Lycos became a global leader. The company is now number one in Canada, number two behind Yahoo! in Japan, number one in Korea, and a leader across Europe, with very strong positions in Scandinavia, Germany, and France. In all, we established Lycos in 27 countries. We built a joint-venture employee base outside of the United States of over 2,000. And now with the Terra Lycos merger complete, the company has the broadest reach of any Internet company, operating in 41 countries, nearly double the number of our nearest competitor. And it came about only because we focused on growing global fast and doing it in a big way.

## <GET LOCAL FAST>

Yes, new global enterprises continue to appear every day, but business leaders are learning the absolute necessity of local market execution. You need smart people on the ground who understand the culture, context, and relationships of a market. You can't just airlift in a team from the U.S. and expect them to impose your way of doing things on a foreign culture.

It makes no sense to dictate local decisions from the other side of the globe. This is the lesson learned the hard way by colonial powers such as the British Empire, which began unraveling with the Boston Tea Party and suffered subsequent rebellions from India to Ireland, until the sun that never set on the empire did just that.

Global companies need strong local management teams who understand business and cultural customs, product preference, distribution networks, and scores of other subtleties. Yes,

money talks, but not always clearly enough to pierce the mysterious barriers between this very big world's diverse peoples.

So a global company needs lots of local help. GE's Jack Welch has coined the term "boundaryless thinking" to describe his own approach to globalization. He sees GE as having a global culture, which means that management should stop assuming there is any "one right way" to do things. Instead, the home office becomes a clearinghouse for sharing best practices and processes across the board. What works well for GE in Asia, for example, will be examined for possible export to Germany, and what works well in Germany may prove useful in the United States.

In formulating your own approach, you might look at the long history of The Coca-Cola Company, once the world's most ubiquitous business, truly "global" before the word became fashionable. By the 1950s, Coca-Cola was surely the world champion of decentralized control, with the company's Atlanta headquarters having successfully delegated genuine authority and responsibility to Coke's global network of local bottling companies. These businesses were free to operate in response to local conditions, and the overall company thrived. As Coke's current chairman, Douglas Daft, recently put it, "We succeeded in building a company that was global in scope because we avoided managing it as a global company."

But in the mid-1980s, Coca-Cola began to centralize by consolidating independent bottlers in response to an increasingly consolidated retail environment. The surviving network of larger bottlers was more efficient, cut costs, and delighted Coke shareholders. By the early 1990s, Coca-Cola exemplified globalization as it was then defined and *Fortune* extolled it as the "world's best brand."

Suddenly the situation changed. As Daft recalls, "A very real backlash developed . . . which in hindsight was predictable, natural, and relatively healthy. Local governments and individuals responded with a renewed zeal for keeping control over their

GET BIG FAST

local politics, local culture, and local products. The very forces that were making the world more connected and more homogeneous were simultaneously triggering a desire to preserve what was uniquely local."

No longer the good guys they always thought they were, Coke's managers had to reempower local bottlers. At the same time, they had to strengthen the company's global competitiveness. The result is a potent mix of central management and local autonomy not unlike Jack Welch's prescription for GE.

"We are not simply giving up global for local," says Daft. "We are enhancing our ability to operate locally from our solid global base." Basically, this means cultivating close relationships with local bottlers and retailers in 200 countries and 126 languages—a trust- and talent-building campaign.

"If you ask me what our business is," says Daft, "my answer is pretty simple. Every day, we either enrich or erode the billions of relationships required for our business to succeed.... In every country, our workforce must truly represent the local society—not because it's politically correct ... but because the very nature of our business requires that kind of diverse insight and perspective to really flourish."

## < VIEW JOINT VENTURES AS A VALUE VEHICLE >

Joint ventures are solid when each party offers a set of complementary assets. In Japan, for instance, Lycos had the products while Sumitomo had the cash and local market expertise.

But there's considerable risk, and alliances often fail—and it's not hard to see why. How to share control, provide funding, deal with dilution, diversification, and commitments from management are just some of the issues that have to be negotiated. Our model has been successful because we developed a clear-cut set of objectives and guidelines, and adhered to them.

Less predictable, alas, is that nagging intangible—chemistry between management teams. Unforeseen fiascos like the dismal

DaimlerChrysler impasse, pitting Prussian owners against Detroit managers, attest to the absolute imperative of scouting the emotional landscape before making the financial commitment. "In business as in marriage," notes Dick Sabot, "it's a terrible mistake to marry for money alone. You have to make sure that there's genuine shared affection and a common goal."

## ‹USE YOUR BOARD OF DIRECTORS›

A properly assembled board of directors can be a tremendous asset to any business. Consider how rich those lifetimes of experience are. Derive the most value from your board. Excite demonstrated the power of this strategy: It built business alliances with Netscape, Intuit, and AOL, all of which were inspired by the common affiliations of their board members. From the bankers of Hong Kong to the brokers of London's City to the jewelers of Zurich, there's an age-old reason for alliances based on de facto family relationships. It can be boiled down to trust. Despite all folk wisdom to the contrary, it pays to do business with friends—the right friends.

## ‹DON'T BE TOO GREEDY›

Knowing how to identify good and great deals without mandating lopsided victories is a requirement for any good negotiator. Countless Web companies have missed opportunities by awaiting valuations that were unrealistic. Less than 12 months ago, we were rebuffed after offering a company several hundred million dollars for its business. Then the markets dried up and so did our offer. That company was liquidated in January 2001. It held out too long and lost everything.

The buyer must adhere to this principle with equal diligence. Many deals evaporate because aggressive purchasers try to browbeat their targets. We did that with a store hosting company with which we had signed a letter of intent to purchase

GET BIG FAST

S P E E D   I S   L I F E

about the same time as we were buying Tripod. Our due dili-
gence showed a few challenges, all of which could have been
worked around. Yet we used those challenges as an opportunity
to drive the price down. We reached an impasse, only to have a
competitor purchase the company a few weeks later for a sub-
stantial premium to our price. The company then became the ba-
sis for its e-commerce efforts. The price, within reason, should
have been irrelevant. We became too greedy and we lost.

"You especially have to worry about arrogance," Marc
Andreessen, chairman and co-founder of Loudcloud, Inc., noted
not long ago. "If everyone is telling you you're succeeding—your
stock price is up, your customers are paying you, everything is
going great—you start to believe you're succeeding because
you're brilliant and everything you do in the future will be bril-
liant. That's when you start to make serious mistakes."

## < THE BIG MISTAKE >

As far back as 1997, I was concerned with the sense of irrational
euphoria that had developed around our industry. That concern
grew in the years that followed as the NASDAQ continued to
reach new highs while the companies listed on it continued
to show greater losses. Now, to be clear, I remained at all times a
firm believer in the profound impact the Internet would have on
both our society and economy for decades to come. Further, it
was clear that during that period we were witnessing the forma-
tion of some powerful companies. By 1999, however, it was
equally clear that the market had reached a stage of temporary
insanity with multibillion-dollar valuations being assigned to
companies that had neither revenue nor earnings.

The drive to build a company that deserved its market val-
uation was uppermost in my mind. It was for this reason that I
became very excited when Barry Diller, Chairman and CEO of
USA Networks, called me in the first days of February 1999 to
propose combining portions of our companies.

Several months preceding his call, Dave Wetherell, the chairman of CMGI, who at the time owned roughly 20 percent of Lycos, had decided that he wanted to diversify his holdings and had asked me to begin looking for a strategic partner who might purchase some or all of his shares. As a result, I had conversations with nearly every major media company in the United States. I met some extremely intelligent and forward-thinking executives and gained new insight about which traditional-media assets would be most beneficial to Lycos. Equally important, I learned which of our assets would help them.

I had always regarded Barry as both a powerful executive and a media visionary. His career accomplishments read like few others—vice president of Primetime Television for ABC Entertainment; chairman and chief executive officer of television shopping icon QVC; chairman and chief executive officer of Fox; and for ten years, chairman of the board of directors of Paramount Pictures. The idea of teaming with a man who had accomplished so much held great appeal for me.

My excitement increased after we sat down to discuss the framework of his proposal in February 1999. He suggested that we combine all of Lycos with certain of USA's assets. We would receive all of the Home Shopping Network, its million square feet of warehouse space, its 60 million cable households, its 2,000-person call center, and its $1 billion in annual sales. Further, we would receive all of TicketMaster, the nation's ticketing behemoth, and all of USA's Internet assets. Finally, we would merge in the assets of TicketMaster CitySearch, a public company in its own right and the leader in the rapidly growing field of local content and commerce.

Despite the fact that up until this point I was fiercely committed to Lycos' independence, the combination was just too good to pass up. All told, Barry Diller was willing to merge assets that generated over $1 billion in revenue and nearly $300 million a year in earnings, at a time when Lycos' revenues during its entire existence didn't total $300 million. In addition, my conversations

GET BIG FAST

75

with other media executives convinced me that it was going to be difficult to place Wetherell's shares. Whoever I spoke to, the story was always the same: "We will trade advertising for a piece of your company, but we will not use cash to buy it." These executives were surely believers in the medium and desperately wanted to own a piece of it. They simply could not justify the multiples and sought any means but cash or stock to budge their way in.

In the meantime, I increasingly felt we were on the edge of a bubble in Internet values that could burst at any time. The USA deal would give us a floor with real earnings and huge assets. More important, we would be creating a first-of-a-kind powerhouse—a company that combined old-economy assets with new-economy excitement. The Home Shopping Network's distribution expertise would enable us to build a mega-portal that offered consumers the best of a Yahoo!, Lycos, and Amazon all rolled into one.

Our board of directors moved judiciously. They methodically analyzed my presentation of the deal, and then heard from lawyers, accountants, and investment bankers. In the end, the vote in support of the merger was unanimous. I'll never forget the pride I felt when Dave Wetherell stood up after the vote and led a round of applause. He called the merger a "watershed event for the industry that will forever transform the way Internet deals get done." I was elated—and never would have believed that just 24 hours later all hell would break loose.

We announced the merger on the morning of Tuesday, February 9, 1999. Then the stock crashed. The deal was complex and, more than that, I had overestimated the financial markets' willingness to accept a merger between our high-growth new-economy assets and the traditional businesses of USA. No one believed they needed to embrace this revolutionary union; after all, Internet stocks could do no wrong. Just look at a few of the news headlines in the weeks leading up to the announcement:

NET STOCKS SURGE, BROAD MARKET MEANDERS (12/16/98)

TOP FUND OF '98—AND INTERNET FUND, OF COURSE (1/04/99)

NASDAQ CLOSES AT ANOTHER RECORD HIGH AS INTERNET

STOCKS SOAR (1/04/99)

At the close of markets that Tuesday, Lycos stock was off some 26 percent, with CMGI close behind with a 14-percent drop.

Bad quickly became worse. Dave Wetherell, who had backed me so strongly earlier in the week, appeared to panic with the drop in stock value. In his conversations with the press he wavered in his support and, by the end of the day on February 11, our death knell was posted on the CMGI Web site: "CMGI is generally supportive of the deal, but reserves the right to reassess its position as developments unfold." With these few words, he had made it clear that his support was far from certain.

The deal was dead 48 hours after we announced it. From that moment on, the story was never about strategy or vision. It was a story about Dave Wetherell defending the honor and purity of Internet stocks against the villainous Barry Diller, who had dared suggest that old media had a role in this new world The Wall Street Journal's headline on the controversy said it all: TV TITAN AND WEB MASTER BATTLE OVER LYCOS.

While Wetherell was becoming a folk hero, I was being vilified. Some reporters managed to do both in the same story. On February 11, 1999—the same day that Wetherell delivered the fatal blow on the CMGI Web site—James Cramer, the celebrated hedge-fund manager, CNBC commentator, and principal behind financial information TheStreet.com wrote the following:

CMGI WON'T BE TAKEN UNDER

In a flabbergasting turn, CMGI, the big Lycos shareholder, isn't going for this "take under." Net bulls should rejoice. The hijacking of Lycos by someone from that slick, old Hollywood crowd, that computer illiterate group of nonbelievers, may be busted!

GET BIG FAST

S P E E D   I S   L I F E

The biggest sea change in the Net was not so much that Lycos' Bob Davis got seduced by the attractiveness of going Hollywood, but that CMGI, some of the toughest minds in the Net business, were willing to go along. Frankly, this frightened the heck out of me. I had this vision of Lycos' network being worth a heck of a lot more than Diller's. Diamonds to zirconium doesn't cut it in my books . . . The only thing more stupid than merging with Home Shopping would be to go into the catalog industry!

I was becoming the Antichrist to many individual investors who refused to believe any scenario that did not feature Internet stocks soaring into the stratosphere. And just as rapidly as my reputation was fading, Wetherell's star was ascending.

I became increasingly frustrated at the course of events. Not only because the deal's chances were fading, but also because I wasn't being given an opportunity to outline our vision. No one wanted to hear about the great new company we were creating. Shareholders were fascinated with the concept of Wetherell masterminding a topping offer and refused to focus on the potential of USA Lycos. The media certainly wasn't interested in our proposed company: The saga of "Barry vs. Dave" made much better copy.

On numerous occasions, I had asked, cajoled, and even begged Wetherell to stop the saber rattling just long enough to give me an opportunity to pitch the deal in an environment that would allow the market to listen. I remember especially well investment banker Hambrecht and Quist's annual technology conference that year. Held in the mountain resort of Snowbird, Utah, it was very friendly territory. H&Q was a key member of our IPO underwriting team, and their Internet equity analyst, Paul Noglows, had long been one of our strongest supporters. He had even raised Lycos' rating to the firm's highest—"strong buy"—

based on the merits of the proposed merger. If ever there was an opportunity to convince Wetherell to budge, this was it.

I had no such luck. I was rebuffed over and over again. As time passed, he only became more emboldened, ultimately re-signing from our board of directors on March 9 and hiring Morgan Stanley to help him search for alternatives to the merger, with one possibility being CMGI itself purchasing Lycos.

I felt betrayed. The hard work of the Lycos team had created tremendous wealth for both Dave Wetherell personally and for CMGI. We were now left hanging out to dry. All the while, Dave reiterated to me that it was all about business, and that he still had tremendous respect for my leadership. The test of those sentiments came quickly. The *Boston Globe* was planning a pro-file on my career. They desperately wanted a quote from Wetherell about my skills, background, business acumen, any-thing. The story, a very positive one by and large, ran on March 23, 1999, without a word from CMGI. Wetherell wrote me an e-mail explaining that he had been on vacation and too busy to talk with the press, even though he continued to dialogue with news organizations across the country. More than any of his actions, this was the one that hit me the hardest. Feeling hurt on a very personal level, perhaps more so than at any time in my career, I knew exactly what I had to do next.

It became clear the deal wasn't going to happen. We needed 50.1 percent of the outstanding shareholders to vote in favor of the merger, and the math wasn't in our favor. I presented this reality at a USA board of directors meeting, explaining that CMGI's 20 percent, along with the 25 percent of shareholders who traditionally don't vote, meant we would need to receive almost 95 percent of the remaining ballots to complete the merger. (Our bylaws stated that any shareholder who failed to return a proxy card, for any reason, would be considered a vote against.) This was a powerful board that included Diller; General Norman Schwarzkopf; Edgar Bronfman, CEO of Seagram's; and Paul Allen,

GET BIG FAST

SPEED IS LIFE

of Microsoft fame. Everyone quickly saw that there was little hope.

Under the terms of the merger agreement, Barry Diller could have forced the issue to a shareholder vote. He would have had nothing to lose by doing so, and the earliest possible vote would have been six months hence. I knew, however, that six months of uncertainty risked destroying the company. Barry agreed, and, on May 10, 1999, only three months after rolling out our grand vision of old and new economies rushing together, we announced the termination of our merger plans.

I completed the usual circuit of business television shows on the morning after the announcement and, on my trip back to the office, was informed that Wetherell was urgently trying to reach me. He told me that CMGI wanted to buy Lycos. Despite my misgivings, he still owned 20 percent of the company, and I reluctantly agreed to meet. It quickly became apparent that he hoped to buy Lycos at a price lower than that at the time of our USA announcement, the same deal he had been so vociferously criticizing as being too low.

I was flabbergasted. After appropriate board consultation, I informed Dave that we weren't interested and that Lycos needed some time to focus on just being Lycos.

Unwilling to accept our refusal, he warned over a dinner meeting that he might take a hostile offer to the market. I encouraged him to do so if he didn't mind my telling the market that I considered CMGI grossly overvalued. We reached a tense impasse, and he went away, as did this entire ugly mess. Lycos moved on.

In a final irony from this difficult period, it was Diller, the supposed saboteur of Internet value, who selflessly released Lycos from the merger in the best interests of our business. He showed genuine concern for both me and my company. It was my friend Wetherell, who so endlessly worked to kill a merger that just days before he had so enthusiastically endorsed, who made the big mistake. By denying me the opportunity to discuss the

merits of the deal, he deprived the market of any chance to consider a merger of old- and new-economy companies nearly a year before the AOL and Time Warner combination.

Postscript: By early 2001, CMGI stock had plunged from a high of $163 per share to less than $5, a loss of more than 97 percent, with its market value falling by tens of billions to just over $1.4 billion. At the same time, TheStreet.com, publisher of so many damning articles about the merger, was down to $65 million in value, from at one point, more than $1.6 billion. On December 10, 2000, the *New York Times* reported, "CMGI is closing other units, laying off employees, and facing tough questions about the viability of the business behind the flashing lights and New Economy rhetoric."

I still regret the failure of that deal, partly because the logic underlying it was so strong. It would have allowed us to get big fast. It was the same logic that drove the merger between AOL and Time Warner a year later. Both companies were rapidly expanding into new areas: Time Warner into the online world and AOL into traditional media. I'm told that while they were negotiating, the AOL and Time Warner people had whiteboards full of the details of the USA-Lycos agreement. I felt vindicated. The markets have struggled with the AOL Time Warner merger as well, but I have no doubt it will prove to be brilliant. It combines a powerful set of assets with an exceptional management team. In five years, their stockholders are going to be very happy.

## < SEIZE THE FUTURE >

After our deal failed, I felt like an early explorer who claimed new territory on the frontier, only to have it stolen. But, fortunately, we put our heads down, moved forward, and built an even stronger company. Attaining success in any business is complicated, but maintaining it long term is far more complex than the stock market is inclined to recognize. Yet success always begins in the same way: with a compelling vision that you are

SPEED IS LIFE

determined to transform into a thriving business. More rapidly than ever, companies are merging models, technologies, and concepts to achieve unprecedented scale. Media companies are buying telecommunications assets, Internet companies are buying old media, and, in the ultimate irony, a record company has invested in Napster. The race for scale and size has resulted in a giant whirlwind of activity.

The current playing field is not for the faint of heart. In the long run, however, it boils down to having a compelling vision that leads to growing revenues and consistent profitability. That involves knowing the marketplace, knowing your employees and competencies, and recognizing competitive threats and opportunities. It means spending wisely.

And in the twenty-first century, it means getting big fast.

# EXHIBIT 12



Lucent turns Compliance Challenge into a Victory.
Find out how they did it in just 11 months!



EXHIBIT
50/

Leadership Career | Enterprise | KM/Storage | Security | Industries | Sourcing | Technology

CIO.com | Archives | Research | Viewpoints | Blogs | CIO Store | Newsletters | Search

Free Newsletters
Stay informed
with updates
from CIO.



Jan. 15, 2003 Issue of CIO Magazine

# CIO

## Peer to Peer
### Field-Tested Ideas from CIOs to CIOs

# Changing Horses in Midstream

How the CIO of
Terra Lycos helped
his company change
direction, fast.

BY TIMOTHY WRIGHT

**BY JANUARY 2001**, it was crystal clear that my company, Terra Lycos, was in trouble. The online advertising market had completely dried up, and the big e-commerce deals were nowhere to be seen. It was definitely time to try something new. You know the adage, "There is no such thing as a free lunch." Well, we were going to have to start getting people to pay for







http://www.cio.com/archive/011503/peer.html

1/11/2007

Changing Horses in Midstream - Peer To Peer - CIO Magazine Jan 15,2003

their food.

The question was, how?

If ever the requirement for a close relationship between the company's technology and business organization existed, it was now. The future of Terra Lycos was at stake, and we had very little time to come up with some answers. I had seen these types of situations before, and it was easy to see this becoming a political firestorm as accusations flew about who should have seen this coming and who was to blame.

### The CIO Service Center

▶ Printer-friendly Version

▶ E-mail this Article

▶ Request Reprint

▶ Subscribe to CIO



When looking to develop a BPO strategy, organizations must closely evaluate their current and future IT systems and application environments

find out why it's so important

EQUATERRA    Click Here Now!

We were, as Chairman and CEO Joaquim Agut put it, "going to have to change the wings while the plane is flying." And the plane itself was huge. Terra Lycos operates more than 300 products in 43 countries and in 19 languages and has more than 110 million monthly unique visitors. We operate some of the most popular websites in the United States and are the largest Internet access provider for Spain and South America. Our product teams are distributed geographically in nine different countries and communicate in multiple languages. Some of our most respected, long-established products like Tripod and Angelfire, which provide personal Web publishing services, or Lycos and Hotbot's search services, were struggling to survive. Advertising was not carrying the load, and we realized that we would have to start charging for those products. Fortunately, we had already tested a direct-sales formula that users had shown they were prepared to pay for. So we had a formula that could be applied to our flagship products.

Changing our business model in midair was going to take clear communication and a lot of trust. Both of those were unknown entities in January 2001. Just three months prior, Lycos had been acquired by Terra Networks S.A. of Spain. Management had spent the eight months leading up to the transaction trying to figure out what the two organizations brought to the table and which was going to

Changing Horses in Midstream - Peer To Peer - CIO Magazine Jan 15,2003

be in charge once the deal closed. To further complicate matters, the heads of sales, finance, legal and product management all left within weeks of the merger.

Needless to say, the remaining team had its work cut out. The first thing Agut did was set up a strategic management team that spanned the Atlantic. That group, made up of managers from marketing, sales, finance, product management and technology (myself), began meeting face-to-face once a month in different locations around the world, such as Barcelona, Boston, Madrid, Miami, Monterrey (Mexico) and Rio (Brazil). We also met via video conference once a week. The purpose of those meetings was not simply to establish a common set of priorities and debate open issues but to also build relationships and understand the philosophy of the new company. Such partnerships were essential as we moved from a decentralized fiefdom, where each country or region had its own products and technology solutions, to a more cohesive global entity.

I expanded that team building effort into my own domain, forming a Tech Council comprising the leaders of the technology teams from around the world. We bring the team together once per quarter, meeting in far off places such as Mexico, Peru, Spain and back here in the **It is much easier to** United States. And we also meet via phone weekly. **pull a global project** Once again, we have seen tangible improvements in **together if you have** coordination and cooperation on projects. It is much **broken bread with** easier to pull a project together when you have broken **every member of the** bread with every member of the team, especially when **project team.** you need to coax that last extra effort to hit a tough deadline. In a small gesture of my own, I started taking Spanish classes. That went a surprisingly long way in generating goodwill—I was making an effort to communicate with my colleagues, and they appreciated the effort. I still am terrible at the language, but that is now a point of great humor and helps ease the tension.

I am the first to admit that this has been a long and at times painful road. I was out of the country more in the first six months of 2002 than I was at home, a situation that my wife and 7-year-old son were less than thrilled with. On the professional side of the ledger, arriving at a consensus on how to drive our products toward profitability was not easy. Regional priorities for the businesses were different and in some cases conflicting. The business team in Brazil did not necessarily share the opinion that a pay-for-inclusion search product was more important than their new catalog requirement. Lycos Europe wanted to be the deployment headquarters for Matchmaker, but so did Terra Lycos Brazil. We had

Changing Horses in Midstream - Peer To Peer - CIO Magazine Jan 15,2003

to resolve countless such conflicts, too many to list here. Product managers soon learned that they would have to furnish a clear ROI before projects got into engineering.

We also had to spend considerable time finalizing some of the new product specs to the point where the "death by a thousand paper cuts" threatened to overwhelm the momentum of the teams. We finally realized that assigning product managers to particular projects regardless of their geographic location was the only way to get those projects off the collective drawing board. That was different from our previous model, which relied on a more decentralized regional process, and it took some getting used to. Then, in the middle of the whole transformation, we had to reduce the workforce by almost 25 percent. In retrospect, that actually focused the teams better, as we were forced to identify only those products that we knew could become best-in-class and cut resources from those that might not. At the time, however, that caused a significant loss of focus, as staff members spent too much time worrying about politics and lobbying for their specific product.

In the past year, we have relaunched almost every strategic product across the network. We have deployed new subscription versions of the flagship websites and tools for those sites, Internet Access, Angelfire, Anti-Virus, Dating, Domain Names, Finance, Mail, Search, Tripod and many more. These products all launched with excellent price performance. Our user community tells us our products are better than the competition, and we have exceeded expectations on revenue and subscribers. The company ended September 2002 with 2.5 million paying subscribers for access, communications and portal services.

We're still not out of the woods. Last November, we had to lay off 21 percent of our workforce in this country. We are not yet profitable, but we expect to turn the corner in 2003. And we stand ready to meet the future. Putting the customer first, knowing who our partners are and building quality into every product should guide us through. CIO



Timothy Wright is senior vice president of Global Technology and CTO and CIO of Terra Lycos, a global Internet company. He can be reached at *tim.wright@corp.terralycos.com*. If you have a story to share with your peers, let Executive Editor Alison Bass know at *abass@cio.com*.

Changing Horses in Midstream - Peer To Peer - CIO Magazine Jan 15,2003

*Timothy Wright has left Terra Lycos, and is now CIO of Geac Computer Corporation Ltd. of Ontario, Canada.*

ILLUSTRATION BY JAMES TURNER



## The CIO Service Center

▲  Printer-friendly Version

▲  E-mail this Article

▲  Request Reprint

▲  Subscribe to CIO



**The Resource for Information Executives**

**In the January 15ᵗʰ, 2003 Issue of CIO:**

Select Below ▾

CIO Magazine – January 15, 2003
© 2003 CXO Media Inc.

http://www.cio.com/archive/011503/peer.html
**SPONSORED LINKS:**
■ Find out why "IT" does matter in BPO. EquaTerra tells you how!
■ Learn how BI predictive analytics can leverage forecasting for better planning.
■ AMD and Sun: Extreme Performance. Compelling Prices
■ Discover a simpler way to measure return on SOA investments.

http://www.cio.com/archive/011503/peer.html

- Secure, convenient solutions for identification, communications and transactions
- IDC Report: Insights, answers, and solutions for storing key data.
- Iron Mountain explains why you need to separate backup vs. archiving.
- Learn how to renegotiate and "future-proof" your outsourcing agreements.
- A closer look at data backup vs. data archiving
- Get the New Neil Raden White Paper on Ambient Business Intelligence
- Find out how to measure maturity of ITIL implementation and how HDI's Support Center Certification facilitates it!
- Today more than ever, data quality is the key to CRM. Make sure bad data doesn't hamper your success.
- Introducing the HP BladeSystem c-Class server. Now you can set IT free.
- Here's a must-read tutorial for grid computing.
- Hitachi True Stories
- Boost your computing power for higher performance and better business alignment.
- Learn how and why CIOs are leveraging outsourcing for delivery of core IT services.
- Click here to join the discussion in the Leadership Agenda Blog
- Learn how IT fosters a "hip and cool" customer experience for Virgin Entertainment.
- JOIN PEERS & INDUSTRY ANALYSTS AT THE CONTINUOUS AVAILABILITY SUMMIT
- Read these real scenarios to avoid SOA worst governance practices in your enterprise.
- Accelerate business and keep your competitive edge with Open Communications
- With the days of UNIX numbered, you can move from the past to the future – with Linux.
- Read about bringing virtualization to the data center!
- Check out this pro-active approach to process outsourcing efficiency and business agility!
- Make the best use out of Software Asset Management
- Hear how top CIOs turn change into a competitive advantage.
- Learn how CIOs are taking care of business and delivering top – and bottom - line value
- SOA Worst Practices Volume II: A Look At Governance
- Learn how IT strategy drives business growth: The CIO Leaders Series Webcast
- Find out why CIOs say that an investment in innovation will likely win their business
- The Convergence of Provisioning and Identity Auditing
- IDC Report: Insights, answers, and solutions for storing key data.
- TeaLeaf CX: The Only 360-Degree View of Online Customer eXperience
- The Only Comprehensive, Hot-Pluggable, Unbreakable Middleware
- Visit oracle.com/markdrake and find out who stole Mark Drake
- Discover infrastructure for innovation(tm) from Novell(r).>>
- Learn how to use more than SLAs to effectively measure sourcing value.
- Get market leaders' perspectives on infrastructure and security management
- Find out how other IT executives view SCM & how your organization compares across the industry
- Hear what market leaders have to say about innovation best practices.

Changing Horses in Midstream - Peer To Peer - CIO Magazine Jan 15,2003

- Learn how to take IT Security One Step Further - Investigating Internal Data Breaches
- Gain a deeper understanding of business performance in real-time
- SAP Speaks Retail – Over 3,400 retailers run SAP. Learn more at sap.com/speaks-retail
- IDG Research Report Reveals CIO Visibility Blind Spot for Application Development Investments
- Learn about Critical Requirements for SOA Governance
- These best practices for asset management can help with an audit - and save you money.
- Click here to learn how to better protect your assets!
- Create an outsourcing strategy today and deliver greater business value tomorrow.
- Read this study and learn how Symantec's tools help businesses manage their data centers
- Click here to learn about progressive sourcing and why it's part of a growing trend.
- Discover how Citibank keeps its customer "in the loop" with SMS
- Are you ready for the Project Economy?
- Harness the power of SOA with 5 innovative strategies for success.
- Introducing the HP StorageWorks All-in-One Storage System
- Learn how Lucent Technologies Inc. simultaneously addressed its compliance requirements and transformed and consolidated its IT infrastructure.
- Aligning IT with Business: A Service Delivery Perspective
- Learn how Sybase 365 enables directory services through SMS
- IBM study says CEOs want innovation and CIOs need to support and enable those efforts.

# cio.com



Home | About CIO | Privacy Policy | Terms of Service | Linking to us

Subscription Services | Reprints | Advertising | Executive Programs

THE IDG NETWORK
CSO | CMO | Darwin | Computerworld | Network World | Infoworld | PC World | Bio-IT World
IT Careers | ITWorld Canada | JavaWorld | Macworld | Mac Central | Playlist | GamePro |
GameStar | Gamerhelp
© 1994 - 2006 CXO Media Inc.

An International Data Group (IDG) Company

Problems/compliments about this site can be sent to info@cio.com.

# EXHIBIT 13



PLAINTIFF'S
EXHIBIT
127

| | |
|---|---|
| **From:** | Sam Ziba/O=Lycos |
| **Sent:** | Wednesday, June 27, 2001 4:11 PM |
| **To:** | Frank Treu/O=Lycos@Lycos; Timothy Wright/O=Lycos@Lycos; Julie Callagee/O=Lycos@Lycos; Kevin Baillie/O=Lycos@Lycos; Brian Lucy/O=Lycos@Lycos |
| **Subject:** | Re: MailCity NetApps Buy out, please read. |

Hi all,

As some of you may know, we are migrating the MailCity storage to STOR/SNI.
Peter Karol is reviewing the contract, but meanwhile there are some old storage
gears that SNI needs to take it of Lycos hand, prior to migration. I have sent
the list to CSI for the buy out figure. SNI wanted an estimated numbers by the
end of the week, therefore I pulled these buy out figures, based on the
remaining cash flow of the lease and a STANDARD 20% PURCHASE PRICE if the
leased product is purchased prior to lease end date. The actual amount from CSI
can be higher or lower, depends on relation and negotiation. In the past, since
we had a much better relation with CSI ( we now use Banc of America as an
exclusive lessor since there rates are much better that CSI), we were getting a
very good buy out figure from CSI and then we would sell them to SNI at 25% or
40% markup. I do not know if we can do that now, since the cost of the gears
have dropped by more than 50% and the new equipment can store much more gigs
per machine. The 630 and 230's have no or not much value in the open market.
Make the long story a bit more longer, I am enclosing " AN ESTIMATED BUY OUT
FIGURE" for these equipment. I do not feel comfortable to disclose these
numbers to SNI until we have the actual buy out numbers from CSI. I will let
you guys come up with a way of communicating this with SNI, since due to
quarter end, SNI wants to see the financial impact and accrue for them in the
current quarter.


Cheers
Sam Ziba



NetApp-1  01LYC20000327     S/N 9153    8 Disk Shelves Model 630
NetApp-2  01LYC20000344     S/N 17043   14 Disk Shelves Model F760
NetApp-3  01LYC20000367     S/N 10194   1 Disk Shelf  Model 230
NetApp-4  01LYC20000368     S/N 10195   2 Disk Shelves Model 230
NetApp-5  01LYC20000364     S/N 10201   12 Disk Shelves Model 630
NetApp-6  01LYC20000353     S/N 10200   11 Disk Shelves Model 630
NetApp-7  01LYC20001056     S/N 22213   10 Disk Shelves Model F760
NetApp-8  01LYC20001037     S/N 17238   4 Disk Shelves Model F760
NetApp-9  01LYC20002704     S/N 31271   8 Disk Shelves Model F740


LYC 21492

# EXHIBIT 14

# O'BRIEN&LEVINE

Court Reporting Services



**YOUR BOSTON CONNECTION...WORLDWIDE**

## Computer Sales International, Inc. v. Lycos, Inc.

**Transcript of the Testimony of:**

# Sam Ziba

# September 19, 2006

www.court-reporting.com
mail@court-reporting.com

**195 State Street**
**Boston, MA 02109**
**(617) 399-0130  888.825.DEPO(3376)**

ORIGINAL

Nicole E. Guilbert   20512

Sam Ziba 9-19-2006
Computer Sales International, Inc. v. Lycos, Inc.

198

1    Mr. Wright, and Mr. Baillie; is that right?

2        A.    Correct.  I can see those names.

3        Q.    And at this time, a day after you wrote Exhibit

4    127, you wrote to Mr. Stenberg, quote, Dear Paul, Please

5    kindly provide the buyout figures for the following

6    equipment.  Based on the long-term relationship between

7    Lycos and CSI, please make certain that Lycos receives the

8    best buyout price as possible so we will maintain such

9    relation, period, close quote.  Do you see that?

10       A.    Yes.  I can read it.

11       Q.    And you were referring there to wanting CSI,

12   particularly Mr. Stenberg, to provide Lycos with the buy --

13   best buyout price, you meant the lowest buyout price

14   possible, right?

15       A.    If the document states, okay.

16       Q.    Well, you don't need a document to see that the

17   best buyout price that you wanted for Lycos to pay to CSI

18   was the lowest price possible, right?

19       A.    As the document states.

20       Q.    As this -- as your e-mail states?

21       A.    That shows on this document.

22       Q.    Okay.  That's what you wrote?

23       A.    Yes.  I don't recall this e-mail on the top of my

24   head but that's -- if that's -- the document states.

Sam Ziba  9-19-2006
Computer Sales International, Inc. v. Lycos, Inc.

1      Q.    Okay.  And at the time when you said, Based on the

2   long-term relationship between Lycos and CSI, please make

3   certain that Lycos receives the best buyout price as

4   possible, quote, so we will maintain such relation,

5   unquote; do you see that?

6      A.    Yes.

7      Q.    The such relation you were referring to was the

8   relationship between Lycos and CSI, right?

9      A.    Yes, if the document states.

10     Q.    And the document does state, right?

11     A.    But I don't know on top of my head if I sent this

12   e-mail.

13     Q.    Okay.  But you don't dispute that you did, do you?

14     A.    No, I don't -- I don't -- I don't --

15     Q.    You don't dispute that you did?

16     A.    I don't dispute.

17     Q.    Okay.  Now, when you told Mr. Stenberg that you

18   wanted to -- based on the long-term relationship between

19   Lycos and CSI, that you wanted to make certain that Lycos

20   received the best buyout price as possible so you could

21   maintain that relation, you did not tell him at this time

22   that Lycos had already decided to terminate its

23   relationship with CSI and move to other lessors, did you?

24     A.    I don't see it in the document.

# EXHIBIT 15

**FILED UNDER SEAL**

# EXHIBIT 16

PLAINTIFF'S
EXHIBIT 19
Callagee
4-26-06    CB

| | |
|---|---|
| **From:** | Sam Ziba/O=Lycos |
| **Sent:** | Wednesday, June 27, 2001 9:59 AM |
| **To:** | Julie Callagee/O=Lycos@Lycos |
| **Cc:** | Donna Quach/O=Lycos@Lycos |
| **Subject:** | Final lease schedule for June, 2001. Ripley, over and out. |
| **Attach:** | Lease Agreements-2001.xls |

LYC 21488

4/7/00

Rec--FYI
This Wheel issue expense will hit the accrual in April.

Wheel-CSI Issue 144074-054



|  | Invoices Received April 5, 2000 @ 7321 | Monthly Accruals set up in 7321 |
|---|---|---|
| October | 1,322.97 | 9,309.83 |
| November | 12,855.71 | 9,309.83 |
| December | 18,226.51 | 9,309.83 |
| January | 29,160.68 | 9,309.83 |
| February | 29,160.68 | 9,309.83 |
| March |  | 9,309.83 |
| Total | 110,617.33 | 55,545.13 |

LYC 21489

Lycos, Inc.
Summary of Equipment Lease Agreements
February 9, 2006

| Lessor | Lease Number | Type | Description of Asset and/or Asset Serial No. | Equipment Value | Lease Factor | Term in Months | Start Date | End Date | Weighted Avg Maturity | Lease Payment | Tax | Monthly Payment | Note | Factor * Equip | Derivative Factor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Lease Agreements-2006.xls<br>Print 2/6/2006

LYC 21490

## Lycos, Inc.
### Summary of Equipment Lease Agreements
### February 9, 2006

| | | | | | | | | | | | | Lease Agreement 2003.xls 2003 INCOME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fenna Indentures | 300111-5 | | Asset Computer Equip | 90,336 | 0.0320 | 36 | 01/01/99 | 12/31/01 | (4.11) | 1,618.27 | 1,242.20 | 1,610 | 1,812,176 |
| Fenna Indentures | 300111-6 | | Asset Computer Equip | 185,598 | 0.0320 | 36 | 02/01/99 | 01/31/02 | (4.63) | 6,065.24 | 6,591.51 | 6,050 | 6,822,527 |
| Fenna Indentures | 300111-7 | | Asset Computer Equip | 143,295 | 0.0320 | 36 | 03/01/99 | 02/28/02 | (3.92) | 4,531.13 | 4,534.53 | 4,532 | 5,122,521 |
| Fenna Indentures | 300111-4 | | Asset Computer Equip | 101,153 | 0.0320 | 36 | 04/01/99 | 03/31/02 | (3.78) | 4,197.95 | 4,075.50 | 4,166 | 4,815,585 |
| Fenna Indentures | 300111-4 | | Asset Computer Equip | 111,311 | 0.0320 | 36 | 05/01/99 | 04/30/02 | (3.72) | 10,018.63 | 10,642.79 | 10,016 | 11,172,056 |
| Fenna Indentures | 300141-1 | | Asset Computer Equip | 624,470 | 0.0320 | 36 | 06/01/99 | 05/31/02 | (3.62) | 11,337.00 | 20,890.65 | 110,517 | 211,582,923 |
| Fenna Indentures | 300541-3 | | Asset Computer Equip | 205,143 | 0.0322 | 36 | 07/01/99 | 06/30/02 | (3.67) | 6,493.71 | 7,047.94 | 6,499 | 7,315,542 |
| Cfi | 14437H-04 | | Misc Computers | 530,311 | 0.0410 | 24 | 08/01/00 | 07/31/02 | (3.96) | 54,155.51 | 26,296.14 | 25,883 | 15,134,341 |
| Cfi | 14437HAA,TB &4O | Operating | Misc Computers | 340,000 | 0.0334 | 24 | 09/01/00 | 08/31/03 | (3.76) | 11,423.00 | 11,311.00 | 11,434 | 11,549,000 |
| Cfi | 14437H-048 | Operating | Misc Computers | 340,000 | 0.0334 | 24 | 09/01/00 | 08/31/03 | (3.95) | 1,067.00 | 8,728.57 | 8,704 | 5,760,000 |
| Trolar | | | | 531,207 | | | | | | 1,415.27 | 24,033.63 | 22,372 | 14,092,968 |
| ThinkingPrint | 14437H-01 | | Asset Computer Equip | 31,404 | 0.0414 | 24 | 05/01/00 | 04/30/02 | (3.61) | 1,299 | 1,362.80 | 1,299 | 733,694 |
| Cfi ThinkingAyers | 14437H-01 | | Asset Computer Equip | 72,542 | 0.0412 | 24 | 07/01/00 | 06/30/02 | (3.41) | 3,128 | 3,204.54 | 3,128 | 1,784,876 |
| Lease not Finalized | | | | | | | | | | | | | |
| Cfi | 14437H-43 | | Asset Computer Equip | 1,842,016 | 0.0402 | 36 | 01/01/01 | 12/31/02 | (5.15) | 34,401 | 34,328.63 | 34,401 | 20,642,343 |
| Cfi | 14437H-34 | | Asset Computer Equip | 4,106,025 | 0.0320 | 36 | 01/01/01 | 12/31/03 | (1.12) | 112,223 | 114,496.61 | 112,223 | 143,213,078 |
| BDA | TBD | | Asset Computer Equip | 1,291,407 | 0.0399 | 36 | 01/01/01 | 02/31/04 | (1.76) | 56,159 | 57,611.37 | 56,159 | 46,490,669 |
| | | | | $ 64,955,033 | 0.0331 | M | | | (0.581) | $ 1,252,673 | $ 1,355,464 | 2,091,233 | 1,264,137,170 |

LYC 21491

# EXHIBIT 17

**Folder:** \Lycos vs CSI\LEASES 2001

**Filename:** Lease Analysis_Capital Lease.xls

**Author** Monique Walsh

**Organization** Lycos

**DateCreated** 10/22/2002

**TimeCreated:** 10:19 AM

**DateLastMod** 7/14/2003

**TimeLastMod** 02:36 PM

---

**Lycos, Inc.**
**Analysis for Turning Operating Leases into Capital Leases**

| Lessor | Lease Number | Type | Description of Asset under lease | Equipment Value | Start Date | End Date | Lease Payment |
|---|---|---|---|---|---|---|---|
| Avnet Computer | L5649-19 | Operating | various locations | 1,080,249 | 05/01/00 | 05/01/03 | 28,195.51 |
| Avnet Computer | L5649-20 | | various locations | 898,730 | 07/01/00 | 06/30/03 | 26,865.61 |
| Avnet Computer | L5649-21 | | various locations | 2,695,688 | 07/01/00 | 06/30/03 | 84,581.21 |
| | | | | | | | |
| Bank of America | Schedule 1 | | Servers and Equip | 2,311,210 | 10/01/00 | 09/30/04 | 66,610.01 |
| Bank of America | Schedule 2 | | Assort Computer Equip | 1,715,743 | 10/08/01 | 10/07/04 | 48,415.80 |
| | | | | | | | |
| Compaq | 101003-000001 | | various locations | 1,962,067 | 01/01/01 | 12/31/03 | 59,556.24 |
| Compaq | 101003-000002 | | various locations | 2,582,117 | 04/01/01 | 03/31/04 | 78,367.12 |
| | | | | | | | |
| CSI | 144874-66C | Operating | Misc Equip | 1,082,717 | 01/01/00 | 12/31/03 | 26,065.64 |
| CSI | 144874-67B | Operating | Misc Equip | 1,034,500 | 01/01/00 | 12/31/03 | 30,966.88 |
| CSI | 144874-69A | | Misc Equip | 427,219 | 11/01/99 | 10/31/02 | 12,611.71 |
| CSI | 144874-69C | | Misc Equip | 2,103,620 | 03/01/00 | 02/28/02 | 71,637.00 |
| CSI (initial # 67C) | 144874-67F | Operating | Misc Equip | 531,408 | 05/01/00 | 05/31/02 | 17,864.00 |
| CSI (initial # is 64C) | 144874-64F | | Assort Comp.Equip | 196,000 | 12/01/00 | 09/30/03 | 5,545.23 |
| CSI (initial # is 66D) | 144874-66G | Operating | Misc Equip | 370,028 | 06/01/00 | 03/31/02 | 12,439.00 |
| CSI (initial # is 66F) | 144874-66I | | Assort Comp.Equip | 985,000 | 12/01/00 | 09/30/03 | 32,897.65 |
| CSI (initial # is 67E) | 144874-67H | | Assort Comp.Equip | 1,091,002 | 12/01/00 | 09/30/03 | 36,438.41 |
| CSI (initial # is 69D) | 144874-69G | Operating | Misc Equip | 1,031,403 | 08/01/00 | 05/31/03 | 34,672.00 |
| CSI (initial # is 69F) | 144874-69I | | Assort Comp.Equip | 2,880,878 | 12/01/00 | 09/30/03 | 96,217.36 |
| CSI (initial # is 72) | 144874-64B | Operating | Misc Computers | 240,000 | 03/01/00 | 02/28/02 | 8,067.00 |
| CSI (initial # is 73) | 144874-69E | Operating | Misc Equip | 800,000 | 04/01/00 | 03/31/02 | 27,057.00 |
| CSI (initial # is 74) | 144874-66E | Operating | Misc Equip | 497,000 | 04/01/00 | 03/31/02 | 16,689.00 |
| CSI (initial # is 75) | 144874-67D | Operating | Misc Equip | 735,000 | 04/01/00 | 03/31/02 | 24,868.00 |
| CSI (initial #64A) | 144874-64D | Operating | Misc Computers | 340,000 | 04/01/00 | 03/31/03 | 11,428.00 |
| CSI | 144874-85 | | Assort Computer Equip | 2,360,000 | 03/01/01 | 12/31/03 | 73,476.07 |
| CSI | 144874-86 | | Assort Computer Equip | 725,000 | 10/01/01 | 12/31/03 | 628.63 |
| CSI | 144874-93 | | Misc Equip | 12,911,925 | 11/01/01 | 10/31/03 | |
| CSI | 144874-94 | | | 6,710,771 | 11/01/01 | 10/31/04 | |
| CSI | 144874-89 | | Misc Equip | 2,991,623 | 01/01/01 | 03/31/04 | 105,548.00 |
| CSI | 144874-89A | | Misc Equip | 361,396 | 01/01/01 | 03/31/04 | 16,070.00 |
| CSI | 144874-90 | | Misc Equip | 1,489,751 | 04/01/01 | 03/31/04 | 52,483.00 |
| CSI | 144874-100 | | Assort Computer Equip | 198,273 | 4/1/2002 | 3/31/05 | 6,082.29 |
| CSI | 144874-200 | | Assort Computer Equip | 1,417,620 | 4/1/2002 | 3/31/2005 | 43,954.35 |
| | | | | | | | |
| Optimus / Panthus Capital | 3851 | | Sun Server e6500 | 320,000 | 05/01/01 | 04/30/04 | 9,381.14 |
| | | | | 57,101,918 | | | 1,166,689 |

LYED202185

**Lycos, Inc.**
**Analysis for Turning Operating Leases into Capital Leases**

| Lessor | Tax | Monthly Payment | Remaining Life (in days) | Remaining Life (in months) | Rentals Remaining |
|---|---|---|---|---|---|
| | | calculation as of | 11/01/02 | | |
| Avnet Computer | 2,036.04 | 30,232 | 181 | 6 | 181,389 |
| Avnet Computer | 1,710.22 | 28,576 | 241 | 8 | 228,607 |
| Avnet Computer | 5,243.61 | 89,825 | 241 | 8 | 718,599 |
| | | | | | |
| Bank of America | 4,329.65 | 70,940 | 699 | 23 | 1,631,612 |
| Bank of America | 3,147.03 | 51,563 | 706 | 23 | 1,185,945 |
| | | | | | |
| Compaq | 3,255.20 | 62,811 | 425 | 14 | 879,360 |
| Compaq | 4,282.44 | 82,650 | 516 | 17 | 1,405,043 |
| | | | | | |
| CSI | 1,085.55 | 27,151 | | | 52,131 |
| CSI | 2,554.69 | 33,522 | | | 61,934 |
| CSI | 658.36 | 13,270 | | | 25,223 |
| CSI | 4,145.96 | 75,783 | | | 143,274 |
| CSI (initial # 67C) | 1,330.68 | 19,185 | | | 125,048 |
| CSI (initial # is 64C) | 464.97 | 6,010 | | | 361,874 |
| CSI (initial # is 66D) | 565.65 | 13,005 | | | 87,073 |
| CSI (initial # is 66F) | 1,562.06 | 34,560 | | | 361,874 |
| CSI (initial # is 67E) | 1,822.00 | 38,260 | | | 400,823 |
| CSI (initial # is 69D) | 1,816.84 | 36,469 | | | 242,704 |
| CSI (initial # is 69F) | 5,045.65 | 101,263 | | | 1,058,391 |
| CSI (initial # is 72) | 661.85 | 8,749 | | | 40,335 |
| CSI (initial # is 73) | 1,524.27 | 26,591 | | | 135,335 |
| CSI (initial # is 74) | 649.35 | 17,338 | | | 83,445 |
| CSI (initial # is 75) | 2,051.61 | 26,920 | | | 124,340 |
| CSI (initial #64A) | 971.36 | 12,399 | | | 78,996 |
| CSI | 3,755.56 | 77,232 | | | 1,028,665 |
| CSI | 53.41 | 682 | | | 8,801 |
| CSI | | | 364 | 12 | 1,298,396 |
| CSI | | | 730 | 24 | 12,697,084 |
| CSI | 6,523.75 | 113,072 | 150 | 5 | 547,121 |
| CSI | 1,097.46 | 17,167 | 150 | 5 | 83,068 |
| CSI | 3,355.67 | 55,839 | 516 | 17 | 929,444 |
| CSI | 347.77 | 6,430 | 881 | 28 | 182,738 |
| CSI | 2,629.39 | 46,584 | 881 | 28 | 1,323,880 |
| | | | | | |
| Optimus / Panthus Capital | 773.94 | 10,155 | 546 | 18 | 182,791 |
| | 69,572 | 1,236,261 | 7,227 | 235 | 27,696,343 |

LYED202186

**Lycos, Inc.**
**Analysis for Turning Operating Leases into Capital Leases**

| | 10% | | | | | |
|---|---|---|---|---|---|---|
| | 5% of MIS | 10% of OPS | 0% of MIS | 5% of OPS | 2% of | Discount |
| Lessor | Equip. Value | Equip. Value | Equip. Value | Equip. Value | Equip. Value | Rate |
| | | | | | | 3.0% |
| Avnet Computer | - | 108,025 | - | 54,012 | 32,407 | 2.08% |
| Avnet Computer | - | 89,873 | - | 44,937 | 26,962 | 2.08% |
| Avnet Computer | - | 269,167 | - | 134,583 | 80,750 | 2.08% |
| | | | | | | |
| Bank of America | 41,602 | 189,519 | - | 94,760 | 69,336 | 3.08% |
| Bank of America | 30,883 | 140,691 | - | 70,345 | 51,472 | 3.08% |
| | | | | | | |
| Compaq | - | 196,207 | - | 98,103 | 58,862 | 3.08% |
| Compaq | - | 258,212 | - | 129,106 | 77,463 | 3.08% |
| | | | | | | |
| CSI | 5,339 | 102,933 | - | 48,797 | 32,482 | 3.08% |
| CSI | 98,189 | 100,819 | - | 49,094 | 31,035 | 3.08% |
| CSI | 40 | 42,642 | - | 21,321 | 12,817 | 3.08% |
| CSI | 20,195 | 169,972 | - | 84,986 | 63,109 | 3.08% |
| CSI  (initial # 67C) | 3,330 | 46,482 | - | 23,241 | 15,942 | 3.08% |
| CSI  (Initial # is 64C) | 1,049 | 14,502 | - | 7,251 | 5,880 | 3.08% |
| CSI  (Initial # is 66D) | - | 37,003 | - | 18,501 | 11,101 | 3.08% |
| CSI  (Initial # is 66F) | - | 98,500 | - | 49,250 | 29,550 | 3.08% |
| CSI  (Initial # is 67E) | 5,615 | 97,869 | - | 48,935 | 32,730 | 3.08% |
| CSI  (Initial # is 69D) | 13,681 | 89,479 | - | 37,909 | 30,942 | 3.08% |
| CSI  (Initial # is 69F) | 26,124 | 235,841 | - | 117,920 | 86,426 | 3.08% |
| CSI  (Initial # is 72) | 1,318 | 21,364 | - | 10,682 | 7,200 | 3.08% |
| CSI  (Initial # is 73) | 12,666 | 54,669 | - | 27,334 | 24,000 | 3.08% |
| CSI  (Initial # is 74) | 1,717 | 46,286 | - | 23,133 | 14,910 | 3.08% |
| CSI  (Initial # is 75) | 1,529 | 70,443 | - | 35,221 | 22,050 | 3.08% |
| CSI  (Initial #64A) | 1,605 | 30,789 | - | 15,395 | 10,200 | 3.08% |
| CSI | - | 239,000 | - | 119,500 | 71,700 | 3.08% |
| CSI | - | 72,500 | - | 36,250 | 21,750 | 3.08% |
| CSI | 1,291,193 | - | - | - | 387,358 | 2.08% |
| CSI | - | 671,077 | - | 335,539 | 201,323 | 3.08% |
| CSI | - | 299,162 | - | 149,581 | 89,749 | 2.08% |
| CSI | - | 36,140 | - | 18,070 | 10,842 | 2.08% |
| CSI | - | 148,975 | - | 74,488 | 44,693 | 3.08% |
| CSI | - | 19,627 | - | 9,814 | 5,888 | 3.08% |
| CSI | - | 141,762 | - | 70,881 | 42,529 | 3.08% |
| | | | | | | |
| Optimus / Panthus Capital | - | 32,000 | - | 16,000 | 9,600 | 3.08% |
| | 1,556,055 | 4,171,530 | - | 2,074,938 | 1,713,058 | |
| | | | | | | |
| | | | | | | |
| | | 0 | $ 26,231,856 | 26,231,856 | | |
| | | 1 | $ 26,299,184 | | | |
| | | 2 | $ 26,366,686 | | | |

LYED202187

**Lycos, Inc.**
**Analysis for Turning Operating Leases into Capital Leases**

| Lessor | NPV of 2% of Equip. Value | Total using 5% & 10% | Total using 0% & 5% | Total using 2% | Total Using 2% of NPV | 10% Buyout of Original Cost |
|---|---|---|---|---|---|---|
| Avnet Computer | 28,642 | 289,414 | 235,402 | 213,787 | 210,031 | 108,025 |
| Avnet Computer | 22,868 | 318,480 | 273,543 | 255,569 | 251,474 | 89,873 |
| Avnet Computer | 68,486 | 987,765 | 853,182 | 799,349 | 787,087 | 269,167 |
| | | | | | | |
| Bank of America | 34,510 | 1,862,733 | 1,726,372 | 1,700,949 | 1,666,123 | 231,121 |
| Bank of America | 25,819 | 1,357,519 | 1,256,290 | 1,237,417 | 1,211,564 | 171,574 |
| | | | | | | |
| Compaq | 38,494 | 1,075,567 | 977,464 | 938,222 | 917,854 | 198,207 |
| Compaq | 46,252 | 1,663,254 | 1,534,148 | 1,482,506 | 1,451,295 | 258,212 |
| | | | | | | |
| CSI | 15,684 | 160,403 | 100,928 | 84,613 | 67,815 | 108,272 |
| CSI | 14,985 | 260,942 | 111,028 | 92,969 | 76,919 | 199,008 |
| CSI | 6,189 | 67,905 | 46,544 | 38,040 | 31,412 | 42,682 |
| CSI | 30,472 | 333,441 | 228,260 | 206,363 | 173,746 | 190,167 |
| CSI (initial # 67C) | 7,698 | 174,860 | 148,289 | 140,990 | 132,746 | 49,812 |
| CSI (initial # is 64C) | 2,839 | 377,425 | 369,125 | 367,754 | 364,713 | 15,551 |
| CSI (initial # is 66D) | 5,360 | 124,076 | 105,574 | 98,174 | 92,433 | 37,003 |
| CSI (initial # is 66F) | 14,268 | 460,374 | 411,124 | 391,424 | 376,142 | 98,500 |
| CSI (initial # is 67E) | 15,804 | 504,307 | 449,758 | 433,553 | 416,626 | 103,484 |
| CSI (initial # is 69D) | 14,940 | 345,844 | 280,613 | 273,646 | 257,644 | 103,140 |
| CSI (initial # is 69F) | 41,731 | 1,320,356 | 1,176,311 | 1,144,817 | 1,100,122 | 261,965 |
| CSI (initial # is 72) | 3,477 | 63,017 | 51,017 | 47,535 | 43,812 | 22,682 |
| CSI (initial # is 73) | 11,588 | 202,670 | 182,669 | 159,335 | 146,923 | 67,335 |
| CSI (initial # is 74) | 7,199 | 131,448 | 106,578 | 98,355 | 90,644 | 48,003 |
| CSI (initial # is 75) | 10,647 | 198,312 | 159,561 | 145,390 | 134,987 | 71,972 |
| CSI (initial #64A) | 4,925 | 112,390 | 85,391 | 90,196 | 84,921 | 32,394 |
| CSI | 34,620 | 1,267,665 | 1,148,165 | 1,100,365 | 1,063,285 | 239,000 |
| CSI | 10,502 | 81,301 | 45,051 | 30,551 | 19,303 | 72,500 |
| CSI | 302,569 | 2,589,569 | 1,298,396 | 1,685,754 | 1,600,965 | 1,291,193 |
| CSI | 97,209 | 13,368,161 | 13,032,622 | 12,898,407 | 12,794,293 | 671,077 |
| CSI | 80,970 | 846,284 | 696,703 | 636,870 | 628,091 | 299,162 |
| CSI | 9,781 | 119,208 | 101,138 | 93,910 | 92,850 | 36,140 |
| CSI | 26,685 | 1,078,419 | 1,003,931 | 974,136 | 956,129 | 148,975 |
| CSI | 2,518 | 202,365 | 192,552 | 188,629 | 185,256 | 19,627 |
| CSI | 18,189 | 1,465,642 | 1,394,761 | 1,366,408 | 1,342,068 | 141,782 |
| | | | | | | |
| Optimus / Panthus Capital | 5,561 | 214,791 | 198,791 | 192,391 | 188,352 | 32,000 |
| | 1,061,285 | 33,623,928 | 29,971,282 | 29,609,401 | 28,957,629 | 5,727,584 |

LYED202188

**Lycos, Inc.**
**Analysis for Turning Operating Leases into Capital Leases**

| Lessor | 11% 11% Buyout of Original Cost | Total NPV | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Avnet Computer | 118,827 | $95,472.62 | - | - | - | - | | 108,024.87 | |
| Avnet Computer | 98,860 | $76,226.16 | - | - | - | - | | | |
| Avnet Computer | 296,083 | $228,294.89 | - | - | - | - | | | |
| | | | | | | | | | |
| Bank of America | 254,233 | $115,034.49 | - | - | - | - | | | |
| Bank of America | 188,732 | $85,396.64 | - | - | - | - | | | |
| | | | | | | | | | |
| Compaq | 215,827 | $128,313.42 | - | - | - | - | - | - | - |
| Compaq | 284,033 | $154,173.91 | - | - | - | - | - | - | - |
| | | | | | | | | | |
| CSI | 119,099 | $52,279.37 | - | - | - | - | - | - | - |
| CSI | 113,795 | $96,091.44 | - | - | - | - | - | - | - |
| CSI | 46,994 | $20,609.10 | - | - | - | - | - | - | - |
| CSI | 231,398 | $91,822.54 | - | - | - | - | - | - | - |
| CSI  (initial # 67C) | 56,455 | $24,051.83 | - | - | - | - | - | - | - |
| CSI  (initial # is 64C) | 21,560 | $7,508.83 | - | - | - | - | - | - | - |
| CSI  (initial # is 66D) | 40,703 | $17,866.98 | - | - | - | - | - | - | - |
| CSI  (initial # is 66F) | 108,350 | $47,560.94 | - | - | - | - | - | - | - |
| CSI  (initial # is 67E) | 120,010 | $49,967.47 | - | - | - | - | - | - | - |
| CSI  (initial # is 69D) | 113,454 | $49,801.37 | - | - | - | - | - | - | - |
| CSI  (initial # is 69F) | 316,897 | $126,490.36 | - | - | - | - | - | - | - |
| CSI  (initial # is 72) | 26,400 | $10,952.05 | - | - | - | - | - | - | - |
| CSI  (initial # is 73) | 88,000 | $32,512.85 | - | - | - | - | - | - | - |
| CSI  (initial # is 74) | 54,670 | $23,178.35 | - | - | - | - | - | - | - |
| CSI  (initial # is 75) | 80,850 | $34,751.83 | - | - | - | - | - | - | - |
| CSI  (initial #64A) | 37,400 | $15,641.51 | - | - | - | - | - | - | - |
| CSI | 262,900 | $115,401.66 | - | - | - | - | - | - | - |
| CSI | 79,750 | $35,006.78 | - | - | - | - | - | - | - |
| CSI | 1,420,312 | $1,008,563.09 | - | - | - | - | - | - | - |
| CSI | 738,185 | $324,031.00 | - | - | - | - | - | - | - |
| CSI | 329,079 | $269,900.42 | - | - | - | - | 299,162.30 | | |
| CSI | 39,754 | $32,604.69 | - | - | - | - | 36,139.60 | | |
| CSI | 163,873 | $88,950.57 | - | - | - | - | - | - | - |
| CSI | 21,590 | $8,394.17 | - | - | - | - | - | - | - |
| CSI | 155,938 | $60,628.44 | - | - | - | - | - | - | - |
| | | | | | | | | | |
| Optimus / Panthus Capital | 35,200 | $18,535.77 | - | - | - | - | - | - | - |
| | 6,281,211 | | - | - | - | - | 335,302 | 108,025 | |
| | | 3,546,015.74 | | | | | | | |
| | | | | | | | | | |
| | | | 0 | $ | 5,386,000 | | | $ | 5,386,000 |
| | | | 1 | $ | 5,551,889 | | | | |

LYED202189

**Lycos, Inc.**
**Analysis for Turning Operating Leases into Capital Leases**

| Lessor | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|
| Avnet Computer | | | | | | | | | | |
| Avnet Computer | 89,873.02 | | | | | | | | | |
| Avnet Computer | 269,166.79 | | | | | | | | | |
| | | | | | | | | | | |
| Bank of America | - | - | - | - | - | - | - | - | - | - |
| Bank of America | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| Compaq | - | - | - | - | - | 196,206.69 | | | | |
| Compaq | - | - | - | - | - | - | | - | - | 258,211.66 |
| | | | | | | | | | | |
| CSI | - | - | - | - | - | - | - | - | - | - |
| CSI | - | - | - | - | - | - | - | - | - | - |
| CSI | - | - | - | - | - | - | - | - | - | - |
| CSI | - | - | - | - | - | - | - | - | - | - |
| CSI (initial # 67C) | - | - | - | - | - | - | - | - | - | - |
| CSI (initial is 64C) | - | - | - | - | - | - | - | - | - | - |
| CSI (initial is 66D) | - | - | - | - | - | - | - | - | - | - |
| CSI (initial is 66F) | - | - | - | - | - | - | - | - | - | - |
| CSI (initial is 67E) | - | - | - | - | - | - | - | - | - | - |
| CSI (initial is 69D) | - | - | - | - | - | - | - | - | - | - |
| CSI (initial is 09F) | - | - | - | - | - | - | - | - | - | - |
| CSI (initial # is 72) | - | - | - | - | - | - | - | - | - | - |
| CSI (initial is 73) | - | - | - | - | - | - | - | - | - | - |
| CSI (initial is 74) | - | - | - | - | - | - | - | - | - | - |
| CSI (initial # is 75) | - | - | - | - | - | - | - | - | - | - |
| CSI (initial #64A) | - | - | - | - | - | - | - | - | - | - |
| CSI | - | - | - | - | - | - | - | - | - | - |
| CSI | - | - | - | - | 1,291,192.54 | | | | | |
| CSI | - | - | - | - | - | - | - | - | - | - |
| CSI | | | | | | | | | | |
| CSI | - | - | - | - | - | - | - | - | - | 148,975.10 |
| CSI | - | - | - | - | - | - | - | - | - | - |
| CSI | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| Optimus / Panthus Capital | - | - | - | - | - | - | - | - | - | - |
| | 359,040 | - | - | - | 1,291,193 | - | 196,207 | - | - | 407,187 |

LYED202190

**Lycos, Inc.**
**Analysis for Turning Operating Leases into Capital Leases**

| Lessor | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Avnet Computer | | | | | | | | | | | |
| Avnet Computer | | | | | | | | | | | |
| Avnet Computer | | | | | | | | | | | |
| | | | | | | | | | | | |
| Bank of America | - | - | - | - | - | 231,121.04 | | | | | |
| Bank of America | - | - | - | - | - | 171,574.30 | | | | | |
| | | | | | | | | | | | |
| Compaq | | | | | | | | | | | |
| Compaq | | | | | | | | | | | |
| | | | | | | | | | | | |
| CSI | - | - | - | - | - | - | 108,272.00 | | | | |
| CSI | - | - | - | - | - | - | 199,008.00 | | | | |
| CSI | - | - | - | - | - | - | 42,682.00 | | | | |
| CSI | - | - | - | - | - | - | 190,167.00 | | | | |
| CSI  (initial # 67C) | - | - | - | - | - | - | 49,812.00 | | | | |
| CSI  (initial is 64C) | - | - | - | - | - | - | 15,551.00 | | | | |
| CSI  (initial is 66D) | - | - | - | - | - | - | 37,003.00 | | | | |
| CSI  (initial is 66F) | - | - | - | - | - | - | 98,500.00 | | | | |
| CSI  (initial is 67E) | - | - | - | - | - | - | 103,484.00 | | | | |
| CSI  (initial is 69D) | - | - | - | - | - | - | 103,140.00 | | | | |
| CSI  (initial is 69F) | - | - | - | - | - | - | 261,965.00 | | | | |
| CSI  (initial is 72) | - | - | - | - | - | - | 22,682.00 | | | | |
| CSI  (initial is 73) | - | - | - | - | - | - | 67,335.00 | | | | |
| CSI  (initial is 74) | - | - | - | - | - | - | 48,003.00 | | | | |
| CSI  (initial is 75) | - | - | - | - | - | - | 71,972.00 | | | | |
| CSI  (initial #64A) | - | - | - | - | - | - | 32,394.00 | | | | |
| CSI | - | - | - | - | - | - | 239,000.00 | | | | |
| CSI | - | - | - | - | - | - | 72,500.00 | | | | |
| CSI | | | | | | | | | | | |
| CSI | - | - | - | - | - | - | 671,077.06 | | | | |
| CSI | | | | | | | | | | | |
| CSI | | | | | | | | | | | |
| CSI | | | | | | | | | | | 19,627.34 |
| CSI | - | - | - | - | - | - | - | - | - | - | 141,762.02 |
| | | | | | | | | | | | |
| Optimus / Panthus Capital | 32,000.00 | | | | | | | | | | |
| | 32,000 | - | - | - | - | 402,695 | 2,434,547 | - | - | - | 161,389 |

LYED202191

**Lycos, Inc.**
**Analysis for Turning Operating Leases into Capital Leases**

| Lessor | Lease Number | Type | Description of Asset under lease | Equipment Value | Start Date | End Date | Lease Payment |
|---|---|---|---|---|---|---|---|
| Avnet Computer | L5649-21 | | various locations | 2,691,668 | 07/01/00 | 06/30/03 | 84,581.21 |
| | | | | | | | |
| Compaq | 101003-000001 | | various locations | 1,962,057 | 01/01/01 | 12/31/03 | 59,556.24 |
| Compaq | 101003-000002 | | various locations | 2,582,117 | 04/01/01 | 03/31/04 | 78,367.12 |
| | | | | | | | |
| CSI | 144874-66C | Operating | Misc Equip | 1,082,717 | 01/01/00 | 12/31/03 | 26,065.64 |
| CSI | 144874-67B | Operating | Misc Equip | 1,034,500 | 01/01/00 | 12/31/02 | 30,966.88 |
| CSI | 144874-69A | | Misc Equip | 427,219 | 11/01/99 | 10/31/02 | 12,611.71 |
| CSI | 144874-69C | | Misc Equip | 2,103,620 | 03/01/00 | 02/28/02 | 71,637.00 |
| CSI  (initial # 67C) | 144874-67F | Operating | Misc Equip | 531,408 | 06/01/00 | 06/31/02 | 17,864.00 |
| CSI  (initial # is 64C) | 144874-64F | | Assort Comp.Equip | 196,000 | 12/01/00 | 09/30/03 | 5,545.23 |
| CSI  (initial # is 66D) | 144874-66G | Operating | Misc Equip | 370,028 | 06/01/00 | 05/31/02 | 12,439.00 |
| CSI  (initial # is 66F) | 144874-66I | | Assort Comp.Equip. | 985,000 | 12/01/00 | 09/30/03 | 32,897.65 |
| CSI  (initial # is 67E) | 144874-67H | | Assort Comp.Equip. | 1,091,002 | 12/01/00 | 09/30/03 | 36,438.41 |
| CSI  (initial # is 69D) | 144874-69G | Operating | Misc Equip | 1,031,403 | 08/01/00 | 05/31/03 | 34,672.00 |
| CSI  (initial # is 69F) | 144874-69I | | Assort Comp.Equip | 2,680,878 | 12/01/00 | 09/30/03 | 96,217.36 |
| CSI  (initial # is 72) | 144874-64B | | Misc Computers | 240,000 | 03/01/00 | 02/28/02 | 8,067.00 |
| CSI  (initial # is 73) | 144874-69E | Operating | Misc Equip | 800,000 | 04/01/00 | 03/31/02 | 27,067.00 |
| CSI  (initial # is 74) | 144874-66E | Operating | Misc Equip | 497,000 | 04/01/00 | 03/31/02 | 16,689.00 |
| CSI  (initial # is 75) | 144874-67D | Operating | Misc Equip | 735,000 | 04/01/00 | 03/31/02 | 24,868.00 |
| CSI  (initial #64A) | 144874-64D | Operating | Misc Computers | 340,000 | 08/01/00 | 05/31/03 | 11,428.00 |
| CSI | 144874-85 | | Assort Computer Equip | 2,390,000 | 03/01/01 | 12/31/03 | 73,476.07 |
| CSI | 144874-86 | | Assort Computer Equip | 725,000 | 01/01/01 | 12/31/03 | 628.63 |
| CSI | 144874-93 | | Misc Equip | 12,911,925 | 11/01/01 | 10/31/03 | |
| CSI | 144874-94 | | | 6,710,771 | 11/01/01 | 10/31/04 | |
| CSI | 144874-89 | | Misc Equip | 2,991,623 | 01/01/01 | 03/31/03 | 108,548.00 |
| CSI | 144874-89A | | Misc Equip | 361,366 | 01/01/01 | 03/31/03 | 16,070.00 |
| CSI | 144874-90 | | Misc Equip | 1,489,751 | 04/01/01 | 03/31/04 | 52,483.00 |
| CSI | 144874-100 | | Assort Computer Equip | 196,273 | 4/1/2002 | 3/31/2005 | 6,082.29 |
| CSI | 144874-200 | | Assort Computer Equip | 1,417,620 | 4/1/2002 | 3/31/2005 | 43,954.35 |
| | | | | | | | |
| Optmus / Panthus Capital | 3851 | | Sun Server e6500 | 320,000 | 05/01/01 | 04/30/04 | 9,381.14 |
| | | | | 51,095,998 | | | 996,602 |
| | | | | | | | |
| Avnet Computer | L5649-19 | Operating | various locations | 1,060,249 | 05/01/00 | 05/01/03 | 28,195.51 |
| Avnet Computer | L5649-20 | | various locations | 898,730 | 07/01/00 | 06/30/03 | 26,865.61 |
| Bank of America | Schedule 1 | | Servers and Equip | 2,311,210 | 10/01/01 | 09/30/04 | 66,610.01 |
| Bank of America | Schedule 2 | | Assort Computer Equip | 1,715,743 | 10/08/01 | 10/07/04 | 48,415.80 |

LYED202230

| | calculation as of: | 11/01/02 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 10% | | | | | | |
| | Monthly | Remaining | Remaining | Rentals | 5% of MIS | 10% of OPS | 0% of MIS | 5% of OPS | 2% of | Discount | NPV of 2% of | Total using |
| Tax | Payment | Life (in days) | Life (in months) | Remaining | Equip. Value | Equip. Value | Equip. Value | Equip. Value | Equip. Value | Rate | Equip. Value | 5% & 10% |
| | | | | | | | | | 3.0% | | | |
| 5,243.61 | 89,825 | 241 | 8 | 718,599 | - | 269,167 | - | 134,583 | 80,750 | 2.08% | 68,488 | 987,765 |
| 3,255.20 | 62,811 | 425 | 14 | 879,360 | - | 196,207 | - | 98,103 | 58,862 | 3.08% | 38,494 | 1,075,567 |
| 4,282.44 | 62,650 | 516 | 17 | 1,405,043 | - | 258,212 | - | 129,106 | 77,463 | 3.08% | 46,252 | 1,663,254 |
| 1,085.55 | 27,151 | | | 52,131 | 5,339 | 102,933 | - | 48,787 | 32,482 | 3.08% | 15,684 | 160,403 |
| 2,554.69 | 33,522 | | | 61,534 | 98,169 | 100,819 | - | 49,094 | 31,035 | 3.08% | 14,985 | 260,942 |
| 658.36 | 13,270 | | | 25,223 | 40 | 42,642 | - | 21,321 | 12,817 | 3.08% | 6,189 | 67,905 |
| 4,145.98 | 75,783 | | | 143,274 | 20,195 | 169,972 | - | 84,986 | 63,109 | 3.08% | 30,472 | 333,441 |
| 1,330.68 | 19,195 | | | 125,048 | 3,330 | 46,482 | - | 23,241 | 15,942 | 3.08% | 7,898 | 174,860 |
| 464.97 | 6,010 | | | 361,874 | 1,049 | 14,502 | - | 7,251 | 5,880 | 3.08% | 2,839 | 377,425 |
| 565.85 | 13,005 | | | 87,073 | | 37,003 | - | 18,501 | 11,101 | 3.08% | 5,360 | 124,076 |
| 1,662.05 | 34,560 | | | 361,874 | | 98,500 | - | 49,250 | 29,550 | 3.08% | 14,268 | 460,374 |
| 1,822.00 | 38,260 | | | 400,823 | 5,615 | 97,869 | - | 48,935 | 32,730 | 3.08% | 15,804 | 504,307 |
| 1,816.84 | 38,489 | | | 242,704 | 13,661 | 89,479 | - | 37,909 | 30,942 | 3.08% | 14,940 | 345,844 |
| 5,045.65 | 101,263 | | | 1,058,391 | 26,124 | 235,841 | - | 117,920 | 86,426 | 3.08% | 41,731 | 1,320,356 |
| 681.65 | 8,749 | | | 40,335 | 1,318 | 21,364 | - | 10,682 | 7,200 | 3.08% | 3,477 | 202,670 |
| 1,524.27 | 28,591 | | | 135,335 | 12,666 | 54,669 | - | 27,334 | 24,000 | 3.08% | 11,586 | 202,670 |
| 649.35 | 17,338 | | | 83,445 | 1,717 | 46,286 | - | 23,133 | 14,910 | 3.08% | 7,199 | 131,448 |
| 2,051.61 | 26,920 | | | 124,340 | 1,529 | 70,443 | - | 35,221 | 22,050 | 3.08% | 10,647 | 196,312 |
| 971.36 | 12,399 | | | 79,996 | 1,605 | 30,789 | - | 15,395 | 10,200 | 3.08% | 4,925 | 112,390 |
| 3,755.56 | 77,232 | | | 1,028,665 | - | 239,000 | - | 119,500 | 71,700 | 3.08% | 34,620 | 1,267,665 |
| 53.41 | 682 | | | 8,801 | - | 72,500 | - | 36,250 | 21,750 | 3.08% | 10,502 | 81,301 |
| | | 364 | 12 | 1,298,396 | 1,291,193 | - | - | 387,358 | 2.08% | | 302,569 | 2,589,589 |
| | | 730 | 24 | 12,697,084 | | 671,077 | - | 335,539 | 201,323 | 3.08% | 97,209 | 13,368,161 |
| 6,523.75 | 113,072 | 150 | 5 | 547,121 | - | 299,182 | - | 149,581 | 89,749 | 2.08% | 80,970 | 846,284 |
| 1,097.46 | 17,167 | 150 | 5 | 83,088 | - | 36,140 | - | 18,070 | 10,842 | 2.08% | 9,781 | 119,208 |
| 3,355.67 | 55,839 | 516 | 17 | 929,444 | - | 148,975 | - | 74,488 | 44,693 | 3.08% | 26,685 | 1,078,419 |
| 347.77 | 6,430 | 881 | 28 | 182,738 | - | 19,627 | - | 9,814 | 5,888 | 3.08% | 2,518 | 202,365 |
| 2,629.39 | 46,584 | 881 | 28 | 1,323,880 | - | 141,762 | - | 70,881 | 42,529 | 3.08% | 18,189 | 1,465,642 |
| 773.94 | 10,155 | 546 | 18 | 182,791 | - | 32,000 | - | 16,000 | 9,600 | 3.08% | 5,561 | 214,791 |
| 58,349 | 1,054,951 | 5,400 | 175 | 24,668,790 | 1,483,570 | 3,843,422 | - | 1,810,884 | 1,532,880 | | 949,646 | 29,795,781 |
| 2,038.04 | 30,232 | 181 | 6 | 181,389 | - | 108,025 | - | 54,012 | 32,407 | 2.08% | 26,842 | 289,414 |
| 1,710.22 | 28,576 | 241 | 8 | 228,607 | - | 89,873 | - | 44,937 | 26,962 | 2.08% | 22,868 | 318,480 |
| 4,329.65 | 70,940 | 699 | 23 | 1,631,612 | 41,602 | 189,519 | - | 94,760 | 69,336 | 3.08% | 34,510 | 1,862,733 |
| 3,147.03 | 51,563 | 706 | 23 | 1,185,945 | 30,883 | 140,691 | - | 70,345 | 51,472 | 3.08% | 25,619 | 1,357,519 |

LYED202231

| Total using 0% & 5% | Total using 2% | Total Using 2% of NPV | 10% Buyout of Original Cost | 11% Buyout of Original Cost | Total NPV | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 853,182 | 799,349 | 787,087 | 269,167 | 296,083 | $228,294.89 | | | | | | | | 269,166.79 | |
| 977,464 | 938,222 | 917,854 | 196,207 | 215,827 | $128,313.42 | | | | | | | | | |
| 1,534,148 | 1,482,506 | 1,451,295 | 258,212 | 284,033 | $154,173.91 | | | | | | | | | |
| 100,928 | 84,613 | 67,815 | 108,272 | 119,099 | $52,279.37 | | | | | | | | | |
| 111,028 | 92,969 | 78,919 | 159,008 | 113,795 | $96,091.44 | | | | | | | | | |
| 46,544 | 38,040 | 31,412 | 42,682 | 46,994 | $20,609.10 | | | | | | | | | |
| 228,260 | 206,383 | 173,746 | 190,167 | 231,398 | $91,822.54 | | | | | | | | | |
| 148,289 | 140,990 | 132,746 | 49,612 | 58,455 | $24,051.83 | | | | | | | | | |
| 369,125 | 367,754 | 364,713 | 15,551 | 21,560 | $7,508.83 | | | | | | | | | |
| 105,574 | 98,174 | 92,433 | 37,003 | 40,703 | $17,866.98 | | | | | | | | | |
| 411,124 | 391,424 | 376,142 | 98,500 | 108,350 | $47,560.94 | | | | | | | | | |
| 449,758 | 433,553 | 416,626 | 103,484 | 120,010 | $49,967.47 | | | | | | | | | |
| 280,613 | 273,646 | 257,644 | 103,140 | 113,454 | $49,801.37 | | | | | | | | | |
| 1,176,311 | 1,144,817 | 1,100,122 | 261,985 | 316,897 | $126,490.36 | | | | | | | | | |
| 51,017 | 47,535 | 43,812 | 22,682 | 26,400 | $10,852.05 | | | | | | | | | |
| 162,669 | 159,335 | 146,923 | 67,335 | 88,000 | $32,512.85 | | | | | | | | | |
| 106,578 | 98,355 | 90,844 | 48,003 | 54,670 | $23,178.35 | | | | | | | | | |
| 159,561 | 146,390 | 134,687 | 71,972 | 80,850 | $34,751.83 | | | | | | | | | |
| 95,391 | 90,196 | 84,921 | 32,394 | 37,400 | $15,641.51 | | | | | | | | | |
| 1,148,165 | 1,100,365 | 1,063,285 | 239,000 | 262,900 | $115,401.66 | | | | | | | | | |
| 45,051 | 30,551 | 19,303 | 72,500 | 79,750 | $35,006.78 | | | | | | | | | |
| 1,298,396 | 1,685,754 | 1,600,965 | 1,291,193 | 1,420,312 | $1,008,563.09 | | | | | | | | | |
| 13,032,622 | 12,898,407 | 12,794,293 | 671,077 | 738,185 | $324,031.00 | | | | | | | | | |
| 696,703 | 636,870 | 628,091 | 299,162 | 329,079 | $269,900.42 | | | | | 299,162.30 | | | | |
| 101,138 | 93,910 | 92,850 | 36,140 | 39,754 | $32,604.69 | | | | | 36,139.60 | | | | |
| 1,003,931 | 974,136 | 956,129 | 148,975 | 163,873 | $88,950.57 | | | | | | | | | |
| 192,552 | 188,626 | 185,256 | 19,627 | 21,590 | $8,394.17 | | | | | | | | | |
| 1,304,761 | 1,366,408 | 1,342,068 | 141,762 | 155,938 | $60,628.44 | | | | | | | | | |
| 198,791 | 192,391 | 188,352 | 32,000 | 35,200 | $18,535.77 | | | | | | | | | |
| 26,479,574 | 26,201,670 | 25,618,436 | 5,126,991 | 5,620,558 | | | | | | | 335,302 | | 269,167 | |
| | | | | | $3,173,885.63 | | | | | | | | | |
| 235,402 | 213,797 | 210,031 | 108,025 | 118,827 | $95,472.82 | | | | | | | 108,024.87 | | |
| 273,543 | 255,569 | 251,474 | 89,873 | 98,860 | $76,226.16 | | | | | | | | 89,873.02 | |
| 1,728,372 | 1,700,949 | 1,666,123 | 231,121 | 254,233 | $115,034.49 | | | | | | | | | |
| 1,256,290 | 1,237,417 | 1,211,564 | 171,574 | 188,732 | $85,396.64 | | | | | | | | | |

LYED202232

| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | - | | | 196,206.69 | | | | | | | | | | | | | | |
| - | - | | - | - | | | 258,211.66 | | | | | | | | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 108,272.00 | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 199,008.00 | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 42,682.00 | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 190,167.00 | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 49,812.00 | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 15,551.00 | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 37,003.00 | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 98,500.00 | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 103,484.00 | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 103,140.00 | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 261,965.00 | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 22,682.00 | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 67,335.00 | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 48,003.00 | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 71,972.00 | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 32,394.00 | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 239,000.00 | | | | |
| - | - | | - | - | | - | - | - | - | - | - | - | - | 72,500.00 | | | | |
| - | - | 1,291,192.54 | - | - | | - | - | - | - | - | - | - | - | 671,077.06 | | | | |
| - | - | - | - | - | | - | 148,975.10 | - | - | - | - | - | - | - | - | - | - | 19,627.34 |
| - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | 141,762.02 |
| - | - | - | - | - | | - | 32,000.00 | - | - | - | - | - | - | - | - | - | - | - |
| - | - | 1,291,193 | - | 196,207 | - | - | 407,187 | 32,000 | - | - | - | - | - | 2,434,547 | - | - | - | 161,389 |
| - | - | - | - | - | | - | - | - | - | - | - | - | - | 231,121.04 | | | | |
| - | - | - | - | - | | - | - | - | - | - | - | - | - | 171,574.30 | | | | |

LYED202233

**Leases Not Eligible for Equipment BuyOut**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Avnet Computer | | L5649-15 | Operating | | 449,991 | 10/01/99 | 10/1/2002 | 12,825.00 |
| Avnet Computer | | L5649-16 | Operating | | 153,854 | 10/01/99 | 10/1/2002 | 4,385.00 |
| Avnet Computer | | L5649-18 | Operating | various locations | 473,308 | 01/01/00 | 12/31/2002 | 13,636.07 |
| CSI Trellix | | 144874-76 | | Assort Computer Equip | 587,207 | 08/01/00 | 07/31/02 | 22,872.00 |
| Standard & Poor's | | C000053850 | | | | 12/01/00 | | 3,460.00 |
| Trellix CSI billback | | 144874-76 | | Assort Computer Equip | | 08/01/00 | 07/31/02 | 22,872.00 |
| Trellix CSI billback | | 144874-76 | | Assort Computer Equip | | 08/01/00 | 07/31/02 | (22,872.00) |
| Avnet Computer | | 526018 | | ASR8200 Santa Clara, CA | 1,746,301 | 07/15/96 | 7/15/2002 | 106,828.00 |
| Avnet Computer | | L5649-11 | Operating | Mirror site | 421,648 | 09/01/98 | 9/1/2001 | 12,754.54 |
| CSI | | 144874-68 | Operating | Misc Equip | 4,200,000 | 10/01/99 | 09/30/02 | 13,147.58 |
| CSI | | 144874-68A | Operating | Misc Equip | 1,735,000 | 10/01/99 | 09/30/02 | 56,166.00 |
| CSI | | 144874-68B | Operating | Misc Equip | 1,852,420 | 10/01/99 | 09/30/02 | 55,666.50 |
| CSI | | 144874-68C | Operating | Misc Equip | 3,500,000 | 10/01/99 | 09/30/02 | 113,544.00 |
| CSI | | 144874-67 | Operating | Misc Equip | 2,850,000 | 10/01/99 | 09/30/02 | 3,282.40 |
| CSI | | 144874-67A | Operating | Misc Equip | 618,000 | 10/01/99 | 09/30/02 | 20,049.00 |
| CSI | | 144874-66 | Operating | Misc Equip | 1,440,000 | 10/01/99 | 09/30/02 | 2,726.00 |
| CSI | | 144874-66A | Operating | Misc Equip | 1,465,000 | 10/01/99 | 09/30/02 | 6,592.66 |
| CSI | | 144874-66B | Operating | Misc Equip | 530,000 | 10/01/99 | 09/30/02 | 1,713.01 |
| Advanta | | 050-0238326-016 | | one Canon NP6551 | | 12/05/00 | 11/05/02 | 467.00 |
| ABB Business Finance | | 250-862-000 | | Canon LC7000 | | 04/02/01 | 04/01/04 | 43.00 |
| ABB Business Finance | | 250-862-001 | | Canon LC7000 | | 04/02/01 | 04/01/04 | 43.00 |
| Advanta | | 050-0238326-004 | Operating | Canon 6050 copier | Change date | 03/31/99 | 09/30/02 | 43.00 |

LYED202234

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 0 | $ | 26,231,856 | 26,231,856 | |
| | | | | 1 | $ | 26,299,184 | | |
| | | | | 2 | $ | 26,366,686 | | |
| | | | | 3 | $ | 26,434,360 | | |
| | | | | 4 | $ | 26,502,208 | | |
| | | | | 5 | $ | 26,570,231 | | |
| | | | | 6 | $ | 26,638,428 | | |
| | | | | 7 | $ | 26,706,800 | | |
| | | | | 8 | $ | 26,775,347 | | |
| | | | | 9 | $ | 26,844,070 | | |
| | | | | 10 | $ | 26,912,970 | | |
| | | | | 11 | $ | 26,982,047 | | |
| | | | | 12 | $ | 27,051,301 | | |
| | | | | 13 | $ | 27,120,732 | | |
| | | | | 14 | $ | 27,190,342 | | |
| | | | | 15 | $ | 27,260,131 | | |
| | | | | 16 | $ | 27,330,099 | | |
| | | | | 17 | $ | 27,400,246 | | |
| | | | | 18 | $ | 27,470,573 | | |
| | | | | 19 | $ | 27,541,081 | | |
| 641.25 | 13,466 | (31) | | 20 | $ | 27,611,770 | | |
| 361.78 | 4,747 | (31) | | 21 | $ | 27,682,640 | | |
| 922.96 | 14,559 | 60 | | 22 | $ | 27,753,692 | | |
| 1,143.65 | 24,016 | (93) | | 23 | $ | 27,824,926 | | |
| 57.00 | 3,517 | (37,561) | | 24 | $ | 27,896,344 | | |
| 1,143.65 | 24,016 | (93) | (3) | | | | | |
| (1,143.65) | (24,016) | (93) | (3) | | | | 3,227,554 | |
| 8,813.31 | 115,541 | (109) | - | - | | | | |
| 637.72 | 13,392 | (426) | - | - | | | | |
| 657.47 | 13,805 | (32) | (1) | (14,250) | | | | |
| 2,808.46 | 58,974 | (32) | (1) | (60,877) | | | | |
| 3,015.19 | 58,882 | (32) | (1) | (60,575) | | | | |
| 6,956.96 | 120,501 | (32) | (1) | (124,388) | | | | |
| 269.21 | 3,532 | (32) | (1) | (3,646) | | | | |
| 1,654.19 | 21,703 | (32) | (1) | (22,403) | | | | |
| 136.30 | 2,862 | (32) | (1) | (2,955) | | | | |
| 329.63 | 6,922 | (32) | (1) | (7,146) | | | | |
| 85.65 | 1,799 | (32) | (1) | (1,857) | | | | |
| 23.35 | 490 | 4 | 0 | 63 | | | | |
| 2.15 | 45 | 517 | 17 | 753 | | | | |
| 2.15 | 45 | 517 | 17 | 753 | | | | |
| 2.15 | 45 | (32) | (1) | (47) | | | | |

LYED202235

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | 0 | $ 5,386,000 | | | $ 5,386,000 |
| | | | 1 | $ 5,551,889 | | | |
| | | | 2 | $ 5,722,887 | | | |
| | | | | | $ 595,896 | | |
| 0 | $ 5,907,000 | | 0 | $ 5,907,000 | | | $ 5,907,000 |
| 1 | $ 5,922,161 | | 1 | $ 6,088,936 | | | |
| 2 | $ 5,937,362 | | 2 | $ 6,276,475 | | | |
| 3 | $ 5,852,601 | | | | | | |
| 4 | $ 5,967,879 | | | | $ 655,916 | | |
| 5 | $ 5,983,197 | | | | | | |
| 6 | $ 5,998,554 | | | | | | |
| 7 | $ 6,013,950 | | | | | | |
| 8 | $ 6,029,386 | | | | | | |
| 9 | $ 6,044,861 | | | | | | |
| 10 | $ 6,060,376 | | | | | | |
| 11 | $ 6,075,931 | | | | | | |
| 12 | $ 6,091,526 | | | | | | |
| 13 | $ 6,107,161 | | | | | | |
| 14 | $ 6,122,836 | | | | | | |
| 15 | $ 6,138,551 | | | | | | |
| 16 | $ 6,154,307 | | | | | | |
| 17 | $ 6,170,103 | | | | | | |
| 18 | $ 6,185,940 | | | | | | |
| 19 | $ 6,201,817 | | | | | | |
| 20 | $ 6,217,735 | | | | | | |
| 21 | $ 6,233,694 | | | | | | |
| 22 | $ 6,249,693 | | | | | | |
| 23 | $ 6,265,734 | | | | | | |
| 24 | $ 6,281,816 | | | | | | |

LYED202236

# EXHIBIT 18

**Folder:**  \Lycos vs CSI\LEASES 2001

**Filename:**  Lease Presentation Backup.xls

**Author**  Monique Walsh

**Organization**  Lycos

**DateCreated**  7/14/2003

**TimeCreated:**  01:24 PM

**DateLastMod**  7/15/2003

**TimeLastMod**  11:37 AM

LYED202471

| | Lease # | Equipment Value | Old Pay. | New Pay. | $ Change | % Change | Entire Lease Period Orig. Contract Total Paid | Amd. Contract Total Paid | Entire Lease Period $ Change | Entire Lease Period % Change | Financing Period Orig. Contract Total Paid | Financing Period Amd. Contract Total Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 144874-65 | 672,000 | 20,649.01 | 14,299.85 | (6,349.16) | -31% | 495,576.24 | 859,421.65 | 383,845.41 | 73% | | 343,196.40 |
| | | | | | | | | | | | | |
| B | 144874-84 | 658,511 | 26,888.34 | 5,055.76 | (21,832.58) | -81% | 845,320.16 | 578,440.02 | (66,880.14) | -10% | 188,218.38 | 121,338.24 |
| | | | | | | | | | | | | |
| C | 144874-81 | 103,765 | 4,427.27 | 1,242.25 | (3,185.02) | -72% | 106,254.48 | 100,650.32 | (5,604.16) | -5% | 35,418.16 | 29,814.00 |
| | | | | | | | | | | | | |
| D | 144874-66 | 1,440,000 | 34,845.00 | 2,726.00 | (32,119.00) | -92% | 1,254,420.00 | 936,549.00 | (317,871.00) | -25% | 383,295.00 | 65,424.00 |
| | 144874-66A | 1,465,000 | 42,618.69 | 6,592.68 | (36,026.01) | -85% | 1,534,272.84 | 1,223,691.57 | (310,581.27) | -20% | 468,805.59 | 158,224.32 |
| | 144874-66B | 530,000 | 17,191.00 | 1,713.01 | (15,477.99) | -90% | 618,876.00 | 470,887.24 | (147,988.76) | -24% | 186,101.00 | 41,112.24 |
| | 144874-67 | 2,850,000 | 86,389.29 | 3,262.40 | (83,126.89) | -96% | 3,110,014.44 | 2,238,029.85 | (871,984.59) | -28% | 950,262.19 | 78,297.60 |
| | 144874-67A | 618,000 | 20,049.00 | 20,049.00 | - | 0% | 721,764.00 | 1,183,563.60 | 461,799.60 | 64% | 220,539.00 | 882,338.60 |
| | 144874-68 | 4,200,000 | 134,873.00 | 13,147.58 | (121,725.42) | -90% | 4,855,428.00 | 3,687,366.92 | (1,168,061.08) | -24% | 617,826.00 | 315,541.92 |
| | 144874-68A | 1,735,000 | 56,166.00 | 56,166.00 | - | 0% | 2,021,976.00 | 3,252,890.88 | 1,230,914.88 | 61% | 612,331.50 | 1,848,740.88 |
| | 144874-68B | 1,852,420 | 55,666.50 | 55,666.50 | - | 0% | 2,003,994.00 | 3,351,034.98 | 1,347,040.98 | 67% | 1,248,984.00 | 1,959,372.48 |
| | 144874-68C | 3,500,000 | 113,544.00 | 113,544.00 | - | 0% | 4,087,584.00 | 6,806,703.00 | 2,719,119.00 | 67% | | 3,968,103.00 |
| | | | | | | | | | | | | |
| E | 144874-66C | 1,082,717 | 42,618.69 | 26,065.64 | (16,553.05) | -39% | 2,045,697.12 | 1,845,127.62 | (200,569.50) | -10% | 1,108,085.64 | 907,516.44 |
| | 144874-67B | 1,034,500 | 30,966.88 | 30,966.88 | - | 0% | 1,114,807.68 | 1,777,179.28 | 662,371.60 | 59% | 433,536.32 | 1,095,907.92 |
| | 144874-69A | 427,219 | 12,611.71 | 12,611.71 | - | 0% | 454,021.56 | 756,418.20 | 302,396.64 | 67% | 151,340.52 | 453,737.16 |
| | 144874-69C | 2,103,620 | 71,637.00 | 71,637.00 | - | 0% | 2,578,932.00 | 3,846,618.48 | 1,267,686.48 | 49% | 1,146,192.00 | 2,413,878.48 |
| | | | | | | | | | | | | |
| F | 144874-64B | 240,000 | 8,067.00 | 8,067.00 | - | 0% | 193,608.00 | 441,119.28 | 247,511.28 | 128% | 32,268.00 | 279,779.28 |
| | 144874-66E | 497,000 | 16,689.00 | 16,689.00 | - | 0% | 400,536.00 | 904,058.52 | 503,522.52 | 126% | 83,445.00 | 586,967.52 |
| | 144874-67D | 735,000 | 24,868.00 | 24,868.00 | - | 0% | 596,832.00 | 1,355,326.36 | 758,494.36 | 127% | 124,340.00 | 882,834.36 |
| | 144874-69E | 800,000 | 27,087.00 | 27,087.00 | - | 0% | 849,608.00 | 1,385,838.64 | 736,230.64 | 113% | 135,335.00 | 871,565.64 |
| | | | | | | | | | | | | |
| G | 144874-64D | 340,000 | 11,428.00 | 11,428.00 | - | 0% | 388,552.00 | 569,877.72 | 181,325.72 | 47% | 217,132.00 | 398,457.72 |
| | 144874-66G | 370,028 | 12,439.00 | 12,439.00 | - | 0% | 447,804.00 | 659,287.00 | 211,483.00 | 47% | 236,341.00 | 447,804.00 |
| | 144874-67F | 531,408 | 17,864.00 | 17,864.00 | - | 0% | 428,736.00 | 919,929.64 | 491,193.64 | 115% | 125,048.00 | 616,241.64 |
| | 144874-69G | 1,031,403 | 34,672.00 | 34,672.00 | - | 0% | 1,248,192.00 | 1,727,401.28 | 479,209.28 | 38% | 658,768.00 | 1,137,977.28 |
| | | | | | | | | | | | | |
| H | 144874-69I | 2,880,878 | 96,217.36 | 96,217.36 | - | 0% | 3,271,390.24 | 4,312,818.32 | 1,041,428.08 | 32% | 2,212,999.28 | 3,254,427.36 |
| | 144874-64F | 166,000 | 5,545.23 | 5,545.23 | - | 0% | 188,537.82 | 252,215.37 | 63,677.55 | 34% | 127,540.29 | 191,217.84 |
| | 144874-66I | 985,000 | 32,897.65 | 32,897.65 | - | 0% | 1,118,520.10 | 1,546,189.55 | 427,669.45 | 38% | 838,083.43 | 1,184,315.40 |
| | 144874-67H | 1,091,002 | 36,438.41 | 36,438.41 | - | 0% | 1,238,905.94 | 1,657,592.78 | 428,686.85 | 35% | | 1,268,770.28 |
| | | | | | | | | | | | | |
| I | 144874-89 | 2,390,000 | 73,476.07 | 73,476.07 | - | 0% | 2,498,188.38 | 3,232,947.08 | 734,760.70 | 29% | 1,910,577.62 | 2,645,138.52 |
| | 144874-86 | 725,000 | 20,840.00 | 628.63 | (20,211.37) | -97% | 708,560.00 | 189,350.68 | (519,209.32) | -73% | 541,840.00 | 22,630.68 |
| | | 37,053,471 | 1,169,650.10 | 833,043.81 | (356,606.49) | | 41,026,907.00 | 52,078,504.84 | 11,051,597.84 | 27% | 17,237,722.37 | 28,268,671.20 |

LYED202462

| Refinancing Period $ Change | Refinancing Period % Change | Org. Terms Start | Org. Terms End | Months | Amd. Terms in Months | 144874-93 | 144874-94 | MIS | OPS | MIS % of Equip. Value | OPS % of Equip. Value | 5% of MIS Equip. Value | 10% of OPS Equip. Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 343,196.40 | N/A | 10/1/99 | 9/30/01 | 24 | 49 | 14,299.85 | - | 100% | 0% | 672,000 | | 33,600 | - |
| | | | | | | 14,299.85 | - | | | | | | |
| | | | | | | | | | | | | | |
| (66,880.14) | -36% | 8/1/00 | 5/31/02 | 24 | 41 | 5,055.76 | - | 100% | 0% | 656,511 | | 32,826 | - |
| | | | | | | 5,055.76 | - | | | | | | |
| | | | | | | | | | | | | | |
| (5,604.16) | -16% | 7/1/00 | 6/30/02 | 24 | 40 | 1,242.25 | - | 100% | 0% | 103,765 | - | 5,188 | - |
| | | | | | | 1,242.25 | - | | | | | | |
| | | | | | | | | | | | | | |
| (317,871.00) | -83% | 10/1/99 | 9/30/02 | 36 | 49 | 2,726.00 | - | 100% | 0% | 1,440,000 | | 72,000 | |
| (310,581.27) | -66% | 10/1/99 | 9/30/02 | 36 | 49 | 6,592.68 | - | 100% | 0% | 1,465,000 | - | 73,250 | |
| (147,988.76) | -78% | 10/1/99 | 9/30/02 | 36 | 49 | 1,713.01 | - | 100% | 0% | 530,000 | - | 28,500 | |
| (871,984.59) | -92% | 10/1/99 | 9/30/02 | 36 | 49 | 3,262.40 | - | 100% | 0% | 2,850,000 | | 142,500 | - |
| 481,799.60 | 209% | 10/1/99 | 9/30/02 | 36 | 49/61 | 3,285.45 | 16,763.55 | 16% | 84% | 101,272 | 516,728 | 5,064 | 51,673 |
| (1,168,061.06) | -79% | 10/1/99 | 9/30/02 | 36 | 49 | 13,147.58 | - | 100% | 0% | 4,200,000 | | 210,000 | |
| 1,230,914.88 | 199% | 10/1/99 | 9/30/02 | 36 | 49/61 | 14,436.26 | 41,729.74 | 26% | 74% | 445,944 | 1,289,056 | 22,297 | 128,906 |
| 1,347,040.98 | 220% | 10/1/99 | 9/30/02 | 36 | 49/61 | 3,718.46 | 51,948.04 | 7% | 93% | 123,740 | 1,728,680 | 6,187 | 172,868 |
| 2,719,119.00 | 218% | 10/1/99 | 9/30/02 | 36 | 49/61 | 9,956.75 | 103,587.25 | 9% | 91% | 306,917 | 3,193,083 | 15,346 | 319,308 |
| | | | | | | 56,838.59 | 214,028.58 | | | | | | |
| | | | | | | | | | | | | | |
| (200,569.50) | -18% | 1/1/00 | 12/31/03 | 36 | 34/46 | 2,570.55 | 23,495.09 | 10% | 90% | 108,776 | 975,941 | 5,339 | 97,594 |
| 662,371.60 | 153% | 1/1/00 | 12/31/02 | 36 | 46/58 | 1,574.98 | 29,391.90 | 5% | 95% | 52,615 | 981,885 | 2,631 | 98,189 |
| 302,396.64 | 200% | 11/1/99 | 10/31/02 | 36 | 48/60 | 23.70 | 12,588.01 | 0% | 100% | 803 | 426,418 | 40 | 42,642 |
| 1,267,886.48 | 111% | 3/1/00 | 2/28/03 | 36 | 44/56 | 13,754.46 | 57,882.54 | 19% | 81% | 403,900 | 1,699,720 | 20,195 | 169,972 |
| | | | | | | 17,923.69 | 123,357.54 | | | | | | |
| | | | | | | | | | | | | | |
| 247,511.28 | 767% | 3/1/00 | 2/28/02 | 24 | 32/44 | 886.06 | 7,180.94 | 11% | 89% | 26,361 | 213,639 | 1,318 | 21,364 |
| 503,522.52 | 603% | 4/1/00 | 3/31/02 | 24 | 31/43 | 1,153.04 | 15,535.96 | 7% | 93% | 34,338 | 452,662 | 1,717 | 45,266 |
| 758,494.36 | 610% | 4/1/00 | 3/31/02 | 24 | 31/43 | 1,034.47 | 23,633.53 | 4% | 96% | 30,575 | 704,425 | 1,529 | 70,443 |
| 736,230.64 | 544% | 4/1/00 | 3/31/02 | 24 | 31/43 | 5,570.53 | 18,496.47 | 32% | 68% | 253,313 | 546,687 | 12,666 | 54,689 |
| | | | | | | 11,644.10 | 65,046.90 | | | | | | |
| | | | | | | | | | | | | | |
| 181,325.72 | 84% | 8/1/00 | 5/31/03 | 36 | 41/53 | 1,079.19 | 10,348.81 | 9% | 91% | 32,108 | 307,892 | 1,605 | 30,789 |
| 211,463.00 | 89% | 6/1/00 | 5/31/03 | 34 | 39 | | 12,439.00 | 0% | 100% | - | 370,028 | | 37,003 |
| 491,193.64 | 393% | 6/1/00 | 5/31/03 | 24 | 41/53 | 2,238.53 | 15,625.47 | 13% | 87% | 66,591 | 464,817 | 3,330 | 46,482 |
| 476,209.28 | 73% | 6/1/00 | 5/31/03 | 34 | 38/51 | 9,184.58 | 25,487.44 | 26% | 74% | 273,217 | 758,186 | 13,661 | 75,819 |
| | | | | | | 12,502.28 | 63,900.72 | | | | | | |
| | | | | | | | | | | | | | |
| 1,041,428.08 | 47% | 12/1/00 | 9/30/03 | 34 | 35/43 | 17,449.80 | 78,767.56 | 18% | 82% | 522,471 | 2,358,407 | 26,124 | 235,841 |
| 63,877.55 | 50% | 12/1/00 | 9/30/03 | 34 | 35/43 | 700.87 | 4,844.36 | 13% | 87% | 20,981 | 145,019 | 1,049 | 14,502 |
| 427,669.45 | 57% | 12/1/00 | 9/30/03 | 34 | 43 | | 32,887.65 | 0% | 100% | - | 985,000 | | 98,500 |
| 428,886.85 | 51% | 12/1/00 | 9/30/03 | 34 | 35/43 | 3,751.04 | 32,687.57 | 10% | 90% | 112,310 | 978,692 | 5,615 | 97,869 |
| | | | | | | 21,901.71 | 149,198.94 | | | | | | |
| | | | | | | | | | | | | | |
| 734,760.70 | 38% | 3/1/01 | 12/31/03 | 34 | 44 | | 73,476.07 | 0% | 100% | | 2,390,000 | - | 239,000 |
| (519,209.32) | -96% | 3/1/01 | 12/31/03 | 34 | 44 | | 628.63 | 0% | 100% | | 725,000 | | 72,500 |
| 11,030,948.83 | 64% | | | | | - | 74,104.70 | | | | | 741,575.29 | 2,222,196.53 |

LYED202463

| TOTAL |
|---|
| 33,600 |
| |
| |
| 32,626 |
| |
| |
| 5,188 |
| |
| 72,000 |
| 73,250 |
| 26,500 |
| 142,500 |
| 58,736 |
| 210,000 |
| 151,203 |
| 179,055 |
| 334,654 |
| |
| |
| 102,933 |
| 100,819 |
| 42,682 |
| 190,167 |
| |
| 22,682 |
| 47,963 |
| 71,971 |
| 67,334 |
| |
| 32,395 |
| 37,003 |
| 49,811 |
| 89,479 |
| |
| 261,964 |
| 15,551 |
| 98,500 |
| 103,485 |
| |
| 239,000 |
| 72,500 |
| 2,963,771.81 |

LYED202464

calculation as of: 11/01/02

| Lessor | Lease Number | Type | Description of Assset under lease | Equipment Value | Start Date | End Date | Lease Payment | Tax | Monthly Payment | Remaining Life (in days) |
|---|---|---|---|---|---|---|---|---|---|---|
| Avnet Computer | L5649-21 | | various locations | 2,891,668 | 07/01/00 | 06/30/03 | 84,581.21 | 5,243.61 | 89,825 | 241 |
| Compaq | 101003-000001 | | various locations | 1,962,067 | 01/01/01 | 12/31/03 | 59,558.24 | 3,255.20 | 62,811 | 425 |
| Compaq | 101003-000002 | | various locations | 2,582,117 | 04/01/01 | 03/31/04 | 78,367.12 | 4,282.44 | 82,650 | 516 |
| CSI | 144874-66C | Operating | Misc Equip | 1,082,717 | 01/01/00 | | 26,065.64 | 1,085.55 | 27,151 | |
| CSI | 144874-67B | Operating | Misc Equip | 1,034,500 | 01/01/00 | | 30,966.58 | 2,554.69 | 33,522 | |
| CSI | 144874-69A | | Misc Equip | 427,219 | 11/01/99 | | 12,611.71 | 658.36 | 13,270 | |
| CSI | 144874-69C | | Misc Equip | 2,103,620 | 03/01/00 | | 71,637.00 | 4,145.96 | 75,783 | |
| CSI  (initial # 67C) | 144874-67F | Operating | Misc Equip | 531,408 | 06/01/00 | | 17,864.00 | 1,330.68 | 19,195 | |
| CSI  (initial # is 64C) | 144874-64F | | Assort Comp.Equip. | 196,000 | 12/01/00 | | 5,545.23 | 464.97 | 6,010 | |
| CSI  (initial # is 68D) | 144874-68G | Operating | Misc Equip | 370,028 | 06/01/00 | | 12,439.00 | 565.65 | 13,005 | |
| CSI  (initial # is 66F) | 144874-66I | | Assort Comp.Equip. | 985,000 | 12/01/00 | | 32,897.65 | 1,662.06 | 34,560 | |
| CSI  (initial # is 67E) | 144874-67H | | Assort Comp.Equip. | 1,091,002 | 12/01/00 | | 36,436.41 | 1,822.00 | 38,260 | |
| CSI  (initial # is 69Q) | 144874-69G | Operating | Misc Equip | 1,031,403 | 08/01/00 | | 34,672.00 | 1,816.84 | 36,489 | |
| CSI  (initial # is 69F) | 144874-69I | | Assort Comp.Equip. | 2,580,878 | 12/01/00 | | 96,217.38 | 5,045.65 | 101,263 | |
| CSI  (initial # is 72) | 144874-64B | Operating | Misc Computers | 240,000 | 03/01/00 | | 8,067.00 | 681.85 | 8,749 | |
| CSI  (initial # is 73) | 144874-69E | Operating | Misc Equip | 800,000 | 04/01/00 | | 27,067.00 | 1,524.27 | 28,591 | |
| CSI  (initial # is 74) | 144874-66E | Operating | Misc Equip | 497,000 | 04/01/00 | | 16,689.00 | 649.35 | 17,338 | |
| CSI  (initial # is 75) | 144874-67D | Operating | Misc Computers | 735,000 | 04/01/00 | | 24,868.00 | 2,051.61 | 26,920 | |
| CSI  (initial #64A) | 144874-64D | Operating | Misc Computers | 340,000 | 08/01/00 | | 11,428.00 | 971.38 | 12,399 | |
| CSI | 144874-85 | | Assort Computer Equip | 2,390,000 | 03/01/01 | | 73,476.07 | 3,755.56 | 77,232 | |
| CSI | 144874-86 | | Assort Computer Equip | 725,000 | 01/01/01 | | 628.63 | 53.41 | 682 | |
| CSI | 144874-93 | | Misc Equip | 12,911,925 | 11/01/01 | 10/31/03 | | | | 364 |
| CSI | 144874-94 | | | 6,710,771 | 11/01/01 | 10/31/04 | | | | 730 |
| CSI | 144874-89 | | Misc Equip | 2,991,623 | 01/01/01 | 07/31/04 | 106,548.00 | 8,523.75 | 113,072 | 638 |
| CSI | 144874-89A | | Misc Equip | 361,396 | 01/01/01 | 07/31/04 | 16,070.00 | 1,097.46 | 17,167 | 638 |
| CSI | 144874-90 | | Misc Equip | 1,489,751 | 04/01/01 | 07/31/04 | 52,483.00 | 3,355.67 | 55,839 | 638 |
| CSI | 144874-100 | | Assort Computer Equip | 196,273 | 4/1/2002 | 3/31/2004 | 6,082.29 | 347.77 | 6,430 | 516 |
| CSI | 144874-200 | | Assort Computer Equip | 1,417,620 | 4/1/2002 | 3/31/2005 | 43,954.35 | 2,629.39 | 46,584 | 881 |
| Optimus / Panthus Capital | 3651 | | Sun Server e6500 | 320,000 | 05/01/01 | 04/30/04 | 9,381.14 | 773.94 | 10,155 | 546 |
| | | | | 51,095,988 | | | 996,602 | 58,349 | 1,054,951 | 6,133 |
| Avnet Computer | L5649-19 | Operating | various locations | 1,080,249 | 05/01/00 | 05/01/03 | 28,195.51 | 2,036.04 | 30,232 | 181 |
| Avnet Computer | L5649-20 | | various locations | 898,730 | 07/01/00 | 06/30/03 | 26,865.61 | 1,710.22 | 28,576 | 241 |
| Bank of America | Schedule 1 | | Servers and Equip. | 2,311,210 | 10/01/01 | 09/30/04 | 66,610.01 | 4,329.65 | 70,940 | 699 |
| Bank of America | Schedule 2 | | Assort Computer Equip | 1,715,743 | 10/08/01 | 10/07/04 | 48,415.80 | 3,147.03 | 51,563 | 706 |
| | | | | 6,005,932 | | | | | | |
| | | | | 57,101,918 | | | | | | |

| | |
|---|---|
| Total Equipment Value at Beginning of Lease | 51,095,986 |
| Total Estimated Equipment Value at end of Term | 5,128,991 |
| | 10% |

LYED202465

| Remaining Life (in months) | Rentals Remaining | 10% 5% of MIS Equip. Value | 10% of OPS Equip. Value |
|---|---|---|---|
| 8 | 718,599 | - | 269,167 |
| | | | |
| 14 | 879,360 | - | 196,207 |
| 17 | 1,405,043 | - | 258,212 |
| | | | |
| | 52,131 | 5,339 | 102,933 |
| | 61,634 | 98,189 | 100,819 |
| | 25,223 | 40 | 42,642 |
| | 143,274 | 20,195 | 169,972 |
| | 125,048 | 3,330 | 46,482 |
| | 361,874 | 1,049 | 14,502 |
| | 87,073 | - | 37,003 |
| | 361,874 | - | 98,500 |
| | 400,823 | 5,615 | 97,869 |
| | 242,704 | 13,661 | 89,479 |
| | 1,058,391 | 26,124 | 235,841 |
| | 40,335 | 1,318 | 21,364 |
| | 135,335 | 12,666 | 54,669 |
| | 83,445 | 1,717 | 46,286 |
| | 124,340 | 1,529 | 70,443 |
| | 79,966 | 1,605 | 30,789 |
| | 1,028,665 | - | 239,000 |
| | 8,801 | - | 72,500 |
| 12 | 1,298,396 | 1,291,193 | |
| 24 | 12,697,084 | - | 671,077 |
| 21 | 2,327,090 | - | 269,162 |
| 21 | 353,317 | - | 36,140 |
| 21 | 1,149,196 | - | 148,975 |
| 17 | 107,029 | - | 19,627 |
| 28 | 1,323,680 | - | 141,762 |
| | | | |
| 18 | 182,791 | - | 32,000 |
| 199 | 26,663,051 | 1,483,570 | 3,643,422 |
| | | | |
| | | | |
| 6 | 181,389 | - | 108,025 |
| 8 | 228,607 | - | 89,673 |
| 23 | 1,631,612 | 41,602 | 189,519 |
| 23 | 1,185,945 | 30,883 | 140,691 |
| | | 72,485 | 528,108 |
| | | | |
| | | 1,556,055 | 4,171,530 |

LYED202466

| Period | | | Net Present Value | Period | | | Net Present Value |
|---|---|---|---|---|---|---|---|
| 0 | $ | 5,386,000 | 5,386,000 | 0 | $ | 4,821,085 | 4,821,085 |
| 1 | $ | 5,399,824 | | 1 | $ | 4,833,459 | |
| 2 | $ | 5,413,684 | | 2 | $ | 4,845,865 | |
| 3 | $ | 5,427,579 | | 3 | $ | 4,858,303 | |
| 4 | $ | 5,441,512 | | 4 | $ | 4,870,772 | |
| 5 | $ | 5,455,476 | | 5 | $ | 4,883,274 | |
| 6 | $ | 5,469,478 | | 6 | $ | 4,895,808 | |
| 7 | $ | 5,483,517 | | 7 | $ | 4,908,374 | |
| 8 | $ | 5,497,591 | | 8 | $ | 4,920,972 | |
| 9 | $ | 5,511,702 | | 9 | $ | 4,933,602 | |
| 10 | $ | 5,525,848 | | 10 | $ | 4,946,265 | |
| 11 | $ | 5,540,031 | | 11 | $ | 4,958,961 | |
| 12 | $ | 5,554,251 | | 12 | $ | 4,971,689 | |
| 13 | $ | 5,568,507 | | 13 | $ | 4,984,449 | |
| 14 | $ | 5,582,799 | | 14 | $ | 4,997,243 | |
| 15 | $ | 5,597,128 | | 15 | $ | 5,010,069 | |
| 16 | $ | 5,611,494 | | 16 | $ | 5,022,928 | |
| 17 | $ | 5,625,897 | | 17 | $ | 5,035,820 | |
| 18 | $ | 5,640,337 | | 18 | $ | 5,048,746 | |
| 19 | $ | 5,654,814 | | 19 | $ | 5,061,704 | |
| 20 | $ | 5,669,328 | | 20 | $ | 5,074,696 | |
| 21 | $ | 5,683,879 | | 21 | $ | 5,087,721 | |
| 22 | $ | 5,698,468 | | 22 | $ | 5,100,779 | |
| 23 | $ | 5,713,094 | | 23 | $ | 5,113,871 | |
| 24 | $ | 5,727,757 | | 24 | $ | 5,126,997 | |

LYED202467

| Lessor | Total Obligation | Cost to Buy-out of Lease | Cost to Convert to Capital | Remaining Rentals | Initial Quotes | Savings |
|---|---|---|---|---|---|---|
| Avnet | 608,744 | 608,744 | N/A | - | 704,975 | 96,231 |
| Compaq | 1,946,334 | N/A | 700,000 | 1,246,334 | 733,579 | 33,579 |
| CSI | 19,355,849 | N/A | 3,775,000 | 15,580,849 | 4,690,000 | 915,000 |
| Panthus | 147,023 | 147,023 | N/A | - | 175,826 | 28,803 |
| Total Cost | $ 22,057,949 | $ 755,766 | $ 4,475,000 | $ 16,827,183 | $ 6,304,380 | $ 1,073,614 |

LYED202468

| Action Plan Description | | |
|---|---|---|
| Buy-out of lease as of 6/30/03 and take ownership of equipment as of that date. | | |
| Convert leases to capital leases as of 6/30/03. Paying FMV of equipment on 6/30/03 and taking ownership of equipment as of lease term date for $1 while continuing with existing lease payment stream. | | |
| Convert leases to capital leases as of 6/30/03. Paying FMV of equipment on 6/30/03 and taking ownership of equipment as of lease term date for $1 while continuing with existing lease payment stream. | | |
| Buy-out of lease as of 6/30/03 and take ownership of equipment as of that date. | | |
| | | |

LYED202469

| | Total Obligation | | | | NPV of Buy-out Value | |
|---|---|---|---|---|---|---|
| Avnet | 608,744 | Buy Equipment and Term lease as of 6/30 | | | | |
| | - | Remaining Rentals [Rental amount = $89,824.82] | | | | |
| | 608,744 | Total Cost of Buy-out equipment from lease at end of term | | | | |
| | | | | | | |
| Compaq | 700,000 | FMV of Equipment | | | | |
| | 1,246,334 | Remaining Rentals [($62,811.44 times 8 rentals) + ($82,649.56 times 9 rentals)] | | | | |
| | 1,946,334 | Total to turn leases into capital lease with existing payment stream. | | | | |
| | | | | | | |
| CSI | 3,775,000 | FMV of Equipment | | | | |
| | 15,580,849 | Remaining Rentals | | | | |
| | 19,355,849 | Total to turn leases into capital lease with existing payment stream. | | | | |
| | | | | | | |
| | | | | | | |
| Panthus | 147,023 | FMV of Equipment | | | | |
| | - | Remaining Rentals [$10,155.05 times 11 payments] | | | | |
| | 147,023 | Total to turn leases into capital lease with existing payment stream. | | | | |
| | | | | | | |
| | | | | | | |
| | 5,230,766 | Costs for buy-out and capital conversions | | | | |
| | 16,827,183 | Remaining rentals | | | | |
| | 22,057,949 | | | | | |
| | | | | | | |
| | | | 2004 | 2005 | | |
| | 2003 | | | | | |
| Current Situation | 7,577,732 | | 9,490,883 | 139,751 | 4,920,972 | |
| | | | | | | |
| Implement Action Plan | 12,478,093 | | 9,440,108 | 139,751 | | |
| | | | | | | |
| Impact to Cash | (4,900,361) | | 50,775 | - | 4,920,972 | |
| | | | | | | |
| | | | | | | |
| | | | | | 71,366 | Savings |

LYED202470

# EXHIBIT 19

PLAINTIFF'S
EXHIBIT
32

| | |
|---|---|
| **From:** | Julie Callagee/O=Lycos |
| **Sent:** | Wednesday, June 27, 2001 11:41 AM |
| **To:** | Monique Walsh/O=Lycos@Lycos |
| **Subject:** | Final lease schedule for June, 2001. Ripley, over and out. |
| **Attach:** | Lease Agreements-2001.xls |

Monique,

This is Sam's schedule that you will be taking over.

Thanks,

Julie

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Julie Callagee                 Accounting Manager

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA  02451
Phone 781.370.2827
Fax 781.370.2600

----- Forwarded by Julie Callagee/Lycos on 06/27/01 11:40 AM -----

Sam Ziba
06/27/01 09:59 AM

To: Julie Callagee/Lycos@Lycos
cc: Donna Quach/Lycos@Lycos
Subject: Final lease schedule for June, 2001. Ripley, over and out.

LYC 21141

# EXHIBIT 20

**Folder:**  \Lycos vs CSI\LEASES 2001

**Filename:**  Lease Agreements-2001.xls

**Author**  Tom Guiloile

**Organization**  Lycos, Inc.

**DateCreated**  5/20/1996

**TimeCreated**  03:53 PM

**DateLastMod**  12/11/2002

**TimeLastMod**  11:49 AM

Lycos, Inc.

Summary of Equipment Lease Agreement

2001

| Lessor | Lease Number | Type | Description of Asset under lease | Equipment Value | Lease Factor | Term in Months | Start Date | End Date | Weighted Avg Maturity | Lease Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| **Copiers** | | | | | | | | | | |
| Toshiba | 6611808-001 | | Toshiba Phone System | N/A | N/A | 60 | 02/29/96 | 01/31/01 | | 662.88 |
| Advanta | 50-360964-1 | | (2) Canon LC7000 | N/A | N/A | 24 | 10/19/98 | 10/18/00 | | 136.00 |
| Advanta | 50-238326-9 | | Canon LC9000, Canon NP66651 | N/A | N/A | 24 | 01/22/99 | 01/21/01 | | 568.00 |
| Advanta | 50-238326-8 | | Canon LC9000 | N/A | N/A | 24 | 01/21/99 | 01/20/01 | | 91.00 |
| Advanta | 50-238326-7 | | Canon LC7000 | N/A | N/A | 24 | 01/21/99 | 01/20/01 | | 64.00 |
| Advanta | 50-238326-6 | | Canon LC7000 | N/A | N/A | 24 | 01/13/99 | 01/12/01 | | 68.00 |
| Advanta | 50-238326-3 | | Canon LC9000 | N/A | N/A | 36 | 03/12/98 | 03/30/01 | | 62.00 |
| Advanta | 50-238326-2 | | Canon LC9000, Canon NP66650 II | N/A | N/A | 36 | 03/12/98 | 03/11/01 | | 307.00 |
| Advanta | 59-238326-13 | | Canon LC7000 | N/A | N/A | 24 | 03/12/99 | 03/11/01 | | 64.00 |
| Advanta | 50-238326-12 | | Canon LC7000 | N/A | N/A | 24 | 03/31/99 | 03/30/01 | | 64.00 |
| Advanta | 50-238326-11 | | Canon LC7000, 2 Canon NP66651 | N/A | N/A | 24 | 03/09/99 | 03/08/01 | | 1,038.00 |
| Advanta | 50-238326-10 | | Canon NP66651 | N/A | N/A | 24 | 03/02/99 | 03/01/01 | | 455.00 |
| Advanta | 50-0380913-001 | | Canon LC7000 | N/A | N/A | 24 | 06/21/99 | 06/20/01 | | 64.00 |
| Advanta | 50-238326-4 | | Canon LC7000 | N/A | N/A | 36 | 07/02/98 | 07/01/01 | | 43.00 |
| Advanta | 50-238326-5 | | Canon LC7000 | N/A | N/A | 36 | 09/17/98 | 09/16/01 | | 43.00 |
| Advanta | 50-0380913-003 | | (1) Canon LC7000 | N/A | N/A | 24 | 07/06/00 | 07/06/02 | | 64.00 |
| Advanta | 50-0380913-004 | | (1) Canon LC7000 | N/A | N/A | 24 | 07/06/00 | 07/06/02 | | 64.00 |
| Advanta | 50-0380913-005 | | (1) Canon LC7000 | N/A | N/A | 24 | 09/22/00 | 09/22/02 | | 934.00 |
| Advanta | 050-5504497-001 | | Canon LC7000 | N/A | N/A | 24 | 12/15/00 | 12/15/02 | | 64.00 |
| Advanta | 50-0380913-002 | | (1) Gestetner 3245 (1) Canon LC7000 | N/A | N/A | 36 | 05/04/00 | 05/04/03 | | 329.00 |
| Advanta | 50-238326-14 | | (3) Canon LC7000 | N/A | N/A | 36 | 09/22/00 | 09/22/03 | | 129.00 |
| Advanta | 50-238326-15 | | (2) Canon LC7000 | N/A | N/A | 36 | 09/22/00 | 09/22/03 | | 86.00 |
| Advanta | 50-238326-16 | | (1) Canon NP6551 | N/A | N/A | 24 | 12/15/00 | 12/15/02 | | 467.00 |
| ABB Business Finance | 250-862 | | (1) Canon LC7000 | N/A | N/A | 36 | 04/02/01 | 04/01/04 | | 43.00 |
| ABB Business Finance | 250-862-1 | | (1) Canon LC7000 | N/A | N/A | 36 | 04/02/01 | 04/01/04 | | 43.00 |
| XEROX | FU2049416 | | Color Copier | N/A | N/A | 36 | 10/19/00 | 10/19/03 | | 1,452.23 |
| XEROX | LW2413855 | | Color Copier | N/A | N/A | 36 | 10/19/00 | 10/19/03 | | 1,253.26 |
| XEROX | FU2675014 | | Color Copier | N/A | N/A | 36 | 10/19/00 | 10/19/03 | | 1,239.22 |
| XEROX | VH7325420 | | Color Copier | N/A | N/A | 36 | 10/19/00 | 10/19/03 | | 1,212.08 |
| | | | | | | | | | | |
| Avnet Computer | 526018 | Operating | ASR8200 Santa Clara, CA | 1,746,301 | 0.0612 | 72 | 07/15/96 | 7/15/2002 | (4.05) | 106,828.00 |
| Avnet Computer | L5649-10 | Operating | roll of prior 00,02,03,06,07,10 | 1,113,315 | 0.0124 | 6 | 01/01/01 | 6/30/2001 | (5.10) | 13,767.00 |
| Avnet Computer | L5649-11 | Operating | Mirror site | 421,648 | 0.0302 | 36 | 09/01/98 | 9/1/2001 | (4.92) | 12,754.54 |
| Avnet Computer | L5649-12 | Operating | Mirror site - CA. | 534,019 | 0.0249 | 36 | 02/01/99 | 1/31/2002 | (4.51) | 13,301.00 |
| Avnet Computer | L5649-13 | Operating | Mirror site - MA. | 1,037,406 | 0.0271 | 36 | 02/01/99 | 1/31/2002 | (4.51) | 28,129.00 |
| Avnet Computer | L5649-14 | Operating | Mirror site - MA. | 963,637 | 0.0273 | 36 | 06/01/99 | 5/31/2002 | (4.18) | 26,327.00 |
| Avnet Computer | L5649-15 | Operating | various locations | 449,991 | 0.0285 | 36 | 10/01/99 | 10/1/2002 | (3.84) | 12,825.00 |
| Avnet Computer | L5649-16 | Operating | various locations | 153,854 | 0.0199 | 36 | 10/01/99 | 10/1/2002 | (3.84) | 3,062.92 |
| Avnet Computer | L5649-18 | Operating | various locations | 473,308 | 0.0288 | 36 | 01/01/00 | 1/1/2002 | (4.59) | 13,636.07 |
| Avnet Computer | L5649-19 | Operating | various locations | 1,080,249 | 0.0288 | 36 | 05/01/00 | 04/30/03 | (3.26) | 31,156.80 |
| Avnet Computer | L5649-20 | Operating | various locations | 898,730 | 0.0299 | 36 | 07/01/00 | 06/30/03 | (3.10) | 26,865.61 |
| Avnet Computer | L5649-21 | | various locations | 2,691,668 | 0.0314 | 36 | 07/01/00 | 06/30/03 | (3.10) | 84,581.24 |
| Compaq | 101003-000001 | | various locations | 1,962,067 | 0.0304 | 36 | 01/01/01 | 12/31/03 | (2.59) | 59,556.24 |
| Compaq | 101003-000002 | | various locations | 2,582,117 | 0.0303 | 36 | 01/01/01 | 12/31/03 | (2.34) | 78,367.12 |
| CSI | 144874-61 | Operating | Misc Equip | 668,414 | 0.0453 | 24 | 08/01/99 | 08/01/01 | (5.01) | 30,309.00 |
| CSI | 144874-65 | Operating | Misc Computers | 672,000 | 0.0453 | 24 | 10/01/99 | 09/30/01 | (4.84) | 30,471.00 |
| CSI | 144874-68 | Operating | Misc Equip | 4,200,000 | 0.0321 | 36 | 10/01/99 | 09/30/02 | (3.84) | 134,873.00 |
| CSI | 144874-68A | Operating | Misc Equip | 1,735,000 | 0.0324 | 36 | 10/01/99 | 09/30/02 | (3.84) | 56,166.00 |
| CSI | 144874-68B | Operating | Misc Equip | 1,852,420 | 0.0301 | 36 | 10/01/99 | 09/30/02 | (3.84) | 55,666.50 |
| CSI | 144874-68C | | Misc Equip | 3,500,000 | 0.0324 | 36 | 10/01/99 | 09/30/02 | (3.84) | 113,544.00 |
| CSI (Initial # is 56A) | 144874-68D | Operating | Misc Equip | 1,255,213 | 0.0285 | 36 | 01/01/00 | 12/31/02 | (2.59) | 35,767.00 |
| CSI | 144874-69A | | Misc Equip | 427,219 | 0.0295 | 36 | 11/01/99 | 10/31/02 | (3.76) | 12,611.71 |
| CSI | 144874-69C | | Misc Equip | 2,103,620 | 0.0341 | 36 | 03/01/00 | 02/28/03 | (3.43) | 71,637.00 |
| CSI | 144874-69D tr 69G | Operating | Misc Equip | 1,031,403 | 0.0336 | 34 | 06/01/00 | 05/31/03 | (3.18) | 34,672.00 |
| CSI | 144874-70 | Operating | 4GB ALPHASERVER | 126,500 | 0.0868 | 7 | 12/01/00 | 06/30/01 | (5.10) | 10,974.00 |

LYED202069

| Tax | Monthly Payment | Notes | Factor* Equip | Duration Factor |
|---|---|---|---|---|
| | | Received purchase price on 4/21/2001 for $1,294.06. | | |
| | | Received purchase price on 4/21/2001 for $814.74. | | |
| | | Received purchase price on 4/21/2001 for $814.74. | | |
| | | Received purchase price on 4/21/2001 for $814.74. | | |
| | | Received purchase price on 4/21/2001 for $921.64. | | |
| | | Received purchase price on 4/21/2001 for $798.45 | | |
| | | Received purchase price on 4/21/2001 for $3,242.2. | | |
| | | Received purchase price on 4/21/2001 for $876.34 | | |
| | | Received purchase price on 4/21/2001 for $813.94 | | |
| | | Received purchase price on 4/21/2001 for $9,179.26 | | |
| | | Received purchase price on 4/21/2001 for $4,004.26 | | |
| 8,813.31 | 115,641.31 | | 106,828 | 125,733,672 |
| 688.35 | 14,455.35 | Buy out at the end of the term for $1.00 | 13,767 | 6,679,892 |
| 637.73 | 13,392.27 | | 12,755 | 15,179,328 |
| 1,064.08 | 14,365.08 | | 13,301 | 19,224,680 |
| 1,406.45 | 29,535.45 | | 28,129 | 37,346,607 |
| 1,316.40 | 27,643.40 | | 26,327 | 34,690,924 |
| 641.25 | 13,466.25 | | 12,825 | 16,199,667 |
| 350.80 | 3,413.72 | | 3,063 | 5,538,745 |
| 904.41 | 14,540.48 | | 13,636 | 17,039,087 |
| 2,166.82 | 33,323.62 | | 31,157 | 38,888,952 |
| 1,681.99 | 28,547.60 | | 26,866 | 32,354,286 |
| 5,165.57 | 89,746.81 | | 84,581 | 96,900,045 |
| 3,227.15 | 62,783.39 | | 59,556 | 70,634,409 |
| 4,245.78 | 82,612.90 | | 78,367 | 92,956,197 |
| 1,515.45 | 31,824.45 | | 30,309 | 16,041,936 |
| 1,523.55 | 31,994.55 | | 30,471 | 16,128,000 |
| 6,743.65 | 141,616.65 | | 134,873 | 151,200,000 |
| 2,808.30 | 58,974.30 | | 56,166 | 62,460,000 |
| 2,997.33 | 58,663.83 | | 55,667 | 66,687,120 |
| 6,853.68 | 120,397.68 | | 113,544 | 126,000,000 |
| 1,788.35 | 37,555.35 | | 35,767 | 45,187,652 |
| 655.13 | 13,266.84 | | 12,612 | 15,379,883 |
| 4,102.83 | 75,739.83 | | 71,637 | 75,730,320 |
| 1,812.80 | 36,484.80 | | 34,672 | 35,067,702 |
| 768.18 | 11,742.18 | Buy out at the end of the term for $1.00 | 10,974 | 885,500 |

LYED202070

**Lycos, Inc.**
Summary of Equipment Lease Agreement

| | | | | Amount | Rate | Term | Start | End | | 2001 |
|---|---|---|---|---|---|---|---|---|---|---|
| CSI (Initial # is 73) | 144874-69E | Operating | Misc Equip | 800,000 | 0.0338 | 24 | 04/01/00 | 03/31/02 | (4.35) | 27,067.00 |
| CSI | 144874-6 | Operating | Misc Equip | 1,440,000 | 0.0242 | 36 | 10/01/99 | 09/30/02 | (3.84) | 34,845.00 |
| CSI | 144874-66A | Operating | Misc Equip | 1,465,000 | 0.0324 | 36 | 10/01/99 | 09/30/02 | (3.84) | 42,618.69 |
| CSI | 144874-66B | Operating | Misc Equip | 530,000 | 0.0324 | 36 | 10/01/99 | 09/30/02 | (3.84) | 17,191.00 |
| CSI | 144874-66C | Operating | Misc Equip | 1,082,717 | 0.0341 | 36 | 06/01/00 | 12/31/03 | (2.59) | 26,065.64 |
| CSI | 144874-66D IS 66G | Operating | Misc Equip | 370,028 | 0.0336 | 24 | 06/01/00 | 05/31/02 | (4.18) | 12,439.00 |
| CSI (Initial # is 74) | 144874-66E | Operating | Misc Equip | 497,000 | 0.0336 | 24 | 04/01/00 | 03/31/02 | (4.35) | 16,689.00 |
| CSI | 144874-64C is now 64F | | Assort Computer Equip | 166,000 | 0.0334 | 34 | 12/01/00 | 09/30/03 | (2.84) | 5,545.23 |
| CSI | 144874-67E is now 67H | | Assort Computer Equip | 1,091,002 | 0.0334 | 34 | 12/01/00 | 09/30/03 | (2.84) | 36,438.41 |
| CSI | 144874-66F is now 66I | | Assort Computer Equip | 985,000 | 0.0334 | 34 | 12/01/00 | 09/30/03 | (2.84) | 32,897.65 |
| CSI | 144874-69F is now 69I | | Assort Computer Equip | 2,880,878 | 0.0334 | 34 | 12/01/00 | 09/30/03 | (2.84) | 96,217.36 |
| CSI | 144874-85 | | Assort Computer Equip | 2,390,000 | 0.0307 | 34 | 03/01/01 | 12/31/03 | (2.59) | 73,476.07 |
| CSI | 144874-86 | | Assort Computer Equip | 725,000 | 0.0287 | 34 | 03/01/01 | 12/31/03 | (2.59) | 20,840.00 |
| | | | | | | | | | | |
| CSI | 144874-67 | Operating | Misc Equip | 2,850,000 | 0.0303 | 36 | 10/01/99 | 09/30/02 | (3.84) | 86,389.29 |
| CSI | 144874-67A | Operating | Misc Equip | 618,000 | 0.0324 | 36 | 10/01/99 | 09/30/02 | (3.84) | 20,049.00 |
| CSI | 144874-67B | Operating | Misc Equip | 1,034,500 | 0.0299 | 36 | 10/01/99 | 12/31/02 | (3.59) | 30,966.88 |
| CSI | 144874-67C, 67F | Operating | Misc Equip | 531,408 | 0.0336 | 24 | 06/01/00 | 05/31/02 | (4.18) | 17,864.00 |
| CSI (Initial # is 75) | 144874-67D | Operating | Misc Equip | 735,000 | 0.0338 | 24 | 04/01/00 | 03/31/02 | (4.35) | 24,868.00 |
| Panthax ( Optima Solution) | 3851 | | Sun Server E6500 | 320,000 | 0.0293 | 36 | 03/01/00 | 4/30/2004 | (2.26) | 9,381.14 |
| Pentech Infostructure | 300111-1 | | Sun Servers | 353,972 | 0.0320 | 36 | 08/01/98 | 07/31/01 | (5.01) | 11,323.58 |
| Pentech Infostructure | 300111-2 | | Thinkpads & Compaq PC | 229,289 | 0.0320 | 36 | 09/01/98 | 08/31/01 | (4.93) | 7,334.96 |
| Pentech Infostructure | 300111-3 | | Assort Computer Equip | 172,546 | 0.0320 | 36 | 11/01/98 | 10/31/01 | (4.76) | 5,519.75 |
| Pentech Infostructure | 300111-4 | | Assort Computer Equip | 128,379 | 0.0320 | 36 | 01/01/99 | 12/31/01 | (4.59) | 4,106.83 |
| Pentech Infostructure | 300111-5 | | Assort Computer Equip | 50,338 | 0.0320 | 36 | 01/01/99 | 12/31/01 | (4.59) | 1,610.32 |
| Pentech Infostructure | 300111-6 | | Assort Computer Equip | 189,598 | 0.0320 | 36 | 02/01/99 | 01/31/02 | (4.51) | 6,065.24 |
| Pentech Infostructure | 300111-7 | | Assort Computer Equip | 142,292 | 0.0320 | 36 | 05/01/99 | 04/30/02 | (4.26) | 4,551.93 |
| Pentech Infostructure | 300111-8 | | Assort Computer Equip | 192,183 | 0.0320 | 36 | 05/01/99 | 04/30/02 | (4.26) | 6,147.93 |
| Pentech Infostructure | 300241-1 | | Assort Computer Equip | 313,111 | 0.0320 | 36 | 06/01/99 | 05/31/02 | (4.18) | 10,016.43 |
| Pentech Infostructure | 300241-2 | | Assort Computer Equip | 604,470 | 0.0320 | 36 | 07/01/99 | 06/30/02 | (4.10) | 19,337.00 |
| Pentech Infostructure | 300241-3 | | Assort Computer Equip | 203,148 | 0.0320 | 36 | 07/01/99 | 06/30/02 | (4.10) | 6,498.72 |
| CSI | 144874-64 | Operating | Misc Computers | 656,511 | 0.0410 | 24 | 06/01/00 | 05/31/02 | (4.18) | 26,888.34 |
| CSI | 144874-64A, TR 64D | Operating | Misc Computers | 340,000 | 0.0336 | 34 | 08/01/00 | 05/31/03 | (3.18) | 11,428.00 |
| CSI (Initial # is 72) | 144874-64B | Operating | Misc Computers | 240,000 | 0.0336 | 24 | 03/01/00 | 02/28/02 | (4.43) | 8,067.00 |
| | | | | | | | | | | |
| **Trellex** | | | | | | | | | | |
| CSI Trellex | 144874-76 | | Assort Computer Equip | 587,207 | 0.0390 | 24 | 08/01/00 | 07/31/02 | (4.01) | 22,872 |
| **ThinkingBytes** | | | | | | | | | | |
| CSI Thinkingbytes | 144874-81 | | Assort Computer Equip | 31,404 | 0.0414 | 24 | 07/01/00 | 06/30/02 | (4.09) | 1,299 |
| CSI | 144874-81 | | Assort Computer Equip | 72,362 | 0.0452 | 24 | 07/01/00 | 06/30/02 | (4.09) | 3,128 |
| **Leases not finalized** | | | | | | | | | | |
| CSI | 144874-83 | | Assort Computer Equip | 860,016 | 0.0400 | 24 | 01/01/01 | 12/31/02 | (3.59) | 34,401 |
| CSI | 144874-84 | | Assort Computer Equip | 4,106,055 | 0.0305 | 36 | 01/01/01 | 12/31/03 | (2.59) | 125,235 |
| BOA | TBD | | Assort Computer Equip | 1,291,407 | 0.0280 | 36 | 06/01/01 | 05/31/04 | (2.18) | 36,159 |
| | | | | $ 64,955,920 | 0.0323 | 35 | | | (3.835) | $ 2,092,797 |

LYED202071

| | | | |
|---:|---:|---:|---:|
| 1,511.34 | 28,578.34 | 27,067 | 19,200,000 |
| 1,742.25 | 36,387.25 | 34,845 | 51,840,000 |
| 2,130.93 | 44,749.62 | 47,466 | 52,740,000 |
| 859.55 | 18,050.55 | 17,191 | 19,080,000 |
| 1,064.68 | 27,150.32 | 36,867 | 38,977,812 |
| 563.25 | 13,002.25 | 12,439 | 8,880,672 |
| 643.88 | 17,332.88 | 16,684 | 11,928,000 |
| 451.69 | 5,996.92 | 5,545 | 5,644,000 |
| 1,822.00 | 38,260.41 | 36,438 | 37,094,068 |
| 1,660.75 | 34,558.40 | 32,898 | 33,490,000 |
| 5,027.27 | 101,244.63 | 96,217 | 97,949,852 |
| 3,755.56 | 77,251.63 | 73,476 | 81,260,000 |
| 1,686.39 | 22,526.39 | 20,840 | 24,650,000 |
| | | | |
| 6,911.20 | 93,300.49 | 86,389 | 102,600,000 |
| 1,604.03 | 21,653.03 | 20,049 | 22,248,000 |
| 2,477.55 | 33,444.43 | 30,967 | 37,242,000 |
| 1,297.14 | 19,161.14 | 17,864 | 12,753,792 |
| 1,989.40 | 26,857.40 | 24,868 | 17,640,000 |
| 750.49 | 10,151.63 | 9,381 | 11,520,000 |
| | | | |
| 962.51 | 12,286.09 | 11,324 | 12,743,006 |
| 625.47 | 7,958.43 | 7,335 | 8,254,414 |
| 469.18 | 5,988.95 | 5,520 | 6,211,654 |
| 349.08 | 4,455.93 | 4,107 | 4,621,652 |
| 136.88 | 1,747.20 | 1,610 | 1,812,176 |
| 515.55 | 6,580.79 | 6,065 | 6,825,527 |
| 386.92 | 4,938.85 | 4,552 | 5,122,521 |
| 522.57 | 6,670.50 | 6,148 | 6,918,580 |
| 826.36 | 10,842.79 | 10,016 | 11,272,006 |
| 1,643.65 | 20,980.65 | 19,337 | 21,760,920 |
| 548.74 | 7,047.46 | 6,499 | 7,313,342 |
| 2,205.80 | 29,094.14 | 26,888 | 15,756,261 |
| 943.00 | 12,371.00 | 11,424 | 11,560,000 |
| 661.67 | 8,728.67 | 8,064 | 5,760,000 |
| | | | - |
| | | | - |
| 1,143.65 | 24,015.65 | 22,872 | 14,092,968 |
| | | | |
| 64.95 | 1,363.90 | 1,299 | 753,694 |
| 156.42 | 3,284.84 | 3,128 | 1,736,676 |
| | | | |
| 1,720.03 | 36,120.67 | 34,401 | 20,640,385 |
| 6,261.73 | 131,496.41 | 125,235 | 147,817,978 |
| 1,807.97 | 37,967.37 | 36,159 | 46,490,659 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| $ 123,779 | $ 2,205,466 | 2,097,323 | 2,264,337,220 |

Cell: E105
Comment: Lycos:
Amount will change until the lease is closed after 12/31/00.

Cell: E106
Comment: Lycos:
Amount will change utill the lease is closed after 12/31/00.

Cell: E107
Comment: Lycos:
Amount will change utill the lease is closed after 12/31/00.

LYED202073