UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |  |
|---|---|---|
| COMPUTER SALES INTERNATIONAL INC., | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| LYCOS, INC., | ) | C.A. No. 05-10017- RWZ |
| Defendant, | ) ) ) | |
| BANK OF AMERICA f/k/a FLEET BANK, | ) ) | |
| Trustee Process Defendant. | ) ) | |

**PLAINTIFF CSI LEASING, INC'S MOTION FOR LEAVE
TO IMPOUND AND FILE UNDER SEAL A CONFIDENTIAL EXHIBIT**

Plaintiff CSI Leasing, Inc, f/k/a Computer Sales International, Inc. ("CSI"), respectfully moves for leave to impound and file under seal a confidential exhibit to the recently-filed *Affidavit of Edward W. Little, Jr. in Support of Summary Judgment on Behalf of Computer Sales International, Inc.* ("*Affidavit*") (Docket No. 182). In further support, CSI states as follows:

**1.** Specifically, the document which CSI wishes to file as Exhibit 15 to the *Affidavit* contains Plaintiff's Deposition Exhibit 191, which is a spreadsheet designated as "confidential" by Leaseforum, Inc. (a/k/a American River Partners) pursuant to the Court's *Order Regarding the Handling of Confidential Information Produced in Discovery*, dated March 16, 2006 (Docket No. 61) (the "Protective Order").

**2.** Exhibit 15 contains information which is important to CSI's *Motion for Summary Judgment* (Docket No. 180), filed on January 15, 2008.

**3.** On July 16, 2007, Lycos filed its Motion for Leave to Impound certain filings in connection with its pending summary judgment motions (Docket No. 139). CSI assented to that

ME1 7068708v.1

-2-

Motion for Leave. That assented to Motion for Leave was allowed by the Court on July 23, 2007, and Lycos subsequently filed confidential information under seal.

4. On November 19, 2007, CSI moved for leave – unopposed by Lycos – to file confidentially-designated materials under seal in opposition to Lycos' motions for summary judgment. See Docket No. 170. That Motion is currently pending (though without opposition).

5. CSI now moves for leave to file under seal Exhibit 15 to the *Affidavit* (Docket No. 182), as that document – which is important to CSI's Motion for Summary Judgment – has been designated as confidential pursuant to the Protective Order.

6. No party will be prejudiced by the filing of this document under seal, as it complies with the Protective Order while allowing the Court to consider the information therein.

WHEREFORE Computer Sales International, Inc. respectfully requests that this Court allow the foregoing Motion for Leave to File under impoundment the Exhibit 15 to the *Affidavit*.

Respectfully submitted,

COMPUTER SALES INTERNATIONAL, INC.

By its attorneys,

/s/ Edward W. Little, Jr.
Robert J. Kaler, BBO No. 542040
rkaler@mccarter.com
Edward W. Little, Jr., BBO No. 628985
elittle@mccarter.com
McCarter & English LLP
265 Franklin Street
Boston, MA 02110
Tel. (617) 449-6500

Dated: January 18, 2008

ME1 7068708v.1

-3-

## Certificate of Service

    I, Edward W. Little, Jr., hereby certify that I caused a true copy of the foregoing pleading to be serve on counsel for the other parties in this action electronically by CM/ECF notification, by e-mail and by first class mail, postage prepaid, this 18th day of January, 2008.

                                                /s/ Edward W. Little, Jr.\_\_\_\_\_
                                               Edward W. Little, Jr.

ME1 7068708v.1