## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMPUTER SALES INTERNATIONAL INC., ) | |
| ) | |
| Plaintiff and ) | |
| Defendant-in-Counterclaim, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 05-10017- RWZ |
| LYCOS, INC, ) | |
| ) | |
| v. ) | |
| ) | |
| Defendant and ) | |
| Plaintiff-in-Counterclaim, ) | |
| ) | |
| v. ) | |
| ) | |
| BANK OF AMERICA f/k/a FLEET BANK, ) | |
| ) | |
| Trustee Process Defendant. ) | |

### ASSENTED-TO MOTION TO ENLARGE TIME FOR LYCOS TO RESPOND TO CSI'S MOTION FOR SUMMARY JUDGMENT DISMISSING LYCOS' REMAINING COUNTERCLAIMS AND
### L.R. 56.1 STATEMENT WITH RESPECT THERETO

Lycos, Inc. ("Lycos") hereby moves, with the assent of CSI, to enlarge the time to February 29, 2008, for Lycos to respond to CSI's Motion for Summary Judgment Dismissing Lycos's Remaining Counterclaims (the "Motion") (Dkt. No. 179) and CSI's Local Rule 56.1 Statement with respect thereto (Dkt. No. 181).

As reasons therefore, Lycos states as follows:

1. On January 15, 2008, CSI filed the Motion and Local Rule 56.1 Statement.

2.  On January 16, 2008, the Court granted Lycos until February 15, 2008, for Lycos to respond to the Motion and L.R. 56.1 Statement.

3.  On February 1, 2008, the wife of Peter M. Acton, Jr., co-counsel for Lycos, gave birth to their second child, a daughter. As a result, Mr. Acton — who had been taking the lead in responding to the Motion — will be out of the office for two weeks helping care for his son and new daughter.

4.  Lycos therefore requests a two-week enlargement of time to respond to the Motion and L.R. 56.1 Statement. As the Court may recall, it granted CSI a forty-five day enlargement of time to respond to Lycos's summary judgment motions. *See* Dkt. Entry 9/24/07.

5.  CSI has assented to this Motion.

WHEREFORE, Lycos, Inc. respectfully requests that the Court enter an Order:

1.  Enlarging the time to February 29, 2008, for Lycos to respond to the Motion and L.R. 56.1 Statement; and

2.  Granting Lycos such other and further relief as is just.

Respectfully submitted,
LYCOS, INC.

Dated: February 5, 2008

/s/ Thomas O. Bean
Thomas O. Bean (BBO# 548072)
Peter M. Acton, Jr. (BBO# 654641)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston MA 02109
(617) 535-4000

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 5th day of February, 2008, I caused a true and accurate copy of the within document to be delivered through the Court's ECF system and by first class mail, postage prepaid, to Robert J. Kaler, McCarter & English, LLP, 265 Franklin Street, Boston, MA 02111.

                /s/ Thomas O. Bean
                Thomas O. Bean

BST99 1563952-1.057077.0012