# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL, INC., )<br>)<br>Plaintiff and Defendant-in- )<br>Counterclaim, )<br>)<br>v. )<br>)<br>LYCOS, INC., )<br>)<br>Defendant and Plaintiff-in- )<br>Counterclaim, )<br>)<br>and )<br>)<br>BANK OF AMERICA f/k/a FLEET )<br>BANK, )<br>)<br>Trustee Process Defendant ) | **LYCOS'S <u>ASSENTED TO</u> MOTION FOR LEAVE TO IMPOUND ITS PAPERS RESPONDING TO CSI'S MOTION FOR SUMMARY JUDGMENT DISMISSING LYCOS'S REMAINING COUNTERCLAIMS**<br><br><br>C.A. No. 05-10017-RWZ |

Pursuant to Local Rule 7.2, Defendant and Plaintiff-in-Counterclaim, Lycos, Inc. ("Lycos"), hereby moves, with the assent of plaintiff and defendant-in-counterclaim, Computer Sales International, Inc. ("CSI"), to impound the papers it is filing in response to CSI's Motion for Summary Judgment Dismissing Lycos's Remaining Counterclaims (collectively, the "Summary Judgment Materials").

1. In March, 2006, this Court entered an Order Regarding the Handling of Confidential Information Produced in Discovery (Dkt. No. 61) (the "Confidentiality Order").

2. Because CSI has designated a substantial portion of the documents it produced as "Confidential," this Court has previously granted several requests by both Lycos and CSI to file documents under seal.

3. Lycos's Summary Judgment Materials refer to materials that CSI has designated as confidential.

BST99 1565760-1.057077.0012

4.     Accordingly, Lycos requests that it be allowed to file the Summary Judgment Materials under seal. Lycos intends to file a redacted version of those documents in the public record.

5.     CSI has assented to this Motion.

WHEREFORE, Lycos requests that the Court enter an Order:

A.     Granting it leave to file the Summary Judgment Materials under seal in accordance with Local Rule 7.2 and the terms of the Confidentiality Order; and

B.     Granting it such other relief as may be appropriate and just under the circumstances.

                    Respectfully submitted,

                    LYCOS, INC.

                    By its attorneys,

Dated: February 28, 2008

/s/ Thomas O. Bean
Thomas O. Bean (BBO# 548072)
Peter M. Acton, Jr. (BBO# 654641)
McDermott, Will & Emery LLP
28 State Street
Boston, Massachusetts 02109
(617) 535-4000

**CERTIFICATE OF SERVICE**

I, Thomas O. Bean, hereby certify that on February 28, 2008, I caused a true and accurate copy of the within Motion to be served by the Court's electronic filing system on Robert J. Kaler, McCarter & English, LLP, 265 Franklin Street, Boston, MA 02111.

/s/ Thomas O. Bean