UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |  |
|---|---|---|
| COMPUTER SALES INTERNATIONAL INC., ) | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| LYCOS, INC., | ) | C.A. No. 05-10017- RWZ |
| Defendant, | ) | |
| | ) | |
| BANK OF AMERICA f/k/a FLEET BANK, | ) | |
| | ) | |
| Trustee Process Defendant. | ) | |
| | ) | |

**CSI LEASING, INC.'S NOTICE OF FILING DOCUMENTS**
**<u>UNDER SEAL PURSUANT TO COURT ORDER</u>**

Plaintiff and counterclaim defendant CSI Leasing, Inc., formerly known as Computer Sales International, Inc. ("CSI"), hereby gives notice that it is today filing under seal, in a filing made directly with the Court, the documents referenced in its two prior motions seeking leave to impound materials which are of critical importance to summary judgment in this case. <u>See</u> Docket Nos. 170, 183. The confidential materials are submitted both in connection with CSI's Opposition to Lycos' Motions for Summary Judgment (Docket Nos. 163-168) and in connection with CSI's Motion for Summary Judgment on Lycos's remaining claims (Docket Nos. 179-182).

CSI is filing the materials under seal pursuant to the Court's Order, dated February 11, 2008, allowing CSI's previous motions for leave to do so (<u>see</u> Docket Nos. 170, 183).

ME1 7172745v.1

-2-

                              Respectfully submitted,

                              COMPUTER SALES INTERNATIONAL, INC.
                              By its attorneys,

                              /s/ Edward W. Little, Jr.
                              Robert J. Kaler, BBO No. 542040
                              rkaler@mccarter.com
                              Edward W. Little, Jr., BBO No. 628985
                              elittle@mccarter.com
                              McCarter & English LLP
                              265 Franklin Street
                              Boston, MA  02110
                              Tel. (617) 449-6500

Dated:  February 29, 2008

## Certificate of Service

     I, Edward W. Little, Jr., hereby certify that I caused a true copy of the foregoing pleading to be serve on counsel for the other parties in this action electronically and by hand delivery this 29th day of February, 2008.

                              /s/ Edward W. Little, Jr.
                              Edward W. Little, Jr.

ME1 7172745v.1