UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL INC., )<br>)<br>        In Counterclaim, )<br>v. )<br>)<br>LYCOS, INC., )<br>        Plaintiff and Defendant )<br>)<br>        Defendant and Plaintiff )<br>        In Counterclaim, )<br>)<br>BANK OF AMERICA f/k/a FLEET BANK, )<br>)<br>        Trustee Process Defendant. )<br>) | C.A. No. 05-10017-RWZ |

**LYCOS'S NOTICE OF FILING DOCUMENTS
UNDER SEAL PURSUANT TO COURT'S MARCH 4, 2008 ORDER**

Pursuant to the Court's March 4, 2008 Electronic Order granting Lycos, Inc.'s ("Lycos") Assented to Motion for Leave to Impound Its Papers Responding to CSI's Motion for Summary Judgment Dismissing Lycos's Remaining Counterclaims (Dkt. No. 186), Lycos hereby gives notice that today it is filing **UNDER SEAL** unredacted copies of the following:

- Lycos's Opposition to CSI's Motion for Summary Judgment Dismissing Lycos's Remaining Counterclaims (Dkt No. 188).

- Lycos's (1) Response to CSI's Local Rule 56.1 Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment Dismissing Lycos's Remaining Counterclaims, and (2) Motion to Strike Certain Portions of That Statement (Dkt. No. 189); and

- Lycos's Counter-Statement of Facts in Support of Its Opposition to CSI's Motion for Summary Judgment Dismissing Lycos's Remaining Counterclaims (Dkt. No. 190).

Lycos is also filing today those exhibits from the Affidavit of James Fraser (Dkt. No. 191) (the "Fraser Affidavit") that have been designated "Confidential" and are also to be filed **UNDER SEAL** pursuant the Court's March 4, 2008 Order. Specifically, Lycos is filing the following exhibits from the Fraser Affidavit under seal:

- **Exhibit 1**[1] - excerpts from the deposition transcript of Philip Cagney;

- **Exhibit 20** - excerpts from the deposition transcript of CSI's 30(b)(6) designee, Jeffery Rousseau;

- **Exhibit 21** - excerpts from the deposition transcript of Kenneth Steinback (Part I);

- **Exhibit 22** - excerpts from the deposition transcript of Kenneth Steinback (Part II);

- **Exhibit 23** - excerpts from the deposition transcript of Paul Stenberg;

- **Exhibit 29** - a copy of Exhibit 22 marked at the deposition of Carolyn Simmons-Berry;

- **Exhibit 44** - a copy of Exhibit 7 marked at the deposition of Paul Stenberg;

- **Exhibit 45** - excerpts from Exhibits 737 and 738 marked at the deposition of David Truesdell, and Exhibit 272 marked at the deposition of Edward Philip;

- **Exhibit 49** - excerpts from Plaintiff Computer Sales International Inc.'s Supplemental Response to Defendant Lycos Inc.'s Second Set of Interrogatories, dated May 1, 2007;

- **Exhibit 50** - a copy of the document bates-numbered CSI0039434;

- **Exhibit 51** - a copy of the document bates-numbered CSI0041657; and

- **Exhibit 57** - a copy of the document bates-numbered CSI0041911-912.

LYCOS, INC.

Dated: March 6, 2008

/s/ Peter M. Acton, Jr.
Thomas O. Bean (BBO# 548072)
Peter M. Acton, Jr. (BBO# 654641)
McDERMOTT WILL & EMERY LLP
28 State Street
Boston MA 02109
(617) 535-4000

---

[1] The exhibit numbers correspond to the exhibit numbers in the Fraser Affidavit.

- 2 -

## CERTIFICATE OF SERVICE

       I hereby certify that on this 6th day of March, 2008, I caused a true and accurate copy of the foregoing Notice to be delivered through the Court's ECF system and by hand to Robert J. Kaler, McCarter & English, LLP, 265 Franklin Street, Boston, MA 02111. Copies of the unredacted documents and exhibits from the Fraser Affidavit identified above were previously provided to CSI.

                                              /s/ Peter M. Acton, Jr.
                                              Peter M. Acton, Jr.