# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Thomas O. Bean
tbean@mwe.com
617 535 4426

April 23, 2008

**BY ECF**

Lisa Urso
Courtroom Clerk to the Honorable Rya Zobel
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

   Re: Computer Sales International, Inc. v. Lycos, Inc., C.A. No. 05-10017-RWZ

Dear Ms. Urso:

  As you probably know, cross-motions for summary judgment are pending in the above case, an action that was filed on January 5, 2005. The Court heard oral argument on Lycos's motions (Dkt. Nos. 142, 146) on January 16, 2008. See Dkt. Entry on Jan. 16, 2008. The night before that oral argument, CSI filed its motion for summary judgment. (Dkt. No. 179.) At the hearing on January 16th, the Court advised the parties that it would decide whether to schedule further oral argument once CSI's motion had been fully briefed. Lycos filed its response to CSI's motion on February 29, 2008. (Dkt. No. 188.) Accordingly, the matter has been fully briefed.

  As Lycos believes that further oral argument would assist the Court in resolving the motions, Lycos requests that the Court schedule oral argument at its earliest convenience on CSI's motion for summary judgment and on any additional issues it might have with respect to Lycos's motions.

  Thank you for bringing this matter to Judge Zobel's attention.

                Very truly yours,

                Thomas O. Bean
                Counsel to Lycos, Inc.

cc: Robert J. Kaler, Esq. (by e-mail)

U.S. practice conducted through McDermott Will & Emery LLP

28 State Street Boston, Massachusetts 02109-1775 Telephone: 617.535.4000 Facsimile: 617.535.3800 www.mwe.com
BST99 1569374-1.057077.0012