# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL, INC., <br><br> Plaintiff and Defendant-in-Counterclaim, <br><br> v. <br><br> LYCOS, INC., <br><br> Defendant and Plaintiff-in-Counterclaim, <br><br> and <br><br> BANK OF AMERICA f/k/a FLEET BANK, <br><br> Trustee Process Defendant | C.A. No. 05-10017-RWZ <br><br><br><br><br> **LYCOS' *AMENDED* ASSENTED-TO MOTION TO CONTINUE MAY 14, 2008 HEARING ON SUMMARY JUDGMENT TO MAY 22 OR 28, 2008, OR A DATE IN JUNE, 2008** |

This Court recently scheduled a hearing on CSI's Motion For Summary Judgment Dismissing Defendant Lycos, Inc.'s Remaining Counterclaims (Dkt. No. 179) for May 14, 2008 (Dkt. Entry made April 28, 2008). As lead counsel for Lycos who will be arguing that motion will be out of town on business that day and several other days during that and the following week having purchased non-refundable plane tickets, Lycos requests that the Court reschedule the hearing.

Counsel for Lycos has conferred with counsel for CSI, and requests that the date for oral argument be rescheduled for May 22 or 28, 2008. Since filing this motion earlier today, Lycos has learned that counsel for CSI would be *unavailable* in June from the 2nd-6th, and on the 16th-17th, 19th, 20th, and 25th.

WHEREFORE, Lycos requests that the Court enter an Order:

1. Continuing the May 14, 2008 hearing on CSI's Motion for Summary Judgment Dismissing Lycos's Remaining Counterclaims to May 22 or 28, 2008, or a date in June, 2008 convenient to the Court other than June 2nd-6th, 16th, 17th, 19th, or 25th; and

2. Granting Lycos such other relief as may be appropriate and just.

Dated: April 29, 2008

Respectfully submitted,

LYCOS, INC.,

By its attorneys,

/s/ Thomas O. Bean
Thomas O. Bean (BBO# 548072)
Peter M. Acton, Jr. (BBO# 654641)
McDERMOTT WILL & EMERY LLP
28 State Street
Boston MA 02109
(617) 535-4000

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2008, I caused a true and accurate copy of the within document to be delivered by ECF and by first class mail, postage pre-paid, to Robert J. Kaler, McCarter & English, LLP, 265 Franklin Street, Boston, MA 02111.

 /s/ Peter M. Acton, Jr.
Peter M. Acton, Jr.

BST99 1570497-1.057077.0012