UNITED STATES DISTRICT COURT
For the District of Massachusetts

CSI LEASING, INC. f/k/a COMPUTER SALES INTERNATIONAL INC.,
Plaintiff,
v.

LYCOS, INC.,
Defendant,

BANK OF AMERICA f/k/a FLEET BANK,

Trustee Process Defendant.

C.A. No. 05-10017- RWZ

**PLAINTIFF CSI LEASING, INC.'S *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF LYCOS' EXPERT CHARLES CROSS**

Plaintiff CSI Leasing, Inc. f/k/a Computer Sales International, Inc. ("CSI") respectfully moves this Court to exclude the testimony of defendant Lycos, Inc.'s expert, Charles Cross, a lawyer and putative leasing expert who seeks to offer an expert opinion that CSI's lease agreements with Lycos did not comport with "reasonable and customary standards and practices in the industry," including the standards promulgated by the Equipment Leasing and Finance Association.

The Court should exclude this testimony because CSI's compliance with industry standards is not relevant to the issues remaining in this case, including whether CSI made certain misrepresentations to Lycos, either affirmatively or by omission, and/or whether Lycos is owed money from CSI. Additionally, much of Cross's opinion relates to the Master Lease Agreement ("MLA"), but Lycos has not asserted any claims in this lawsuit challenging the propriety of the MLA. Rather, this action revolves around the parties' re-writes and roll-ups of equipment schedules and the subsequent Sales Agreement (on which Cross expresses no opinion). As such,

whether or not the MLA contains terms which Cross believes are less favorable to Lycos than terms successfully negotiated by other lessors is irrelevant to the issues in dispute in this case.

Cross also employs flawed methodologies for some of his opinions and seeks to give opinions that will confuse, rather than assist, the trier of fact. For all of these reasons, Cross's opinion testimony should be excluded.

In further support of this motion, CSI relies on the accompanying Memorandum of Law, and the points and authorities set forth therein.

WHEREFORE, plaintiff CSI Leasing, Inc. respectfully requests that the Court grant this motion and strike the testimony of Charles Cross, and that it grant such further relief as it deems just and proper.

Respectfully submitted,

CSI LEASING, INC. f/k/a COMPUTER SALES INTERNATIONAL, INC.
By its attorneys,

/s/ Robert J. Kaler
Robert J. Kaler, BBO No. 542040
rkaler@mccarter.com
Edward W. Little, Jr., BBO No. 628985
elittle@mccarter.com
David Himelfarb, BBO No. 649596
dhimelfarb@mccarter.com
McCarter & English LLP
265 Franklin Street
Boston, MA 02110
Tel. (617) 449-6500

Dated: February 27, 2009

**CERTIFICATE PURSUANT TO LR 7.1(A)(2)**

I hereby certify that counsel for Plaintiff have conferred with counsel for defendant Lycos, Inc. and have attempted in good faith to resolve or narrow the issues herein.

/s/ Edward W. Little, Jr.
Edward W. Little, Jr.

**CERTIFICATE OF SERVICE**

I, Edward W. Little, Jr., hereby certify that I caused a true copy of the foregoing pleading to be served on counsel for the other parties in this action electronically by CM/ECF notification, by e-mail and by first class mail, postage prepaid, this 27th day of February, 2009.

/s/ Edward W. Little, Jr._____
Edward W. Little, Jr.