# EXHIBIT H

ME1 8196544v.1

# O'BRIEN & LEVINE
## Court Reporting Services



YOUR BOSTON CONNECTION...WORLDWIDE

## Computer Sales International, Inc. v. Lycos, Inc.

Transcript of the Testimony of:

## Thomas Edward Guilfoile

## December 7, 2006

www.court-reporting.com
mail@court-reporting.com

195 State Street
Boston, MA 02109
(617) 399-0130  888.825.DEPO(3376)

James A. Scally  21971

Thomas Edward Guilfoile 12-7-2006
Computer Sales International, Inc. v. Lycos, Inc.

## Page 202

```
15:26:44  1         MR. DOWDEN: Are you asking about the
15:26:46  2    substance of the conversation?
15:26:47  3         MR. KALER: Yes.
15:26:47  4         MR. DOWDEN: I object to the
15:26:48  5    question, and I'm going to instruct you not
15:26:49  6    to answer to the extent he's asking you
15:26:51  7    about the substance of any conversation you
15:26:53  8    and I have had about this case.
15:26:55  9    Q.  And then also your own attorney, Mr. Dowden, that
15:27:01 10    Lycos is paying for, discussed the substance of your
15:27:04 11    testimony with Mr. Bean, Lycos' attorney in this case,
15:27:07 12    didn't he?
15:27:08 13         MR. BEAN: Objection.
15:27:09 14         MR. DOWDEN: Testify to your own
15:27:10 15    personal knowledge.
15:27:10 16    Q.  You can answer, sir.
15:27:12 17    A.  I do not know.
15:27:19 18    Q.  You are a former officer of Lycos, correct?
15:27:21 19    A.  Yes, I am.
15:27:21 20    Q.  You made millions of dollars as a result of your
15:27:25 21    association with Lycos, correct?
15:27:28 22         MR. BEAN: Objection.
15:27:29 23    Q.  You can answer.
15:27:31 24    A.  Yes, I did.
```

## Page 203

```
15:27:32  1    Q.  Do you still hold any options in stock relating to
15:27:37  2    successors of Lycos?
15:27:39  3    A.  I do not.
15:27:45  4    Q.  CSI's leases, or Lycos' leases with CSI were
15:27:51  5    always reported as leases by Lycos during the time you were
15:27:54  6    there, in other words, not -- not loans. They were
15:27:58  7    reported as leases, right?
15:27:59  8         MR. BEAN: Objection.
15:28:00  9         MR. DOWDEN: Objection.
15:28:00 10    Q.  You can answer.
15:28:02 11    A.  My recollection, yes.
15:28:05 12    Q.  Okay. And the reporting of -- by Lycos of CSI's,
15:28:12 13    of its leases with CSI as leases occurred both in its
15:28:17 14    filings with the Securities and Exchange Commission and in
15:28:21 15    its reports to shareholders and in its financial
15:28:27 16    statements, correct?
15:28:28 17         MR. DOWDEN: Objection.
15:28:30 18         MR. BEAN: Objection.
15:28:30 19    Q.  You can answer.
15:28:31 20    A.  I'm sorry, can you repeat that?
15:28:32 21    Q.  The reporting of Lycos' leases with CSI as leases
15:28:36 22    occurred both in Lycos' filings with the US Securities and
15:28:43 23    Exchange Commission and in its proxy statements and various
15:28:45 24    other reports to shareholders and in its financial
```

## Page 204

```
15:28:48  1    statements, correct?
15:28:50  2         MR. BEAN: Objection.
15:28:50  3         MR. DOWDEN: To the best of your
15:28:52  4    recollection.
15:28:52  5    Q.  You can answer, sir.
15:28:54  6    A.  To my recollection, yes.
15:28:55  7    Q.  And you were asked about the amount of cash
15:29:00  8    that -- by Lycos' attorney, Mr. Bean, a moment ago in his
15:29:04  9    examination of you, you were asked about the amount of cash
15:29:07 10    that Lycos had on hand when you were working there, and I
15:29:10 11    think you said hundreds of millions of dollars was the
15:29:13 12    general range, correct?
15:29:15 13    A.  That's correct.
15:29:16 14    Q.  But the amount of cash that Lycos had on hand at
15:29:21 15    any given time did not affect what its earnings or profits
15:29:25 16    were for a given period, did it?
15:29:30 17    A.  Well, it would, certainly to the extent that there
15:29:33 18    was interest income earned on that cash, it would have an
15:29:36 19    impact on it.
15:29:37 20    Q.  Right. But that would be interest on investments,
15:29:41 21    not operating income, right?
15:29:43 22    A.  That's correct.
15:29:43 23    Q.  Okay. So the amount of cash that Lycos had on
15:29:49 24    hand at any given point during your tenure with the company
```

## Page 205

```
15:29:52  1    did not have an effect on its operating profits, did it?
15:30:01  2         MR. DOWDEN: Objection.
15:30:03  3         MR. BEAN: Objection.
15:30:04  4    Q.  You can answer.
15:30:11  5    A.  I think, you know, perhaps indirectly it would
15:30:15  6    have, given it probably would allow Lycos, given its strong
15:30:22  7    financial position, to obtain better terms with vendors
15:30:28  8    than it would if it were not in such good financial
15:30:31  9    position. So indirectly, I would say it would, but --
15:30:34 10    Q.  But other than indirectly making the company look
15:30:38 11    better and be better able to negotiate better terms, the
15:30:42 12    amount of cash that Lycos had on hand at any given point in
15:30:46 13    time did not have any direct effect on its operating
15:30:48 14    earnings or profits, did it?
15:30:55 15    A.  I can't think of anything in particular right now,
15:30:59 16    no.
15:30:59 17    Q.  Okay. As far as you know, it would not, correct?
15:31:01 18    A.  As far as I know.
15:31:02 19    Q.  Okay. And, but what would affect Lycos' operating
15:31:07 20    earnings or profits was its -- during any given period,
15:31:12 21    quarterly or annually, was its operating expenses, correct?
15:31:18 22    A.  That's correct.
15:31:18 23    Q.  And one of Lycos' significant operating expenses
15:31:23 24    was its payments to equipment lessors such as CSI for the
```

52 (Pages 202 to 205)