# EXHIBIT I



Brian Lucy
03/18/2002 10:08 AM

To: Paul Stenberg <Paul Stenberg@csileasing.com>
cc:
Subject: Re: Analysis

Thanks a bunch for doing this.

Kevin is out this week, but when he gets back, we'll take a look

Brian

Paul Stenberg <Paul Stenberg@csileasing com>



Paul Stenberg
<Paul.Stenberg@csileasing.com>
03/18/2002 08:42 AM

To: "Kevin. Baillie@corp. terralycos. com (E-mail)" <Kevin Baillie@corp terralycos.com>, Brian Lucy@corp terralycos com
cc:
Subject: Analysis

I have come up with the following so far;

Monique's analysis does not include Schedules that Lycos was still obligated for, but because our Lenders wanted to decrease exposure, we lowered them (I explained this back in Sept.) Equipment Schedules 64,81,68,66 and 86 rents were decreased substantially from the October payment to the November. For example, #64 was due to expire 1/31/02 @ $26,888/mo. We decreased that to $5055/mo, but contractually Lycos stilled owed the $26,888/mo

Schedule # 65 expired 10/1 but was included in the re-finance This was not included in the Analysis.

Monique's total for the new lease obligation was wrong. She took the Total Monthly Payment x the Length of the deal You must look at it at a Present Value base and not include the interest Its like taking your Mortgage payment x 30 years.

This is what I have so far so you can rest easy;

EXHIBIT
Stenberg
38

Present Value of Lease $23,727,000

Obligation of old Leases $20,215,000

Difference $3,512,000

Now the Value of the current lease is around $29,000,000. The total cost of the equipment was around $63mm. When we re-financed, we extended our the lease and re--couped about 5-7% thus the 3 5mm. Don't forget, on the Orginal leases, CSI injects between 10-13% residual so for every $1mm spent, Lycos obligation is $870k

I addition, a good portion of the equipment was taken from an over 30 month term and placed on a 24 month term For example( hypothetical); a million dollar of PC's that had 33 months left was refinanced to 24 mo So, in affect, that groups payments are going to be higher.

BUT, as I said all along, WHEN you return the equipment, I will give you Full FMV credit So you won't be obligated for all the payments.

There are still areas that I am doing this week and I will get back to you.