UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |  |
|---|---|---|
| COMPUTER SALES INTERNATIONAL INC., | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| LYCOS, INC., | ) | C.A. No. 05-10017- RWZ |
| Defendant, | ) ) | |
| BANK OF AMERICA f/k/a FLEET BANK, | ) ) | |
| Trustee Process Defendant. | ) ) | |

**CSI LEASING, INC.'S
<u>LIST OF WITNESSES WHO WILL TESTIFY AT TRIAL</u>**

Pursuant to Section 5 of the Court's *Pretrial Order* dated May 8, 2009 (the "Order," Dkt. No. 269), plaintiff CSI Leasing, Inc. ("CSI") respectfully submits the following alphabetical list of witnesses who will testify at trial, some only briefly, and some only by deposition:

Baillie, Kevin
Batten, Dean
Berry, Carolyn
Bosco, William
Callagee, Julie
Cullerton-Moore, Adrienne
Feinberg, Andrew
Fleming, Michael
Flynn, Frank
Galvan, Ernesto
Gillula, E. William
Guilfoile, Tom
Hoye, Thomas
Karol, Peter
Kersting, Joan
Kirk, John
Lucy, Brian
Mammen, David
McMahon, John
Philip, Edward

ME1 8620731v.1

      Pratt, Donald
      Rainville, Ron
      Ripps, Michael
      Rousseau, Jeffrey
      Schallheim, James
      Steiner, Deb
      Stenberg, Paul
      Turner, Victor
      Walsh, Monique
      Wright, Tim
      Ziba, Sam
      Zises, Robert

Respectfully submitted,

CSI LEASING, INC.
By its attorneys,

/s/ Edward W. Little, Jr.
Robert J. Kaler, BBO No. 542040
rkaler@mccarter.com
Edward W. Little, Jr., BBO No. 628985
elittle@mccarter.com
McCarter & English LLP
265 Franklin Street
Boston, MA  02110
Tel. (617) 449-6500

Dated:  May 26, 2009

### CERTIFICATE OF SERVICE

    I, Edward W. Little, Jr., hereby certify that I caused a true copy of the foregoing pleading to be serve on counsel for the other parties in this action electronically and by first class mail, postage prepaid, this 26th day of May 2009.

/s/ Edward W. Little
Edward W. Little, Jr.