**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMPUTER SALES INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff and Defendant-in-Counterclaim, | ) |
| v. | ) |
| LYCOS, INC., | )  C.A. No. 05-10017-RWZ |
| Defendant and Plaintiff-in-Counterclaim, | ) |
| and | ) |
| BANK OF AMERICA, | ) |
| Trustee Process Defendant. | ) |

**LYCOS, INC.'S SECOND AMENDED WITNESS LIST**

Lycos, Inc. ("Lycos") files this Second Amended Witness List to add Victor Turner, an individual who already appears on Computer Sales International, Inc. ("CSI")'s witness list but whom it does not appear that CSI will call in its case-in chief.  As before, Lycos will likely not be required to call all of the witnesses listed below because some of their testimony will likely be cumulative, but Lycos cannot determine the extent to which such testimony will be cumulative until other testimony is adduced.  Accordingly, Lycos presently intends to call the following witnesses during its case-in-chief:

1. Edward Philip
2. Charles Cross
3. Kenneth Steinback
4. William Gillulla
5. Philip Cagney
6. Fred O'Neal
7. Thomas Guilfoile
8. Julie Callagee

9. Paul Stenberg
10. Richard Guilander
11. Joan Kersting
12. Michael Ripps
13. Brian Lucy
14. Susan Franklin
15. Peter Karol
16. David Truesdell
17. Christopher Condon
18. Peter Daley
19. Bruce Smith
20. Kevin Baillie
21. Victor Turner

Lycos may also play excerpts from the videotaped depositions of Diane Kopitsky and CSI's Rule 30(b)(6) designee during its case-in-chief. Because Mr. Baillie will be out of the country during the second week of trial, Lycos may seek to call him out of order during the third week.

Lycos reserves the right to amend or supplement this list as warranted by any change in circumstances.

Respectfully submitted,
LYCOS, INC.

By its attorneys:

Dated: June 3, 2009

/s/ David Quinn Gacioch
Thomas O. Bean (BBO# 548072)
Peter M. Acton, Jr. (BBO# 654641)
David Quinn Gacioch (BBO# 660784)
James M. Fraser (BBO# 664605)
McDERMOTT WILL & EMERY LLP
28 State Street
Boston MA 02109
Tel: (617) 535-4000
Fax: (617) 535-3800
tbean@mwe.com
pacton@mwe.com
dgacioch@mwe.com
jfraser@mwe.com

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 3rd day of June, 2009, I caused a true and accurate copy of the within document to be delivered through the Court's ECF system to Robert J. Kaler, McCarter & English, LLP, 265 Franklin Street, Boston, MA 02111.

      /s/ David Quinn Gacioch
      David Quinn Gacioch (BBO# 660784)

BST99 1620604-3.057077.0012