UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10017-RWZ

CSI LEASING, INC. f/k/a COMPUTER SALES INTERNATIONAL INC.

v.

LYCOS, INC.

### VERDICT ON SPECIAL QUESTIONS TO THE JURY

**PART A**

    1. Did a fiduciary relationship exist between CSI and Lycos?

        \_\_\_\_\_YES   _X_ NO

If you answered YES to Question 1, please answer next Question 2. If you answered NO, please answer next Question 6.

    2. Did CSI fail to disclose relevant and material information to Lycos?

        \_\_\_\_\_YES   \_\_\_\_\_NO

If you answered YES to Question 2, please answer next Questions 3, 4, and 5. If you answered NO, please answer next Question 6.

    3. Did CSI's negligent failure to disclose relevant and material information to Lycos induce Lycos to enter into the Equipment Schedules?

        \_\_\_\_\_YES   \_\_\_\_\_NO

Please answer next Question 4.

4. Did CSI's fraudulent failure to disclose relevant and material information to Lycos induce Lycos to enter into the Equipment Schedules?

_____YES    _____NO

Please answer next Question 5.

5. Did CSI's fraudulent failure to disclose relevant and material information to Lycos induce Lycos to enter into the Sales Agreement?

_____YES    _____NO

Please answer next Question 6.

## PART B

6. Did CSI fraudulently induce Lycos to enter into the Sales Agreement by making misrepresentations to Lycos upon which Lycos reasonably relied?

_____YES    _X_NO

If you answered YES to one or more of Questions, 3, 4, 5 and/or 6, please answer Question 7. If you answered NO to all of Questions 3, 4, 5 and 6, please return verdict.

## PART C

7. The amount of Lycos' damages is:

$_____

_6-17-09_
DATE

_Marilyn C. Johnson_
FOREPERSON

2