UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |  |
|---|---|---|
| COMPUTER SALES INTERNATIONAL INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| LYCOS, INC., | ) | C.A. No. 05-10017- RWZ |
| Defendant, | ) | |
| | ) | |
| BANK OF AMERICA f/k/a FLEET BANK, | ) | |
| | ) | |
| Trustee Process Defendant. | ) | |

## CSI LEASING, INC.'S NOTICE OF SATISFACTION
## OF JUDGMENT ORDER, BILL OF COSTS, AND EXECUTION

Plaintiff and counterclaim defendant CSI Leasing, Inc., formerly known as Computer Sales International, Inc. ("CSI"), hereby gives notice that the Court's Order in this action dated January 7, 2010 awarding CSI attorneys' fees and nontaxable costs (Dkt. No. 367), the Bill of Costs herein assessing taxable costs in favor of CSI approved by the Clerk on January 27, 2010 (Dkt. No. 371), and the execution filed herein by CSI on January 27, 2010, have all been satisfied in full.

> Respectfully submitted,
>
> CSI LEASING, INC. f/k/a COMPUTER SALES
> INTERNATIONAL, INC.
> By its attorneys,
>
> /s/ Robert J. Kaler_____
> Robert J. Kaler, BBO No. 542040
> rkaler@mccarter.com
> Edward W. Little, Jr., BBO No. 628985
> elittle@mccarter.com
> McCarter & English LLP
> 265 Franklin Street
> Boston, MA  02110
> Tel. (617) 449-6500

Dated:   February 2, 2010

ME1 9545218v.1

## CERTIFICATE OF SERVICE

    I hereby certify that I caused a true copy of the foregoing to be serve on counsel for the other parties in this action electronically and by first class mail, postage prepaid, this 2nd day of February, 2010.

                                         /s/ Robert J. Kaler_____
                                         Robert J. Kaler

ME1 9545218v.1